**HOGAN LOVELLS US LLP**
Tao Y. Leung (Bar No. 254265)
Michelle Roberts Gonzales (Bar No. 292075)
Harmony R. Gbe (Bar No. 313241)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:   (310) 785-4600
Fax No.:       (310) 785-4601
tao.leung@hoganlovells.com
michelle.roberts.gonzales@hoganlovells.com
harmony.gbe@hoganlovells.com

Michael E. DeLarco (Admitted *Pro Hac Vice*)
390 Madison Avenue
New York, NY 10019
Telephone:   (212) 918-3000
Fax No.:       (212) 918-3100
michael.delarco@hoganlovells.com

Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LOEFFLER,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation, and ARVIND KRISHNA, an individual,<br><br>Defendants. | Case No. 2:25-cv-05765-CBM-PD<br><br>**DECLARATION OF MICHELLE ROBERTS GONZALES IN SUPPORT OF JOINT STIPULATION TO REQUEST EXTENSION OF THE CASE SCHEDULE**<br><br>Honorable Consuelo B. Marshall<br><br>Hearing Date:<br>Hearing Time:<br>Location:      Courtroom 8D<br><br>Compl. Filed:   June 25, 2025<br>FAC Filed:      September 3, 2025 |

ROBERTS GONZALES DECLARATION ISO JOINT STIPULATION

## DECLARATION OF MICHELLE ROBERTS GONZALES

I, Michelle Roberts Gonzales, declare and state as follows:

1.     I am an attorney duly licensed to practice before all courts of the State of California, including this Court. I am a Partner with the law firm of Hogan Lovells US LLP, counsel of record for Defendants International Business Machines Corporation ("IBM") and Arvind Krishna (together, "Defendants") in the above-captioned action.

2.     Except as otherwise indicated, I have personal knowledge of the following facts, and if called and sworn as a witness, could and would competently testify thereto. I make the following declaration in support of the Parties' Joint Stipulation to Request Extension of the Case Schedule.

3.     On June 25, 2025, Plaintiff John Loeffler ("Plaintiff") filed the Complaint in this action, Dkt. 1.

4.     On September 3, 2025, Plaintiff filed the First Amended Complaint in this action, Dkt. 26.

5.     On September 17, 2025, Defendant IBM filed its Answer to the First Amended Complaint, Dkt. 28, and former Defendant Arvind Krishna filed a Motion to Dismiss, Dkt. 29.

6.     On November 18, 2025, the Parties filed a Joint Rule 26(f) Report proposing deadlines for various stages of this action, Dkt. 37.

7.     On December 30, 2025, the Court issued a Scheduling Order setting deadlines for various stages of this action, Dkt. 3.

8.     On January 8, 2026, the Court granted former Defendant Arvind Krishna's Motion to Dismiss, Dkt. 44.

9.     The remaining Parties have exchanged written discovery and document productions in good faith, and are working to schedule the requested depositions in the matter while accommodating counsel's trial and other scheduling conflicts.

10.    On May 19, 2026, pursuant to Local Rule 7-3, I met and conferred via

Zoom conference with Peter Shelling and Scott Street, counsel for Plaintiff, regarding discovery matters and the case schedule. The Parties agreed to jointly request, subject to the Court's approval, an extension of the fact discovery completion date, and to further discuss requesting an extension of other dates in the case schedule.

11.     On May 22, 2026, the Parties further conferred by email regarding the proposed extensions to the case schedule.

12.     On June 1, 2026, the Parties agreed by email to jointly seek an extension of certain case deadlines.

13.     The Parties have not previously requested an extension of the case schedule in this matter.

14.     The Parties' Stipulation is not made for the purpose of delay and does not seek to continue the Pretrial Conference or the Trial.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 3rd day of June 2026 in Los Angeles, California.

Dated:     June 3, 2026                    HOGAN LOVELLS US LLP


By: */s/ M. Roberts Gonzales*
    Michelle Roberts Gonzales