# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHN LOEFFLER,

                Plaintiff,

    v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION, a
New York Corporation, and
ARVIND KRISHNA, an individual,

                Defendants.

Case No. 2:25-cv-05765-CBM-PD

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REQUEST EXTENSION OF THE CASE SCHEDULE**

Honorable Consuelo B. Marshall

Location:      Courtroom 8D

Compl. Filed:   June 25, 2025
FAC Filed:     September 3, 2025

On June 3, 2026, the Parties filed a Joint Stipulation to Request Extension of the Case Schedule ("Stipulation"), Dkt. __, requesting that the Court continue certain deadlines in the case and enter the Parties' requested schedule.

The Court, having considered the Parties' Joint Stipulation to Request

Extension of the Case Schedule and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The fact discovery completion date shall be extended from July 31, 2026, to September 14, 2026.

2. The initial expert disclosure date shall be extended from August 30, 2026 to January 29, 2027.

3. The rebuttal expert disclosure date shall be extended from September 30, 2026 to February 26, 2027.

4. The expert discovery completion date shall be extended from October 30, 2026 to March 19, 2027.

5. The date on or before which the settlement conference shall be held shall be extended from November 15, 2026, to January 14, 2027.

6. The date on or before which any motions shall be set for hearing shall be extended from January 19, 2027, to February 16, 2027.

7. The dates of the pretrial conference, March 23, 2027, and the jury trial, May 18, 2027, remain the same as previously ordered in the Court's scheduling order of December 30, 2025 (ECF No. 39).

**IT IS SO ORDERED.**

Dated:

_____
HON. CONSUELO B. MARSHALL
United States District Judge

2

PROPOSED ORDER RE JOINT STIPULATION