**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LOEFFLER<br><br>PLAINTIFF(S)<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25–cv–05765–CBM–PD<br><br>**MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Patricia Donahue. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X Video Conference

Magistrate Judge: Patricia Donahue

Date/Time:        July 23, 2026 at 03:00 PM

Courtroom:        580

July 17, 2026
Date

By  /s/ *Deyanira G Vasquez*
Deputy Clerk

CV–19 (11/21)              MOTION RE: INFORMAL DISCOVERY DISPUTE