UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-05765-CBM-PDx Date: August 12, 2026

Title *John Loeffler v. International Business Machines Corporation et al.*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | Court Smart 08/12/2026 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Peter Camden Shelling<br>Racheal L. Griffin<br>Laura Marie Stell<br>Peter C. Shelling<br>Scott James Street | Michelle Roberts Gonzales |

**Proceedings: Informal Discovery Status Conference (via Zoom)**

On August 12, 2026, the Court conducted an informal discovery status conference ("IDC") via Zoom webinar[1]. The parties addressed Defendant IBM's amended responses and objections to Plaintiff's second set of requests for production of documents ("RFPs") Nos. 62, 64 and 65. The Court rules as set forth on the record.

Initials of Preparer: IV
Time in Court: 1:20

[1] Recording or re-broadcasting of the proceedings is strictly prohibited.