John W. Howard (SBN 80200)
Scott J. Street (SBN 258962)
Michelle D. Volk (SBN 217151)
Peter C. Shelling (SBN 351159)
**JW HOWARD | ATTORNEYS, LTD**
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel: 619-234-2842; Fax 619-234-1716
Email: Johnh@jwhowardattorneys.com
Sstreet@jwhowardattorneys.com
Michelle@jwhowardattorneys.com
Pshelling@jwhowardattorneys.com

Laura Stell (pro hac vice)
James Rogers (pro hac vice)
**AMERICA FIRST LEGAL FOUNDATION**
611 Pennsylvania Ave, SE #231
Washington, DC 20003
Telephone: (202) 964-3721
Email: Laura.Stell@aflegal.org
James.Rogers@aflegal.org

Attorneys for Plaintiff John Loeffler



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LOEFFLER,<br>Plaintiff<br>v.<br>INTERNATIONAL BUSINESS MACHINES CORPORATIONS, a New York Corporation, ARVIND KRISHNA, an individual,<br>Defendants. | Case No.: 2:25-cv-05765-CBM-PD<br>Assigned to Hon. Consuelo B. Marshall<br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF BY THIRTY DAYS TO FINISH DEPOSITIONS** |

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

## ORDER

Having considered the joint stipulation to extend the current discovery cutoff by thirty days, ECF 59, and good cause appearing, the Court orders as follows:

1. The stipulation is approved.

2. The fact discovery cutoff date is continued from September 14, 2026, to October 14, 2026.

IT IS SO ORDERED.

Dated: _______________, 2026 ________________________________

U.S. District Judge

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On August 17, 2026, I electronically filed the **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF BY THIRTY DAYS TO FINISH DEPOSITIONS** and served the documents using the Court's Electronic CM/ECF Service which will send electronic notification of such filing to all registered counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 17, 2026, at San Diego, California.

*/s/ Dayna Dang*
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com