**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOHN LOEFFLER,

Plaintiff

v.

INTERNATIONAL BUSINESS MACHINES CORPORATIONS, a New York Corporation, ARVIND KRISHNA, an individual,

Defendants.

Case No.: 2:25-cv-05765-CBM-PD

Assigned to Hon. Consuelo B. Marshall

**ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF BY THIRTY DAYS TO FINISH DEPOSITIONS [59]**

**ORDER**

Having considered the joint stipulation to extend the current discovery cutoff by thirty days, ECF 59, and good cause appearing, the Court orders as follows:

1. The stipulation is approved.

2. The fact discovery cutoff date is continued from September 14, 2026, to October 14, 2026.

IT IS SO ORDERED.

Dated: August 17, 2026

Consuelo B. Marshall
United States District Judge