John W. Howard (SBN 80200)
Scott J. Street (SBN 258962)
Peter C. Shelling (SBN 351159)
**JW HOWARD │ ATTORNEYS, LTD**
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel: (619) 234-2842

James Rogers* (AZ Bar No. 027287)
Rachael Griffin* (VA Bar No. 98207)
Laura Stell* (NC Bar No. 59840)
Brittany Bennett* (GA Bar No. 717377)
**AMERICA FIRST LEGAL FOUNDATION**
611 Pennsylvania Ave, SE #231
Washington, DC 20003
Telephone: (202) 964-3721

*Admitted *pro hac vice*

Attorneys for Plaintiff John Loeffler

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LOEFFLER,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation; and ARVIND KRISHNA, an individual,<br><br>Defendants. | Case No.: 2:25-cv-05765-CBM-PD<br><br>[Assigned to the Honorable Consuela B. Marshall]<br><br>**DECLARATION OF SCOTT J. STREET IN SUPPORT OF MOTION TO MODIFY SCHEDULING ORDER [PUBLIC REDACTED COPY]**<br><br>[Filed concurrently with Motion to Modify Scheduling Order; [Proposed] Order lodged concurrently]<br><br>Date: November 3, 2026<br>Time: 10:00 a.m.<br>Crtrm: 8D |



JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

# DECLARATION OF SCOTT J. STREET

I, Scott J. Street, declare as follows:

1. I am an attorney duly licensed to practice law before all courts in the state of California and before this Court. I am a partner with JW Howard Attorneys, counsel of record to Plaintiff John Loeffler in this action. I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called to do so. I submit this declaration in support of Mr. Loeffler's motion to modify the scheduling order to extend the discovery cutoff through the end of 2026. The additional time is needed to complete remaining depositions and obtain the evidence required to oppose IBM's anticipated summary judgment motion and to prepare this case for trial by mid-2027. I have personal knowledge of the background litigation facts set forth below based on my review of documents in this matter and my participation in depositions. Those facts are provided for background to frame the relevant discovery issues.

2. Mr. Loeffler used to work for IBM. He sold IBM's Cloud Platform. He worked successfully for IBM for many years.

3. Mr. Loeffler's job specifically focused on selling IBM's Cloud Platform to clients in the government, education, and health care settings, a market that IBM calls "PubFed" (short for "Public and Federal Markets"). He was one of dozens of employees across the country who worked in that division.

4. By the end of 2022, Mr. Loeffler had established himself as a critical member of the PubFed team. He was so valuable, in fact, that IBM gave him a special job: working as a specialist across the PubFed team.

5. In that role, Mr. Loeffler did not have a dedicated sales territory. Instead, he worked across the country and was supposed to be credited with sales revenue that reflected his cross-territory work. That included credit for Project Comet, a major PubFed sales project that Mr. Loeffler worked on between 2020 and 2023.

6. Mr. Loeffler's compensation plan reflected that value. For example, at the

JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

end of 2022, IBM gave him an Incentive Plan Letter ("IPL") that entitled him to credit both for his own sales results and the results achieved by his team, a quota plan typically reserved for executives, such as Mr. Loeffler's then-boss, Tom Scott.

7. By early 2023, Mr. Loeffler had reached Band 10, the highest band of non-executive employees at IBM. Although he was then over 60 years of age, he had no intention of retiring anytime soon. As a single father, he regarded this period as a critical stage of his career: he planned to continue working for another decade in order to maximize his earnings, finish putting his kids through college, and position himself for retirement.

8. That plan was upended by IBM's aggressive embrace of diversity, equity and inclusion ("DEI") policies in 2023. The DEI push came at the worst possible time, coinciding with IBM's effort to downsize its sales force and reduce overall headcount, with a particular emphasis on eliminating Band 10 employees—the most senior, and typically, oldest employees. That effort was overseen by a group called the Technology Leadership Team ("TLT") and had a specific goal of increasing the number of diverse hires, especially in Band 10. A true and correct copy of an email and PowerPoint presentation regarding the TLT (labeled "confidential") is attached as **Exhibit "A."**

9. In other words, between 2022 and 2024, IBM had a corporate policy of pushing older white men out of its sales force to make room for younger employees, women, and people of color. And in the fall of 2023, IBM suddenly placed Mr. Loeffler and two other older white men on the PubFed team on Performance Improvement Plans ("PIPs") that, according to Mr. Loeffler, were nearly impossible to satisfy. When they failed to satisfy their PIP terms, IBM fired them.

10. Mr. Loeffler pushed back. He questioned the PIP's assumptions, arguing that IBM had not properly credited him with revenue as set forth in his IPL and that other terms of the PIP were unfair. A true and correct copy of his correspondence to IBM Sales VP Mike Ryan about that is attached as **Exhibit "B."**



JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

11. IBM did nothing to address those concerns. Based on the discovery to date, IBM did not even investigate whether Mr. Loeffler should have been credited with additional revenue, as he claimed, which would have gotten him off the PIP. Instead, Mr. Ryan told Mr. Loeffler that he spoke with IBM Legal and Human Resources employees and, according to Mr. Loeffler, that they would not make an exception for an older white man. A true and correct copy of Mr. Loeffler's notes about that conversation is attached as **Exhibit "C."**

12. At his deposition, Mr. Ryan denied making that comment. But he also testified that he did not recall the details of the conversation. And he admitted that several other comments that Mr. Loeffler attributed to him sounded like something he would say.

13. On November 1, 2023, IBM fired Mr. Loeffler. After exhausting his administrative remedies, Mr. Loeffler filed this case on June 25, 2025.

14. IBM answered the Complaint on September 17, 2025. The Court issued its first Scheduling Order on December 30, 2025, which set a fact-discovery deadline of July 31, 2026.

15. Discovery began during the spring of 2026 but proceeded slowly. IBM did not produce any documents until March 24, 2026, and that initial production comprised only 508 pages. To date, IBM has produced nearly 10,000 pages of documents, the vast majority of which were received after May 26, 2026. Productions are still ongoing. And IBM did not produce its first witness for a deposition (Mr. Ryan) until July 30, 2026.

16. Meanwhile, IBM refused to produce many key documents, including those related to the federal government's investigation into IBM's DEI policies. IBM paid $17 million to settle that case. A true and correct copy of the press release announcing that settlement, and the related settlement agreement, is attached as **Exhibit "D."**

17. By July 30, 2026, the parties were still deep in discovery, with numerous IBM depositions remaining and discovery disputes to resolve. Meanwhile, the revised



JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

discovery cutoff was September 14, 2026. To allow time to litigate those disputes and complete the depositions, the parties agreed to a one-month continuance of the cutoff to October 14, 2026.

18. That extension still left little time. Therefore, at a deposition in New York on July 30, 2026, I asked IBM's counsel to check their witnesses' schedules so that the remaining depositions could be completed by the end of September. That schedule would have allowed the parties to finish the depositions, address issues arising from them, and complete litigation of any remaining discovery disputes.

19. Initially, IBM's counsel cooperated. They offered dates for a few key witnesses in early September 2026 and agreed to produce a witness to testify on IBM's behalf at a Rule 30(b)(6) deposition in New York on September 29, 2026.

20. In the meantime, we submitted to the Magistrate Judge our dispute over documents relating to the government investigation that IBM was withholding. The Magistrate Judge ruled in our favor. IBM then produced some of the requested documents.

21. Cooperation then stopped. For example, despite the Magistrate Judge's ruling that slides from a PowerPoint presentation related to the government investigation were relevant and should be produced, and despite IBM's written confirmation of that ruling and its initial statement of intent to produce those materials, IBM now refuses to produce the presentation.

22. Additionally, IBM witnesses were suddenly unavailable until late September. IBM also stated that it would not produce anyone for the Rule 30(b)(6) deposition in New York on September 29, 2026, and that it would not produce a Rule 30(b)(6) witness until October 13, 2026, the day before the discovery cutoff.

23. IBM further stated that it would not designate anyone to testify on its behalf regarding eighteen of the twenty-two topics on which we had requested testimony.

JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

24. It also appears that IBM has not been forthright about documents we have requested in discovery. For example, IBM claimed it did not have any documents detailing how it tracked diversity metrics between 2022 and 2024, the key period in this case and in the federal government's investigation. But just two weeks ago, we received a document showing that IBM was doing exactly that. The document reflects that IBM was tracking diversity metrics in the Sales division in which Mr. Loeffler worked and in Band 10, his assigned band. A true and correct copy of that document is attached as **Exhibit "E."**

25. Unfortunately, the data in Exhibit E was redacted. We therefore cannot make meaningful use it in the upcoming depositions unless IBM produces an unredacted copy. We will likely have to seek relief from the Magistrate Judge to obtain it.

26. That process will take time. Based on the pace of discovery to date, I do not believe we can complete discovery by October 14, 2026. I also begin a jury trial in San Diego on November 6, 2026. Thus, as a practical matter, I will not be able to complete any follow-up depositions until after Thanksgiving. As the lead trial lawyer on this case, my participation is critical in finishing the depositions. Extending the discovery cutoff through the end of 2026 will give us the time we need to gather the evidence required to take this case through the final stages of litigation.

27. We learned the information on which this motion is based after September 18, 2026. I promptly contacted IBM's counsel, explained why we need testimony from IBM on all of the requested topics, and advised them that the current deposition schedule, with depositions compressed into the last two weeks of discovery, does not allow sufficient time to complete the depositions and use the information obtained from them. That time is especially important in a complex discrimination case, involving a complex business, that will be proved through circumstantial evidence, including evidence that IBM's stated reason for terminating Mr. Loeffler was pretextual.

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

28. Given the time pressure, I asked IBM's counsel to meet and confer about extending the discovery cutoff through the end of 2026. That extension would allow us to complete the next wave of depositions by October 14, 2026, and provide time to conduct any follow-up discovery based on information we learn during those depositions. It would also allow us to obtain testimony from IBM on all key issues, including Mr. Loeffler's claim that IBM did not properly credit him with revenue for Project Comet. That evidence is critical both to Mr. Loeffler's discrimination claims, as circumstantial evidence of discrimination, and to his wage claims.

29. To date, we have not received any explanation about how that revenue was credited. The two IBM executives deposed so far did not know many of the key underlying facts, including why Mr. Loeffler was not credited with revenue consistent with his IPL and why no one questioned his PIP during the fall of 2023, even after he challenged the PIP's terms and assumptions.

30. Indeed, none of the IBM witnesses deposed to date has been able to explain how IPLs are created or evaluated. Given the importance of the IPL in this analysis, that testimony is critical. But it is still missing. IBM refuses to produce a witness to testify on its behalf about that topic. That is just one of eighteen topics that IBM has refused to produce a witness for.

31. That refusal is part of a larger problem. Mr. Loeffler worked in a technical and complex business. One witness, Mr. Ryan, testified that decisions were made by the "robots." And the events occurred several years ago. As this case moves toward trial, it is critical to obtain IBM's testimony on these issues. Relying on third-party "personal knowledge" depositions has not yielded, and likely will not yield, the information that Mr. Loeffler needs to oppose IBM's summary judgment motion. It will not give the Court a sufficient record to analyze these complex issues.

32. Most recently, during the September 29, 2026 deposition of Tracey Armstrong, we became aware of even more deficiencies in IBM's production. Ezequiel

JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

Piccione and Cameron Art were identified as the two IBM executives with final authority over approvals for PIP exceptions and extensions. *See* Armstrong Dep., p. 106, attached as **Exhibit "F**." There have been zero documents produced by IBM mentioning Mr. Piccione. In addition, no substantive communications from Mr. Art have been produced by IBM. Discussions regarding Mr. Loeffler's PIP exception and why some sellers were afforded extensions to their PIP deadlines while Mr. Loeffler was not, are key factual questions that currently remain unanswered due to IBM's failure to provide documents we believe to be responsive

33. In addition to Mr. Piccione and Mr. Art, Ms. Armstrong's testimony identified Nickle LaMoreaux and Sam Ladah as two high-level executives who would have had visibility to the Cognos Analytics dashboard contained in the disputed DOJ documents mentioned above. *See* Exh. F, p. 68.; *see also* IBM-LOEFFLER 0008033, attached as "**Exhibit G**." IBM has produced minimal documentation from either of these individuals. These excerpts from the Cognos Analytics dashboard demonstrate clear racial and sex-based targeting at the Band 10 level, despite IBM counsel's preliminary representation that these documents were irrelevant to Mr. Loeffler's claims.

34. The requested extension will not require changes to any other deadlines. Dispositive motions can still be filed in early 2027, expert discovery can proceed in the spring, and trial can remain set for May 2027. Alternatively, we would not oppose a short extension of those deadlines. I see no reason this case cannot be completed by the end of 2027.

35. Finally, to offset any potential prejudice to IBM, Mr. Loeffler has agreed to dismiss his retaliation claims, as his decision to opt out of a class action settlement does not appear to have played a role in his termination.

36. Pursuant to this Court's Local Rules, I certify that my colleagues and I met and conferred with IBM's counsel about this request before filing the instant motion.

The conference occurred via Zoom on September 23, 2026. IBM's counsel did not agree to the request.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 2nd day of October 2026 at Pasadena, California.

Scott J. Street

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

# EXHIBIT A

# REDACTED BECAUSE OF “CONFIDENTIAL” DESIGNATION ON EXHIBIT

# EXHIBIT B

**jloeffler@cox.net**

| | |
|---|---|
| **From:** | JOHN LOEFFLER |
| **Sent:** | Saturday, October 7, 2023 10:52 AM |
| **To:** | Michael Ryan |
| **Subject:** | Following Up (with some information) |
| **Attachments:** | Loeffler.docx |

Mike,

I've attached a document with some bulletized facts and information which I think will help flesh out my particular circumstances for you. I'd be happy to discuss or provide additional color as you see fit. I did not write this for you, most of it I copied from remarks I put into the system... some of my comments might be pointed – they are not pointed at you 😊.

In closing, I am humbled and sincerely grateful for your assistance.

Regards,

John

EXHIBIT
12
7/30/26 MH

John Loeffler
Principal Cloud Platform Technical Specialist
IBM Technology, US Public and Federal Market
| 714-651-7874 | 600 Anton Blvd. Costa Mesa, CA |

Test Drive Our Digital Offerings!
https://www.ibm.com/demos
https://www.ibm.com/cloud/free

Of course, I am committed to maximizing results in my territory and helping my teammates do the same and I will continue to do so.

As I've written in some more detail elsewhere in this system, I do not agree with the characterizations herein as the metrics they are based on do not align with the work I've done and the work I've been asked to do. Nor are significant structural elements taken into account. I'm not pointing fingers, simply attempting to illustrate that applying a broad brush to what I feel have been my unique circumstances yields a result which is not only inaccurate, but likely detrimental to the organization.

My contention is that based on the circumstances, the PIP is invalid and should be rescinded.

Some important, but by no means a complete list of considerations in support of my contention:

- At the end of March, 2023, I was given a new assignment/territory and a new IPL, retroactive to January 1; I understand *why* this was done. However, it does not seem fair or a best practice to later rate/PIP someone against something they were not involved in and had no responsibility for at the time.

- My new manager seemed unaware of my retroactive IPL being issued late in Q1, indicating he thought it was much earlier in the quarter. This was during the PIP conversation, making it clear that this fact was not taken into account.

- NC, GA, FL, NY are whitespace for IBM Cloud; these are the only accounts in my IPL

- There is no IBM Cloud contracting vehicle for FL or SC; We are working to get IBM Cloud part numbers on NASPO for FL. In GA we must work through Partners.

- It is unreasonable to expect material results under these circumstances in a quarter or two, especially for a SLED only territory.

- It is unreasonable to expect a material trajectory change under these circumstances during the course of a five or six week "PIP"; especially in SLED

- Again, I was only really in the territory beginning in 2Q

- My Seller was consumed with and was directed to focus on Project Comet and did little else until August – this was the right thing to do but was to my detriment. In fact, my kindhearted Seller often apologized for this circumstance.

- I made a significant contribution to Project Comet, worth tens of millions to IBM, for which I'm (presently) receiving neither revenue or signings credit. I worked Project Comet for about nineteen months at this point and continue to do so.

- Other folks, who made little or no contribution to Comet are receiving revenue and signings credit; this hardly seems fair.

- In fact, it seems to me that *most* of the folks receiving TI credit for Comet did no work on the project, many of them not even being aware of the project.

- Irrespective of compensation, it hardly seems equitable that I should receive negative consequences while others avoid them based upon work I performed on Comet.

- The past several years, I have experienced significant periods of time with no Seller in the territory. As an example, in 2022, I went most of the year without a Seller; when a Seller was assigned, they were consumed with what I'll call "distractions", performing little "farming" and no prospecting. One of the Sellers was in a pitched battle with Arvind over the vaccine mandates, also bringing a lawsuit against IBM. Selling was demonstrably not a focus for this person in those circumstances.

- For 2H 2022, I was asked to promulgate ZaaS with Payers and within the team and "hold down the fort" until a Seller returned from leave (the date for which was indeterminate and fluid). I even trained Z HW & SW folks on the offerings. I engaged my ZaaS responsibilities with zeal and without complaint, being complimented often on my efforts by Eric, Tom and others.

- It was intimated that I would not suffer relative to the 2H 2022 situation and that I would be "taken care of".

- Most of what I covered in 2022 and 2021 was also white space for IBM Cloud. In fact, my manager created a new role for me for 2023 in part, because of the white space issue, indicating in a moment of sincerity and comradery, that this is something that should have been done long ago. (This new role went poof with the retroactive IPL)

- When presented with my retroactive 2023 IPL in late March 2023, it was understood and expected by all that I would realize at least $900K for Comet in NYS shortly. To be clear, at the time of my retroactive IPL I was told directly that I would realize between $900K and $1.2M for NYS within a month or less. Within a couple of weeks, finance determined that the $900K for NYS was going to be $0, or close to $0.

- There was significant discussion about the Comet figure for NYS and how we'd get credit towards my IPL there, or elsewhere.

- Crediting me for my work on Comet is still an open item

- If I was given proper credit for my Comet contribution, I would be over 100%. and that's just one of the other deals I worked.

- My significant contribution to Project Comet and the expectation that I would realize at least $900K for NYS is undisputed.

- My IPL covers NY, GA, SC, FL; my Seller covers several other states in addition; My Seller was consumed with Comet in 1H+/doing little in the other states we share. This remark is not a negative against Seller, simply a statement of circumstances in the territory.

- "Negative entry events" are a serious concern for me; I was impacted by this in 1H and while we caught and fixed some, the issue remains; I have low confidence that we have visibility to everything... from meetings with folks in finance and compensation it's clear that even they don't understand what's happening or the root cause; I should also mention that the negative entry events impacting me are reversals for transactions for accounts and periods I bore no responsibility for at the time.

In conclusion, it remains my contention that based on the foregoing, the PIP is invalid and should be rescinded.

# EXHIBIT C

## jloeffler@cox.net

**From:** John Loeffler <jloeffler@cox.net>
**Sent:** Friday, November 3, 2023 12:51 PM
**To:** John Loeffler
**Subject:** Fwd: 10/20 with Mike Ryan at 11:00 AM PDT

Sent from my iPhone

Begin forwarded message:

> **From:** John Loeffler <jloeffler@cox.net>
> **Date:** October 26, 2023 at 1:57:44 PM PDT
> **To:** John Loeffler <jloeffler@cox.net>
> **Subject: 10/20 with Mike Ryan at 11:00 AM PDT**
>
> Was asking about exceptions… his conversations with legal & HR … "how would it look… SPM… making an exception for a white male…" ; I made a joke that I could self identify as a trans woman of color and we continued our conversation.
>
> It just now hit me what was said … my situation would not be considered because I'm a white male.

**jloeffler@cox.net**

| | |
|---|---|
| **From:** | jloeffler@cox.net |
| **Sent:** | Thursday, October 31, 2024 4:37 PM |
| **To:** | 'jloeffler@cox.net' |
| **Cc:** | 'jloeffler@cox.net' |
| **Subject:** | Recollections re Conversations with Mike Ryan |
| **Attachments:** | Info provided to Michael Ryan Legal + HR.pdf |

- Conversations were friendly, purposeful and seemed worthwhile. I was courteous and grateful for his help.

- Mike mentioned that all of the feedback he has gotten about me from Tom Scott, Rob McClean and others was stellar and that I should be proud of the reputation I had built

- Mike indicated his profound disappointment in what IBM/Eric was doing to me

- During our initial conversation, Mike was aghast about my situation, indicating he'd "never seen a 6 week PIP before". He indicated that a six week PIP was "ridiculous" and that one avenue he would pursue was talking to Eric about extending the PIP to be more reasonable, maybe year end or better yet, end of Q1 2024.

- Mike indicated that a 6 week PIP in Public Market was especially "ridiculous"

- Mike intimated that he might have responsibility for Cloud Platform Tech Sellers in 2024, exclaiming "what the hell… I need you on my team to be successful in 2024… this is crazy"

- Mike indicated that once on a PIP, you either exit the plan successfully or leave the company, no exceptions and no internal transfers allowed while on PIP.

- Mike said he would talk to HR and Legal about a review or exception for me, as my circumstances were unique in the extreme.

- Mike indicated that he thought technical people reporting to sales managers (Eric) was a poor circumstance as they "don't understand the value of technical people". Rob McClean said the same thing, adding that sales managers are "coin operated" and should not be managing technical folks.

- Mike indicated that another path he would pursue was meeting with legal and HR to see about a review or an exception based on the clear merits of the situation, suggesting I set up a weekly touchpoint for us to review progress, which I did for Fridays. As I recall, we kept each meeting except for one, when Mike indicated he had a conflict and no news to report.

- During our October 20, 2023 touchpoint meeting, Mike relayed that he was not making progress with HR or legal, indicating that he was told by both that "IBM would not review or grant an exception for a white male". I was crushed, but it did not immediately sink in what was really happening. I made a joke saying "I've got it.. I can fix this… I'll just self-identify as a trans woman of color". We laughed. During this conversation Mike also

mentioned that the fact I was "senior" didn't help things with legal and HR and that there might be more flexibility if I was an "early professional hire" (IBM speak for "young"). He said HR told him "how would it look if we made an exception for a white man". At this juncture, believing Mike had done all he could do, we discontinued our touchpoint meetings.

- Mike indicated during our conversations that "other Tech Sellers were getting similar treatment" as me and that "maybe similar demographics" were involved "if you know what I mean". Mike indicated that he did not agree with what was happening to me and other Tech Sellers.

- The attachment is info I presented to Mike Ryan to inform his conversations with legal & HR; he in turn provided the document to both legal and HR. Seeing what was happening to others around me and smelling a skunk, I had previously entered this same information into the IBM HR "Checkpoint" system sometime in June, so IBM and Eric Castillo were well aware of my circumstances and their inequity.

- As I recall, Michael had at least 3 or 4 conversations with both legal and HR.

- Mike indicated that his conversation with Eric about extending my PIP was like "talking to the wall" and that he thought Eric was "dead set" on firing me.

- Below are some Slack exchanges with Mike (also in Dropbox)





IBM Cloud Platfo...

Unread mentions
Brad Bentley, Pharist O'Ne...
Brian Pearson, Donna J...
Cesar Larrea, David Mi...
Cesar Larrea, Eric Casti...
Chris Starnes, Debbie Lang...
Donna Johnson
Donna Johnson, Michele K...
Donna Johnson, Michele K...
Michael Ryan
Pharist O'Neal
Pharist O'Neal, Rick Picozzi
Rick Picozzi
Tom Niedzwiecki
Add coworkers
Apps
AskHR chatbot
GameOn Bot
lighthousebot
Seismic Core
Your Learning at IBM
Add apps

Michael Ryan

John Loeffler 2:48 PM
Hi Mike, happy Wednesday 🙂. Thought I'd check in to see we've made f Wednesday, October 11th

Thursday, October 12th

Michael Ryan 6:33 AM
Hey John - I checked my calendar, you can get time next Friday on my calendar, as I will know more then. I'm still working things - had 3 calls so far - The rules are fairly clear, stated, and consistent around the SPM program and PIP's, so I am trying to work possible exceptions with legal and HR, but the tough part is once the PIP is started, the only way out is to clear the PIP.

John Loeffler 6:44 AM
Thank you Mike 🙏. I will put something on the calendar for 10/20. In case you did not see it, I sent you a document via email on Saturday, which may provide information helpful towards our goal.

John Loeffler 6:53 AM
(Rob mentioned that white space territory is a no-no for PIP's... my patch is virtually 100% white space for IBM Cloud)

Michael Ryan 6:57 AM
So there is no "WhiteSpace" in PubFed, every Client spends more than $20M a year with IBM. IBM does a large number of PIP's for reps in WhiteSpace, and they are held to the same performance requirements. **However,** we have granted exceptions/extensions to Delay PIP's for Whitespace territories to give reps a longer time to build pipeline where a rep has a solid performance history otherwise. This has to be done Before a PIP is created and not 2 weeks before a rep fails their PIP.

The Whitespace exception/extension is more common in National or Digital where we don't have existing business with clients.

Friday, October 20th

Michael Ryan 11:01 AM
Meeting running late

Message Michael Ryan Busy



IBM Cloud Platfo...

Michael Ryan

Add a bookmark

The Whitespace exception/extension is more common in National or Digit[...] Thursday, October 12th [...]sting business with clients.

Friday, October 20th

Michael Ryan 11:01 AM
Meeting running late

need a minute

John Loeffler 11:01 AM
NP 🙂

John Loeffler 11:55 AM
Thank you for your time today, Michael, I sincerely appreciate your involvement. Reflecting on your remarks re the broader landscape and implications for 2024, I'm wondering if what I'll term a "business case" could be laid as a foundation for exceptions or adjustments? I'm sure you're pondering that/no need to reply.

Friday, October 27th

Michael Ryan 6:01 AM
Hey John - I'm super booked up all morning and I don't have any updates

I need to cancel today

John Loeffler 6:01 AM
okay; I'll look for something next week.

Message Michael Ryan Busy

-

**jloeffler@cox.net**

| | |
|---|---|
| **From:** | JOHN LOEFFLER |
| **Sent:** | Saturday, October 7, 2023 10:52 AM |
| **To:** | Michael Ryan |
| **Subject:** | Following Up (with some information) |
| **Attachments:** | Loeffler.docx |

Mike,

I've attached a document with some bulletized facts and information which I think will help flesh out my particular circumstances for you. I'd be happy to discuss or provide additional color as you see fit. I did not write this for you, most of it I copied from remarks I put into the system… some of my comments might be pointed – they are not pointed at you 😊.

In closing, I am humbled and sincerely grateful for your assistance.

Regards,

John

**John Loeffler**
Principal Cloud Platform Technical Specialist
IBM Technology, US Public and Federal Market
| 714-651-7874 | 600 Anton Blvd. Costa Mesa, CA |

Test Drive Our Digital Offerings!
https://www.ibm.com/demos
https://www.ibm.com/cloud/free

Of course, I am committed to maximizing results in my territory and helping my teammates do the same and I will continue to do so.

As I've written in some more detail elsewhere in this system, I do not agree with the characterizations herein as the metrics they are based on do not align with the work I've done and the work I've been asked to do. Nor are significant structural elements taken into account. I'm not pointing fingers, simply attempting to illustrate that applying a broad brush to what I feel have been my unique circumstances yields a result which is not only inaccurate, but likely detrimental to the organization.

My contention is that based on the circumstances, the PIP is invalid and should be rescinded.

Some important, but by no means a complete list of considerations in support of my contention:

- At the end of March, 2023, I was given a new assignment/territory and a new IPL, retroactive to January 1; I understand *why* this was done. However, it does not seem fair or a best practice to later rate/PIP someone against something they were not involved in and had no responsibility for at the time.

- My new manager seemed unaware of my retroactive IPL being issued late in Q1, indicating he thought it was much earlier in the quarter. This was during the PIP conversation, making it clear that this fact was not taken into account.

- NC, GA, FL, NY are whitespace for IBM Cloud; these are the only accounts in my IPL

- There is no IBM Cloud contracting vehicle for FL or SC; We are working to get IBM Cloud part numbers on NASPO for FL. In GA we must work through Partners.

- It is unreasonable to expect material results under these circumstances in a quarter or two, especially for a SLED only territory.

- It is unreasonable to expect a material trajectory change under these circumstances during the course of a five or six week "PIP"; especially in SLED

- Again, I was only really in the territory beginning in 2Q

- My Seller was consumed with and was directed to focus on Project Comet and did little else until August – this was the right thing to do but was to my detriment. In fact, my kindhearted Seller often apologized for this circumstance.

- I made a significant contribution to Project Comet, worth tens of millions to IBM, for which I'm (presently) receiving neither revenue or signings credit. I worked Project Comet for about nineteen months at this point and continue to do so.

- Other folks, who made little or no contribution to Comet are receiving revenue and signings credit; this hardly seems fair.

- In fact, it seems to me that *most* of the folks receiving TI credit for Comet did no work on the project, many of them not even being aware of the project.

- Irrespective of compensation, it hardly seems equitable that I should receive negative consequences while others avoid them based upon work I performed on Comet.

- The past several years, I have experienced significant periods of time with no Seller in the territory. As an example, in 2022, I went most of the year without a Seller; when a Seller was assigned, they were consumed with what I'll call "distractions", performing little "farming" and no prospecting. One of the Sellers was in a pitched battle with Arvind over the vaccine mandates, also bringing a lawsuit against IBM. Selling was demonstrably not a focus for this person in those circumstances.

- For 2H 2022, I was asked to promulgate ZaaS with Payers and within the team and "hold down the fort" until a Seller returned from leave (the date for which was indeterminate and fluid). I even trained Z HW & SW folks on the offerings. I engaged my ZaaS responsibilities with zeal and without complaint, being complimented often on my efforts by Eric, Tom and others.

- It was intimated that I would not suffer relative to the 2H 2022 situation and that I would be "taken care of".

- Most of what I covered in 2022 and 2021 was also white space for IBM Cloud. In fact, my manager created a new role for me for 2023 in part, because of the white space issue, indicating in a moment of sincerity and comradery, that this is something that should have been done long ago. (This new role went poof with the retroactive IPL)

- When presented with my retroactive 2023 IPL in late March 2023, it was understood and expected by all that I would realize at least $900K for Comet in NYS shortly. To be clear, at the time of my retroactive IPL I was told directly that I would realize between $900K and $1.2M for NYS within a month or less. Within a couple of weeks, finance determined that the $900K for NYS was going to be $0, or close to $0.

- There was significant discussion about the Comet figure for NYS and how we'd get credit towards my IPL there, or elsewhere.

- Crediting me for my work on Comet is still an open item

- If I was given proper credit for my Comet contribution, I would be over 100%. and that's just one of the other deals I worked.

- My significant contribution to Project Comet and the expectation that I would realize at least $900K for NYS is undisputed.

- My IPL covers NY, GA, SC, FL; my Seller covers several other states in addition; My Seller was consumed with Comet in 1H+/doing little in the other states we share. This remark is not a negative against Seller, simply a statement of circumstances in the territory.

- "Negative entry events" are a serious concern for me; I was impacted by this in 1H and while we caught and fixed some, the issue remains; I have low confidence that we have visibility to everything… from meetings with folks in finance and compensation it's clear that even they don't understand what's happening or the root cause; I should also mention that the negative entry events impacting me are reversals for transactions for accounts and periods I bore no responsibility for at the time.

In conclusion, it remains my contention that based on the foregoing, the PIP is invalid and should be rescinded.

# EXHIBIT D

SETTLEMENT AGREEMENT

This Settlement Agreement (Agreement) is entered into among the United States of America, acting through the United States Department of Justice (the United States), and International Business Machines Corporation (IBM) (hereafter collectively referred to as "the Parties"), through their authorized representatives.

RECITALS

A. IBM is a New York corporation and has its principal place of business in Armonk, New York. IBM provides products and services to the United States through contracts with the federal government.

B. The United States contends that it has certain civil claims against IBM arising from what the United States contends was IBM's knowing submission of false claims and knowingly making false statements to the United States as follows: as a federal contractor, IBM was required to comply with anti-discrimination requirements as set forth in Title VII of the Civil Rights Act of 1964, as incorporated into its federal contracts, and the Federal Acquisition Regulation, including at FAR clause 52.222-26. The United States contends IBM certified compliance in its federal contracts with these requirements while knowingly maintaining practices described below that the United States contends discriminated against employees during employment and applicants for employment because of race, color, national origin, or sex, and failed to treat employees during employment without regard to race, color, national origin, or sex. In addition, the United States contends IBM allocated costs to its federal government contracts relating to these practices and sought payment and reimbursement under its federal government contracts for such costs. The United States contends the practices included:

1. Modifications or adjustments to pay, bonus, or other compensation that caused employees to take race, color, national origin, or sex into account when making employment decisions, including a diversity modifier that tied bonus compensation to achieving demographic targets;

2. Taking race, color, national origin, or sex into account as part of decisions to hire, transfer, or promote through the use of "diverse interview slates," "diverse sourcing," and other related employment practices, including by altering interview eligibility criteria based on race, color, national origin, or sex;

3. Developing race and sex demographic goals for business units and taking race, color, national origin, or sex into account when making employment decisions to achieve progress towards those demographic goals;

4. Offering certain training, partnerships, mentoring, leadership development programs, educational opportunities or resources, and/or similar opportunities only to certain employees, with eligibility, participation, access or admission limited on the basis of race, color, national origin, or sex

during the period from January 1, 2019 through the Effective Date of this Agreement. The conduct described in this Paragraph B is referred to below as the Covered Conduct.

C. IBM has been credited in this settlement under the Department of Justice's Guidelines for Taking Disclosure, Cooperation and Remediation into Account in False

Claims Act Matters, Justice Manual § 4-4.112 for cooperation provided by IBM. The cooperation IBM provided included disclosing facts early that were relevant to the government's investigation and gathered during its independent investigation; providing information to assist in the determination of damages and penalties arising from the alleged conduct; and taking voluntary remedial measures, including the termination and/or modification of various programs, policies, or other activities described in the Covered Conduct.

D. This Agreement is neither an admission of liability by IBM nor a concession by the United States that its claims are not well founded.

E. IBM denies that it engaged in the Covered Conduct.

To avoid the delay, uncertainty, inconvenience, and expense of protracted litigation of the above claims, and in consideration of the mutual promises and obligations of this Agreement, the Parties agree and covenant as follows:

TERMS AND CONDITIONS

1. IBM shall pay to the United States $17,077,043, inclusive of civil penalties (Settlement Amount). Of that amount, $8,204,348 is restitution. The Settlement Amount shall be paid by electronic funds transfer pursuant to written instructions to be provided by the Civil Division of the United States Department of Justice. Payment shall be made no later than 14 days after the Effective Date of this Agreement.

2. Subject to the exceptions in Paragraph 3 (concerning reserved claims) below, and conditioned upon the United States' receipt of the Settlement Amount, the United States releases IBM, together with its current and former parent corporations;

direct and indirect subsidiaries; brother or sister corporations; divisions; current or former corporate owners; and the corporate successors and assigns of any of them, from any civil claim or administrative monetary claim the United States has for the Covered Conduct under the False Claims Act, 31 U.S.C. §§ 3729-3733; the Program Fraud Civil Remedies Act, 31 U.S.C. §§ 3801-3812; or the common law theories of breach of contract, payment by mistake, unjust enrichment, and fraud.

3. Notwithstanding the release given in Paragraph 2 of this Agreement, or any other term of this Agreement, the following claims and rights of the United States are specifically reserved and are not released:

a. Any liability arising under Title 26, U.S. Code (Internal Revenue Code);

b. Any criminal liability;

c. Except as explicitly stated in this Agreement, any administrative liability or enforcement right, or any administrative remedy, including the suspension and debarment rights of any federal agency;

d. Any liability to the United States (or its agencies) for any conduct other than the Covered Conduct;

e. Any liability based upon obligations created by this Agreement;

f. Any liability of individuals.

4. IBM waives and shall not assert any defenses IBM may have to any criminal prosecution or administrative action relating to the Covered Conduct that may be based in whole or in part on a contention that, under the Double Jeopardy Clause in the

Fifth Amendment of the Constitution, or under the Excessive Fines Clause in the Eighth Amendment of the Constitution, this Agreement bars a remedy sought in such criminal prosecution or administrative action.

5. IBM fully and finally releases the United States, its agencies, officers, agents, employees, and servants, from any claims (including attorneys' fees, costs, and expenses of every kind and however denominated) that IBM has asserted, could have asserted, or may assert in the future against the United States, its agencies, officers, agents, employees, and servants, related to the Covered Conduct and the United States' investigation and prosecution thereof.

6. a. Unallowable Costs Defined: All costs (as defined in the Federal Acquisition Regulation, 48 C.F.R. § 31.205-47) incurred by or on behalf of IBM, and its present or former officers, directors, employees, shareholders, and agents in connection with:

(1) the matters covered by this Agreement;

(2) the United States' audit(s) and civil investigation(s) of the matters covered by this Agreement;

(3) IBM's investigation, defense, and corrective actions undertaken in response to the United States' audit(s) and civil investigation(s) in connection with the matters covered by this Agreement (including attorneys' fees);

(4) the negotiation and performance of this Agreement;

(5) the payment IBM makes to the United States pursuant to this Agreement,

are unallowable costs for government contracting purposes (hereinafter referred to as Unallowable Costs).

b. Future Treatment of Unallowable Costs: Unallowable Costs will be separately determined and accounted for by IBM, and IBM shall not charge such Unallowable Costs directly or indirectly to any contract with the United States.

c. Treatment of Unallowable Costs Previously Submitted for Payment: Within 90 days of the Effective Date of this Agreement, IBM shall identify and repay by adjustment to future claims for payment or otherwise any Unallowable Costs included in payments previously sought by IBM or any of its subsidiaries or affiliates from the United States. IBM agrees that the United States, at a minimum, shall be entitled to recoup from IBM any overpayment plus applicable interest and penalties as a result of the inclusion of such Unallowable Costs on previously-submitted requests for payment. The United States, including the Department of Justice and/or the affected agencies, reserves its rights to audit, examine, or re-examine IBM's books and records and to disagree with any calculations submitted by IBM or any of its subsidiaries or affiliates regarding any Unallowable Costs included in payments previously sought by IBM or the effect of any such Unallowable Costs on the amount of such payments.

7. This Agreement is intended to be for the benefit of the Parties only.

8. Each Party shall bear its own legal and other costs incurred in connection with this matter, including the preparation and performance of this Agreement.

9. Each Party and signatory to this Agreement represents that it freely and voluntarily enters into this Agreement without any degree of duress or compulsion.

10. This Agreement is governed by the laws of the United States. The exclusive venue for any dispute relating to this Agreement is the United States District Court for the Southern District of New York. For purposes of construing this Agreement, this Agreement shall be deemed to have been drafted by all Parties to this Agreement and shall not, therefore, be construed against any Party for that reason in any subsequent dispute.

11. This Agreement constitutes the complete agreement between the Parties. This Agreement may not be amended except by written consent of the Parties.

12. The undersigned counsel represent and warrant that they are fully authorized to execute this Agreement on behalf of the persons and entities indicated below.

13. This Agreement may be executed in counterparts, each of which constitutes an original and all of which constitute one and the same Agreement.

14. This Agreement is binding on IBM's successors, transferees, heirs, and assigns.

15. All Parties consent to the United States' disclosure of this Agreement, and information about this Agreement, to the public.

16. This Agreement is effective on the date of signature of the last signatory to the Agreement (Effective Date of this Agreement). Facsimiles of signatures shall constitute acceptable, binding signatures for purposes of this Agreement.

THE UNITED STATES OF AMERICA

DATED: 04.10.26 BY: ______________________
Stanley E. Woodward, Jr.
Associate Attorney General
United States Department of Justice

DATED: 4/10/2026 BY: Brenna E. Jenny
Brenna E. Jenny
Deputy Assistant Attorney General
Jamie Ann Yavelberg
Director
Commercial Litigation Branch
Civil Division
United States Department of Justice

INTERNATIONAL BUSINESS MACHINES CORPORATION

DATED: 4/10/26 BY: ______________________

Tonja De Sloover
Vice President and Global Corporate Counsel
IBM

# EXHIBIT E

# IBM Enterprise HR Metrics

- The following screen-shots illustrate the dashboard interface and metrics viewed on a regular basis by HR leaders.
- The **OT dashboard** is updated weekly and used bi-weekly for meetings with the business unit SVPs and used primarily by the CHRO and her direct reports.
- The **People Scorecard** (PSC) contains all the metrics on the OT dashboard plus many more and is refreshed monthly. These are used for tracking progress against corporate goals, enabling deeper dives and filtering, and additional context metrics. This is used primarily by the Talent and HR Partner organizations in consultation with the business to take action.
- Each column represents a business unit. User can drill down on the leaders to see the next level of the management chain and so on. Users can also filter the entire dashboard by the fields offered for filtering at the top.

# OT Dashboard

All tabs No filters have been applied. | This tab Geography Id Salary Band Id

Digitized Talent Metrics | Non-Digitized Talent Metrics | Glossary

# Talent Dynamics - Weekly Outlook

Information as of : 2023-10-09

**Filtering on this tab:** Geography and Band filters can be applied from up top. Users can drill down into their units by right clicking on the unit name

| | CHQ/OTH | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Headcount - Regular | | | | | | | | | |
| Headcount % change - YtD | | | | | | | | | |
| Headcount % change - in the last two weeks | | | | | | | | | |
| Executive Headcount | | | | | | | | | |
| Executive % change - YtD | | | | | | | | | |
| Executive % change - in the last two weeks | | | | | | | | | |
| Band Mix % 6-8 | | | | | | | | | |
| Band Mix 6-8 pt change - YtD | | | | | | | | | |
| Band Mix 6-8 pt change - in the last two weeks | | | | | | | | | |
| Low Cost % | | | | | | | | | |
| Low Cost pt change - YtD | | | | | | | | | |
| Low Cost pt change - in the last two weeks | | | | | | | | | |
| ANOBs | | | | | | | | | |
| Open Reqs (External only) | | | | | | | | | |
| Open Reqs % change - in the last two weeks | | | | | | | | | |
| Average Non-Exec Salary | | | | | | | | | |
| Average Non-Exec Salary % change - YtD | | | | | | | | | |
| Voluntary Attrition % | | | | | | | | | |
| VA pt change - in the last two weeks | | | | | | | | | |
| MIS % | | | | | | | | | |
| MIS pt change - in the last two weeks | | | | | | | | | |
| Layers | | | | | | | | | |
| Layers change - YtD | | | | | | | | | |
| Layers change - in the last two weeks | | | | | | | | | |
| Span of Control | | | | | | | | | |
| Span of Control change - YtD | | | | | | | | | |
| Span of Control change - in the last two weeks | | | | | | | | | |

IBM

| | CHQ/OTH | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | Summary | CHQ break out: Marketing and Communication (Jonathan Adashek) | CHQ break out: Human Resources (Nickle LaMoreaux) | CHQ break out: Legal Regulatory Affairs & General Counsel (MICHELLE BROWDY) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Performance Attrition % | | | | | | | | | | | | |
| PA pt change - since the last OT | | | | | | | | | | | | |

# Low Performance

## This dashboard summarizes Low performance identification and the current status.

*Low Performance HC baseline is ~3% higher than the eligible population for 1H23. To be eligible for the 1H23 Reflection, an employee must have worked a minimum of 90 days as of 01 July 2023*

| BUSINESS UNIT | OVERALL LP STATUS | | | | | | NON EXECUTIVES | | | | | | EXECUTIVES | | | | | | LP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total population | % Identified | % Exits | % Improved | % In Progress | % Separated | HC | % Identified | % Exits | % Improved | % In Progress | % Separated | HC | % Identified | % Exits | % Improved | % In Progress | % Separated | Identification progress WoW |
| IBM | | | | | | | | | | | | | | | | | | | |
| Consulting | | | | | | | | | | | | | | | | | | | |
| Infrastructure | | | | | | | | | | | | | | | | | | | |
| *Cloud* | | | | | | | | | | | | | | | | | | | |
| *TLS* | | | | | | | | | | | | | | | | | | | |
| Finance and Operations | | | | | | | | | | | | | | | | | | | |
| Software | | | | | | | | | | | | | | | | | | | |
| Global Sales | | | | | | | | | | | | | | | | | | | |
| CHQ-HR | | | | | | | | | | | | | | | | | | | |
| CHQ-Mktg | | | | | | | | | | | | | | | | | | | |
| CHQ-Legal | | | | | | | | | | | | | | | | | | | |
| Research | | | | | | | | | | | | | | | | | | | |
| Weather | | | | | | | | | | | | | | | | | | | |

# People Scorecard

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy | Search content

Edit | 100% | Analytics | Filters

All tabs: Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id

This tab: Salary Band

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

**Population Scope of Overall Talent Dynamics : Headcount:** Regular FT, Regular PT. **Hires:** Regular FT, Regular PT, Non-Regular Long Term, Non-Regular Short Term. **Promotions:** Regular FT, Regular PT. **Attritions:** Regular FT

**Note:** The ability to filter by Primary Job Category does not apply to ANOBs and Open Reqs

## Overall Talent Dynamics by Supervisory Org

| | + CHQ/OTH | + Consulting (JOHN GRANGER) | + Finance and Operations (James Kavanaugh) | + IBM Software (Rob Thomas) | + Infrastructure (Ric Lewis) | + Research (DARIO GIL) | + Sales (Rob Thomas) | + Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Headcount - Regular | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Headcount % change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Hires - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Early Professional Hires | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Early Professional Hires % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| ANOBs | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Open Reqs (External Only) | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Open Reqs % change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Promotions % - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Promotions pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Losses - YTD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Attrition pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Attrition pt change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Previous Year End Total Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Voluntary Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Voluntary Attrition pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Voluntary Attrition pt change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Previous Year End Voluntary Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| MIS % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| MIS pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| MIS pt change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Previous Year End MIS % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Feedback

Data on this dashboard is provided by **IBM Db2**.

EPM Cognos Analytics - Production (11.2.4) People Scorecard 2023 EPM Menu Privacy Search content

Edit 100% Analytics Filters

All tabs Org L1 Name Org L2 Name Org L3 Name Org L4 Name Geography Id Region Id This tab Salary Band

Dynamics Hierarchies Insights Performance Capacity Diversity Pay

## Overall Talent Dynamics by Geography

| | + APAC | + Americas | + EMEA | + Japan | Summary |
|---|---|---|---|---|---|
| Headcount - Regular | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Headcount % change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Hires - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Early Professional Hires | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Early Professional Hires % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| ANOBs | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Open Reqs (External Only) | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Open Reqs % change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Promotions % - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Promotions pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Losses - YTD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Attrition pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Attrition pt change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Previous Year End Total Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Voluntary Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Voluntary Attrition pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Voluntary Attrition pt change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Previous Year End Voluntary Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| MIS % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| MIS pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| MIS pt change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Previous Year End MIS % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Feedback

Data on this dashboard is provided by **IBM Db2**.

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy | Search content

Edit | 100% | Analytics | Filters

All tabs: Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id

This tab: Salary Band

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

**Population Scope of Executive Talent Dynamics: Headcount:** Regular FT, Regular PT, Non-Regular Long Term, Non-Regular Short Term. **Attritions:** Regular FT, Regular PT

## Exec Talent Dynamics by Supervisory Org

| | + CHQ/OTH | + Consulting (JOHN GRANGER) | + Finance and Operations (James Kavanaugh) | + IBM Software (Rob Thomas) | + Infrastructure (Ric Lewis) | + Research (DARIO GIL) | + Sales (Rob Thomas) | + Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Executive Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Executive Total Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Executive Total Attrition pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

| | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | **Summary** |
|---|---|---|---|---|---|---|---|---|
| Executive Headcount - Start of Year Baseline | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Executive % change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

| CHQ break out | | |
|---|---|---|
| Human Resources (Nickle LaMoreaux) | Legal Regulatory Affairs & General Counsel (MICHELLE BROWDY) | Marketing and Communication (Jonathan Adashek) |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |

## Exec Talent Dynamics by Geography

| | + APAC | + Americas | + EMEA | + Japan | Summary |
|---|---|---|---|---|---|
| Executive Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Executive Total Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Executive Total Attrition pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

| | APAC | Americas | EMEA | Japan | **Summary** |
|---|---|---|---|---|---|
| Executive Headcount - Start of Year Baseline | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Executive % change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Feedback

Data on this dashboard is provided by **IBM Db2.**

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy | Search content

Edit | 100% | Analytics | Filters

All tabs: Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id

This tab: Salary Band | Gender Id | Race1 | Work City | Job Category Name | Job Family Desc

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

Band Pyramids | Span and Layers

## Band Pyramids

### IBM Overall




| | Headcount - Regular | HC % change - YtD |
|---|---|---|
| Exec | [illegible] | [illegible] |
| Band 10 | [illegible] | [illegible] |
| Band 9 | [illegible] | [illegible] |
| Band 8 | [illegible] | [illegible] |
| Band 7 | [illegible] | [illegible] |
| Band 6 | [illegible] | [illegible] |
| Band 5 and ... | [illegible] | [illegible] |
| Unknown | [illegible] | [illegible] |
| **Summary** | [illegible] | [illegible] |

### CHQ/OTH




| | Headcount - Regular | HC % change - YtD |
|---|---|---|
| Exec | [illegible] | [illegible] |
| Band 10 | [illegible] | [illegible] |
| Band 9 | [illegible] | [illegible] |
| Band 8 | [illegible] | [illegible] |
| Band 7 | [illegible] | [illegible] |
| Band 6 | [illegible] | [illegible] |
| Band 5 and ... | [illegible] | [illegible] |
| **Summary** | [illegible] | [illegible] |

### Consulting (JOHN GRANGER)




| | Headcount - Regular | HC % change - YtD |
|---|---|---|
| Exec | [illegible] | [illegible] |
| Band 10 | [illegible] | [illegible] |
| Band 9 | [illegible] | [illegible] |
| Band 8 | [illegible] | [illegible] |
| Band 7 | [illegible] | [illegible] |
| Band 6 | [illegible] | [illegible] |
| Band 5 and ... | [illegible] | [illegible] |
| **Summary** | [illegible] | [illegible] |

Feedback

Data on this dashboard is provided by **IBM Db2.**

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy | Search content

Edit | Crosstab | 100% | Analytics | Filters

All tabs: Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id

This tab: Salary Band | Gender Id | Race1 | Work City | Job Category Name | Job Family Desc

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay







### Finance and Operations (James Kavanaugh)




| | Headcount - Regular | HC % change - YtD |
|---|---|---|
| Exec | [illegible] | [illegible] |
| Band 10 | [illegible] | [illegible] |
| Band 9 | [illegible] | [illegible] |
| Band 8 | [illegible] | [illegible] |
| Band 7 | [illegible] | [illegible] |
| Band 6 | [illegible] | [illegible] |
| Band 5 and ... | [illegible] | [illegible] |
| **Summary** | [illegible] | [illegible] |

### Sales (Rob Thomas)




| | Headcount - Regular | HC % change - YtD |
|---|---|---|
| Exec | [illegible] | [illegible] |
| Band 10 | [illegible] | [illegible] |
| Band 9 | [illegible] | [illegible] |
| Band 8 | [illegible] | [illegible] |
| Band 7 | [illegible] | [illegible] |
| Band 6 | [illegible] | [illegible] |
| Band 5 and ... | [illegible] | [illegible] |
| **Summary** | [illegible] | [illegible] |

### Research (DARIO GIL)




| | Headcount - Regular | HC % change - YtD |
|---|---|---|
| Exec | [illegible] | [illegible] |
| Band 10 | [illegible] | [illegible] |
| Band 9 | [illegible] | [illegible] |
| Band 8 | [illegible] | [illegible] |
| Band 7 | [illegible] | [illegible] |
| Band 6 | [illegible] | [illegible] |
| Band 5 and b... | [illegible] | [illegible] |
| **Summary** | [illegible] | [illegible] |

### IBM Software (Rob Thomas)




| | Headcount - Regular | HC % change - YtD |
|---|---|---|
| Exec | [illegible] | [illegible] |
| Band 10 | [illegible] | [illegible] |
| Band 9 | [illegible] | [illegible] |
| Band 8 | [illegible] | [illegible] |
| Band 7 | [illegible] | [illegible] |
| Band 6 | [illegible] | [illegible] |
| Band 5 and ... | [illegible] | [illegible] |
| **Summary** | [illegible] | [illegible] |

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy | Search content

Edit | 100% | Analytics | Filters

All tabs: Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id

This tab: Salary Band | Gender Id | Race1 | Work City | Job Category Name | Job Family Desc | M

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

## Span and Layers

| | + CHQ/OTH | + Consulting (JOHN GRANGER) | + Finance and Operations (James Kavanaugh) | + IBM Software (Rob Thomas) | − Infrastructure (Ric Lewis) | + Research (DARIO GIL) | + Sales (Rob Thomas) | + Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Span of Control | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Span of Control change – MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Span of Control change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Manager Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Manager Headcount change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Manager Headcount change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Non- Manager Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Non-Manager Headcount change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Non-Manager Headcount change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| % of managers with 5 or more direct reports | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| % of managers with 6 or more direct reports | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| % of managers with 7 or more direct reports | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| % of managers with 8 or more direct reports | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| % of managers with 9 or more direct reports | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| % of managers with 10 or more direct reports | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Layers | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Layers change – MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Layers change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Layer 3 Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Layer 4 Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Layer 5 Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Layer 6 Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Layer 7 Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Layer 8 Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Feedback

Data on this dashboard is provided by **IBM Db2**.

EPM Cognos Analytics - Production (11.2.4) People Scorecard 2023 EPM Menu Privacy Search content

Edit 100% Analytics Filters

All tabs Org L1 Name Org L2 Name Org L3 Name Org L4 Name Geography Id Region Id This tab No filters have been applied.

Dynamics Hierarchies Insights Performance Capacity Diversity Pay

# Insights

Information as of : 2023-09-30

A monthly summary highlighting our focus areas, pockets of opportunity, and calls to actions to close workforce health gaps at Enterprise level.

Glossary Contact Us

**SUMMARY:**

[illegible]

**HIGHLIGHTS:**

[illegible]

Feedback

Data on this dashboard is provided by **IBM Db2**.

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy | Search content

Edit | 100% | Analytics | Filters

All tabs: Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id

This tab: Salary Band | Gender Id | Race1 | Is Tech JR

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

# Performance

Information as of : 2023-09-30

This corporate goal is concerned with retaining top talent & gaining more efficiency in low performer management:

Glossary | Contact Us

Supervisory Org | Geography

| | + CHQ/OTH | + Consulting (JOHN GRANGER) | + Finance and Operations (James Kavanaugh) | + IBM Software (Rob Thomas) | + Infrastructure (Ric Lewis) | + Research (DARIO GIL) | + Sales (Rob Thomas) | + Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Voluntary Attrition % | | | | | | | | | |
| Voluntary Attrition pt change - YtY | | | | | | | | | |
| Voluntary Attrition pt change - MtM | | | | | | | | | |
| Top Segment Voluntary Attrition % | | | | | | | | | |
| Top Segment Voluntary Attrition pt change - YtY | | | | | | | | | |
| Top Segment Voluntary Attrition pt change - MtM | | | | | | | | | |
| Total Attrition % | | | | | | | | | |
| Total Attrition pt change - YtY | | | | | | | | | |
| Total Attrition pt change - MtM | | | | | | | | | |
| Off-Track Segment Total Attrition % | | | | | | | | | |
| Off-Track Segment Total Attrition pt change - YtY | | | | | | | | | |

Feedback

Data on this dashboard is provided by **IBM Db2**.

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy | Search content

Edit | 100% | Analytics | Filters

All tabs | Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id | This tab | Salary Band | Gender Id | Race1 | Is Tech JR

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

Data as of Sep 30, 2023

| | CHQ/OTH | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | Summary | CHQ break out: Marketing and Communication (Jonathan Adashek) | CHQ break out: Human Resources (Nickle LaMoreaux) | CHQ break out: Legal Regulatory Affairs & General Counsel (MICHELLE BROWDY) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Performance Attrition % | | | | | | | | | | | | |
| Performance Attrition MtM pt change | | | | | | | | | | | | |

# Low Performance

Data as of Oct 02, 2023

This dashboard summarizes Low performance identification and the current status

[illegible]

| BUSINESS UNIT | OVERALL LP STATUS | | | | | | NON EXECUTIVES | | | | | | EXECUTIVES | | | | | | LP Identification progress WoW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total population | % Identified | % Exits | % Improved | % In Progress | % Separated | HC | % Identified | % Exits | % Improved | % In Progress | % Separated | HC | % Identified | % Exits | % Improved | % In Progress | % Separated | |
| IBM | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| Consulting | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| Infrastructure | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| *Cloud* | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| *TLS* | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| Finance and Operations | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| Software | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| Global Sales | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| CHQ-HR | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| CHQ-Mktg | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| CHQ-Legal | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| Research | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| Weather | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |

## Executive Summary

- [illegible]

Learn more about Low Performance Identification

Feedback

Data on this dashboard is provided by **IBM Db2.**

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy | Search content

Edit | 100% | Analytics | Filters

All tabs: Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id

This tab: Salary Band | Gender Id | Race1 | Is Tech JR

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

Supervisory Org | Geography

| | + APAC | + Americas | + EMEA | + Japan | Summary |
|---|---|---|---|---|---|
| Voluntary Attrition % | | | | | |
| Voluntary Attrition pt change - YtY | | | | | |
| Voluntary Attrition pt change - MtM | | | | | |
| Top Segment Voluntary Attrition % | | | | | |
| Top Segment Voluntary Attrition pt change - YtY | | | | | |
| Top Segment Voluntary Attrition pt change - MtM | | | | | |
| Total Attrition % | | | | | |
| Total Attrition pt change - YtY | | | | | |
| Total Attrition pt change - MtM | | | | | |
| Off-Track Segment Total Attrition % | | | | | |
| Off-Track Segment Total Attrition pt change - YtY | | | | | |
| Off-Track Segment Total Attrition pt change - MtM | | | | | |

| | APAC | Americas | EMEA | Japan | Summary |
|---|---|---|---|---|---|
| Performance Attrition % | | | | | |
| Performance Attrition MtM pt change | | | | | |

Feedback

Data on this dashboard is provided by **IBM Db2**.

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy

Edit | 100% | Analytics | Filters

All tabs: Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id

This tab: Salary Band | Gender Id | Race1 | Is Tech JR

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

| | + CHQ/OTH | + Consulting (JOHN GRANGER) | + Finance and Operations (James Kavanaugh) | + IBM Software (Rob Thomas) | + Infrastructure (Ric Lewis) | + Research (DARIO GIL) | + Sales (Rob Thomas) | + Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Headcount - Regular | | | | | | | | | [illegible] |
| Headcount % change - YtD | | | | | | | | | [illegible] |
| Voluntary Attrition % | | | | | | | | | [illegible] |
| Band Mix % 6-8 | | | | | | | | | [illegible] |
| Band Mix 6-8 pt change - YtD | | | | | | | | | [illegible] |
| Band Mix 6-8 pt change - MtM | | | | | | | | | [illegible] |
| Band Mix 6-8 Hiring % | | | | | | | | | [illegible] |
| Band Mix 6-8 Voluntary Attrition % | | | | | | | | | [illegible] |
| Consulting Capacity | | | | | | | | | [illegible] |
| Consulting Capacity % change - YtD | | | | | | | | | [illegible] |
| Consulting Capacity % change - MtM | | | | | | | | | [illegible] |
| Consulting Hiring % | | | | | | | | | [illegible] |
| Consulting Voluntary Attrition % | | | | | | | | | [illegible] |
| Seller Capacity | | | | | | | | | [illegible] |
| Seller Capacity % change - YtD | | | | | | | | | [illegible] |
| Seller Capacity % change - MtM | | | | | | | | | [illegible] |
| Seller Hiring % | | | | | | | | | [illegible] |
| Seller Voluntary Attrition % | | | | | | | | | [illegible] |
| GIE Capacity | | | | | | | | | [illegible] |
| GIE Capacity % change - YtD | | | | | | | | | [illegible] |
| GIE Capacity % change - MtM | | | | | | | | | [illegible] |
| GIE Hiring % | | | | | | | | | [illegible] |
| GIE Voluntary Attrition % | | | | | | | | | [illegible] |
| Low Cost % | | | | | | | | | [illegible] |
| Low Cost pt change - YtD | | | | | | | | | [illegible] |
| Low Cost pt change - MtM | | | | | | | | | [illegible] |
| Low Cost Hiring % | | | | | | | | | [illegible] |
| Low Cost Voluntary Attrition % | | | | | | | | | [illegible] |

Feedback

Data on this dashboard is provided by **IBM Db2.**

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy | Search content

Edit | 100% | Analytics | Filters

All tabs: Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id

This tab: Salary Band | Gender Id | Race1 | Is Tech JR

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

## Skills

**Legend:** ↑Increased YtD ↓Decreased YtD

| | CHQ/OTH | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| % AI Expert+ | | | | | | | | | [illegible] |
| AI Expert+ pt change - YtD | | | | | | | | | [illegible] |
| % Analytics Expert+ | | | | | | | | | [illegible] |
| Analytics Expert+ pt change - YtD | | | | | | | | | [illegible] |
| % Cloud Expert+ | | | | | | | | | [illegible] |
| Cloud Expert+ pt change - YtD | | | | | | | | | [illegible] |
| % Quantum Expert+ | | | | | | | | | [illegible] |
| Quantum Expert+ pt change - YtD | | | | | | | | | [illegible] |
| % Security Expert+ | | | | | | | | | [illegible] |
| Security Expert+ pt change - YtD | | | | | | | | | [illegible] |

**Population:**

Feedback

Data on this dashboard is provided by **IBM Db2**.

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy | Search content

Edit | 100% | Analytics | Filters

All tabs: Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id | C

This tab: Salary Band | Gender Id | Race1 | Is Tech JR

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

[illegible]

[illegible]

[illegible]

| | + APAC | + Americas | + EMEA | + Japan | Summary |
|---|---|---|---|---|---|
| Headcount - Regular | | | | | [illegible] |
| Headcount % change - YtD | | | | | [illegible] |
| Voluntary Attrition % | | | | | [illegible] |
| Band Mix % 6-8 | | | | | [illegible] |
| Band Mix 6-8 pt change - YtD | | | | | [illegible] |
| Band Mix 6-8 pt change - MtM | | | | | [illegible] |
| Band Mix 6-8 Hiring % | | | | | [illegible] |
| Band Mix 6-8 Voluntary Attrition % | | | | | [illegible] |
| Consulting Capacity | | | | | [illegible] |
| Consulting Capacity % change - YtD | | | | | [illegible] |
| Consulting Capacity % change - MtM | | | | | [illegible] |
| Consulting Hiring % | | | | | [illegible] |
| Consulting Voluntary Attrition % | | | | | [illegible] |
| Seller Capacity | | | | | [illegible] |
| Seller Capacity % change - YtD | | | | | [illegible] |
| Seller Capacity % change - MtM | | | | | [illegible] |
| Seller Hiring % | | | | | [illegible] |
| Seller Voluntary Attrition % | | | | | [illegible] |
| GIE Capacity | | | | | [illegible] |
| GIE Capacity % change - YtD | | | | | [illegible] |
| GIE Capacity % change - MtM | | | | | [illegible] |
| GIE Hiring % | | | | | [illegible] |
| GIE Voluntary Attrition % | | | | | [illegible] |
| Low Cost % | | | | | [illegible] |
| Low Cost pt change - YtD | | | | | [illegible] |
| Low Cost pt change - MtM | | | | | [illegible] |
| Low Cost Hiring % | | | | | [illegible] |
| Low Cost Voluntary Attrition % | | | | | [illegible] |

Feedback

Data on this dashboard is provided by **IBM Db2**.

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy | Search content

Edit | 100% | Analytics | Filters

All tabs: Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id

This tab: Salary Band | Gender Id | Race1 | Is Tech JR

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

## Skills

**Legend:** ↑ Increased YtD ↓ Decreased YtD

| | + APAC | + Americas | + EMEA | + Japan | Summary |
|---|---|---|---|---|---|
| % AI Expert+ | | | | | [illegible] |
| AI Expert+ pt change - YtD | | | | | [illegible] |
| % Analytics Expert+ | | | | | [illegible] |
| Analytics Expert+ pt change - YtD | | | | | [illegible] |
| % Cloud Expert+ | | | | | [illegible] |
| Cloud Expert+ pt change - YtD | | | | | [illegible] |
| % Quantum Expert+ | | | | | [illegible] |
| Quantum Expert+ pt change - YtD | | | | | [illegible] |
| % Security Expert+ | | | | | [illegible] |
| Security Expert+ pt change - YtD | | | | | [illegible] |

**Population:**

[illegible]

Feedback

Data on this dashboard is provided by **IBM Db2**.

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy | Search content

Edit | 100% | Analytics | Filters

All tabs | Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id | This tab | Salary Band

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

Exec | Tech Exec | Band 10 | Band 8-9 Tech | Overall Diversity Dynamics

## Exec Diversity

**Legend : ↑ Increased YtD ↓ Decreased YtD**

| | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | **Summary** |
|---|---|---|---|---|---|---|---|---|
| Executive Headcount | | | | | | | | |
| Women Exec Current Month HC | | | | | | | | |
| Women Exec Current Month % | | | | | | | | |
| Women Exec YtD pt Change | | | | | | | | |
| Women Exec Delta to Goal | | | | | | | | |
| US Black Exec Current Month HC | | | | | | | | |
| US Black Exec Current Month % | | | | | | | | |
| US Black Exec YtD pt Change | | | | | | | | |
| US Black Exec Delta to Goal | | | | | | | | |
| US Hispanic Exec Current Month HC | | | | | | | | |
| US Hispanic Exec Current Month % | | | | | | | | |
| US Hispanic Exec YtD pt Change | | | | | | | | |
| US Hispanic Exec Delta to Goal | | | | | | | | |
| US Native American Exec Current Month HC | | | | | | | | |
| US Native American Exec Current Month % | | | | | | | | |
| US Native American Exec YtD pt Change | | | | | | | | |
| US Native American Exec Delta to Goal | | | | | | | | |

| CHQ break out | | |
|---|---|---|
| Human Resources (Nickle LaMoreaux) | Legal Regulatory Affairs & General Counsel (MICHELLE BROWDY) | Marketing and Communication (Jonathan Adashek) |
| | | |

Feedback

Data on this dashboard is provided by **IBM Db2.**

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy

Edit | 100% | Analytics | Filters

All tabs: Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id | C

This tab: Salary Band

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

| | | | | | | | | | CHQ break out | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | **Summary** | Human Resources (Nickle LaMoreaux) | Legal Regulatory Affairs & General Counsel (MICHELLE BROWDY) | Marketing and Communication (Jonathan Adashek) |
| Band 10 Women Current Month HC | | | | | | | | | | | |
| Band 10 Women Current Month % | | | | | | | | | | | |
| Band 10 Women YtD pt Change | | | | | | | | | | | |
| Band 10 Women Delta to Goal | | | | | | | | | | | |
| Band 10 Black Current Month HC | | | | | | | | | | | |
| Band 10 Black Current Month % | | | | | | | | | | | |
| Band 10 Black YtD pt Change | | | | | | | | | | | |
| Band 10 Black Delta to Goal | | | | | | | | | | | |
| Band 10 Hispanic Current Month HC | | | | | | | | | | | |
| Band 10 Hispanic Current Month % | | | | | | | | | | | |
| Band 10 Hispanic YtD pt Change | | | | | | | | | | | |
| Band 10 Hispanic Delta to Goal | | | | | | | | | | | |
| Band 10 Native American Current Month HC | | | | | | | | | | | |
| Band 10 Native American Current Month % | | | | | | | | | | | |
| Band 10 Native American YtD pt Change | | | | | | | | | | | |
| Band 10 Native American Delta to Goal | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Band 10 Tech Women Current Month HC | | | | | | | | | | | |
| Band 10 Tech Women Current Month % | | | | | | | | | | | |
| Band 10 Tech Women YtD pt Change | | | | | | | | | | | |
| Band 10 Tech Women Delta to Goal | | | | | | | | | | | |
| Band 10 Tech Black Current Month HC | | | | | | | | | | | |
| Band 10 Tech Black Current Month % | | | | | | | | | | | |
| Band 10 Tech Black YtD pt Change | | | | | | | | | | | |
| Band 10 Tech Black Delta to Goal | | | | | | | | | | | |
| Band 10 Tech Hispanic Current Month HC | | | | | | | | | | | |
| Band 10 Tech Hispanic Current Month HC | | | | | | | | | | | |
| Band 10 Tech Hispanic Current Month % | | | | | | | | | | | |
| Band 10 Tech Hispanic YtD pt Change | | | | | | | | | | | |
| Band 10 Tech Hispanic Delta to Goal | | | | | | | | | | | |
| Band 10 Tech Native American Current Month HC | | | | | | | | | | | |
| Band 10 Tech Native American Current Month % | | | | | | | | | | | |
| Band 10 Tech Native American YtD pt Change | | | | | | | | | | | |
| Band 10 Tech Native American Delta to Goal | | | | | | | | | | | |

Feedback

Data on this dashboard is provided by **IBM Db2.**

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy | Search content

Edit | 100% | Analytics | Filters

All tabs: Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id

This tab: Salary Band

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

Exec | Tech Exec | Band 10 | Band 8-9 Tech | Overall Diversity Dynamics

## Band 8-9 Tech Diversity

**Legend :** ↑Increased YtD ↓Decreased YtD

| | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | **Summary** |
|---|---|---|---|---|---|---|---|---|
| Band 8-9 Tech Women Current Month HC | | | | | | | | |
| Band 8-9 Tech Women Current Month % | | | | | | | | |
| Band 8-9 Tech Women YtD pt Change | | | | | | | | |
| Band 8-9 Tech Women Delta to Goal | | | | | | | | |
| Band 8-9 Tech Black Current Month HC | | | | | | | | |
| Band 8-9 Tech Black Current Month % | | | | | | | | |
| Band 8-9 Tech Black YtD pt Change | | | | | | | | |
| Band 8-9 Tech Black Delta to Goal | | | | | | | | |
| Band 8-9 Tech Hispanic Current Month HC | | | | | | | | |
| Band 8-9 Tech Hispanic Current Month % | | | | | | | | |
| Band 8-9 Tech Hispanic YtD pt Change | | | | | | | | |
| Band 8-9 Tech Hispanic Delta to Goal | | | | | | | | |
| Band 8-9 Tech Native American Current Month H | | | | | | | | |
| Band 8-9 Tech Native American Current Month % | | | | | | | | |
| Band 8-9 Tech Native American YtD pt Change | | | | | | | | |
| Band 8-9 Tech Native American Delta to Goal | | | | | | | | |

| CHQ break out | | |
|---|---|---|
| Human Resources (Nickle LaMoreaux) | Legal Regulatory Affairs & General Counsel (MICHELLE BROWDY) | Marketing and Communication (Jonathan Adashek) |

Feedback

Data on this dashboard is provided by **IBM Db2.**

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy | Search content

Edit | 100% | Analytics | Filters

All tabs: Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id

This tab: Salary Band

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

Exec | Tech Exec | Band 10 | Band 8-9 Tech | Overall Diversity Dynamics

## Women Talent Dynamics

| | + CHQ/OTH | + Consulting (JOHN GRANGER) | + Finance and Operations (James Kavanaugh) | + IBM Software (Rob Thomas) | + Infrastructure (Ric Lewis) | + Research (DARIO GIL) | + Sales (Rob Thomas) | + Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Women Current Month HC | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Women Current Month % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Women Hires % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Women Voluntary Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Women Promotions % - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

## Black Talent Dynamics

| | − CHQ/OTH | + Consulting (JOHN GRANGER) | + Finance and Operations (James Kavanaugh) | + IBM Software (Rob Thomas) | + Infrastructure (Ric Lewis) | + Research (DARIO GIL) | + Sales (Rob Thomas) | + Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Black Current Month HC | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Black Current Month % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Black Hires % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Black Voluntary Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Black Promotions % - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Feedback

Data on this dashboard is provided by **IBM Db2**

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy | Search content

Edit | 100% | Analytics | Filters

All tabs | Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id | This tab | Salary Band

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

## Hispanic Talent Dynamics

| | + CHQ/CTH | + Consulting (JOHN GRANGER) | + Finance and Operations (James Kavanaugh) | + IBM Software (Rob Thomas) | + Infrastructure (Ric Lewis) | + Research (DARIO GIL) | + Sales (Rob Thomas) | + Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Hispanic Current Month HC | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Hispanic Current Month % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Hispanic Hires % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Hispanic Voluntary Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Hispanic Promotions % - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

## Native American Talent Dynamics

| | + CHQ/OTH | + Consulting (JOHN GRANGER) | + Finance and Operations (James Kavanaugh) | − IBM Software (Rob Thomas) | + Infrastructure (Ric Lewis) | + Research (DARIO GIL) | + Sales (Rob Thomas) | + Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Native American Current Month HC | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Native American Current Month % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Native American Hires % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Native American Voluntary Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Native American Promotions % - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Feedback

Data on this dashboard is provided by **IBM Db2.**

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy | Search content

Edit | 100% | Analytics | Filters

All tabs: Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id | C

This tab: Salary Band | Is Tech JR

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

# Pay

Information as of : 2023-09-30

[illegible]

Glossary | Contact Us

## Pay

| | + CHQ/OTH | + Consulting (JOHN GRANGER) | + Finance and Operations (James Kavanaugh) | + IBM Software (Rob Thomas) | + Infrastructure (Ric Lewis) | + Research (DARIO GIL) | + Sales (Rob Thomas) | + Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Headcount - Regular | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Headcount % change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Current Month Average Non-Exec Salary | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Average Non-Exec Salary % change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Feedback

Data on this dashboard is provided by **IBM Db2**.

# EXHIBIT F

COURT REPORTER: Will counsel state your appearances for the record.

MR. SHELLING: Peter Shelling. I represent the Plaintiff John Loeffler.

MS. ROBERTS GONZALES: Michelle Roberts Gonzalez. I am represent IBM and represent the witness here today.

MS. STELL: And Laura Stell. I represent the Plaintiff John Loeffler.

(Whereupon, the witness was duly sworn.)

TRACEY ARMSTRONG, having been previously duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. SHELLING:

Q Good morning. May I call you Ms. Armstrong?

A Tracey works also. Whatever works for you.

Q Are you comfortable with Ms. Armstrong?

A Ms. Armstrong is great.

Q As I said, my name Peter Shelling. I represent the Plaintiff John Loeffler. Have you ever been deposed before?

A Many, many years ago.

Q How long ago was that?

A I take a swag, 15 plus.

Q What was that deposition about?

A Similar case.
Q Concerning IBM?
A Yes, it was an IBM case.
Q Do you remember what the case was about?
A I do not recall.
Q Okay. Would it be helpful to you if we go over some ground rules? It's been a little while since you've been deposed last.
A Sure.
Q Okay. So here we have our lovely court reporter, and she has the very difficult task of taking down our words. So it's important that we don't speak over each other. In that same vein, I'm going to do my best not to interrupt any of your answers, and I ask that you provide me with the same courtesy. Is that fair?
A Fair.
Q And also, it's much better for the transcript if you answer verbally. So instead of uh-huh, uh-uh, either yes or no or whatever your verbal response is. Do you understand?
A I understand.
Q And you just took an oath under penalty of perjury. Do you understand what that means?
A I do.
Q You understand that it carries the same weight as

if you're testifying in a court of law?
A I do understand that.
Q Your attorney may object to some questions today. You are obligated to answer my questions, unless your attorney instructs you specifically not to answer. Do you understand?
A I do understand.
Q Are you under the influence of any drugs, alcohol, or medication that might impair your ability to give your truthful and honest testimony today?
A I am not.
Q Is there any other fact or circumstance that would impair your ability to give your truthful and honest testimony today?
A There are no other circumstances.
Q Do you currently work for IBM?
A I do not.
Q When did you leave?
A November 2023.
Q And why did you leave?
A I retired.
Q How long did you work at IBM?
A From January 1999 through November 2023.
Q What did you do to prepare for this deposition?
A I went over some ground rules, some similar to

what you just went through with Michelle.

MS. ROBERTS GONZALES: Okay. I'm just going to instruct you not to talk about the contents of anything we talked about.

THE WITNESS: Okay.

MS. ROBERTS GONZALES: But go ahead.

THE WITNESS: Okay.

Q Please don't share any attorney/client communications, so.

A Okay.

Q So please proceed.

A Okay. Beyond that, there wasn't -- there really wasn't much prep.

Q Did you review any documents?

A I reviewed a couple of documents, yes.

Q What documents?

A A couple of emails that I had sent to the first Line Manager Eric Castillo.

Q What were those emails about?

A Guidance on the seller performance management program.

Q Both emails you reviewed were about that?

A Uh-huh.

Q Is that a yes?

A Yes. I'm sorry. Yes.

Q Did you review any other documents?
A No.
Q Are you aware of what this lawsuit is about?
A I'm aware. Uh-huh. Yes.
Q What is your understanding of what this lawsuit is about?
A My understanding is he -- is -- has a claim of being discriminated against for being an over 40 white male.
Q Anything else?
A That is my understanding.
Q Have you read the complaint in this matter?
A I have not read the complaint.
Q Have you spoken to anyone at IBM about this matter?
A I have not spoken to anyone at IBM about this matter.
Q What about anyone who used to work at IBM about this matter?
A I have not spoken to anyone who used to work at IBM about this matter.
Q Have you spoken to anyone besides your attorneys about this matter?
A I have not spoken to anyone about this matter.
Q Have you searched for any documents in connection with this matter?

A I have not searched for any documents in connection with this matter.
Q Have you searched for any text messages in connection with this matter?
A I did look at my phone to see if I had any text messages from the first line manager and I do not.
Q When were you asked to look at your phone?
A I was not asked to look at my phone.
Q Do you recall when you looked at your phone to see if you had text messages with -- I'm assuming that's Eric Castillo?
A Uh-huh.
Q When did you do that?
A Yesterday.
Q And that was the first time?
A Uh-huh.
Q That's a yes?
A Yes, I'm sorry.
Q It's okay. It's an unusually format so.
A That's fine.
Q What technology did you use -- well let me back up. Actually I withdraw that.
What was your last role at IBM?
A I was a senior HR partner.
Q And how long were you in that position?

A I'm going to swag this. Ten plus years.
Q Did you say swag this?
A Yeah.
Q What does that mean? I should know that. I don't know what that means.
A It means take a guess, a guestimate.
Q Okay. Ten plus years?
A Uh-huh, yes.
Q And before you were a senior HR partner, what was your position?
A I was an advisory HR partner.
Q And how long were you an advisory HR partner for?
A My guestimate is approximately ten years, eight years.
Q And what was your role before you were an advisory HR partner?
A That is the role I was hired into at IBM.
Q What did you do before you were hired at IBM?
A The job I had before I worked at IBM, I was the Director of HR for EJ Footwear Corp.
Q And how long were you in that position?
A I was in that position approximately four years.
Q And what did you do before that?
A Oh, boy. Testing my memory. Before EJ Footwear Corp, I worked for -- I may get this order slightly

confused. I mean I can tell you where I worked. I believe I was at Microflight and I was -- I don't remember the title. I was an HR generalist at Microflight for a few years before I -- I'll wait until you ask a question.
Q Were you about to testify about what you did before Microflight?
A Uh-huh.
Q Yeah. Please, please let me know.
A I was an HR generalist at the Raymond Corporation for a few years.
Q Fair to say that you're pretty experienced in HR?
A I am.
Q Have you ever testified as an expert witness concerning anything related to HR?
A I have not.
Q Might look into that. So let's go to your -- let's discuss your role as a senior HR partner at IBM. What were your job responsibilities in that role?
A My job responsibilities in that role were to provide advice and counsel on a wide variety of topics ranging from strategic initiatives to benefits to hiring to compensation at the top level of the business and to work directly with the management team.
Q Anything else?
A That's a succinct high level summary.

Q Were you involved in terminations?
A So to clarify, was I directly involved in terminations?
Q Were you involved in terminations in any capacity?
A I was involved in terminations in the capacity of advice and counsel. If -- if something -- if there was a scenario that required those discussions.
Q What do you mean "advice and counsel"?
A Advice and counsel is providing managers with the IBM tools to execute on a termination appropriately.
Q What do you mean "appropriately"?
A Appropriately means given within the confines of whatever the context of the situation is.
Q Are you familiar with discrimination laws?
MS. ROBERTS GONZALES: Objection to the form, and she's not a lawyer.
But you can answer.
A I am not familiar with discrimination laws. Likely to the degree I understand what discrimination is, but I am not familiar with discrimination laws.
Q Have you taken any course in employment law?
A I do not recall.
Q Did you ever receive any trainings at IBM concerning employment law?
A I do not recall.

Q Did you ever receive any training at IBM concerning discrimination laws?
A Absolutely.
Q When did that occur?
A I do not recall.
Q Do you recall how many times you were trained on discrimination laws while you worked at IBM?
A I do not.
Q Do you recall the last time you were trained on discrimination laws?
A I do not.
Q You mentioned before strategic initiatives. What does that mean?
A Strategic initiatives is a broad topic. It could encompass -- I'm going to give you a few examples. It could encompass outsourcing work. It could encompass in-sourcing work. It could encompass an initiative like seller performance management. It could encompass changing -- those are just some examples.
Q How many HR employees did you supervise in your role as senior HR -- sorry senior HR partner?
A Uh-huh.
Q How many HR employees did you supervise in that role?
A Directly I had zero direct reports, but in the

organization there was -- I think there were two others.
Q Two others of what?
A Two other HR employees supporting -- supporting the global sales organization in the public and federal spaces.
Q So were you assigned specifically to work with the pub/fed sales team and only that unit?
A Uh-huh. Yes, I was.
Q And how many sellers were in that group while you were --
A To the best of my recollection a couple of thousand sellers.
Q Was John Loeffler one of them?
A Yes, he was one of them.
Q Did you ever meet Mr. Loeffler?
A I did not.
Q Were you also responsible for first line managers?
A Predominantly no.
Q What about second line managers?
MS. ROBERTS GONZALES: Objection, vague.
A Yes, more second line managers than executives. More up line managers than executives.
Q So you had more responsibility in relation to higher up sales folks?
A Correct.

Q But you still had some involvement with regular salespeople?
A Can you clarify what a regular salespeople -- person is?
Q Sure. So, just a tech seller or a seller, not a manager?
A I had never had any direct dealings personally with sellers.
Q Okay.
A I mean my interaction was always with the management team. My role is not to interact with sellers, unless something was escalated again appropriately.
Q Who was your supervisor as a senior HR partner?
A At the time of departure my direct supervisor was Ezekiel Piccione.
Q How do you spell his last name?
A PICCIONE.
Q Does he still work for IBM?
A He does not.
Q When did he leave?
A To the best of my knowledge in June or July of 2024.
Q And what was his role called?
A VP HR global sales.
Q And was he predominantly working with the public

federal market as well?
A No. He had a larger role and supported the next layer up.
Q What is that next layer?
A The next layer are the -- the next layer is the senior level executive who manages all of the brands within global sales.
Q Can you give me some specific names of folks who would be in those positions.
A Sure. Patrick McConnell -- testing my memory.
Q Can you just tell me really quickly the name of that -- so what role for example Patrick McConnell held. What the name for that position is?
A Patrick had the -- he had a general market and I cannot remember what the name of it was. Trying to think of who had financial services.
(Pause in the proceedings.)
Q Would that Sebastian Krause?
A No. Sebastian was different part of the business. I'm just drawing blanks right now. I mean I can see people but I can't think of names for some reason.
Q That's fine. It's not a memory contest. I just thought you may know some people. Who is above Mr. Piccione?
A Sam Ladah.

Q How do you spell that?
A Sam, SAM. Ladah, LADAH.
Q And what was his role? Does the S stand for senior?
A Uh-huh.
Q Yes?
A Yes.
Q And who's above Mr. Ladah?
A Nickle LaMoreaux.
Q Can you spell that please.
A NICKLE, LAMOREAUX and she was the CHRO.
Q What is CHRO stand for?
A Chief human resources officer.
Q Who is above Ms. LaMoreaux?
A Arvind.
Q I know who that is. That's Arvind Krishna?
A Yes.
Q The CEO of IBM?
A Correct.
Q Okay. Mr. Piccione lived somewhere in South America?
A He did initially. I mean he lived in the U.S.
Q Where did he live in the U.S.?
MS. ROBERTS GONZALES: Objection to the form.
You can answer if you know.

A I believe Connecticut.
Q He currently lives in South America?
A I don't know where he currently lives.
Q But at some point you're aware that he lived or lives in South America?
A I had awareness that he came from South America to the U.S. and became a U.S. employee.
Q Do you know what country he came from?
A I don't recall.
Q Is that an Argentinian name by any chance?
MS. ROBERTS GONZALES: Objection.
Q Does that refresh your recollection that maybe he comes from Argentina?
A I don't recall.
Q Okay. I'm just guessing. What was your involvement in performance improvement plans?
A What was my involvement in performance improvement plans?
Q Yes.
A If a manager requested my assistance with a performance improvement plan, it would depend upon the request.
Q What do you mean by that?
A If a manager asked for help constructing a performance improvement plan or a review of a performance

improvement plan that he or she had already constructed, I would either help construct or I would review.

Q You were not involved in every performance improvement plan?

A I was not involved in every improvement plan.

Q You're only involved in the performance improvement plans where you were specifically asked for help?

A I was specifically involved -- I shouldn't even say specifically. I was involved in performance improvement plan where -- performance improvement plans where I was asked for help or this was a task delegated to the other person who worked a lot of the performance improvement plans.

Q Were you ever asked by someone above you to get involved with any particular performance improvement plans?

A There were times I was asked to work specifically with a manager on these types of things. Uh-huh.

Q Who would ask you to do that?

A An upline manager generally speaking.

Q So someone like Mr. Piccione?

A Ezekiel might make the request or an upline manager, a first line manager's manager might ask me to assist.

Q So a second line manager?

A Correct.
Q Like Mr. Sergio Amoni for example?
A Yeah, Sergio, yep.
Q Did you ever actually write performance improvement plans?
A I never specifically wrote performance improvement plans.
Q Would you edit them?
A I would edit performance improvement plans language or question them.
Q What would you base your edits on?
A I would base my edits again on program construct. As an example, I'm just going to use this as an example. If seller performance management goals were X and that X was not present in the PIP -- which performance improvement management -- performance improvement plan -- I would remind the manager that that bar had to be inserted into the performance improvement plan.
Q Did you apply any other standards when you were reviewing performance improvement plans drafted by managers?
A I would like to clarify what you mean by standards?
Q Well, I'm not really sure what standards you would or wouldn't apply. So, I'm trying to see if there are standards that you are aware of that you applied.

A The seller performance improvement plans were generally quantitative in nature. So ensuring that there were quantitative clear metrics.

Q And what would those quantities be based on?

A Every seller has varying -- I mean, there's no one size fits all. Every seller is working on different stuff.

Q Would it be related to the sellers incentive plan letter?

A Well, I want to be thoughtful about this answer.

(Pause in the proceedings.)

A The incentive plan letter tells you how you're going to be measured financially, and from your -- the performance improvement plan tells you what percentage you need to achieve to remain an IBM employee and the two are not synonymous.

Q And how does that relate to target incentive or TI?

A Target incentive is a hundred percent of your compensation. So if you, in a perfect world, if you achieve a hundred percent of your plan, you make your -- your full salary, right, your full salary plus your full incentive. When you're on a PIP, you're not -- it's not to say you won't get to your TI, but you haven't been getting to your TI which is why you're on a PIP.

Q How often did you work with IBM legal?

A Regularly.
Q Daily?
A Close.
Q Which attorneys did you work with?
A Jason Isom.
Q Can you spell the last name.
A ISOM. He is not there anymore.
Q When did he leave?
A After I did.
Q Okay. And who else?
A Lauren Landy and Greg Meyer. He is not there anymore and I can't think of the other woman right now. Couple of others. Names just are not coming to me.
Q Did you work with a man named Andrew Heyman?
A Periodically. Not often.
Q Did you discuss performance improvement plans with IBM legal?
MS. ROBERTS GONZALES: Objection. I mean, you don't have to answer because of attorney/client privileged.
MR. SHELLING: That's not privileged.
MS. ROBERTS GONZALES: You're asking her -- you're asking her whether or not she talked about what the contents of her conversation with IBM legal.
MR. SHELLING: No, that's my question.

Could you read please back my question.

(Court reporter reads back.)

MS. ROBERTS GONZALES: I mean, same objection. I'm instructing her not to answer.

MR. SHELLING: We may need to raise that with the Judge. We'll have to see.

Q Was IBM legal involved with drafting performance improvement plans?

MS. ROBERTS GONZALES: Same objection. I'm going to instruct you not to answer. It goes to attorney client communications and attorney work product, if they were involved.

MR. SHELLING: Business decisions in the company are not privileged though.

MS. ROBERTS GONZALES: You're asking about legal advice that they may or may not have gotten into.

MR. SHELLING: I'm not asking about legal advice. I'm asking what their involvement was in business decisions, for example, implementing performance improvement plans or employment -- helping assist Ms. Armstrong in her duties as HR.

MS. ROBERTS GONZALES: I mean, you're assuming that those would be business decisions, but if legal advice was being given in the context of a performance improvement plan, that's privileged.

MR. SHELLING: But I'm not asking about legal advice nor do I want to know about that.

MS. ROBERTS GONZALES: I will instruct the witness that you can answer generally on the topic. I'm going to ask you not to get into any specifics about what you may or may not have been told by IBM legal about any particular performance improvement plan or any -- or even generally about what should or shouldn't be in performance improvement plans.

MR. SHELLING: And I won't ask about that. What I want to know is if Ms. Armstrong worked with legal in drafting performance improvement plans generally.

MS. ROBERTS GONZALES: Okay. I will allow you to ask that question, and I'll allow you to answer it.

Q Okay. So go ahead and answer.

A Generally I did not work with IBM legal.

Q Okay. But you said before that you were in communication with them daily, correct?

A (Head gesture).

Q Is that a yes?

A Yes, that is correct.

Q So you mean generally didn't work with them regarding performance improvement plans?

A Correct.
Q Did you work with IBM legal concerning hiring decisions?
A Generally no.
Q Termination decisions?
A If required.
Q What was your involvement in hiring decisions at IBM?
A I didn't have involvement in hiring decisions directly. The only piece I was responsible for was working with the management team on staying within their head count.
Q What is head count?
A The number of people that they were allowed to have on their team and if there is a Delta between that number and the people they had, then they were -- there was an allotment for a head count.
Q So for example you would tell a manager they could not hire somebody because they were too full?
A Correct.
Q Did you ever tell a manager they have to let somebody go because they were too full?
A No, I did not. That's -- no.
Q How did you communicate with legal? Did you do that by email mostly?
A I communicated with legal via phone, Webex, and

email.

Q Slack?

A Slack.

Q Yes?

A Yes.

Q What was your primary form of communication between yourself and other people you worked with at IBM?

A So for clarity what kind of other people.

Q I just mean generally, individuals that you were working with on a regular basis.

A Webex.

Q So is that kind of like a Zoom call?

A Uh-huh. Yes.

Q What about email?

A Certainly email is another form.

Q Did you use that daily?

A Yes.

Q Okay. What about slack?

A I used slack for quick short answers.

Q Okay. When did you have slack?

A Whenever we rolled it out. We had same time and we moved to slack and I don't recall when that was.

Q Okay. Did you have slack in 2023?

A Yes.

Q What types of technology did you use in your role

as a senior HR partner?

MS. ROBERTS GONZALES: Objection, vague.

You can answer.

A What types of technology? Could you clarify for me what --

Q Yeah.

A -- you're seeking.

Q It's just a fact finding question. So for example did you have an HR portal. Did you have an IBM log in to HR system? Did you use artificial intelligent? So if I would classify those as some kind of tech, but please go ahead.

A Okay. We used HR systems for HR information as necessary. I did not use AI.

Q Did you have access to AI?

A IBM has AI tools I did not use AI tools.

Q Do you know if you had access to them?

A I don't know. I don't recall.

Q You said HR systems. What systems are those?

A Oh, boy. HR portal kinds of systems. Systems that carry had HR information.

Q How many portals did you use?

A I don't recall.

Q Was there one single HR portal that you regularly worked in?

A Yes.

Q Do you know what that was called?
A I'm drawing a blank. I mean I've really turned my IBM hat off, so.
Q And that's completely understandable and I'm glad that you have done that.
A Me too.
Q I'm just trying to get your best recollection so don't feel --
A Uh-huh.
Q Was it -- was the IBM portal that you used on, did you access that through an internet browser?
A No, it was a system.
Q An application?
A Yes.
Q And you don't recall what the name of it was?
A I will think of it.
Q If it comes to you please let me know.
A I will.
Q Do you know what Cognos analytics is?
A Cognos?
Q Cognos, what is that?
A It is a program that runs analytics.
Q Was it part of the HR portal?
A I don't recall it being a part of an HR portal. I believe it was bigger than HR. Cognos was bigger than HR.

Q But it was a part of a HR?

A HR employed Cognos analytics.

Q Okay. And was that usable through the HR portal?

A Not the HR portal that I can't think of but that was a separate opportunity.

Q What do you mean a separate opportunity?

A You could access Cognos through a separate portal, separate Cognos application.

Q Okay. And what is Cognos analytics?

A It was a -- it was a way to run analytics so that you could see holistically what an organization looked like, how many people you had, what locations they were in, et cetera.

Q Do you know which groups of or which -- let me withdraw that question.

Do you know which departments had access to Cognos analytics at IBM?

A I have no -- no idea and I want to be clear, are you specifically referencing HR information or are you referencing -- I mean there's a ton you could do with Cognos. So, I mean, you can look at sales data and analyze sales data. So the selling population could use Cognos to analyze their sales data. The HR population -- when I say population I don't know who in HR has assess or doesn't have access but not everybody has access to -- I don't have

access to sales data. So I just want to be clear that there's delineation about who has access to what.

Q What else does Cognos do?

A I cannot articulate what Cognos does on a broad sale basis.

Q Can you list some of the things that it does.

A I just did HR and sales data. I mean, delineation or analysis are two big things.

Q Can you list anything else that it does?

A No, sir. Those are two things that I have the greatest familiarity with.

Q And can you just -- just for me, could you just say what those two things are again please.

A Sales data analysis and HR analysis.

Q What is HR analysis?

A HR analysis could be how many people are in the northeast in a particular organization or how many people are in the west or if we have a disaster occurring, we need to identify everybody who's in that disaster zone, so we have -- we have a plan.

Q Was Cognos an AI platform?

A I do not believe it was.

Q Did it have AI embedded within the platform?

A I can't answer that.

Q Okay. How did you use Cognos in your job?

A As little as possible. I had somebody run my Cognos reports that wasn't my forte.

Q Okay. Did Cognos track demographic information of IBM employees?

A It has -- it had the ability to track demographics, but there were limitations so.

Q What were those limitations?

A You couldn't track demographics and performance together.

Q Why is that?

A You're asking an IBM question, bigger picture IBM question. I surmise because they don't want the demographics and performance in the same report. They don't want any -- they don't want those two mixed in the same thinking process.

Q Is there any reason that would be important from an HR perspective?

A Because they're not related.

Q What demographics could you track on Cognos?

A Gender and race.

Q Age?

A I don't recall.

Q Sexual orientation?

A I don't believe so but I don't recall.

Q Employee band number?

A Yes.
Q Were your permissions or access restricted in any way on Cognos?
A Yes.
Q Do you know what you were restricted from?
A I don't recall.
Q How do you know you were restricted?
A We were all restricted at my level. There were permissions. If we needed something we had to ask for that for some reason that we needed something and I can't recall what it was. We had to go high up into the chain to get certain reports.
Q You can't recall any specific subject matter that your restricted from, you needed to ask assistance for?
A I cannot recall what I needed to ask for permissions for, correct.
Q Do you know why permissions were restricted for you?
A Again, from an IBM protocol perspective, certain data is only available at the top of the business.
Q Why is IBM tracking racial data of its employees?
MS. ROBERTS GONZALES: Objection, lack of foundation.
THE WITNESS: Do I answer?
MS. ROBERTS GONZALES: Yes. Sorry. You can

answer.

A For a long time there was focus on equal opportunity.

Q What do you mean by that?

A On assuring that we had a diverse work force. Diverse in terms of background, skills, demographics, gender, and that is how we enabled that.

Q How specifically did you enable that?

A By tracking it.

Q Was that a priority at IBM while you worked there?

MS. ROBERTS GONZALES: Objection, lack of foundation.

You can answer if you know.

A It was one of many priorities. It was a multi-priority organization so.

Q And before when you said demographics, do you mean race?

A Yes.

Q And gender?

A Yes, I mentioned gender.

Q What was in your Cognos reports, if you remember?

A I mean, that's a very broad question. Can you --

Q Sure. How often would you have a Cognos report that you would use in your job?

A I would refer to a Cognos report on a regular

basis just to look at head count and point and comparison when working with finance. There were a lot of reasons to use Cognos reports.

Q Did you ever look at demographic information? Did you personally ever look at demographic information in Cognos?

A I never personally looked at demographic information. There was never a need to look at demographic information.

Q Have you heard of anything called D&I optimizer?

A No.

Q Were you aware of any diversity hiring goals while you worked at IBM?

A There were diversity hiring goals in the executive space.

Q And what were those goals?

A I can't tell you what those executive goals were because they changed, but they were always aspirational goals.

Q Do you know that there were goals?

A There were monthly meetings on open executive roles in the sales space where candidates were presented and discussed and the aspirational goals and where we stood against them were reviewed.

Q You were in those meetings?

A I was in those meetings at times and I was a recipient of documents.
Q And what aspirational goals were reviewed in connection with those hiring determinations?
A Just whether we were meeting our goals or not.
Q What goals are those?
A Gender and demographic.
Q So, for example, having more African Americans at IBM?
A I want to be clear. You just said having more African Americans at IBM. These are goals for the executive population and placing them into executive roles.
Q Okay. So, for example, having more African American executives at IBM?
A Perhaps or Hispanic or Native American.
Q Okay. Can you think of any other characteristics that IBM wanted more of that specific group?
A Female.
Q What about male?
A That was not tracked.
Q Okay. What about white?
A Not tracked.
Q Why is that?
MS. ROBERTS GONZALES: Objection, lack of foundation.

Answer if you know.

A We -- we knew what that -- well, we knew what the numbers were so I guess it was tracked. I will retract my answer from before because we knew what the percentages of each of the other buckets were.

Q Did you have any aspirational goals to hire white male executives?

MS. ROBERTS GONZALES: Objection, lack of foundation.

Answer if you know.

A There was an aspirational goal and we were typically over that goal.

Q What was that goal?

A I don't know.

Q Okay. Was the goal to have more white males or less white males?

MS. ROBERTS GONZALES: Objection, lack of foundation.

You can answer if you know.

MR. SHELLING: I'm just go to object to the "if you know" modification. It's a speaking objection, but go ahead.

A You asked me what was the goal?

Q Yes.

A I don't know what the goal is.

Q Do you know if there was a goal to increase the population of white male executives?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A The goal was to achieve each of the goals whether that required an increase or a decrease in the number.

Q Okay. Do you have any recollection whether IBM wanted to increase the white male population in executives or decrease it?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A I don't recall.

Q Okay. Do you suspect that IBM would want to increase the population of white males in executive positions?

MS. ROBERTS GONZALES: Again, objection, lack of foundation.

A I think IBM would like to achieve the goals that are missing, and I don't believe that was a goal that was missing.

Q Were you aware of any diversity hiring goals at the band ten level?

A No.

Q Were you aware of that information being tracked in Cognos analytics?

A Can you clarify that question for me. I mean, are you asking if I have awareness of a report being generated to track our band ten population from a demographic perspective?

Q Correct.

A I am not aware of that.

Q Are you aware of specific racial goals within the band ten population?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A I am not aware.

Q Were you aware of any gender goals within the band ten population?

A I am not aware.

Q Would it surprise you if IBM tracked gender and racial goals at the band ten level at IBM?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A We are an analytic company so we probably have some level of analytics on not just band tens, but yes, that would not surprise me.

Q Were you ever instructed to promote diversity, equity, and inclusion while you worked at IBM?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A Diversity, equity, and inclusion was a core program, along with many other IBM programs.

Q What does -- from now on let's just call it DEI because it's a long phrase. Is that okay with you?

A Uh-huh. Yes.

Q Are you familiar with the term DEI?

A I am.

Q What does that mean?

MS. ROBERTS GONZALES: Objection, lack of foundation. You mean, what does it mean to her?

MR. SHELLING: Yeah.

Q What's your understanding of the term DEI?

A Diversity, equity, and inclusion is the opportunity for all people of diverse skill, experience, backgrounds, including demographics, gender, PWD, people with disabilities, everybody to have an equal opportunity to play on the same playing field.

Q Is equities the equal opportunity part of that phrase?

A To be treated equally.

Q Okay. What is inclusion?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A To be in included no differently than anybody else or there would be --

Q And your understanding is there any limitation to what is included or not included in DEI?
A I can't think of something that a particular group that would be excluded.
Q You can't think of any group that would be excluded from DEI?
A I cannot think of any group that'd be excluded from DEI.
Q Are certain ideologies excluded from DEI?
MS. ROBERTS GONZALES: Objection, lack of foundation.
A I can't think of any ideologies that would be excluded. DEI is applicable across the board.
Q It includes all religions?
A It would include all religions.
Q All political groups?
A All political groups, sure. Diversity and political groups.
Q What about extremist groups?
MS. ROBERTS GONZALES: Objection, lack of foundation.
A The answer would be yes.
Q So, do you think, for example, the KKK would be included in your definition of DEI?
MS. ROBERTS GONZALES: Objection, lack of

foundation.
A I'm going to be -- I'm going to answer that a little bit differently. I'm going to say felons and prison, irrespective of demographic stature, aren't welcomed at IBM.
Q Aren't?
A Are not welcomed at IBM, right.
Q Right.
A So that would be my answer.
Q So the KKK is not welcomed at IBM right?
MS. ROBERTS GONZALES: Objection, lack of foundation, and it's an incomplete hypothetical.
A Yeah, I think we're going down a --
Q Well, surely there's some limitation to what is included within the DEI universe correct?
MS. ROBERTS GONZALES: Objection argumentative.
MR. SHELLING: If will you let me finish my question, I would appreciate that.
Could you read back my question.
(Court reporter reads back.)
MS. ROBERTS GONZALES: Objection.
A So, all people of demographic skills, background, political groups, religions are included.
Q Except for not felons and not the KKK and maybe other --

A Correct.
Q -- how do you put it, undesirable extremist groups?
A Yes, there are -- there are lines that would be drawn.
Q Okay. Do you know what standard would be used to draw those lines?
MS. STELL:
MS. ROBERTS GONZALES: Objection, lack of foundation. Incomplete hypothetical.
You could answer.
A IBM would determine the standard I don't know the name of standard, but there are standards.
Q Okay. Let's talk about the term diverse. Does the term diverse include all racial categories?
MS. ROBERTS GONZALES: Objection, lack of foundation.
A Yes.
Q It includes majority groups?
A Yes.
Q Does it include all combinations of characteristics?
A Please clarify.
Q Well, for example, you could be a black female or you could be a -- you could be a younger Native American.

There's different ways you can combine characteristics. So I'm asking if it -- if diverse includes all potential combinations of characteristics?

A Yes.

Q It includes white males?

A Yes.

Q So you would call a white male diverse?

A Yes.

Q Typically when I hear the phrase "diverse," I don't -- white males doesn't come to mind, but it does for you?

A It does because diverse for me means -- diversity in experience, diversity in skills. So it is inclusive.

Q Okay. And do you think that your definition of diversity is the same definition that was used at IBM?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A Yes.

Q Do you consider yourself a white female?

A Yes.

Q Do you know what race Mr. John Loeffler is?

A I did not, but I do now.

Q How do you know that?

A He --

MS. ROBERTS GONZALES: Sorry. I'm just

thinking for a second. I'm going to instruct the witness not to talk about anything that you and I talked about.

If you know from something else, you can say.

Q You found out today that what Mr. Loeffler's race is, correct?

A (Head gesture).

MS. ROBERTS GONZALES: Do you want to say yes? I don't believe she verbally responded.

MR. SHELLING: Yeah, she nodded.

Q Is that a yes?

A Correct.

MS. ROBERTS GONZALES: So, we have been going for about an hour and ten minutes.

Q Actually, I should have mentioned earlier. If you want to take a break at any time, that's fine. If I'm in the middle of a line of questioning, though, I might just want to go until the end of the question --

A We're good.

Q -- or complete a pending question.

A Okay.

Q But certainly if you need to take a break, let me know. And I usually take breaks about once every hour, and I'm sure Michelle will hold me too that as well. So, let's go off the record.

(Off record at 11:10.)

(Short Recess held from 11:10 a.m. to 11:24 a.m.)

COURT REPORTER: Back on the record at 11:24.

BY MR. SHELLING:

Q All right. Ms. Armstrong, welcome back on the record. You understand you're still under the same oath you took this morning?

A I do understand. Thank you.

Q Be careful with these staples. They might be a little pokey. I apologize in advance.

MR. SHELLING: This will be Exhibit 1.

(Plaintiff's 1 before the witness.)

Q Exhibit 1 is the first amended complaint in the matter of John Loeffler versus IBM. Do you have that in front of you Ms. Armstrong?

A I do have it in front of me.

Q I want to direct your attention to paragraph -- let me find it first -- 48. Actually, if you read paragraph 47, 48, and 49 --

A Okay.

Q -- on page seven.

A Uh-huh.

(Witness complies.)

Q Let me know when you've read those paragraphs.

A I've read them.
Q Do you recall being on the June 8, 2023 a Webex call reference in these paragraphs?
A I have a vague recollection of Eric being announced as the manager as we were combining a couple of teams and they fell under his purview. So the answer to that would be yes.
Q Do you recall Mr. Sergio Amoni making the statements that are referenced in paragraph 48?
A Absolutely not. Sergio would never -- I worked very closely with Sergio. Sergio would never -- those words never would have come out of Sergio's mouth.
Q Would Sergio Amoni ever have said, Look at all the black and brown faces on this call?
A Never.
Q Would Sergio have said, Mr. Castillo has done a great job injecting diverse talent onto this team?
A No, he would not have said that.
Q Would Sergio Amoni have said, If Mr. Castillo keeps it up, he can expect a long career at IBM and lots of bonuses?
A No, he would not have said that because in sales you don't get bonuses. It's not even logical and I will inject one more point. Had I been on a call with an executive who went off the rails like that, I would have had

a discussion with that executive and that would not be something that I could have kept under my hat.

MR. SHELLING: This will be Exhibit 2.

Exhibit 2 is Bates number IBM Loeffler 0001576.

A So I can close this one?

Q Yes, for now. We'll refer to it later.

MR. SHELLING: And then I'm also going to put Exhibit 3 on the record which is Bates stamp Loeffler 247931.

Q Please Ms. Armstrong, take a minute and look at Exhibit 3 very quickly.

A Of course.

Q And you see that this is -- and this is 247931, you see that there's a date there June 8, 2023, the same date referenced in the first amended complaint?

A Yep.

Q Is that a yes?

A Yes.

Q And you see the organizer, Mr. Sergio Amoni?

A I do.

Q You see required attendees? Do you see Tracey B. Armstrong there?

A I do.

Q Is that you?

A That is me.

Q What does B stand for?
A My maiden name Bower.
Q And looks like Mr. Amoni was on that call as well he was the organizer. Mr. Tom Scott was there, correct?
MS. ROBERTS GONZALES: Objection, lack of foundation.
A I -- I don't recall. These are the -- these were -- this is who Sergio invited but I don't specifically remember who attended.
Q You said before that it was a call where they were announcing Mr. Castillo in a new role correct?
A Correct.
Q Was Mr. Castillo on that call?
A He was.
Q Was Mr. Amoni on that call?
A Yes, he was.
Q Do you recall if Mr. Scott was on that call?
A I do not recall.
Q Do you recall if in Mark Carioto was on that call?
A I don't remember.
Q Who was William Learned?
A Another first line manager in the organization.
Q Oh that's right. Okay. So let's go to Exhibit 2 you see at the top it says from Mr. Sergio Amoni?
A I do see that.

Q And you see sent on June 8, 2023 the same day as the Webex call, do you see that?

A I do see that.

Q You see it says, Subject forward public cloud talking points?

A I do see that.

Q Did you read the entirety of this exhibit yet?

A No.

Q If you please take a moment and do so.

A Okay.

(Witness complies.)

A Okay.

Q You read the whole email?

A Uh-huh.

Q Does that refresh your recollection about what was talked about on the June 8, 2023 Webex call?

A With great specificity, honestly not. It's a clear indicator or it's an indicator that Sergio wrote this for himself I guess to post the call.

Q Okay. Do you see in the very first sentence under People Management, where it says, Eric and Tom have done a good job of injecting new and diverse talent onto the public cloud team?

A Uh-huh. I do see that.

Q Do you recall anyone saying that on the meeting?

A I don't recall that specifically.

Q That sounds very similar to the quotation in the first amended complaint in paragraph 48, correct?

A No, there's nothing about black and brown faces.

Q Correct. The statement about good job injecting new and diverse talent though is very similar, correct?

A Their clear parallels there. Yes, I would agree with that.

Q Does that refresh your recollection that somebody said that on the June 8, 2023 Webex call?

A It does not refresh my recollection.

Q Have you ever heard anyone talk about injecting new and diverse talent into the public cloud team at any point before?

MS. ROBERTS GONZALES: Objection, lack of foundation?

A No. I would also remind notes that Sergio -- Sergio's native language I mean is not -- is Spanish and sometimes the words he chooses like "injecting" for his own purposes are for his own purposes, right. So that is not a surprise.

Q Would you say this is a poor choice of words?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A I would frame it a bit differently. I -- I

perhaps would have framed it a bit differently. Sergio framed it this way.

Q Do you see how the statement that Eric and Tom have done a good job injecting new and diverse talent could be construed as offensive?

MS. ROBERTS GONZALES: Objection, lack of foundation and it's an incomplete hypothetical.

A I will take a step back and answer that from the perspective that people have a right to be offended by what their offended by and would take that a step further to say that if somebody was offended by that, they should have brought it forward at the time because that's the only way to effect change.

Q All right. I'm going to make this one Exhibit 4. They're connected by Bates number. So it's Loeffler 213 and 214.

MR. SHELLING: I said Exhibit 4, right?

Q I'll direct you to the spot to look at. I will represent to you that these are Mr. John Loeffler notes from the June 8, 2023 Webex call. Do you see on Loeffler 213 at the top of the page where there's an underlined header and it says, Cloud Platform Announcement call 6/8/2023?

A Uh-huh. Yes, I do.

Q Okay. It says quote, Good job injecting diverse talent into the team end quote. You see that?

A I do.
Q Do you think that Mr. Loeffler likely correctly wrote that down?
A It would appear --
MS. ROBERTS GONZALES: Objection, hold on. Objection lack of foundation. You can answer.
A It would appear that he did given the parallel between this and the note taking for Sergio -- from Sergio.
Q And it says, "... long career ... bonuses? What the hell? WTH. ??." you see that?
A I do.
Q Do you think that was correctly written down?
MS. ROBERTS GONZALES: Objection, lack of foundation.
A It doesn't align.
Q It doesn't align with what?
A With something that Sergio would have said that I wouldn't have picked up on it. Just doesn't -- I mean there's no reason to talk about a long career and bonuses. Sales guys don't get bonuses. Doesn't align.
Q Do you think that Mr. Loeffler made that up?
MS. ROBERTS GONZALES: Objection, lack of foundation.
A I don't know what Mr. Loeffler did or didn't, why Mr. Loeffler wrote what he wrote.

Q Okay. But the, injecting diverse talent into the team almost verbatim matches Mr. Amoni's notes in Loeffler 1 -- in Loeffler 1576, correct?
A Correct.
Q Okay. Let's turn to the next page of these notes.
(Witness complies.)
Q And we're on Loeffler 214. Do you see at the bottom it says, "Black and brown faces ?? WTH?"
A Uh-huh.
Q Do you think Mr. Loeffler correctly wrote down that comment in his notes?
MS. ROBERTS GONZALES: Objection, lack of foundation.
A I don't know the answer to that you're asking me to speculate.
Q Do you have any reason to believe that Mr. Loeffler made that up?
MS. ROBERTS GONZALES: Objection lack of foundation.
A I can't tell you where he got it from but I can tell you had if I heard those words come from an executive's mouth on a call that I was on, that wouldn't have been the end of it.
Q And before you testified that you for sure did not hear the injecting diverse talent comment, correct?

A I said I don't recall.
Q I believe you said that you did not hear it.
MS. ROBERTS GONZALES: Objection, misstates testimony. Record will speak for itself.
MR. SHELLING: It will. It will.
Q Okay. Let's go to back to Exhibit 1, Ms. Armstrong. Oh, and do you know if you were present for the entire call on June 8, 2023?
A Yes, that would have been a very short call.
Q Okay. Did you arrive to the call on time?
A Yes.
Q As is your normal practice I'm sure?
A Correct.
Q All right. Let's go to paragraph 81. Are you familiar -- before you read it, are you familiar with a leaked audio by a journalist named James O'Keefe which contained statements made by Mr. Arvind Krishna about diverse, equity, and inclusion goals of the company?
A I am not.
Q Okay. You've never heard of that leak?
A If I have I don't recall.
Q And before you said if you have heard somebody make the comments in paragraph 41, you would have reported that?
A Absolutely.

Q Okay. Let's read paragraph 81 -- and actually let's go 81, 82, 83, please.

(Witness complies.)

A Okay.

(Pause in the proceedings.)

Q Did you finish paragraphs 81, 82 and 83, Ms. Armstrong?

A Yeah. Yes, I did.

Q You were never aware of these statements?

A I was not aware of these statements.

Q What do you make of them?

MS. ROBERTS GONZALES: Objection, vague.

A Are you asking me what I personally make of them?

Q Yes.

A So, again, let me restate that there have always been aspirational goals in the executive space. This would seem to indicate that his commentary went beyond the executive space and it was not something that was filtered down to what I will call the rank and file HR team. That did not come my way.

Q Do you think that these are laudable goals?

MS. ROBERTS GONZALES: Objection, lack of foundation?

A I think diversity and again diversity is a broad term, is important. I think making sure that our hiring

managers do not have any inherent bias when they're hiring is important. In a company as large as we are, we should have populations representative of a multitude of demographics. I am not the one to dictate what those numbers are.

Q If Mr. Krishna were a first line manager under your supervision would you have reported him for making these statements?

MS. ROBERTS GONZALES: Objection, incomplete hypothetical?

A I would have worked with the first line manager and his upline manager to make ensure that there was no bias in the recruiting and that there was -- there was equal opportunity present.

Q You would -- so you wouldn't have reported the manager?

A What's -- what's the forum? I mean are you saying if a first line manager stood on stage as Arvind did or is the first line --

Q In a Webex call with a team of people --

A Yes.

Q -- you would have reported that person?

A Absolutely. There would have been -- there would have been dialogue at that point.

Q What would that dialogue have been?

MS. ROBERTS GONZALES: Objection, incomplete hypothetical.

A There are forums to discuss. Diversity is a managed topic. It's not a general. There were employees present in the call that you're referencing with Eric and Tom Scott and Sergio and whoever else was on the call. But there are forums to hold these discussions in. So if you're talking about an employee manager forum, that's not an appropriate place to have a -- a management discussion about how we -- how we -- how we hire.

Q Did you ever participate in any discussions like that?

MS. ROBERTS GONZALES: Sorry. Discussion. Can you just clarify your question. Discussions about what?

Q Like the discussions that you just referenced.

MS. ROBERTS GONZALES: Objection, vague.

A In any counseling discussions or any discussions about hiring?

Q Either.

A Certainly discussions about hiring.

Q And what was the substance of those conversations, if you remember?

A Hiring the most qualified candidates the one that could hit the ground running.

Q But you said about diversity goals?

MS. ROBERTS GONZALES: Objection, mistakes her testimony.

A There were never diversity goals injected into -- never diversity goals, not for --

Q I see?

A -- non-executives ever.

Q Did you ever have any discussions about diversity hiring goals with anyone at IBM?

A Executive diversity hiring goals, not non-executive hiring diverse equity goals.

Q And did those discussions reflect the ideas mentioned in paragraphs 81 through 83 in the first amended complaint?

A There certainly -- the answer to that is yes and no and the reason I frame it that way is he specifies one percent on underrepresented minorities and then he talks about percentages for -- at a very high level and those are not the aspirational goals of -- were present in the discussions that I was a part of.

Q What aspirational goals were present in the discussions you were a part of?

A I do not recall. They were relative to our executive population, from how many executives we had how many women, men, Hispanic, black, Native American and where

we wanted to go. So the numbers were all relative, they were all relative to the global sales population. They weren't at this level.

Q And you said where we wanted to go, do you recall where you wanted to go or where we wanted to go?

A In the areas we were falling short, we wanted to bring our numbers up and in the areas where we had already satisfied the requirements, we wanted less focus. We wanted to satisfy the holes.

Q Okay. So would that be getting a -- I withdraw that.

Was the aspirational goal to have the general employment population of executives at IBM reflect the population percentages of demographics in the United States?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A I can't answer that.

Q Why not?

A I can't answer whether our demographic or our demographic goals were representative of the demographic population of the United States.

Q What about was there any -- were those aspirational goals related in any way to population representative percentages?

MS. ROBERTS GONZALES: Objection lack of

foundation.

A Can you say that again, please.

Q Sure. So for example, let's just take some hypothetical. This is just for purposes of explaining some hypothetical country. Let's just say it's the USA. I don't know it's about 15 percent black. So was the goal to have IBM have 15 percent black executives based on whatever criteria population group it was applying to those --

MS. ROBERTS GONZALES: Objection.

Q -- to those aspirational standards?

MS. ROBERTS GONZALES: Sorry. Objection and lack of foundation.

A I don't know.

Q Okay. To your knowledge, were these aspirational goals connected to underrepresented groups in any capacity?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A I cannot articulate what the connection was between the numbers and the underrepresented groups.

Q You said before that diversity is a management topic. What do you mean by that?

A Diversity hiring is a management topic. Diversity is a general employee topic. Every employee goes through diversity training and every employee is to embody basic diversity principles starting with the business conduct

guidelines which tell you that you are to be respectful and courteous to all employees irrespective of -- I think when you just to take a step further, when you call many companies today, including IBM and Fidelity, you hear that they're looking for respect for whoever answers the phone.

Q Do you know if Webex calls are recorded at IBM?

A Webex calls have the capacity to be recorded and if you're going to record, you have to state that they're being recorded and anybody who doesn't want to be recorded should drop.

Q Do you know if IBM keeps transcripts of Webex recordings?

A I do not know the keeping of transcript protocol.

MR. SHELLING: Exhibit 5.

(Exhibit 5 before the witness.)

MR. SHELLING: I will represent this is Bates number IBM Loeffler 8034 and the entire document is Bates numbered 8034. There are no Bates on each page.

A Okay.

Q Have you ever seen a document like this before?

A So page one are all of the business units. So I'm going to say no because we didn't have visibility outside of our business unit, right.

Q Okay. And you see at the top there it says Cognos analytic on the top left?

A I do.
Q That's the system you had access to and we discussed earlier in this deposition?
A Right, but that would be an example of a constraint I didn't have access to any data outside of the business unit that I was responsible for.
Q And what business -- can you tell from this document what business unit this is?
A Well you've got -- you've got the business units listed. I have IBM overall. You have the column -- second column is IBM overall and then I've got the BU. It says BU in overall and it's got the business units listed which are all blurred out.
Q BU means business unit?
A Yes.
Q Okay. What is GIE mean?
A The GIE is where the -- like the -- the general -- general something enterprises. I can't remember what the industry enterprises. So they were like operations, finance, all of that good stuff. So that's, you know, they tracked it by. So you have all of the other business units and then you have the general stuff. So I mean there's got to be a business unit here called global sales and that would be the -- that would be my restriction of access.
Q Understand. You see at the top left it says

executive diversity dashboard?
A I do.
Q Score card?
A I do.
Q You've never seen that before?
A Oh, I've seen score card before, sure.
Q You've heard of executive diversity dashboard before?
A I am familiar with the dashboard and I'm familiar with the tracking of the executive population. I think I indicated that before.
Q Do you see at the right where it says WTD progress legioned?
A I do.
Q And then it says is WTD year-to-date?
A It is.
Q And then below it says YE, is that year end?
A Yes.
Q Okay. Year end goal met or exceeded, do you see that?
A I do.
Q And then there's a green -- a green bar next to it?
A I do.
Q Okay. Do you know what the green bar is for?

A I do not. Other than it is to denote that you achieve something. Yellow is you're en route and red is you fell short right.
Q Right. So, green means good job. You achieved your goal and red means not -- not getting there?
MS. ROBERTS GONZALES: Objection, not --
A Correct.
Q And yellow it says increase from prior year, but not at goal?
A Correct.
Q And then red means you're going the opposite direction, correct?
A Opposite direction or not there.
Q Okay. Let's go to the next --
A This is for exec --
Q Oh, I'm sorry.
(Cross-talk.)
A It's for executives. This is not --
Q Yes. I understand.
A All right.
Q Do you see on the right side it says filters on the first page on the far right. It's a big --
A Oh, yeah, yeah, yeah.
Q So what is that tab allow you to do?
MS. ROBERTS GONZALES: Objection, lack of

foundation.

MR. SHELLING: Well, okay. Fair enough, Michelle.

Q Did you have access to any filters like this in your Cognos analytic portal?

A Oh, yes. You could absolutely filter data. You could slice and dice is up a bunch of different ways, but I think I indicated I was -- this was a big, you know, chink in my portfolio. I didn't -- I was pretty lack luster.

Q Okay. So let's go to the next page. And let's look at the far right again in the filter box. Do you see where it says race and primary race. Did you have access to that in your Cognos analytic filter?

A I did.

Q And then do you see where it says band?

A Uh-huh.

Q Did you have access to that in your Cognos analytic filter?

A I did. Uh-huh.

Q Let's go to the next page. Have you seen this chart before?

A Not this specific chart but I have seen similar charts.

Q Do you see the categories that are listed next to the green, yellow, and blue bars?

A Uh-huh.
Q Yes.
A You mean like women black, et cetera, yes, I do.
Q It says women, U.S. minorities, Asian underrepresented minorities, black, Hispanic, Native American?
A Yes.
Q Pacific islander?
A I do see that.
Q Does that list white on that?
A I do not see white.
Q What about man?
A I do not see man.
Q Okay. I'm going to give you another exhibit.
MR. SHELLING: What was the last exhibit?
COURT REPORTER: Five.
MR. SHELLING: Five.
(Plaintiff's 6 before the witness.)
MR. SHELLING: And this document is Bates number IBM Loeffler 8033, and as with the last exhibit, there are no individual Bates paginations on each page.
Q Have you seen this before Ms. Armstrong?
A I -- I believe I have.
Q When was that?
A When I was an IBM employee.

Q And what is this document?

A I believe this is something a part of a -- a PowerPoint that was presented to us, likely by the talent organization.

Q What is the OT dashboard reference on the first page of this document?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A I don't remember what OT stands for. On target, perhaps? Perhaps on target, but I'm not a hundred percent sure.

Q That's fine. What is the people's score card.

(Pause in the proceedings.)

A I don't recall specifically.

Q Why don't you just take a minute and flip through the remainder of these pages and maybe it will refresh your recollection about --

A Okay.

Q -- what OT dashboard is and then I'll ask you a few questions.

A All right.

Q Let me know when you're ready..

(Witness complies.)

(Pause in the proceedings.)

A Can I run down to the car and get my glasses?

Q Oh, yes. You certainly should have your glasses.
A Yes.
Q I would not be doing well if I didn't have mine.
MS. ROBERTS GONZALES: Let's go off the record.
Off the record.
MS. ROBERTS GONZALES: Do you want to go back on record.
MR. SHELLING: That's fine.
Q Ms. Armstrong, you understand we are still under the same oath you took this morning?
A I do understand that.
Q You're a very smart lady and I know you would remember that but I just want to --
A I don't remember a lot of things but that I remember.
Q So I'm going to ask you primarily about the tab that's diversity, and it starts towards the back end -- but if you just skim through the beginning..
(Witness complies.)
(Pause in the proceedings.)
A Okay.
Q Does that quick skim through refresh your recollection about what OT dashboard is, for example?
A I remember -- I mean, I have not seen some of

this, but I certainly -- so the head count pieces I'm very familiar with. I use that with my finance and operational guys.

Q What is head count?

A Like on page --

Q I wish they were paginated. So I apologize for that. This is how I received it.

A Oh, that's okay. It was actually earlier. So I have seen many of these segments when there was a need to see the segments. For example, when we had a span of control exercise and we had span of control, when we had to flatten out an organization, we would get a viewpoint of what -- where we were and we would -- and we would have an aspirational goal of where we needed to go as an example.

Q What do you mean flatten out?

A So Arvind was the first layer and then let's just say Michelle was -- you would report to Arvind, Laura would report to you, I would report to Laura, Michelle would report and that we would have that many layers. And they said you need to have one less layer. So how are you going to flatten out were you going to? How are you going to hierarchically restructure your organization? Do you need a manager somewhere else. So Laura has XYZ skills. Do you need somebody with those managerial skills in this part of the organization. So how do you from a span standpoint --

and I'm not saying it would be you -- you'd have to figure out where can you -- that's just an example of an exercise that we would use these kinds of reports for.

So, you know, with the head count -- so looking at the talent dynamics, the weekly outlook on about the third page, this would just give you, you know, a quick look at what your -- your head count was, but you could get -- we would have reports that looked like this, not this report. But so, we had -- we had software. We had AI -- we had a multitude of brands and we would have, again, no demographics, but we would have the number of people in each of the brands, the actual number of people, and our hiring opportunities that I would review with operations and finance. Again, to understand where our deltas were so that we understood where we could hire and where we were potentially overcapacity, right.

Q See these categories that starts on the third page, CHQ John Granger, James Kavanaugh, et cetera. Do you see those? I suppose their columns?

A We're on a different page.

Q I have some on the third page of the document.

MS. ROBERTS GONZALES: Is that the one that has, "Talent Dynamics -- Weekly Outlook" at the top?

MR. SHELLING: Yes.

Q You see those columns?

A Yes, I do.
Q What are those columns?
A Those columns are the names of the organization. So consulting is a business unit. Finance and operations is a GIE. Software -- IBM software is where global sales fell into. Infrastructure is another business unit. Human research, sales --
Q So you were under IBM software parentheses Rob Thomas or were you under sales Rob Thomas?
A Yeah, I was under sales Rob Thomas, sorry.
Q Okay. Got it. And Mr. Loeffler would have been under Sales Rob Thomas, correct?
A Correct. Uh-huh. But I would never have had visibility to a report with this -- with this kind of a break out.
Q Do you know who would have had visibility to this type of report?
A Who would have had visibility? Sam, Sam Ladah would have had visibility and in this case Nickle LaMoreaux would have had visibility.
Q What about Brenda Harvey?
A Brenda Harvey would not have had visibility.
Q Okay. Let's go to the diversity tab.
A You want to go to the exec diversity tab?
Q I want to start on the first page which says -- if

you give me one moment. Yes, exec diversity.

A Uh-huh.

Q Have you ever seen something like this before?

A Not from -- this is -- again, this is a global viewpoint of all the business units. So I've not been privy to this level, but I have seen it for -- for our business unit, yes.

Q Okay. Do you see where it says on the left in the rows it says, Executive Head Count?

A I do.

Q What does that mean?

A That means what is our -- what our head count buckets are.

Q What do you mean by that?

A The -- this is -- these are the buckets that IBM has chosen to break out.

Q You see where it says, Women Execs Delta to Goal?

A I do.

Q Do you know what that means?

A Yes, that means how many executive women are we off from our goal.

Q Okay. And then it says the same thing for black executives, Hispanic executives, and Native American executives, correct?

A Correct.

Q It doesn't mention white executives, correct?
A I don't see a line for that.
Q Or male executives, correct?
A Don't see a line for that.
Q And there's no reference to age or anything like that here, correct?
A There's no reference -- did you say age?
Q Yes.
A Correct.
Q Okay. Let's go to the next page. What is a band ten employee?
A A band ten employee is the last level of non-executive employee. Meaning, the highest level of non-executive employee before you get to executive.
Q Mr. Loeffler was band ten, correct?
A I understand he was a band ten, correct.
Q And do you see on the rows here that it's tracking certain demographics within band ten, correct?
A I do.
Q And then it references, Delta to Goals For Women, blacks, Hispanics, Native Americans, correct?
A I do see that.
Q It doesn't list whites, correct?
A I don't see that.
Q It doesn't list men, correct?

A I don't see that.
Q It doesn't reference age in any way?
A I don't see age.
Q And at the top, do you see that it says, People's score card 2023?
A I do.
Q Do you know what the number up there is, EBM Cognos Analytics Production -- I can't read -- maybe 11?
A 11.2.4.
Q Do you know what that means?
A No, I do not know what that means.
Q So there's a column here for Rob Thomas, correct?
A Correct.
Q But it's obviously blurred out and that was your area, correct?
A Correct.
Q And that was the area that Mr. Loeffler worked, correct?
A Correct.
Q Okay. Let's go to the next page.
A Okay.
Q What is band eight and nine?
A Yes.
Q Sorry. I spoke quietly. What is band eight?
A A band eight is two levels down from a band ten.

So our bands go -- within the IBM ranking system bands one through five are non-exempt. Bands six through ten are exempt, and in that hierarchical order they are -- six is the first level of exempt band. Then seven, eight, nine, ten and they demonstrate levels of expertise or proficiency as you go through the ranks, as you achieve certain skill levels in proficiency.

Q Is it fair to say that band sixes therefore work longer hours than -- they work longer hours and perform more high level tasks than the first five bands?

MS. ROBERTS GONZALES: Objection, lack of foundation?

A I don't know why working more hours would be relevant to a band level. I don't know where hours comes into play. So I would not agree with that statement. And band sixes perform very necessary tasks to develop their skills so that they can move hierarchically through the bands and become proficient at the things that we need to them to in the sales space.

Q Okay. Is there a correlation between your band level and how much experience you have?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A Yes. And so let me temper that answer is little bit. If you are an early professional hire with no

experience, you won't be hired in as a band ten who purportedly comes in as an experienced professional hire who can come in and hit the ground running, minus ramping up to the specificity of the IBM world.

Q What is early professional hire?

A What is early professional hire? An early professional hire is somebody who comes in with little to no experience who -- going to gain that experience through this work opportunity or perhaps some other work opportunities that they may have had.

Q Did you participate in the recruiting of earlier professional hires?

A I did not participate in the recruiting of early professional hires.

Q Who at IBM did that?

A The talent organization recruited the yearly professional hires.

Q Did you work with the talent organization?

A I worked with the talent organization.

Q What did you do at the talent organization?

A I worked with them to understand what our -- our allocation of early professional hires was going to be. Every year we -- every organization got an allocation of EPHs and interns.

Q Are early professional hires typically under the

age of 40?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A I can't answer that with specificity.

Q Are you aware of any single early professional hire above the age of 40?

A I am not aware of -- I don't track ages. I never been aware of them. I know that they came in with little to no experience so I would think that it would be possible for an EPH to have switched careers perhaps and can come in as an EPH.

Q But you're not personally aware of any EPH that is above the age of 40?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A I am unaware of anybody's age.

Q Is it fair to say that band ten employees are generally older?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A That's not a fair statement. I can say that because my oldest son, who's no longer an IBMer, and I know I'm older than you are, but when my son left, he was a band ten and he was not old.

Q How old was he when he left?

A Ryan was 28, 29.
Q Okay. So some -- would you agree with this, sometimes experience correlates with more age?
MS. ROBERTS GONZALES: Objection, lack of foundation.
A Sometimes experience correlates with age, but I think that success correlates with your DNA and that could come at an earlier age and that could come at a later age or maybe it's not going to come at all.
Q What do you mean your DNA?
A Who you are inside. The fire in your belly. What you want to put forward.
Q Okay. Let's go to -- oh, I did not see this. So let's go back to the document. Do you see that it says band eight and ten Delta to goal?
A Eight and nine you mean?
Q I apologize. Let's correct the record. This is band eight to nine. And at the top it says, Band eight and nine tech diversity.
Do you see that it lists Delta to goal for band eight and nine for women, blacks, Hispanic, and Native Americans, correct?
A Correct.
Q Do you see whites on there?
A I do not.

Q Do you see men on there?
A I do not.
Q Let's go to the next page.
A I do not see age either.
Q Oh, yeah. Have you seen this -- we're on the next page here -- that says, Women, talent dynamics and black talent dynamics? Have you seen that before?
A I am not familiar with this report.
Q Do you know what woman talent dynamics are?
A I mean, I understand the concept of this.
Q Okay. So can you explain it to me, please.
A Women current head count is how many women you got on board in that particular month.
Q When you say "on board" you mean in total in the organization.
A In total in the organization and women current month percentages what it is as a percentage relative to the organization's total head count. Percentage of women hires would appear to be the number of women that they've hired. It doesn't delineate the period, but it would appear to be the number of women they've hired. The number of women that have voluntary attritted would be those that they've tracked to date so far that have departed from the corporation on a percentage basis and then they're tracking promotions of women on a year-to-date basis.

Q And they kept all of that data for women, blacks, and then if you turn to the next page, Hispanics and Native Americans, correct?

MS. ROBERTS GONZALES: Objection, lack of foundation.

Q Let's go ahead and read the document until you have sufficient.

A Yes, it would appear that way.

Q Does it track that data for whites?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A It does not appear to.

Q Does it track that data for men?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A It does not appear to.

Q What about for older folks?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A Does not appear to.

MS. ROBERTS GONZALES: And vague.

Q Do you recall how far back in time you were able to look at data within your Cognos analytics platform?

MS. ROBERTS GONZALES: Objection, vague.

A So, I specifically don't recall, but I can tell

you that was one of the holes in Cognos, it was very much a point in time system, and it didn't have a large look back period. I don't recall what the look back period was, but you couldn't say, I want to look at today and I want to look at something historic from two years ago. It didn't have that capability.

Q Do you know why it didn't have that capability?

A I don't know why it didn't have that capability.

Q Okay.

MS. ROBERTS GONZALES: I don't want to interrupt you, but it's 12:30. We've been going for an hour and 15.

MR. SHELLING: Have we really been going that long? Okay. Well, why don't we take a lunch then?

MS. ROBERTS GONZALES: Great.

MR. SHELLING: Shall we do?

MS. ROBERTS GONZALES: Let's go off the record.

MR. SHELLING: Okay.

(Discussion held off the record.)

(Luncheon recess held from 12:30 to 1:35 p.m.)

COURT REPORTER: Back on the record at 1:35.

Q Ms. Armstrong. I hope you had a nice lunch. You understand you are still under the same oath you took this

morning?

A I do.

MR. SHELLING: We're on Exhibit 7?

COURT REPORTER: Yes.

Q So Exhibit 7 IBM Loeffler 1410.

(Plaintiff's 7 before the witness.)

Q Sorry. One second. I lost my place, but please go ahead and take a look.

(Pause in the proceedings.)

A There's no attachment.

Q Yes.

A Okay.

Q As you can see, this is an email from Michael J. Ryan to you, Ms. Armstrong, dated April 24, 2023?

A Uh-huh. Yes.

Q Is that a yes?

A Yes.

Q Correct?

A Yes, yes.

Q Do you recall receiving this email?

A No, but he sent it.

Q Did you often work with Mr. Ryan?

A I did.

Q What did you do with Mr. Ryan in your job?

A Mike was the VP of tech sales, had a fairly

substantial organization. So we did lots of things together, all kinds of initiatives ranging from, you know, bringing people into the organization, exiting people from the organization in a positive way outside of the organization; promotions, equity, all kinds of programs.

Q What do you mean equity?

A Giving people equity for performance. Equity allocations, a range of HR initiatives.

MR. SHELLING: Okay. I'm going to mark Exhibit 7 and the attachment.

MS. STELL: Exhibit 8.

MR. SHELLING: I'm going to mark Exhibit 8 -- thank you, Laura -- as the attachment to this email. It's Bates number 1411.

(Plaintiff's 8 before the witness.)

Q And the writing is very small here, so I apologize for that.

A No. All good. Thank you.

Q Are you able to read it?

A I am.

(Pause in the proceedings.)

Q Have you ever seen this before?

A The answer is going to be yes, I've seen it. Do I remember it? No, but that's fine.

Q Did you often work with Mr. Ryan for PIP

exceptions?

A I worked with Mike for PIP exceptions, sure.

Q Did you do that regularly?

A Whenever the need arose.

Q Do you recall each of these PIP exception cases? Well, first, have you had an opportunity to read this yet?

A No. Should I?

Q Yeah, go ahead and read it. We'll see if you remember.

(Witness complies.)

(Pause in the proceedings.)

A Okay.

Q Does reading that document refresh your recollection about your involvement in either of these cases?

A No.

Q Do you remember either of these cases?

A No.

Q Do you remember whether these exceptions were granted or denied?

A Specifically I don't remember whether these were granted or denied. I mean there were so many exceptions put forward.

Q Do you mean so many exceptions put forward during a specific time period or just overall?

A Every time there was an opportunity to put forward exceptions, a list of, you know, many -- many were denied and some were approved.

Q Is it common to grant a PIP exception for some -- for an employee?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A Is it common? No.

Q In most cases, a performance -- a performance improvement plan would be implemented?

A Correct. There had to be reasonable rational and opportunity for obtainment in order to get the PIP exception, and if it didn't occur, PIP execution would follow.

Q What constitutes reasonable rational?

MS. ROBERTS GONZALES: Objection lack of foundation.

A A deal closing on the horizon. So if you were in a particular quarter and a deal didn't close June 30th, but it was scheduled to close the next week, or it was a renewal scheduled to close the next month, that's reasonable.

Q What if an employee did significant work on one project, but was for some circumstance, not attributed credit to that project?

MS. ROBERTS GONZALES: Objection, incomplete

hypothetical. Lack of foundation.

A Not necessarily a -- not necessarily a reason for an exception. The other thing that has to be looked at is the employees historical track record. So if an employee -- and I want to be specific about this. If an employee had had success for multiple haves in a row, meaning -- use Tracey Armstrong as the name of the person. If Tracey had been over a hundred percent attainment for four, five or six haves and then had two crappy haves for whatever reason, that might that would be viewed with a different lens than somebody who had had multiple haves of poor achievement.

Q Should also factor in technical expertise?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A No, technical expertise is a qualitative measure. In sales it's quantitative.

Q Did you ever read individual employees and sales performance reflections, like an individual sellers performance reflection?

A If I was asked to.

Q So you'd -- sometimes you were asked to do that?

A I was. At times I was asked to.

MR. SHELLING: Exhibit 9.

MS. STELL: Yes.

(Plaintiff's 9 before the witness.)

Q So this is a document spanning Bates number 161 through 169, constitutes several performance reflections for Mr. John Loeffler.
A You want me to read this whole thing?
Q No, Ms. Armstrong. I just was going to ask you if you recall ever having read this before and feel free to look at it as much as you need to. Let me know. --
(Witness complies.)
Q There's three performance reflections in here, I believe.
A Okay.
(Pause in the proceedings.)
Q Do you recall reading this at all?
A Uh-uh. No.
Q Okay. Were you ever asked to read a performance reflection for John Loeffler?
A I don't recall.
Q We're going to move on to another exhibit.
MR. SHELLING: It will be Exhibit --
COURT REPORTER: 10.
MR. SHELLING: -- 10.
Q Do you know what project comet is?
A I don't. I just saw it referenced in here.
Q But you don't recall what it is?
A No. We have a lot our projects and code names

that I would not have an understanding of. Unless it was an HR project.

Q I gotcha. And Exhibit 10, IBM Loeffler 1772.

(Plaintiff's 10 before the witness.)

(Pause in the proceedings.)

A Okay.

Q Okay. I think I am going to give you all of these actually.

MR. SHELLING: This will be Exhibit 11. I think we'll just consolidate all of these into one exhibit. Is that okay? They're all draft performance improvement plans that are consecutive.

MS. ROBERTS GONZALES: That's fine. Just read the number.

MR. SHELLING: Okay. I will. So, Exhibit 11 starts on IBM Loeffler 1774. I'm sorry. It starts on 1773.

Q So this page --

A I have 1774.

Q Yeah, this page -- I gave you the page after that.

MR. SHELLING: Let's start a new exhibit on page 1176. This will be start Exhibit 12.

(Plaintiff's 12 before the witness.)

Q So, Exhibit 12 starts on IBM Loeffler 1776. Here you go, Ms. Armstrong. This is the remainder of Exhibit 12.

(Handing.)

A So these are the --

Q If you look at the Bates number on the bottom, you can see.

A Okay. These are the updates. Okay.

Q Okay. Let's go to Exhibit 10. If you look at the bottom, that's 1772 on the bottom right.

A Okay.

Q And you see that's an email from Mr. Eric Castillo sent on September 14, 2023 and it's to Sergio Amoni and yourself, Ms. Armstrong, correct?

A Correct.

Q Do you recall receiving this email?

A No, but I recall it came to me I believe.

Q And you see the attachments are, Greg Morin PIP drafts --

COURT REPORTER: Can you say that one more time.

MR. SHELLING: Yeah, sorry.

Q -- John Loeffler PIP Draft v1, Greg Morin, PIP draft v1, and then John Loeffler docx. Do you recall receiving any of those documents?

A No, but I did.

Q Was that common for you to receive where a document drafts for PIPs like this?

A Uh-huh.
Q Is that a yes?
A Yes. Sorry. My bad.
Q And why did Mr. Castillo send this to you?
MS. ROBERTS GONZALES: Objection, lack of foundation.
A Eric was likely looking for some confirmation and guidance and Sergio, who was Eric's upline, liked me to have a set of eyes on things.
Q Okay.
A Sergio and I worked very closely together. So did Eric and I actually.
Q You see where it says, Please note dates for Greg and Steve as instructed on the bottom of that email?
A I do.
Q Did you provide that instruction?
A No. There was -- every cycle when we had SPM training for managers, there were -- there were calls for these guys and I use that term generically for managers and they were instructed how to create the PIPs and the language to be used.
Q Were they supposed to be -- were the PIPs supposed to be standardized?
A There is no one size fits all but because every seller is selling different stuff and is working on

different projects, as you can see from the fact that the Loeffler is doing project comet and Morin is not and neither is the other, whoever the other guy is, but the -- the common thread amongst themselves all are the bar that they have to jump over, so the 70 percent bar, and the date, the attainment date, and those are the -- those are the common threads that they're instructed to make sure are present in the PIPs.

Q Okay. And do you know who provides that instruction?

A Typically the calls were -- were kicked off by a senior sales exec just so that a sales leader would kick off the call and then the training -- the training was done either by a talent partner or an HR exec.

Q Stepping back a minute. I don't think I asked you this. Did you have authority in your role as senior HR partner to approve PIP exceptions?

A I did not have authority to approve PIP exceptions.

Q But you were involved in the review process?

A I was involved in the review process. I was the gatherer of the information. I brought them to the senior executives, the Brenda Harveys, the Steve LeFleches, the Frank Attaies, and then we went to the leader that reported to Cameron Art who reported to Rob Thomas with Ezekiel to go

through the exceptions.

Q So Rob Thomas and Ezekiel were the final decision makers --

A Cameron Art.

Q If you just let me finish my --

A Yep.

Q So, I think I was at, Rob Thomas and Ezekiel were the final decision makers on PIP exceptions?

A No, Cameron Art and Ezekiel.

Q Who's Cameron Art?

A The leader for all of the sector leaders like the Brenda Harveys, the Vanessa Hunts, the Steve LaFleches, Pat McConnells.

Q So Cameron was above those folks?

A Yes, correct.

Q And then Ezekiel and Cameron approved the PIP exceptions together?

A Correct. Ezekiel was Cameron's HR leader.

Q Thank you. Okay. Let's go to IBM Loeffler 1773.

A Okay.

Q And that should still be a part of Exhibit 10.

A Yep.

MS. ROBERTS GONZALES: I think that was Exhibit 11.

A 11.

Q Did I?
A Yep. And use the second page of that --
Q Okay. I'm sorry. So Exhibit 11 starts on 1773?
MS. STELL: Correct.
A You used the second page of 1774.
Q Okay.
A And then I got the --
Q Okay. Thank you. So, if we look at Greg Morin's draft PIP here. You see it says, 70 percent TI year-to-date, you see that?
A I do.
Q And then it's supposed to end on December 31, 2023, correct?
A I do see that.
Q And it's to, "Create and maintain 2x Qualified Pipeline," you see that?
A I do.
Q What is a 2x qualified pipeline?
A Pipeline is sales leads that have been vetted. Vetted as qualified in the sales tool. So you can't just throw junk in there. I mean somebody has to have vetted them so they're not just being thrown.
Q And TI is a target incentive, correct?
A Correct.
Q Okay. So let's look at Mr. Loeffler on 1774 and.

You see it has 70 percent TI and then it's supposed to end on October 31, 2023 and then it has a 3x qualified pipeline, correct?

A It does, uh-huh.

Q Why is Mr. Loeffler's PIP ending two months earlier than Mr. Morin's?

A It could be for and variety of reasons. If an exception was granted for Loeffler. It could be because -- and again these are all just examples of why -- it could be because his attainment has been lack luster for a longer period of time than Morin's. It could be because this guy Loeffler during his exception period demonstrated no progress whatsoever and had had nothing coming up in the PIP period that would demonstrate any opportunity whatsoever. There could be a variety of reasons.

Q Okay. Let's go to 1775. You see that?

A Yep, that's for Loeffler.

Q Yeah. You're looking at page 1775?

A Yep.

Q Okay.

A Yes.

Q So do you see at the top the date is now November 31, 2023, and the qualified PIP went down to 2x?

A I do see that. Uh-huh.

Q Do you know why his PIP got easier in this

version?

A So, I'm -- again, I'm theorizing here because I have no recollection. It's possible that when they asked me to review this stuff -- I mean, in just looking at these -- one, two, three -- it's possible that it had to do with the discussion and why there was -- so, wait a second. I just want to make sure I'm clear. So the second version for Loeffler went down.

Q So when you were saying "second version," you're referring to page 1775?

A No, 1775 is, Achieve a minimum of 70 percent for full year 23 by 11/31. The 1778 which I believe is --

Q You're looking at 1778 now?

A Which do you want?

Q I'm looking between -- just so we need to make sure we're clear for the record -- I'm looking between 74 and 75.

A And 74 and 75 are version one or two?

MS. ROBERTS GONZALES: Well, I'm just going to say, I just want to make clear that the witness doesn't actually know. She's going to take counsel's representation, but we're not going to concede that that's accurate.

MR. SHELLING: That's fine.

Q So 74 is entitled, Loeffler PIP draft v1 and 75 is

entitled --

A Loeffler.

Q -- Loeffler -- John Loeffler.docx.

A Okay.

Q Is that correct? I mean it's hard to say. In any event, it doesn't really matter. What I'm trying to understand is what the -- why there's a difference?

MS. ROBERTS GONZALES: Objection, lack of foundation?

A It looks to me like he asked me originally for some commentary on his draft PIPs. It is -- I'm theorizing because I have no recollection. Perhaps I gave him commentary on.

Q Okay. Well, let's move on. Let's go to Exhibit 12 which is IBM Loeffler 1776. Do you see that? It's an email, if that helps.

A My apologies. Yep.

Q You have that document --

A Yep, I do.

Q -- Ms. Armstrong?

A Yep.

Q So you see it's from Mr. Castillo again you to and Mr. Amoni?

A So yep, I did do it. Yep, go ahead.

Q And that's sent on September 14, 2023 correct?

A Yes.
Q And you see the attachments says John Loeffler PIP draft v2.docx?
A I do see that.
Q Would that mean that's the most updated version in relation to the -- the prior two?
MS. ROBERTS GONZALES: Objection, lack of foundation.
A I would make that assumption.
Q V2 means that it's a newer version of v1, correct?
MS. ROBERTS GONZALES: Objection, lack of foundation.
A It would be the logical assumption but again I don't know.
Q And let's go back to IBM Loeffler 1772. Do you see that it's Exhibit 10?
A Yep.
Q So that email was sent at 3:24 p.m. correct?
A Yep. Yes.
Q And then Exhibit 12, 1776 Bates number, was sent at 3:39 p.m., correct?
A Correct.
Q On the same day?
A Yes.
Q And it says, I edited -- Mr. Castillo says, "I

edited to be more in line with the language from Tracey." Please see v2 attached." Do you see that?

A I do.

Q Do you recall providing edits to Mr. Castillo?

A I don't.

Q That would be common for you to do, though?

A If requested.

Q Do you recall if Mr. Castillo requested you to provide edits?

A I don't recall but it would appear that he did.

Q Okay. So let's go to 1778 and this is version two.

A Okay.

Q So now the PIP goes to -- it says by the end of October, correct?

A It does.

Q And that's sooner than December or November, correct?

A Correct.

Q And it says, 3x qualified pipeline, correct?

A Yes, it does.

Q And that's harder to achieve than a 2x qualified pipeline, correct?

MS. ROBERTS GONZALES: Objection lack of foundation.

A Potentially not -- not definitively. Depends upon -- it depends upon the business. It depends upon what's in queue. So that's not a solid statement.

Q Is there any -- so let me understand that. There are circumstances where a 2x qualified pipeline is not any easier than a 3x qualified pipeline?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A So, again, as an example. If you've got a big deal in queue, one big deal in queue -- again I don't know what project common is -- and that can hit, that could be 10x. But if you've got a 2x and you have little diddly deals it could take you a really long time to get to 2x with all of those clients, to try to get 2x and qualified pipeline.

Q 3x qualified pipeline is a larger amount than 2x?

MS. ROBERTS GONZALES: Objection, lack of foundation. You can answer.

A Okay. It is a larger amount but again depending upon what's in your pipe, it is possible that it is easier to achieve based on what's in your pipe.

Q I understand that. But it is a larger amount, true?

A It is a larger amount.

Q And that's true?

MS. ROBERTS GONZALES: Asked and answered.

A Oh, I said it's a larger amount.

Q Are you involved in the process of monitoring Mr. Loeffler's sales performance?

A Absolutely not.

Q That was Mr. Castillo's job?

A Yes.

Q And Mr. Amoni's job?

A Yes.

Q When you referred to qualified pipeline as vetted leads, would white space be included in vetted leads?

MS. ROBERTS GONZALES: Objection, lack of foundation.

THE WITNESS: Want me to answer that?

MS. ROBERTS GONZALES: Yeah, if you can.

A Okay. So white space can be a vetted lead. It's just a -- it's a territory that has a broken -- that we haven't broken ground on yet. So it's possible. It would just -- more work needs to be done in white space to get it to a qualified status.

Q What's a "qualified status"?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A Again, this is a -- bit you're asking me questions that are a bit outside of the HR realm. This is more in the

sales realm, but qualified status is when a deal has achieved a level that it can be placed that a system with reasonable probability that it's going to become a live deal, an active deal that we can work on and count on in our financials.

Q I'm going to give you Exhibit 13.

A I want to be careful not knowing too much out of my true space, right.

Q Yeah. I understand that.

A Okay.

(Plaintiff's 13 before the witness.)

Q Take a minute and just read these emails and let me know when your finished, Ms. Armstrong. Thank you..

(Witness complies.)

(Pause in the proceedings.)

MR. SHELLING: And Exhibit 13 is marked on Bates number 17, again, Loeffler 1708.

A Okay.

Q You see at the very top here, it's an email from Mr. Castillo to yourself, Ms. Armstrong, on 7/17/2023.

A Yes.

Q Do you recall receiving this email?

A I do not.

Q You see where it discusses prorating Mr. Loeffler's primary element?

A I do.
Q What does that mean?
MS. ROBERTS GONZALES: Objection, lack of foundation.
A That just means if you take a portion of it.
Q Take a portion of it. And do what with it?
A And you -- you take his -- every plane has multiple elements that they're measured on. What he's saying here is if you take his primary element which is his largest element that he's measured on and you take that and make the assumption that he closes on this deal using the assumptions that he has used, he's making this guesstimation.
Q I see. That makes sense. Thank you.
Do you know what -- in the email below that, do you know what Elevevance is?
A It was a client.
Q Okay. Do you see where under -- this is the second -- I suppose it's the first email, actually -- at the bottom and it says, Hello Tracey, Greg Morin PRI1H equals 79.39 percent?
A Yes.
Q What does that mean?
MS. ROBERTS GONZALES: Objection, lack of foundation.

A He is just saying that if you didn't include the Elevevance stuff that he got hit with, that's where he would be at 79 percent. But with -- or if he -- without -- without Elevevance, he's at 79 percent and with it, he'd be over a hundred percent.

Q What does PRI1H mean?

A Primary first half element.

Q Were you involved in assigning specific territories to sellers at all?

A Absolutely not.

Q That was the job of Mr. Castillo and Mr. Amoni?

A Correct.

Q Was it the job of anyone else in your understanding?

A No. It would have been managers job. I mean, Eric took this territory over from somebody, so perhaps it was Tom Scott, perhaps Tom had a hand in it also. I don't know.

Q Okay.

MR. SHELLING: Exhibit 14.

(Plaintiff's 14 before the witness.)

Q And you were involved in seller performance management stuff, correct?

A I was -- are you asking if I was involved in seller performance management? Correct.

Q And what was your involvement in seller performance management?
A I worked with the executive and management team on that initiative.
Q What initiative is that?
A The identification of low performers, the execution of the initiative from beginning to end, including bringing forward exceptions executing on PIPs as required, reviewing PIP language.
Q Was that initiative in place in your entire time as a senior HR partner?
A No, it was not.
Q When was it put into place?
A I do not recall.
Q Do you recall if it was in place before 2020?
A I'm going -- I don't recall.
Q What -- if you can remind again what year you started as a senior?
A '99.
Q In the senior HR partner role.
A Oh, the senior HR partner role. I'm taking a stab. Ten plus years, maybe 15.
Q So approximately 2013, ten years before the --
A Sure.
Q -- year you left, okay.

Do you recall if the initiative was in place in 2023?

A Yes.

Q Okay. How did you first find out about that initiative?

A When we rolled it out, we had -- we had training and that's just a global statement. That's how we found out about initiatives.

Q And so, the initiative was called seller performance management?

A It might have had a different name, we're -- yeah, whatever.

Q Is that name synonymous with your understanding of that initiative in your mind?

A Yes.

Q Okay. Do you know how many trainings you have on seller performance management?

A Regular but I can't give you a number.

Q Weekly?

A No.

Q Monthly?

A No, I'd say quarterly and that's taking -- that's a guesstimate.

Q What was the overall goal of seller performance management?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A To ensure that managers were managing low performers.

Q Before the SPM initiative was in place, did you have a similar process in place for managing low performers?

A We did not have a standardized practice. It was basically management initiated. It was management initiated. So managers would bring forward those individuals they felt should be addressed.

Q And then once SPM came into place, there's a standardized process that you followed and the managers followed?

A There's a standardized practice and a process that followed, yes.

Q What were the standardized aspects of an SPM?

A Managers were asked to go into a tool and identify low performers. Once that was done, a report would come out for each organization with those sellers who met the criteria of being a low performer and we then closed the gap between those that had been identified in the tool and those that were on the list. Then training was rolled out for managers in conjunction with the HR partner team so that there was a hand in hand experience and we began the execution of the discussions with the -- well, there was a

call for exceptions to be brought forward. We would go through that process, and once that was over, PIP execution began with the management team.

Q What tool was used to identify low performers?

A I don't remember the name of the tool. It was, you went in -- it was a simple. You identified them as a low performer with a yes or no I believe.

Q Was it check point?

A No.

Q No.

A That's like reflections, yeah.

Q Okay. So let's look at Exhibit 4 (sic) which is labeled IBM Loeffler 4167. It's Exhibit 14. I may have misspoken.

And I just want to know if you're familiar with these seller performance management cases in this chart or are you familiar with any of these examples?

A I remember a name -- actually, I remember two names. I remember Glenn was very sick. I wouldn't have remembered what positions were but I do remember Glenn was sick and I believe I remember Jordan's name.

Q What do you remember about Jordan Heywood's PIP?

A I don't remember anything about his PIP. I believe there were other extenuating -- and I believe the next question you'll ask me after I say this is what? So

I'll answer it in my answer. I believe Jordan had other extenuating circumstances with his PIP, like, he went MIA during his PIP period, if I remember correctly, but I could be remembering incorrectly. The other names I don't remember at all.

Q So Mr. -- it looks like Mr. Heywood was terminated. When it says, "Accident PIP," that means terminated, correct?

A Yes, he was terminated after his PIP.

Q Same with Mr. Waits and Mr. Loeffler, correct?

A Correct.

Q And then Mr. Bonamer, when it says, "PIP closing," do you know what that means?

A That means that the PIP is ending.

Q Okay.

A And looks like they were going forward to request an additional extension, but I was gone. So I don't know what happened there.

Q Okay. Is it common for PIPs to be extended?

A Not typical, not unheard of but not typical. There would need to be a substantive business reason.

Q What would constitute a substantive business reason?

A Imminent business closing.

Q So some -- see if I understand correctly. Some

sales about to close and the person would get credit, that would satisfy their --

A Or the person was key to the deal. Many times the sellers are the lifeline to the client, and that becomes very important.

Q So, if there's a seller that's critical to a particular deal, then that could be a part of consideration to give an extension for a PIP?

A Typically not, but if it -- it was a big deal and that was the only person who had the historic knowledge and that client relationship was established and nobody else had it, it might become a factor. Again, this is Tracey Armstrong theory, not IBM theory.

Q Who had the authority to make the decision to extend a PIP?

A Those decisions would have gone back to Ezekiel and Cameron.

Q Cameron Art and Ezekiel Piccione?

A Piccione.

Q Piccione.

MR. SHELLING: All right. Let's go take a little break. Let's go off the record here.

(Discussion held off the record.)

(Short recess held from 12:27 p.m. to 12:47 p.m.)

COURT REPORTER: Back on the record at 12:47.
Q Ms. Armstrong, welcome back. You understand you're still under the same oath you took this morning?
A I do.
Q Are you aware of the time that sellers target attainment switched from 50 percent to 70 percent?
MS. ROBERTS GONZALES: Objection, lack of foundation. Also, assumes facts not in evidence.
A I believe -- so the answer is I believe so. I believe that that was one of the target shifts.
Q Do you recall when that happened?
A I do not.
Q Do you know why it happened?
A I do not know the big IBM reason that it happened. I can surmise.
Q What is your --
A Surmission?
Q Yes, however you say that.
A I would surmise that 50 percent is too low a bar. It doesn't demonstrate true -- true achievement. That's a -- that's really not a bar.
Q Do you recall anything else about that change?
A I do not.
Q Under sellers performance management is the designation of a low performer automated?

A When I left it was not automated. There was discussion about automating it because of the -- what I shared with you during one of my previous answers which was the fact that managers would go into a system, not the check point system -- you can go into check point and designate somebody as a low performer, but there was a system where you were supposed to designate people as low performers and then this report would come out, the low performer list would come out and there was always a delta between the two. And so, there was a philosophy that it would be much simpler just to predesignate so that we didn't have the delta and have to do all of that middle ground work.

Q Do you know if you manually designated low performers?

MS. ROBERTS GONZALES: Objection, lack of foundation.

A Nobody manually designated low performers. I mean, managers went into the system to designate whether people were -- whether their people were low performers. They checked the yes or the no box.

Q That's what I mean by manually.

A Yes, managers.

Q So the first line managers would do that?

A I believe it was a first line manager with perhaps second line manager input. I don't recall that

specifically, so I could be wrong.
Q Okay. Going back to -- if you recall our discussion earlier, the June 8, 2023 Webex call?
A Yes.
Q Do you recall our discussion on that?
A Uh-huh.
Q Do you recall if Brenda Harvey was on that call?
A I don't recall specifically.
Q Okay. Did you ever use slack to discuss performance improvement plans?
A It is possible. I don't recall.
Q Did you ever use slack to discuss termination decisions?
A I would clarify that a bit. I would not say slack was used as a primary means to discuss a termination decision.
Q But it may have been used?
A If it had to have been used, yes, but not as a primary means.
Q Okay. What about for hiring decisions?
MS. ROBERTS GONZALES: Objection, lack of foundation.
A If we could get five minutes for our quick tete-a-tete, I would say perhaps. Sure.
MR. SHELLING: What number are we?

COURT REPORTER: 15.

THE WITNESS: 15.

(Plaintiff's 15 before the witness.)

(Pause in the proceedings.)

Q And you see at the very top here it says, "From Tracey Armstrong to Mr. Ryan dated April 23, 2023"?

A I do.

Q Okay. Do you recall sending this email?

A I don't.

Q Do you see where it says, "I have a Jonathan story for you"?

A I do.

Q Do you know what that refers to?

A I do.

Q What is that?

A Mike Ryan had a manager named Jonathan Entwisel that reported to him that we had been dealing with a multitude of issues, and there were some things that had come up that I hadn't gotten to Mike Ryan yet on.

Q What issues were those?

A He was put in this management position by senior management without a lot of vetting, had not managed people before, and a number of people issue had arisen and Mike or Mike and I had a number of issues to deal with as a result of Jonathan's lack of experience. Jonathan ultimately was

taken out of management.

Q So, is the Jonathan story a humorous story?

A No.

Q Okay. Is it's not a favorable story to Jonathan?

A No.

Q Okay. Do you remember why you put a smily face next to it?

A Because I was being kind.

Q Okay.

A Sending other emojis through IBM systems would not be appropriate.

Q I do personally find emojis very enjoyable too. I understand.

A Yeah.

MR. SHELLING: I don't think I have any other questions. Maybe we'll just go off the record for a couple of minutes. And of course, if Michelle has questions. But if you don't mind just going off, and I am just going to refer with Ms. Stell for a minute.

MS. ROBERTS GONZALES: Sure.

MR. SHELLING: Off the record.

(Short recess held from 2:54 p.m. to 2:59 p.m.)

COURT REPORTER: On the record again at 2:59 p.m.

MR. SHELLING: Back on the record. I just want to say thank you, Ms. Armstrong, for your testimony and your willingness to appear today.

THE WITNESS: Sure.

MR. SHELLING: And thank you to counsel. And I'll turn it over to counsel, if she has any questions.

MS. ROBERTS GONZALES: I do. I'm just going to move locations for a second, so it's not sideways.

EXAMINATION.

BY MS. ROBERTS GONZALEZ:

Q Ms. Armstrong, you recall this morning that we looked at Exhibit 6 in your pile, correct? Do you want to look at that real quick?

A Okay. Yes.

(Witness complies.)

Q Okay. And you testified that you had access to some demographic data and to filters on Cognos, correct?

A Correct.

Q To your knowledge, did Mike Ryan, Tom Scott, Sergio Amoni or Eric Castillo have access to either of those filters or access to Cognos HR data at all?

A No.

MR. SHELLING: Objection to form.

A They did not have access to this data.

Q Did you ever filtered employees by race?

A I did not ever filter employees by race.
Q Did you ever filter employees by gender?
A I did not ever filter employees by gender. I had reports truly run before me. I had zero Cognos capability which could be vouched for by more of my wonderful colleagues that ran my reports and I can tell you about it, so.
Q Did you ask anyone to run reports for you that filtered employees in your group by race or by gender?
A I did not ask for any reports filtered by race or gender.
Q Do you recall ever reviewing reports that were filtered by race or gender for the people you had access to?
A I do not recall ever --
(Court reporter interjects.)
A You want to ask it again?
MS. ROBERTS GONZALES: Can you read back the question.
(Court reporter reads back.)
A I did not. And I did not ever review any reports that were filtered by race or gender.
Q In that Exhibit 6. We looked at a couple of slides showing executive diversity and diversity for band tens and then for bands, I think, seven and eight, if I'm recalling correctly.

A Eight and nine.
Q For eight and nine. Thank you.
Before today, have you ever seen any documents or overheard any discussion of DEI aspirational goals for non-executive employees?
A Before today I was not aware of aspirational goals for non-executives.
Q So I want to just ask you a couple of other unrelated questions. So you can set that aside. Do you know approximately how many employees were in Rob Thomas's group?
A In Rob Thomas's organization, 25,000 plus employees were in Rob Thomas's group.
Q And, again, kind of unrelated question. But in your experience were employees given multiple exceptions to PIPs in a row?
MR. SHELLING: Objection to form.
A Multiple exceptions in the SPM practice was not a thing. They were not given multiple exceptions. It was -- I mean, standard practice was one and done.
Q So after the one exception, someone would end up on a PIP, correct?
A Correct.
MS. ROBERTS GONZALES: No further questions.
Ready to go off the record?

MR. SHELLING: Yes. off the record.

(Discussion held off the record.)

(Whereupon, the deposition concluded at 3:03 p.m.)

***

Deposition of Tracey Armstrong

September 29, 2026

(The following transcript of proceedings, or any portion thereof, in the above-entitled matter, taken on September 29, 2026, is being delivered UNEDITED and UNCERTIFIED by the court reporter. The purchaser agrees not to disclose this unedited transcript in any form (written or electronic) to anyone who has no connection to this case. This is an unofficial transcript, which should NOT be relied upon for purposes of verbatim citation of testimony.

This transcript has not been checked, proofread or corrected. It is a draft transcript, NOT a certified transcript. As such, it may contain computer-generated mistranslations resulting in inaccurate or nonsensical word combinations. Corrections will be made in the preparation of the certified transcript resulting in differences in content, page and line numbers, punctuation, and formatting.)

Robin Weiler, RPR, RMR, RVR-S

# EXHIBIT G

# IBM Enterprise HR Metrics

- The following screen-shots illustrate the dashboard interface and metrics viewed on a regular basis by HR leaders.
- The OT dashboard is updated weekly and used bi-weekly for meetings with the business unit SVPs and used primarily by the CHRO and her direct reports.
- The People Scorecard (PSC) contains all the metrics on the OT dashboard plus many more and is refreshed monthly. These are used for tracking progress against corporate goals, enabling deeper dives and filtering, and additional context metrics. This is used primarily by the Talent and HR Partner organizations in consultation with the business to take action.
- Each column represents a business unit. User can drill down on the leaders to see the next level of the management chain and so on. Users can also filter the entire dashboard by the fields offered for filtering at the top.

IBM.

# OT Dashboard

All tabs No filters have been applied.

This tab Geography Id Salary Band Id

Digitized Talent Metrics | Non-Digitized Talent Metrics | Glossary

# Talent Dynamics - Weekly Outlook

Information as of : 2023-10-09

**Filtering on this tab:** Geography and Band filters can be applied from up top. Users can drill down into their units by right clicking on the unit name

| | CHQ/OTH | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Headcount - Regular | | | | | | | | | |
| Headcount % change - YtD | | | | | | | | | |
| Headcount % change - in the last two weeks | | | | | | | | | |
| Executive Headcount | | | | | | | | | |
| Executive % change - YtD | | | | | | | | | |
| Executive % change - in the last two weeks | | | | | | | | | |
| Band Mix % 6-8 | | | | | | | | | |
| Band Mix 6-8 pt change - YtD | | | | | | | | | |
| Band Mix 6-8 pt change - in the last two weeks | | | | | | | | | |
| Low Cost % | | | | | | | | | |
| Low Cost pt change - YtD | | | | | | | | | |
| Low Cost pt change - in the last two weeks | | | | | | | | | |
| ANOBs | | | | | | | | | |
| Open Reqs (External only) | | | | | | | | | |
| Open Reqs % change - in the last two weeks | | | | | | | | | |
| Average Non-Exec Salary | | | | | | | | | |
| Average Non-Exec Salary % change - YtD | | | | | | | | | |
| Voluntary Attrition % | | | | | | | | | |
| VA pt change - in the last two weeks | | | | | | | | | |
| MIS % | | | | | | | | | |
| MIS pt change - in the last two weeks | | | | | | | | | |
| Layers | | | | | | | | | |
| Layers change - YtD | | | | | | | | | |
| Layers change - in the last two weeks | | | | | | | | | |
| Span of Control | | | | | | | | | |
| Span of Control change - YtD | | | | | | | | | |
| Span of Control change - in the last two weeks | | | | | | | | | |

IBM

| | CHQ/OTH | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | Summary | CHQ break out: Marketing and Communication (Jonathan Adashek) | CHQ break out: Human Resources (Nickle LaMoreaux) | CHQ break out: Legal Regulatory Affairs & General Counsel (MICHELLE BROWDY) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Performance Attrition % | | | | | | | | | | | | |
| PA pt change - since the last OT | | | | | | | | | | | | |

# Low Performance

This dashboard summarizes Low performance identification and the current status.

*Low Performance HC baseline is ~3% higher than the eligible population for 1H23. To be eligible for the 1H23 Reflection, an employee must have worked a minimum of 90 days as of 01 July 2023*

| BUSINESS UNIT | OVERALL LP STATUS | | | | | | NON EXECUTIVES | | | | | | EXECUTIVES | | | | | | LP Identification progress WoW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total population | % Identified | % Exits | % Improved | % In Progress | % Separated | HC | % Identified | % Exits | % Improved | % In Progress | % Separated | HC | % Identified | % Exits | % Improved | % In Progress | % Separated | |
| IBM | | | | | | | | | | | | | | | | | | | |
| Consulting | | | | | | | | | | | | | | | | | | | |
| Infrastructure | | | | | | | | | | | | | | | | | | | |
| *Cloud* | | | | | | | | | | | | | | | | | | | |
| *TLS* | | | | | | | | | | | | | | | | | | | |
| Finance and Operations | | | | | | | | | | | | | | | | | | | |
| Software | | | | | | | | | | | | | | | | | | | |
| Global Sales | | | | | | | | | | | | | | | | | | | |
| CHQ-HR | | | | | | | | | | | | | | | | | | | |
| CHQ-Mktg | | | | | | | | | | | | | | | | | | | |
| CHQ-Legal | | | | | | | | | | | | | | | | | | | |
| Research | | | | | | | | | | | | | | | | | | | |
| Weather | | | | | | | | | | | | | | | | | | | |

# People Scorecard

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy

Edit | Analytics | Filters

All tabs | Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id | This tab | Salary Band

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

**Population Scope of Overall Talent Dynamics : Headcount:** Regular FT, Regular PT. **Hires:** Regular FT, Regular PT, Non-Regular Long Term, Non-Regular Short Term. **Promotions:** Regular FT, Regular PT. **Attritions:** Regular FT

**Note:** The ability to filter by Primary Job Category does not apply to ANOBs and Open Reqs

## Overall Talent Dynamics by Supervisory Org

| | CHQ/OTH | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Headcount - Regular | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Headcount % change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Hires - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Early Professional Hires | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Early Professional Hires % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| ANOBs | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Open Reqs (External Only) | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Open Reqs % change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Promotions % - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Promotions pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Losses - YTD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Attrition pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Attrition pt change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Previous Year End Total Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Voluntary Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Voluntary Attrition pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Voluntary Attrition pt change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Previous Year End Voluntary Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| MIS % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| MIS pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| MIS pt change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Previous Year End MIS % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Feedback

Data on this dashboard is provided by **IBM Db2**.

EPM Cognos Analytics - Production (11.2.4) People Scorecard 2023 EPM Menu Privacy

Edit Analytics Filters

All tabs Org L1 Name Org L2 Name Org L3 Name Org L4 Name Geography Id Region Id This tab Salary Band

Dynamics Hierarchies Insights Performance Capacity Diversity Pay

## Overall Talent Dynamics by Geography

| | APAC | Americas | EMEA | Japan | Summary |
|---|---|---|---|---|---|
| Headcount - Regular | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Headcount % change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Hires - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Early Professional Hires | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Early Professional Hires % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| ANOBs | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Open Reqs (External Only) | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Open Reqs % change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Promotions % - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Promotions pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Losses - YTD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Attrition pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Attrition pt change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Previous Year End Total Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Voluntary Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Voluntary Attrition pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Voluntary Attrition pt change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Previous Year End Voluntary Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| MIS % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| MIS pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| MIS pt change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Previous Year End MIS % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Feedback

Data on this dashboard is provided by **IBM Db2.**

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy

Edit | Analytics | Filters

All tabs | Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id | This tab | Salary Band

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

**Population Scope of Executive Talent Dynamics: Headcount:** Regular FT, Regular PT, Non-Regular Long Term, Non-Regular Short Term. **Attritions:** Regular FT, Regular PT

## Exec Talent Dynamics by Supervisory Org

| | CHQ/OTH | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | **Summary** |
|---|---|---|---|---|---|---|---|---|---|
| Executive Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Executive Total Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Executive Total Attrition pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

| | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | **Summary** |
|---|---|---|---|---|---|---|---|---|
| Executive Headcount - Start of Year Baseline | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Executive % change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

| CHQ break out | | |
|---|---|---|
| Human Resources (Nickle LaMoreaux) | Legal Regulatory Affairs & General Counsel (MICHELLE BROWDY) | Marketing and Communication (Jonathan Adashek) |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |

## Exec Talent Dynamics by Geography

| | APAC | Americas | EMEA | Japan | **Summary** |
|---|---|---|---|---|---|
| Executive Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Executive Total Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Executive Total Attrition pt change - YtY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

| | APAC | Americas | EMEA | Japan | **Summary** |
|---|---|---|---|---|---|
| Executive Headcount - Start of Year Baseline | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Executive % change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Feedback

Data on this dashboard is provided by **IBM Db2**.



EPM Cognos Analytics - Production (11.2.4)
People Scorecard 2023
EPM Menu
Privacy
Edit
Analytics
Filters
All tabs
Org L1 Name
Org L2 Name
Org L3 Name
Org L4 Name
Geography Id
Region Id
This tab
Salary Band
Gender Id
Race1
Work City
Job Category Name
Job Family Desc
Dynamics
Hierarchies
Insights
Performance
Capacity
Diversity
Pay
Band Pyramids
Span and Layers
Band Pyramids
IBM Overall
Exec
Band 10
Band 9
Band 8
Band 7
Band 6
Band 5 and below
Unknown
Headcount - Regular
HC % change - YtD
Band 5 and ...
Summary
CHQ/OTH
Consulting (JOHN GRANGER)
Feedback
Data on this dashboard is provided by IBM Db2.


EPM Cognos Analytics - Production (11.2.4)
People Scorecard 2023
EPM Menu
Privacy
Edit
Crosstab
Analytics
Filters
All tabs
Org L1 Name
Org L2 Name
Org L3 Name
Org L4 Name
Geography Id
Region Id
This tab
Salary Band
Gender Id
Race1
Work City
Job Category Name
Job Family Desc
Dynamics
Hierarchies
Insights
Performance
Capacity
Diversity
Pay
Finance and Operations (James Kavanaugh)
Headcount - Regular
HC % change - YtD
Exec
Band 10
Band 9
Band 8
Band 7
Band 6
Band 5 and below
Summary
Sales (Rob Thomas)
Research (DARIO GIL)
IBM Software (Rob Thomas)

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy

Edit | Analytics | Filters

All tabs | Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id | This tab | Salary Band | Gender Id | Race1 | Work City | Job Category Name | Job Family Desc

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

## Span and Layers

| | + CHQ/OTH | + Consulting (JOHN GRANGER) | + Finance and Operations (James Kavanaugh) | + IBM Software (Rob Thomas) | + Infrastructure (Ric Lewis) | + Research (DARIO GIL) | + Sales (Rob Thomas) | + Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Span of Control | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Span of Control change – MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Span of Control change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Manager Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Manager Headcount change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Manager Headcount change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Non- Manager Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Non-Manager Headcount change - MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Non-Manager Headcount change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| % of managers with 5 or more direct reports | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| % of managers with 6 or more direct reports | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| % of managers with 7 or more direct reports | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| % of managers with 8 or more direct reports | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| % of managers with 9 or more direct reports | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| % of managers with 10 or more direct reports | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Layers | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Layers change – MtM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Layers change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Layer 3 Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Layer 4 Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Layer 5 Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Layer 6 Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Layer 7 Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Layer 8 Headcount | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Feedback

Data on this dashboard is provided by **IBM Db2**.

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy

Edit | 100% | Analytics | Filters

All tabs | Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id | This tab | No filters have been applied.

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

# Insights

Information as of : 2023-09-30

A monthly summary highlighting our focus areas, pockets of opportunity, and calls to actions to close workforce health gaps at Enterprise level.

Glossary | Contact Us

**SUMMARY:**

[illegible]

**HIGHLIGHTS:**

[illegible]

Feedback

Data on this dashboard is provided by **IBM Db2**.


EPM Cognos Analytics - Production (11.2.4)
People Scorecard 2023
EPM Menu
Privacy
Edit
Analytics
Filters
All tabs
Org L1 Name
Org L2 Name
Org L3 Name
Org L4 Name
Geography Id
Region Id
This tab
Salary Band
Gender Id
Race1
Is Tech JR
Dynamics
Hierarchies
Insights
Performance
Capacity
Diversity
Pay
Performance
Information as of : 2023-09-30
This corporate goal is concerned with retaining top talent & gaining more efficiency in low performer management:
Glossary
Contact Us
Supervisory Org
Geography
CHQ/OTH
Consulting (JOHN GRANGER)
Finance and Operations (James Kavanaugh)
IBM Software (Rob Thomas)
Infrastructure (Ric Lewis)
Research (DARIO GIL)
Sales (Rob Thomas)
Weather (ROBERT LORD)
Summary
Voluntary Attrition %
Voluntary Attrition pt change - YtY
Voluntary Attrition pt change - MtM
Top Segment Voluntary Attrition %
Top Segment Voluntary Attrition pt change - YtY
Top Segment Voluntary Attrition pt change - MtM
Total Attrition %
Total Attrition pt change - YtY
Total Attrition pt change - MtM
Off-Track Segment Total Attrition %
Off-Track Segment Total Attrition pt change - YtY
Feedback
Data on this dashboard is provided by IBM Db2.

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy

Edit | Analytics | Filters

All tabs | Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id | This tab | Salary Band | Gender Id | Race1 | Is Tech JR

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

Data as of Sep 30, 2023

| | CHQ/OTH | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | Summary | CHQ break out: Marketing and Communication (Jonathan Adashek) | CHQ break out: Human Resources (Nickle LaMoreaux) | CHQ break out: Legal Regulatory Affairs & General Counsel (MICHELLE BROWDY) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Performance Attrition % | | | | | | | | | | | | |
| Performance Attrition MtM pt change | | | | | | | | | | | | |

Data as of Oct 02, 2023

## Low Performance

This dashboard summarizes Low performance identification and the current status

[illegible]

| BUSINESS UNIT | OVERALL LP STATUS: Total population | % Identified | % Exits | % Improved | % In Progress | % Separated | NON EXECUTIVES: HC | % Identified | % Exits | % Improved | % In Progress | % Separated | EXECUTIVES: HC | % Identified | % Exits | % Improved | % In Progress | % Separated | LP Identification progress WoW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBM | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| Consulting | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| Infrastructure | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| Cloud | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| TLS | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| Finance and Operations | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| Software | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| Global Sales | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| CHQ-HR | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| CHQ-Mktg | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| CHQ-Legal | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| Research | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |
| Weather | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |

### Executive Summary

- [illegible]

Learn more about Low Performance Identification

Feedback

Data on this dashboard is provided by **IBM Db2**.




| | APAC | Americas | EMEA | Japan | Summary |
|---|---|---|---|---|---|
| Performance Attrition % | | | | | |
| Performance Attrition MtM pt change | | | | | |

Feedback

Data on this dashboard is provided by **IBM Db2**.


EPM Cognos Analytics - Production (11.2.4)
People Scorecard 2023
EPM Menu
Privacy
Edit
Analytics
Filters
All tabs
Org L1 Name
Org L2 Name
Org L3 Name
Org L4 Name
Geography Id
Region Id
This tab
Salary Band
Gender Id
Race1
Is Tech JR
Dynamics
Hierarchies
Insights
Performance
Capacity
Diversity
Pay
CHQ/OTH
Consulting (JOHN GRANGER)
Finance and Operations (James Kavanaugh)
IBM Software (Rob Thomas)
Infrastructure (Ric Lewis)
Research (DARIO GIL)
Sales (Rob Thomas)
Weather (ROBERT LORD)
Summary
Headcount - Regular
Headcount % change - YtD
Voluntary Attrition %
Band Mix % 6-8
Band Mix 6-8 pt change - YtD
Band Mix 6-8 pt change - MtM
Band Mix 6-8 Hiring %
Band Mix 6-8 Voluntary Attrition %
Consulting Capacity
Consulting Capacity % change - YtD
Consulting Capacity % change - MtM
Consulting Hiring %
Consulting Voluntary Attrition %
Seller Capacity
Seller Capacity % change - YtD
Seller Capacity % change - MtM
Seller Hiring %
Seller Voluntary Attrition %
GIE Capacity
GIE Capacity % change - YtD
GIE Capacity % change - MtM
GIE Hiring %
GIE Voluntary Attrition %
Low Cost %
Low Cost pt change - YtD
Low Cost pt change - MtM
Low Cost Hiring %
Low Cost Voluntary Attrition %
Feedback
Data on this dashboard is provided by IBM Db2.

EPM Cognos Analytics - Production (11.2.4) People Scorecard 2023 EPM Menu Privacy

Edit Analytics Filters

All tabs Org L1 Name Org L2 Name Org L3 Name Org L4 Name Geography Id Region Id This tab Salary Band Gender Id Race1 Is Tech JR

Dynamics Hierarchies Insights Performance Capacity Diversity Pay

## Skills

**Legend:** ↑Increased YtD ↓Decreased YtD

| | CHQ/OTH | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| % AI Expert+ | | | | | | | | | |
| AI Expert+ pt change - YtD | | | | | | | | | |
| % Analytics Expert+ | | | | | | | | | |
| Analytics Expert+ pt change - YtD | | | | | | | | | |
| % Cloud Expert+ | | | | | | | | | |
| Cloud Expert+ pt change - YtD | | | | | | | | | |
| % Quantum Expert+ | | | | | | | | | |
| Quantum Expert+ pt change - YtD | | | | | | | | | |
| % Security Expert+ | | | | | | | | | |
| Security Expert+ pt change - YtD | | | | | | | | | |

**Population:**

Feedback

Data on this dashboard is provided by **IBM Db2**.

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy

Edit | Analytics | Filters

All tabs | Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id | This tab | Salary Band | Gender Id | Race1 | Is Tech JR

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

[illegible]

| | APAC | Americas | EMEA | Japan | Summary |
|---|---|---|---|---|---|
| Headcount - Regular | | | | | [illegible] |
| Headcount % change - YtD | | | | | [illegible] |
| Voluntary Attrition % | | | | | [illegible] |
| Band Mix % 6-8 | | | | | [illegible] |
| Band Mix 6-8 pt change - YtD | | | | | [illegible] |
| Band Mix 6-8 pt change - MtM | | | | | [illegible] |
| Band Mix 6-8 Hiring % | | | | | [illegible] |
| Band Mix 6-8 Voluntary Attrition % | | | | | [illegible] |
| Consulting Capacity | | | | | [illegible] |
| Consulting Capacity % change - YtD | | | | | [illegible] |
| Consulting Capacity % change - MtM | | | | | [illegible] |
| Consulting Hiring % | | | | | [illegible] |
| Consulting Voluntary Attrition % | | | | | [illegible] |
| Seller Capacity | | | | | [illegible] |
| Seller Capacity % change - YtD | | | | | [illegible] |
| Seller Capacity % change - MtM | | | | | [illegible] |
| Seller Hiring % | | | | | [illegible] |
| Seller Voluntary Attrition % | | | | | [illegible] |
| GIE Capacity | | | | | [illegible] |
| GIE Capacity % change - YtD | | | | | [illegible] |
| GIE Capacity % change - MtM | | | | | [illegible] |
| GIE Hiring % | | | | | [illegible] |
| GIE Voluntary Attrition % | | | | | [illegible] |
| Low Cost % | | | | | [illegible] |
| Low Cost pt change - YtD | | | | | [illegible] |
| Low Cost pt change - MtM | | | | | [illegible] |
| Low Cost Hiring % | | | | | [illegible] |
| Low Cost Voluntary Attrition % | | | | | [illegible] |

Feedback

Data on this dashboard is provided by **IBM Db2**.

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy

Edit | Analytics | Filters

All tabs: Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id

This tab: Salary Band | Gender Id | Race1 | Is Tech JR

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

## Skills

**Legend:** ↑ Increased YtD ↓ Decreased YtD

| | + APAC | + Americas | + EMEA | + Japan | Summary |
|---|---|---|---|---|---|
| % AI Expert+ | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| AI Expert+ pt change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| % Analytics Expert+ | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Analytics Expert+ pt change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| % Cloud Expert+ | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Cloud Expert+ pt change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| % Quantum Expert+ | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Quantum Expert+ pt change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| % Security Expert+ | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Security Expert+ pt change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

**Population:**

[illegible]

Feedback

Data on this dashboard is provided by **IBM Db2**.

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy [redacted]

Edit | Analytics | Filters

All tabs | Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id | This tab | Salary Band

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

Exec | Tech Exec | Band 10 | Band 6-9 Tech | Dynamics

## Exec Diversity

**Legend : ↑ Increased YtD ↓ Decreased YtD**

| | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | **Summary** |
|---|---|---|---|---|---|---|---|---|
| Executive Headcount | | | | | | | | |
| Women Exec Current Month HC | | | | | | | | |
| Women Exec Current Month % | | | | | | | | |
| Women Exec YtD pt Change | | | | | | | | |
| Women Exec Delta to Goal | | | | | | | | |
| US Black Exec Current Month HC | | | | | | | | |
| US Black Exec Current Month % | | | | | | | | |
| US Black Exec YtD pt Change | | | | | | | | |
| US Black Exec Delta to Goal | | | | | | | | |
| US Hispanic Exec Current Month HC | | | | | | | | |
| US Hispanic Exec Current Month % | | | | | | | | |
| US Hispanic Exec YtD pt Change | | | | | | | | |
| US Hispanic Exec Delta to Goal | | | | | | | | |
| US Native American Exec Current Month HC | | | | | | | | |
| US Native American Exec Current Month % | | | | | | | | |
| US Native American Exec YtD pt Change | | | | | | | | |
| US Native American Exec Delta to Goal | | | | | | | | |

| CHQ break out | | |
|---|---|---|
| Human Resources (Nickle LaMoreaux) | Legal Regulatory Affairs & General Counsel (MICHELLE BROWDY) | Marketing and Communication (Jonathan Adashek) |
| | | |

Feedback

Data on this dashboard is provided by **IBM Db2**.

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy

Edit | Analytics | Filters

All tabs | Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id | This tab | Salary Band

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

| | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | **Summary** | CHQ break out | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Human Resources (Nickle LaMoreaux) | Legal Regulatory Affairs & General Counsel (MICHELLE BROWDY) | Marketing and Communication (Jonathan Adashek) |
| Band 10 Women Current Month HC | | | | | | | | | | | |
| Band 10 Women Current Month % | | | | | | | | | | | |
| Band 10 Women YtD pt Change | | | | | | | | | | | |
| Band 10 Women Delta to Goal | | | | | | | | | | | |
| Band 10 Black Current Month HC | | | | | | | | | | | |
| Band 10 Black Current Month % | | | | | | | | | | | |
| Band 10 Black YtD pt Change | | | | | | | | | | | |
| Band 10 Black Delta to Goal | | | | | | | | | | | |
| Band 10 Hispanic Current Month HC | | | | | | | | | | | |
| Band 10 Hispanic Current Month % | | | | | | | | | | | |
| Band 10 Hispanic YtD pt Change | | | | | | | | | | | |
| Band 10 Hispanic Delta to Goal | | | | | | | | | | | |
| Band 10 Native American Current Month HC | | | | | | | | | | | |
| Band 10 Native American Current Month % | | | | | | | | | | | |
| Band 10 Native American YtD pt Change | | | | | | | | | | | |
| Band 10 Native American Delta to Goal | | | | | | | | | | | |
| Band 10 Tech Women Current Month HC | | | | | | | | | | | |
| Band 10 Tech Women Current Month % | | | | | | | | | | | |
| Band 10 Tech Women YtD pt Change | | | | | | | | | | | |
| Band 10 Tech Women Delta to Goal | | | | | | | | | | | |
| Band 10 Tech Black Current Month HC | | | | | | | | | | | |
| Band 10 Tech Black Current Month % | | | | | | | | | | | |
| Band 10 Tech Black YtD pt Change | | | | | | | | | | | |
| Band 10 Tech Black Delta to Goal | | | | | | | | | | | |
| Band 10 Tech Hispanic Current Month HC | | | | | | | | | | | |
| Band 10 Tech Hispanic Current Month HC | | | | | | | | | | | |
| Band 10 Tech Hispanic Current Month % | | | | | | | | | | | |
| Band 10 Tech Hispanic YtD pt Change | | | | | | | | | | | |
| Band 10 Tech Hispanic Delta to Goal | | | | | | | | | | | |
| Band 10 Tech Native American Current Month H | | | | | | | | | | | |
| Band 10 Tech Native American Current Month % | | | | | | | | | | | |
| Band 10 Tech Native American YtD pt Change | | | | | | | | | | | |
| Band 10 Tech Native American Delta to Goal | | | | | | | | | | | |

Feedback

Data on this dashboard is provided by **IBM Db2**.

EPM Cognos Analytics - Production (11.2.4) People Scorecard 2023 EPM Menu Privacy

Edit Analytics Filters

All tabs Org L1 Name Org L2 Name Org L3 Name Org L4 Name Geography Id Region Id This tab Salary Band

Dynamics Hierarchies Insights Performance Capacity Diversity Pay

Exec Tech Exec Band 10 Band 8-9 Tech

## Band 8-9 Tech Diversity

Legend : ↑Increased YtD ↓Decreased YtD

| | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | **Summary** | CHQ break out: Human Resources (Nickle LaMoreaux) | CHQ break out: Legal Regulatory Affairs & General Counsel (MICHELLE BROWDY) | CHQ break out: Marketing and Communication (Jonathan Adashek) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Band 8-9 Tech Women Current Month HC | | | | | | | | | | | |
| Band 8-9 Tech Women Current Month % | | | | | | | | | | | |
| Band 8-9 Tech Women YtD pt Change | | | | | | | | | | | |
| Band 8-9 Tech Women Delta to Goal | | | | | | | | | | | |
| Band 8-9 Tech Black Current Month HC | | | | | | | | | | | |
| Band 8-9 Tech Black Current Month % | | | | | | | | | | | |
| Band 8-9 Tech Black YtD pt Change | | | | | | | | | | | |
| Band 8-9 Tech Black Delta to Goal | | | | | | | | | | | |
| Band 8-9 Tech Hispanic Current Month HC | | | | | | | | | | | |
| Band 8-9 Tech Hispanic Current Month % | | | | | | | | | | | |
| Band 8-9 Tech Hispanic YtD pt Change | | | | | | | | | | | |
| Band 8-9 Tech Hispanic Delta to Goal | | | | | | | | | | | |
| Band 8-9 Tech Native American Current Month H | | | | | | | | | | | |
| Band 8-9 Tech Native American Current Month 9 | | | | | | | | | | | |
| Band 8-9 Tech Native American YtD pt Change | | | | | | | | | | | |
| Band 8-9 Tech Native American Delta to Goal | | | | | | | | | | | |

Feedback

Data on this dashboard is provided by **IBM Db2**.

EPM Cognos Analytics - Production (11.2.4) People Scorecard 2023 EPM Menu Privacy

Edit Analytics Filters

All tabs Org L1 Name Org L2 Name Org L3 Name Org L4 Name Geography Id Region Id This tab Salary Band

Dynamics Hierarchies Insights Performance Capacity Diversity Pay

Exec Tech Exec Band 10 Band 8-9 Tech Overall Diversity Dynamics

## Women Talent Dynamics

| | CHQ/OTH | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Women Current Month HC | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Women Current Month % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Women Hires % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Women Voluntary Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Women Promotions % - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

## Black Talent Dynamics

| | CHQ/OTH | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Black Current Month HC | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Black Current Month % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Black Hires % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Black Voluntary Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Black Promotions % - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Feedback

Data on this dashboard is provided by **IBM Db2**

EPM Cognos Analytics - Production (11.2.4) | People Scorecard 2023 | EPM Menu | Privacy

Edit | Analytics | Filters

All tabs: Org L1 Name | Org L2 Name | Org L3 Name | Org L4 Name | Geography Id | Region Id

This tab: Salary Band

Dynamics | Hierarchies | Insights | Performance | Capacity | Diversity | Pay

## Hispanic Talent Dynamics

| | CHQ/OTH | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Hispanic Current Month HC | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Hispanic Current Month % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Hispanic Hires % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Hispanic Voluntary Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Hispanic Promotions % - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

## Native American Talent Dynamics

| | CHQ/OTH | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Native American Current Month HC | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Native American Current Month % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Native American Hires % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Native American Voluntary Attrition % | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Native American Promotions % - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Feedback

Data on this dashboard is provided by **IBM Db2**.

EPM Cognos Analytics - Production (11.2.4) People Scorecard 2023 EPM Menu Privacy

Edit Analytics Filters

All tabs Org L1 Name Org L2 Name Org L3 Name Org L4 Name Geography Id Region Id This tab Salary Band Is Tech JR

Dynamics Hierarchies Insights Performance Capacity Diversity Pay

# Pay

Information as of : 2023-09-30

Glossary Contact Us

## Pay

| | CHQ/OTH | Consulting (JOHN GRANGER) | Finance and Operations (James Kavanaugh) | IBM Software (Rob Thomas) | Infrastructure (Ric Lewis) | Research (DARIO GIL) | Sales (Rob Thomas) | Weather (ROBERT LORD) | Summary |
|---|---|---|---|---|---|---|---|---|---|
| Headcount - Regular | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Headcount % change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Current Month Average Non-Exec Salary | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Average Non-Exec Salary % change - YtD | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Feedback

Data on this dashboard is provided by **IBM Db2**.

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

**CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On October 5, 2026, I electronically filed the **DECLARATION OF SCOTT J. STREET IN SUPPORT OF MOTION TO MODIFY SCHEDULING ORDER** and served the documents using the Court's Electronic CM/ECF Service, which will send electronic notification of such filing to all registered counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 5, 2026, in San Diego, California.

*/s/ Dayna Dang*
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com