John W. Howard (SBN 80200)
Scott J. Street (SBN 258962)
Peter C. Shelling (SBN 351159)
**JW HOWARD│ATTORNEYS, LTD**
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel: (619) 234-2842

James Rogers* (AZ Bar No. 027287)
Rachael Griffin* (VA Bar No. 98207)
Laura Stell* (NC Bar No. 59840)
Brittany Bennett* (GA Bar No. 717377)
**AMERICA FIRST LEGAL FOUNDATION**
611 Pennsylvania Ave, SE #231
Washington, DC 20003
Telephone: (202) 964-3721

*Admitted *pro hac vice*

Attorneys for Plaintiff John Loeffler

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JOHN LOEFFLER,

Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation; and ARVIND KRISHNA, an individual,

Defendants.

Case No.: 2:25-cv-05765-CBM-PD

[Assigned to the Honorable Consuela B. Marshall]

**[PROPOSED] ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER**

Date: November 3, 2026
Time: 10:00 a.m.
Crtrm: 8D

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

# ORDER

Having considered the motion filed by Plaintiff John Loeffler for an order granting leave to modify the Scheduling Order to provide more time to complete discovery, and good cause appearing, the Court orders as follows:

1. The motion is granted.

2. The fact discovery cutoff is extended from October 15, 2026, to December 31, 2026.

3. None of the other deadlines set forth in the current Scheduling Order are changed by this order.

**IT IS SO ORDERED.**

DATED: _______________ ____________________________________

United States District Judge

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On October 5, 2026, I electronically filed the **[PROPOSED] ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER** and served the documents using the Court's Electronic CM/ECF Service, which will send electronic notification of such filing to all registered counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 5, 2026, in San Diego, California.

*/s/ Dayna Dang*
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com