**HOGAN LOVELLS CADWALADER US LLP**
Tao Y. Leung (Bar No. 254265)
Michelle Gonzales (Bar No. 292075)
Harmony R. Gbe (Bar No. 313241)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Fax No.: (310) 785-4601
tao.leung@hlc.com
michelle.roberts.gonzales@hlc.com
harmony.gbe@hlc.com

Michael E. DeLarco (Admitted *Pro Hac Vice*)
390 Madison Avenue
New York, NY 10019
Telephone: (212) 918-3000
Fax No.: (212) 918-3100
michael.delarco@hlc.com

Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LOEFFLER,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINES MACHINES CORPORATION, a New York Corporation, and ARVIND KRISHNA, an individual,<br><br>Defendants. | Case No. 2:25-cv-05765-CBM-PD<br><br>**DECLARATION OF ZACHARY SIEGEL IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER**<br><br>Honorable Consuelo B. Marshall<br><br>Compl. Filed: June 25, 2025<br>FAC Filed: September 3, 2025<br><br>Date: November 3, 2026<br>Time: 10 a.m.<br>Courtroom: 8D |

# DECLARATION OF ZACHARY SIEGEL

I, Zachary Siegel, declare as follows:

1. I am an attorney admitted to practice in the Commonwealth of Pennsylvania, State of New York, and *pro hac vice* before this Court, and I am counsel of record for Defendant International Business Machines Corporation ("Defendant" or "IBM") in the above-titled action. I have personal knowledge of the matters stated herein based on my participation in this litigation and communications with counsel, and if called as a witness, I could and would testify competently to them.

2. I submit this Declaration in support of IBM's Opposition to Plaintiff's Motion to Modify Scheduling Order (the "Motion").

3. On September 23, 2026, my colleague Michael DeLarco and I met and conferred with Plaintiff's counsel concerning the Rule 30(b)(6) deposition and explained IBM's position that several noticed subjects were more appropriately addressed by fact witnesses already scheduled to testify. A true and correct copy of the relevant correspondence following the September 23, 2026 meet and confer is attached as Exhibit 7.

4. During the meet and confer, Plaintiff's counsel stated that they would need additional time to take the corporate deposition concerning the remaining 30(b)(6) topics identified in the Third Amended 30(b)(6) Deposition Notice, mentioning that due to a trial schedule Plaintiff would potentially need until December 31, 2026. I and/or Mr. DeLarco stated that we would take such a request under advisement.

5. At no time during this September 23, 2026 meet and confer did Plaintiff's counsel state that it intended to broadly reopen discovery beyond the 30(b)(6) deposition or the deposition of Mr. Robert McLean.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2026, at Philadelphia, Pennsylvania.

Dated: October 13, 2026

By: ______________________
Zachary Siegel