# EXHIBIT 4

**From:** Roberts Gonzales, Michelle
**To:** Peter Shelling; Scott James Street; Rachael Griffin
**Cc:** Siegel, Zachary P.; Wilton, Rebecca; Gbe, Harmony A.; DeLarco, Michael E.; Nicholas Barry; Laura Stell; Brittany Bennett
**Subject:** RE: Loeffler v. IBM | 8.12.2026 IDC Topics
**Date:** Thursday, September 10, 2026 2:01:41 PM

Hi, Peter.

We need to remove one of Tom Scott's dates because there is insufficient time for travel and/or to ensure coverage of the dates as they stand. Here's the updated list:

- Sergio Amoni (Raleigh, NC) – Sept. 24 – Confirmed
- Tracey Armstrong (Wilmington, NC) – Sept. 29 – Confirmed
- Tom Scott (Minneapolis) – Oct. 1 Available
- Rob McLean (Detroit) – Oct. 6-9 Available
- Brenda Harvey (NYC) – Oct. 14 – Confirmed

We're still working on dates for Eric Castillo and 30(b)(6) testimony, but please advise on Tom Scott and Rob McLean and whether you continue to want all of these in person, as it will impact other dates and availability.

Thanks much,
Michelle

**Michelle Roberts Gonzales**
*Partner*

---

**From:** Peter Shelling <pshelling@jwhowardattorneys.com>
**Sent:** Wednesday, September 9, 2026 10:50 AM
**To:** Roberts Gonzales, Michelle <michelle.roberts.gonzales@hoganlovells.com>; Scott James Street <sstreet@jwhowardattorneys.com>; Rachael Griffin <rachael.griffin@aflegal.org>
**Cc:** Siegel, Zachary P. <zachary.siegel@hoganlovells.com>; Wilton, Rebecca <rebecca.wilton@hoganlovells.com>; Gbe, Harmony A. <harmony.gbe@hoganlovells.com>; DeLarco, Michael E. <michael.delarco@hoganlovells.com>; Nicholas Barry <nicholas.barry@aflegal.org>; Laura Stell <laura.stell@aflegal.org>; Brittany Bennett <brittany.bennett@aflegal.org>
**Subject:** RE: Loeffler v. IBM | 8.12.2026 IDC Topics

**[EXTERNAL]**
Hi Michelle,

Can we lock in the following dates: Brenda Harvey on October 14, Sergio Amoni September on 24, and Armstrong on September 29. I will email you later regarding

whether we will take the depositions in person or remotely and the dates for McLean. Can you provide us with some dates to take Armstrong's deposition in person?

Best,

Peter C. Shelling
Associate Attorney

JW Howard Attorneys, Ltd
600 West Broadway Suite 1400
San Diego CA, 92101
Tel: (619) 234-2842

---

**From:** Roberts Gonzales, Michelle <michelle.roberts.gonzales@hlc.com>
**Sent:** Tuesday, September 8, 2026 6:55 PM
**To:** Scott James Street <sstreet@jwhowardattorneys.com>; Rachael Griffin <rachael.griffin@aflegal.org>
**Cc:** Siegel, Zachary P. <zachary.siegel@hlc.com>; Wilton, Rebecca <rebecca.wilton@hlc.com>; Gbe, Harmony A. <harmony.gbe@hlc.com>; DeLarco, Michael E. <michael.delarco@hlc.com>; Nicholas Barry <nicholas.barry@aflegal.org>; Laura Stell <laura.stell@aflegal.org>; Brittany Bennett <brittany.bennett@aflegal.org>; Peter Shelling <pshelling@jwhowardattorneys.com>
**Subject:** RE: Loeffler v. IBM | 8.12.2026 IDC Topics

Sorry, miscommunication on our end regarding lawyer availability. One small edit below.

**Michelle Roberts Gonzales**
*Partner*

---

**From:** Roberts Gonzales, Michelle
**Sent:** Tuesday, September 8, 2026 5:10 PM
**To:** 'Scott James Street' <sstreet@jwhowardattorneys.com>; Rachael Griffin <rachael.griffin@aflegal.org>
**Cc:** Siegel, Zachary P. <zachary.siegel@hoganlovells.com>; Wilton, Rebecca <rebecca.wilton@hoganlovells.com>; Gbe, Harmony A. <harmony.gbe@hoganlovells.com>; DeLarco, Michael E. <michael.delarco@hoganlovells.com>; Nicholas Barry <nicholas.barry@aflegal.org>; Laura Stell <laura.stell@aflegal.org>; Brittany Bennett <brittany.bennett@aflegal.org>; Peter Shelling <pshelling@jwhowardattorneys.com>
**Subject:** RE: Loeffler v. IBM | 8.12.2026 IDC Topics

Thanks, Scott. Here are the witnesses' confirmed availability as it stands now:

- Brenda Harvey (NYC) on ~~Sept. 21~~ (had to remove Sept. 17) ~~or~~ Oct. 13-14.

- Sergio Armoni (Raleigh, NC) on Sept. 23-24.
- Tracey Armstrong (Remote) on Sept. 29
- Rob McLean (Detroit) on Oct. 6-9

We have dates from Tom Scott as well, but we're trying to find additional options to reduce potential overlap. We'll try to revert on him tomorrow.

Please advise which dates you want for the witnesses listed above though so that we can otherwise free up their schedules.

Thanks,
Michelle

**Michelle Roberts Gonzales**
*Partner*

---

**From:** Scott James Street <sstreet@jwhowardattorneys.com>
**Sent:** Monday, September 7, 2026 12:58 PM
**To:** Roberts Gonzales, Michelle <michelle.roberts.gonzales@hoganlovells.com>; Rachael Griffin <rachael.griffin@aflegal.org>
**Cc:** Siegel, Zachary P. <zachary.siegel@hoganlovells.com>; Wilton, Rebecca <rebecca.wilton@hoganlovells.com>; Gbe, Harmony A. <harmony.gbe@hoganlovells.com>; DeLarco, Michael E. <michael.delarco@hoganlovells.com>; Nicholas Barry <nicholas.barry@aflegal.org>; Laura Stell <laura.stell@aflegal.org>; Brittany Bennett <brittany.bennett@aflegal.org>; Peter Shelling <pshelling@jwhowardattorneys.com>
**Subject:** RE: Loeffler v. IBM | 8.12.2026 IDC Topics

**[EXTERNAL]**
Hi Michelle – just wanted to let you know that the trial we thought we would be starting in October won't start until mid-December, so we will have a little more time to get these depositions done if we have to go past Oct 1. Let me know. Thanks,

Scott

---

**From:** Roberts Gonzales, Michelle <michelle.roberts.gonzales@hlc.com>
**Sent:** Thursday, September 3, 2026 11:48 AM
**To:** Scott James Street <sstreet@jwhowardattorneys.com>; Rachael Griffin <rachael.griffin@aflegal.org>
**Cc:** Siegel, Zachary P. <zachary.siegel@hlc.com>; Wilton, Rebecca <rebecca.wilton@hlc.com>; Gbe, Harmony A. <harmony.gbe@hlc.com>; DeLarco, Michael E. <michael.delarco@hlc.com>; Nicholas Barry <nicholas.barry@aflegal.org>; Laura Stell <laura.stell@aflegal.org>; Brittany Bennett <brittany.bennett@aflegal.org>; Peter Shelling <pshelling@jwhowardattorneys.com>

**Subject:** RE: Loeffler v. IBM | 8.12.2026 IDC Topics

Hi, Scott.

We have been working diligently on these dates and believe we'll be able to get the depos scheduled in time. So far, we can offer:

- Brenda Harvey (NYC) on Sept. 17, 21, or Oct. 13-14,
- Sergio Armoni (Raleigh, NC) on Sept. 23-24.

You had previously indicated that you wanted to take Tracey Armstrong remotely; she told us a couple of weeks ago that she could be available on Sept. 30 but we're trying to confirm that's still the case.

Please let us know if you want to take any other depos remotely since that will likely make scheduling a bit easier.

We're aiming to be able to put up a 30(b)(6) on Sept. 29, but we need to review the new topics and determine whether that will work. We'll get back to you as soon as we can.

Best,
Michelle

**Michelle Roberts Gonzales**
*Partner*

---

**From:** Scott James Street <sstreet@jwhowardattorneys.com>
**Sent:** Thursday, September 3, 2026 11:03 AM
**To:** Roberts Gonzales, Michelle <michelle.roberts.gonzales@hoganlovells.com>; Rachael Griffin <rachael.griffin@aflegal.org>
**Cc:** Siegel, Zachary P. <zachary.siegel@hoganlovells.com>; Wilton, Rebecca <rebecca.wilton@hoganlovells.com>; Gbe, Harmony A. <harmony.gbe@hoganlovells.com>; DeLarco, Michael E. <michael.delarco@hoganlovells.com>; Nicholas Barry <nicholas.barry@aflegal.org>; Laura Stell <laura.stell@aflegal.org>; Brittany Bennett <brittany.bennett@aflegal.org>; Peter Shelling <pshelling@jwhowardattorneys.com>
**Subject:** RE: Loeffler v. IBM | 8.12.2026 IDC Topics
**Importance:** High

**[EXTERNAL]**

Hi Michelle (and others):

We are sending you a second amended 30b6 notice today, as I neglected to include two categories that we need testimony on. Otherwise, it is the same as what we served the other day.

Also, we will be getting our trial schedule for the fall tomorrow in our San Diego cardroom cases. I expect to start the first trial around October 12. Therefore, we need to start locking in deposition dates for this case. We have been trying to get those scheduled for more than a month. I know you are dealing with some former IBM employees and that it may be a challenge to lock them down. I also know that it's the last week of summer and that people may wake up after Labor Day. But if we can't get the dates locked in by the middle of next week, we will have to file a motion to further modify the scheduling order. Given our trial schedule, we would likely ask to push the discovery cutoff into December.

Please check with your client and the relevant witnesses. I would like to connect by the middle of next week to see where we stand.

As a reminder, we want to depose the following people:

1. Tracey Armstrong
2. Brenda Harvey
3. Sergio Amoni
4. Tom Scott
5. Rob McLean
6. IBM (30b6)

These are the dates on which I am not available:

September 14
September 17
September 21
September 22
September 30
October 1

Thanks,

Scott

---

**From:** Roberts Gonzales, Michelle <michelle.roberts.gonzales@hlc.com>
**Sent:** Monday, August 24, 2026 11:40 AM
**To:** Scott James Street <sstreet@jwhowardattorneys.com>; Rachael Griffin <rachael.griffin@aflegal.org>

**Cc:** Siegel, Zachary P. <zachary.siegel@hlc.com>; Wilton, Rebecca <rebecca.wilton@hlc.com>; Gbe, Harmony A. <harmony.gbe@hlc.com>; DeLarco, Michael E. <michael.delarco@hlc.com>; Nicholas Barry <nicholas.barry@aflegal.org>; Laura Stell <laura.stell@aflegal.org>; Brittany Bennett <brittany.bennett@aflegal.org>; Peter Shelling <pshelling@jwhowardattorneys.com>
**Subject:** RE: Loeffler v. IBM | 8.12.2026 IDC Topics

Hi, Scott.

Unfortunately, we now have conflicts for Sept. 9 and Sept. 16-17, but we'll check with the witnesses for other availability and revert.

Best,
Michelle

**Michelle Roberts Gonzales**
*Partner*

**From:** Scott James Street <sstreet@jwhowardattorneys.com>
**Sent:** Friday, August 21, 2026 3:40 PM
**To:** Roberts Gonzales, Michelle <michelle.roberts.gonzales@hoganlovells.com>; Rachael Griffin <rachael.griffin@aflegal.org>
**Cc:** Siegel, Zachary P. <zachary.siegel@hoganlovells.com>; Wilton, Rebecca <rebecca.wilton@hoganlovells.com>; Gbe, Harmony A. <harmony.gbe@hoganlovells.com>; DeLarco, Michael E. <michael.delarco@hoganlovells.com>; Nicholas Barry <nicholas.barry@aflegal.org>; Laura Stell <laura.stell@aflegal.org>; Brittany Bennett <brittany.bennett@aflegal.org>; Peter Shelling <pshelling@jwhowardattorneys.com>
**Subject:** RE: Loeffler v. IBM | 8.12.2026 IDC Topics

**[EXTERNAL]**
Hi Michelle – circling back on depo dates.

Our September trial is moving to mid-October so we should be able to get everything done by the Oct 14 cutoff.

Why don't we book Tracey Armstrong for September 9. We can do that by Zoom.

For Brenda Harvey – Sept 16 or 17 works for us. I am just wondering whether we do her depo in person or by Zoom. I will want to take the 30b6 deposition in person. And if the 30b6 deposition is going to be in NY, then I would like to try to consolidate them into a single window and do it and Brenda Harvey in person. But if we are looking at other dates/places for the 30b6, we can do Brenda Harvey by Zoom. And the exact date of her depo will depend on whether I travel to NY for it, as I must be back in LA by 5 pm on 9/18.

Let me know.

Thanks,

Scott

---

**From:** Roberts Gonzales, Michelle <michelle.roberts.gonzales@hlc.com>
**Sent:** Thursday, August 13, 2026 9:09 AM
**To:** Scott James Street <sstreet@jwhowardattorneys.com>; Rachael Griffin <rachael.griffin@aflegal.org>
**Cc:** Siegel, Zachary P. <zachary.siegel@hlc.com>; Wilton, Rebecca <rebecca.wilton@hlc.com>; Gbe, Harmony A. <harmony.gbe@hlc.com>; DeLarco, Michael E. <michael.delarco@hlc.com>; Nicholas Barry <nicholas.barry@aflegal.org>; Laura Stell <laura.stell@aflegal.org>; Brittany Bennett <brittany.bennett@aflegal.org>; Peter Shelling <pshelling@jwhowardattorneys.com>
**Subject:** RE: Loeffler v. IBM | 8.12.2026 IDC Topics

Hi, Scott.

We are willing to stipulate to a 30-day extension for the purposes of the pending depositions, with the remainder of the discovery cutoff and other dates to remain in place. If it turns out that 30 days isn't enough time to complete the depositions, we'll work with you to seek another extension, but in order to keep the parties from getting jammed on the other dates in the scheduling order, we think it make sense to aim for completion of all depos by mid-October. Do you or someone in your office want to prepare a stipulation to that effect?

With respect to scheduling, we are still working on dates for deponents but can offer at this time:

- **Tracey Armstrong** – September 9-11 (Wilmington, NC)
- **Brenda Harvey** – Sept 16-18 (at our offices in New York, NY)

Both are former employees, but we're now authorized to accept service of subpoenas for them.

We'll revert separately on Rachel's question about the IDC documents, but if you have other questions, please let us know.

Best,
Michelle

**Michelle Roberts Gonzales**
*Partner*

**From:** Scott James Street <sstreet@jwhowardattorneys.com>
**Sent:** Tuesday, August 11, 2026 5:59 PM
**To:** Roberts Gonzales, Michelle <michelle.roberts.gonzales@hoganlovells.com>; Rachael Griffin <rachael.griffin@aflegal.org>
**Cc:** Siegel, Zachary P. <zachary.siegel@hoganlovells.com>; Wilton, Rebecca <rebecca.wilton@hoganlovells.com>; Gbe, Harmony A. <harmony.gbe@hoganlovells.com>; DeLarco, Michael E. <michael.delarco@hoganlovells.com>; Nicholas Barry <nicholas.barry@aflegal.org>; Laura Stell <laura.stell@aflegal.org>; Brittany Bennett <brittany.bennett@aflegal.org>; Peter Shelling <pshelling@jwhowardattorneys.com>
**Subject:** RE: Loeffler v. IBM | 8.12.2026 IDC Topics

**[EXTERNAL]**
Hi Michelle –

As I mentioned to you and Mike separately, we also need to discuss a short continuance of the discovery cutoff, which is currently September 14, 2026. We still have several depositions we need to take, including the 30b6 depo that we were meeting and conferring about. We also have a trial in San Diego that is set for September 4. If that goes, it will consume at least two weeks. Then we have another trial set for November 7 in San Diego.

We won't know until next Friday if the first trial will go on Sept 4. If it doesn't go, then we have more time in September. If it does go, we will likely need all of October to finish the depositions in this case.

We would like to request a 60-day continuance of the discovery cutoff date. We may not need all 60 days but, given our trial schedule and the fact that witnesses are all over the USA, it would be easier to have it and not use it than to agree on a shorter period and have to bother the judge with a second request.

Notably, this continuance will not affect any of the other deadlines.

And we would agree to limit the continuance to taking the remaining depositions that we need.

Please let us know ASAP if you will agree so we can alert the judge.

Thanks,

Scott

**From:** Roberts Gonzales, Michelle <michelle.roberts.gonzales@hlc.com>
**Sent:** Tuesday, August 11, 2026 4:02 PM
**To:** Rachael Griffin <rachael.griffin@aflegal.org>
**Cc:** Siegel, Zachary P. <zachary.siegel@hlc.com>; Wilton, Rebecca <rebecca.wilton@hlc.com>; Gbe, Harmony A. <harmony.gbe@hlc.com>; DeLarco, Michael E. <michael.delarco@hlc.com>; Nicholas Barry <nicholas.barry@aflegal.org>; Laura Stell <laura.stell@aflegal.org>; Brittany Bennett <brittany.bennett@aflegal.org>; Scott James Street <sstreet@jwhowardattorneys.com>; Peter Shelling <pshelling@jwhowardattorneys.com>
**Subject:** Re: Loeffler v. IBM | 8.12.2026 IDC Topics

Thanks, Rachel. This is fine from our perspective.

**Michelle Roberts Gonzales**
*Partner*

---

**From:** Rachael Griffin <rachael.griffin@aflegal.org>
**Sent:** Tuesday, 11 August 2026 18:38:25
**To:** Roberts Gonzales, Michelle <michelle.roberts.gonzales@hoganlovells.com>
**Cc:** Siegel, Zachary P. <zachary.siegel@hoganlovells.com>; Wilton, Rebecca <rebecca.wilton@hoganlovells.com>; Gbe, Harmony A. <harmony.gbe@hoganlovells.com>; DeLarco, Michael E. <michael.delarco@hoganlovells.com>; Nicholas Barry <nicholas.barry@aflegal.org>; Laura Stell <laura.stell@aflegal.org>; Brittany Bennett <brittany.bennett@aflegal.org>; Scott James Street <sstreet@jwhowardattorneys.com>; Peter Shelling <pshelling@jwhowardattorneys.com>
**Subject:** Re: Loeffler v. IBM | 8.12.2026 IDC Topics

**[EXTERNAL]**
Michelle,

Not a problem. Please see the draft email to the magistrate below and let me know if you approve or have objections.

Best,

Rachael Griffin
Counsel
America First Legal
Phone: (301) 971 - 2757
Email: rachael.griffin@aflegal.org

--------DRAFT EMAIL--------

To the Judicial Chambers of the Honorable Patricia Donahue:

Plaintiff Loeffler confirms that the primary focus of tomorrow's informal discovery conference will concern RFP 62, as well as RFPs 64 and 65 to the extent that documents responsive to those requests overlap with RFP 62 and were provided to the DOJ pursuant to the Civil Investigative Demand (CID).

Attached for the Court's review are IBM's amended responses and objections to Loeffler's second set of requests for production, which include RFPs 62, 64, and 65.

Sincerely,

On Tue, Aug 11, 2026 at 5:58 PM Roberts Gonzales, Michelle <michelle.roberts.gonzales@hlc.com> wrote:

> Thanks, Rachel. No objection but we would like the opportunity to see what you plan to email to the magistrate before it is sent.
>
> Thanks much,
> Michelle
>
> **Michelle Roberts Gonzales**
> *Partner*
>
> ---
>
> **From:** Rachael Griffin <rachael.griffin@aflegal.org>
> **Sent:** Tuesday, 11 August 2026 17:46:10
> **To:** Roberts Gonzales, Michelle <michelle.roberts.gonzales@hoganlovells.com>; Siegel, Zachary P. <zachary.siegel@hoganlovells.com>; Wilton, Rebecca <rebecca.wilton@hoganlovells.com>; Gbe, Harmony A. <harmony.gbe@hoganlovells.com>; DeLarco, Michael E. <michael.delarco@hoganlovells.com>
> **Cc:** Nicholas Barry <nicholas.barry@aflegal.org>; Laura Stell <laura.stell@aflegal.org>; Brittany Bennett <brittany.bennett@aflegal.org>; Scott James Street <sstreet@jwhowardattorneys.com>; Peter Shelling <pshelling@jwhowardattorneys.com>
> **Subject:** Loeffler v. IBM | 8.12.2026 IDC Topics
>
> **[EXTERNAL]**

Dear Counsel,

Consistent with our discussion during the August 5, 2026, meet and confer, we confirm that the primary focus of tomorrow's informal discovery conference will concern RFP 62, as well as RFPs 64 and 65 to the extent that documents responsive to those requests overlap with RFP 62 and were provided to the DOJ pursuant to the Civil Investigative Demand (CID).

We will email these topics to the magistrate judge today and lodge IBM's amended responses and objections to Loeffler's second set of RFPs with the Court. Please let me know immediately if you have any objections.

Sincerely,

Rachael Griffin
Counsel
America First Legal
Phone: (301) 971 - 2757
Email: rachael.griffin@aflegal.org

---

**About Hogan Lovells Cadwalader**
Hogan Lovells Cadwalader is an international legal practice that includes Hogan Lovells Cadwalader US LLP and Hogan Lovells Cadwalader International LLP. For more information, see www.hlc.com.

**CONFIDENTIALITY.**
This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

**PRIVACY.**
Hogan Lovells Cadwalader processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hlc.com/en/privacy.

---

**About Hogan Lovells Cadwalader**
Hogan Lovells Cadwalader is an international legal practice that includes Hogan Lovells Cadwalader US LLP and Hogan Lovells Cadwalader International LLP. For more information, see www.hlc.com.

**CONFIDENTIALITY.**
This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

**PRIVACY.**
Hogan Lovells Cadwalader processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hlc.com/en/privacy.

---

**About Hogan Lovells Cadwalader**
Hogan Lovells Cadwalader is an international legal practice that includes Hogan Lovells Cadwalader US LLP and Hogan Lovells Cadwalader International LLP. For more information, see www.hlc.com.

**CONFIDENTIALITY.**
This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

**PRIVACY.**
Hogan Lovells Cadwalader processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hlc.com/en/privacy.

---

**About Hogan Lovells Cadwalader**
Hogan Lovells Cadwalader is an international legal practice that includes Hogan Lovells Cadwalader US LLP and Hogan Lovells Cadwalader International LLP. For more information, see www.hlc.com.

**CONFIDENTIALITY.**
This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

**PRIVACY.**
Hogan Lovells Cadwalader processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hlc.com/en/privacy.

---

**About Hogan Lovells Cadwalader**
Hogan Lovells Cadwalader is an international legal practice that includes Hogan Lovells Cadwalader US LLP and Hogan Lovells Cadwalader International LLP. For more information, see www.hlc.com.

**CONFIDENTIALITY.**
This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

**PRIVACY.**
Hogan Lovells Cadwalader processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hlc.com/en/privacy.

---

**About Hogan Lovells Cadwalader**
Hogan Lovells Cadwalader is an international legal practice that includes Hogan Lovells Cadwalader US LLP and Hogan Lovells Cadwalader International LLP. For more information, see www.hlc.com.

**CONFIDENTIALITY.**
This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

**PRIVACY.**
Hogan Lovells Cadwalader processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hlc.com/en/privacy.