# EXHIBIT 17

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
------------------------------------------X
JOHN LOEFFLER,
Plaintiff

V. Case No:
2.25-cv-05765-CBM-PD

INTERNATIONAL BUSINESS MACHINES
CORPORATIONS, a New York Corporation,
ARVIND KRISHNA, an individual,

------------------------------------------X

DATE: July 30, 2026

TIME: 10:11 A.M.

(TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS;
PLEASE TREAT ACCORDINGLY.)

VIDEO-RECORDED DEPOSITION of the Defendant, INTERNATIONAL BUSINESS MACHINES CORPORATIONS, by a witness, MICHAEL RYAN, taken by the Plaintiff, pursuant to an Order and to the Federal Rules of Civil Procedure, held at HOGAN LOVELLS CADWALADER, 390 Madison Avenue, New York, New York 10017, before Melissa Harbord, a Notary Public of the State of New York.

the Reporter.)

Q. Sir, I've marked Plaintiff's Deposition Exhibit 1. This is an e-mail, IBM Loeffler_4217. I'm going to give you a second to just look through this. You don't have to read the whole thing. Just take a look at the e-mail and the attachment.

MR. DELARCO: Take your time.

Q. Take your time, yes.

A. I think I kind of have the gist.

Q. So this document that I've marked as Deposition Exhibit 1, do you recognize this, sir?

A. I see it now. It's got my name on it. I receive -- I receive a lot of e-mails. But, you know, this is normal.

Q. The e-mail at the -- at the -- on the first page is from a gentleman named Michael Ziegler --

A. Yes.

Q. -- correct?

A. Yes.

Q. You see your name in the CC line?
A. Yes.
Q. Is that your e-mail address, ryanmi@us.ibm.com?
A. Yes.
Q. Then you see that there is a document attached to this e-mail called Global Sales TLT, May 1st, 2024?
A. Yes.
Q. It's a PowerPoint?
A. Yes.
Q. Were you involved in creating this PowerPoint?
A. No.
Q. What is this -- what is this PowerPoint, to the best of your recollection? I'm looking at it now. It's dated May 1st, 2024. What is this -- what was the purpose of this PowerPoint, if you know?
MR. DELARCO: Objection to the form.
You can answer.

A. So reading the agenda, which is generally what would give me the purpose of the meeting, this is the meeting agenda for a TLT meeting. I'm sorry. A technical leadership team meeting that occurred on May 1st, 2024. It looks like a -- essentially a readout from some of the individual work streams.

Q. Fair to say that this PowerPoint is a summary of the work that the technology leadership team had been doing?

MR. DELARCO: Objection to the form.

A. There's a section on like squad presentations and there's some data. Then I do believe -- I can take time to answer the question, right?

Q. Sure.

A. I'm sorry. Can you repeat the question, please?

MR. STREET: Can you read back the last question?

(Whereupon, the referred-to

question was read back by the reporter.)

A. I'm not sure I would characterize it exactly like. However, there were, to my understanding, three different work streams. And each leader did present one to two slides on some, which is a summary of their prior meetings.

Q. What were the three different work streams?

A. In this presentation, which is May of 2024?

So 2024, the three different work streams were performance, talent progression, distinguished engineer.

Q. What was your role within the technology leadership team?

A. So I was a member of the distinguished engineer squad. My role consisted of maybe sitting in about six meetings with other technical leaders from around the world, chatting, and thinking about how we can reinvigorate the distinguished engineer community and

strengthen and make things better for the distinguished engineers in IBM.

Q. What is a distinguished engineer?

A. A distinguished engineer is an IBM executive title at a high level. It's a senior thought leader. They generally have a lot of patents and significant business contribution to the future of the IBM Corporation. I'm sure there's official definitions somewhere. But that kind of sums it up.

Q. Okay. Was one of the -- by the way, the technology leadership team, does that still exist?

A. No.

Q. Do you know when it was disbanded?

MR. DELARCO: Objection to the form.

You can answer.

A. It fizzled out due to lack of anything productive in 2024.

Q. What do you mean lack of

anything productive?
A. Now I'm guessing. But the work we did had -- didn't -- didn't go anywhere. It was just that I was thinking and I believe the leaders are no longer around. So when they leave, their projects disappear. No one follows up on their project.
Q. So your understanding that the technology leadership team did not accomplish its goals?
A. Correct. Yes.
Q. How long was the team in place for?
A. I don't have the exact start date. But it started -- I believe 2023 is when we started under Jason Gartner. And this was -- the document you showed me was 2024, under Ayle Steinberg.
Q. Is Jason Gartner still at IBM?
A. I believe he's an employee, yes.
Q. Was one of the goals of the technology leadership team to reduce staff?

A. No.
Q. That was not a goal?
A. No. I believe the intention was to increase the importance of the technical community. And to my knowledge the IBM Corporation has been looking to increase its technical population and has been increasing its technical population in sales.
Q. Okay. You have -- you have fewer people now working for you than you did before then, correct?
A. On my team in my division, yes.
Q. Is that because of downsizing or something else?
MR. DELARCO: Objection to the form.
You can answer.
A. It's because of other things. It's reorgs and people moving around. Actually, more leaders with more organizations being created is kind of the word. Scope is probably the word.
Q. But downsizing, like reducing

the overall number of people, employees, was not one of the goals of the technology leadership team; is that correct?

A. No.

Q. What about promoting diversity? Is that one of the goals of the technology leadership team?

A. I don't know. I would say we have a mission here. It's very small for me to read. Sorry. "Act as a cohesive unit across all technical sales disciplines and all geographies to ensure a clear path for growth, development, progression, and success for technological talent with a focus on diversity."

Q. So would you agree with me, then, that diversity was a focus of the technology leadership team?

A. I would state that it says that on that slide right there. I'm not being difficult. I don't remember. Yeah. It does say that on the slide.

Q. Irrespective of what the slide says, do you personally recall diversity

being the focus of the technology leadership team?

A. No.

Q. Do you know what diversity means as used in that slide you were just reading from?

A. No.

Q. No idea?

A. No.

Q. If you look at the bottom right-hand corner of this document, you see some -- we call them Bates labels.

A. Yes.

Q. I'd like you to look at the one that's IBM Loeffler_4243.

Do you see that page?

A. Yes.

Q. Okay. You see the top of this -- top left says Global Sales TLT YE 2023 Diversity?

A. Yes.

Q. You see the statement -- the paragraph below that, diversity goal attainment, with an arrow pointed up?

have reached out to them and said, "Tell me any employees that are trending below, say, 70 percent." That is probably the number we went off of, which was under 70 percent.

And also have a prior year or two of low performance. Right. So it is trending below 70 percent and plus, you could see prior years attained were not good. So just trying to project what might happen that year. I would not have had the data at that time.

MR. STREET: Okay. All right. That is all that I have got. Thank you.

MR. DELARCO: We are ordering a copy of the transcript.

THE VIDEOGRAPHER: This is the end of Media Unit Number 8, the deposition of Mike Ryan.

We are going off the record at 5:38 p.m. The total number media units used are eight.

(Whereupon, at 5:38 P.M., the Examination of this witness was

concluded.)

D E C L A R A T I O N

I hereby certify that having been first duly sworn to testify to the truth, I gave the above testimony.

I FURTHER CERTIFY that the foregoing transcript is a true and correct transcript of the testimony given by me at the time and place specified hereinbefore.

____________________________
MICHAEL RYAN

Subscribed and sworn to before me
this _____ day of ________________ 20___.

____________________________
NOTARY PUBLIC