John W. Howard (SBN 80200)
Scott J. Street (SBN 258962)
Peter C. Shelling (SBN 351159)
**JW HOWARD | ATTORNEYS, LTD**
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel: (619) 234-2842

James Rogers* (AZ Bar No. 027287)
Rachael Griffin* (VA Bar No. 98207)
Laura Stell* (NC Bar No. 59840)
Brittany Bennett* (GA Bar No. 717377)
**AMERICA FIRST LEGAL FOUNDATION**
611 Pennsylvania Ave, SE #231
Washington, DC 20003
Telephone: (202) 964-3721

*Admitted *pro hac vice*

Attorneys for Plaintiff John Loeffler

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LOEFFLER,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation; and ARVIND KRISHNA, an individual,<br><br>Defendants. | Case No.: 2:25-cv-05765-CBM-PD<br><br>[Assigned to the Honorable Consuela B. Marshall]<br><br>**SUPPLEMENTAL DECLARATION OF SCOTT J. STREET IN SUPPORT OF PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER TO COMPLETE FACT DISCOVERY**<br><br>Date: November 3, 2026<br>Time: 10:00 a.m.<br>Crtrm: 8D |

# SUPPLEMENTAL DECLARATION OF SCOTT J. STREET

I, Scott J. Street, declare as follows:

1. I am an attorney duly licensed to practice before all courts in the state of California and before this Court. I am a partner with JW Howard Attorneys, Ltd., counsel of record to Plaintiff John Loeffler in this matter. I have personal knowledge of the facts set forth below and could testify competently to them if called to do so. I am submitting this supplemental declaration to provide the Court with information about what transpired earlier this week, when I took the deposition of the only witness Defendant IBM has ever produced to testify on its behalf under Federal Rule of Civil Procedure 30(b)(6), as well as to provide context for what happened at the 30(b)(6) deposition.

2. As I explained in my first declaration, we first served IBM with a 30(b)(6) notice on July 2, 2026. The deposition was set for July 31 because that was the discovery cutoff. Before July 31, the parties agreed to extend the discovery cutoff to mid-October, so the deposition did not proceed in July. Instead, I deposed IBM executive Mike Ryan in New York. At the same time, at Mr. Ryan's deposition, I began meeting and conferring with IBM's counsel about the 30(b)(6) deposition.

3. As part of those discussions, I told IBM's counsel the categories on which I thought we most needed a 30(b)(6) witness or witnesses. They included IBM's implementation of diversity, equity, and inclusion ("DEI") policies/principles between 2020 and 2025, something that has been discussed publicly—including in IBM's own proxy statements and press releases, plus news articles—and which is alleged throughout the complaint in this case.

4. The other topics I highlighted were IBM's decision to eliminate DEI considerations in its business after 2025 and the Technical Leadership Team ("TLT"), a group of sales executives that implemented DEI principles as part of their attempt to restructure IBM's sales business between 2020 and 2025 (Mr. Ryan was part of that

JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

group but was not responsible for organizing it). I also told IBM's counsel that we would likely need 30(b)(6) testimony on the creation of incentive plan letters ("IPL"), as a change to Loeffler's IPL played a key role in his eventual termination, plus testimony about the proper calculation of Loeffler's revenue during the second half of 2023, as Loeffler argued that the numbers IBM used to justify his termination were wrong.

5. We included those topics in the amended notice we sent to IBM's counsel on or about September 1. We served a second amended notice to IBM's counsel a few days after that. Those notices included a request for testimony about how IBM calculated Loeffler's vacation pay, as he claims the company did not pay him for all the vacation time he had accrued.

6. Those amended notices set the 30(b)(6) deposition for September 29 in New York City. We picked that date because I had already planned to be on the east coast that week. I told IBM's counsel that. Initially, they said they would accommodate that and produce a witness that day.

7. IBM's counsel also told me that the 30(b)(6) witness would be Aparna Nair, a senior HR executive at IBM. They said she would testify about four topics: (1) IBM's embrace of DEI between 2020 and 2025; (2) the TLT; (3) IBM's elimination of DEI after 2025; and (4) the calculation of Loeffler's vacation payout.

8. Shortly before the September 29 deposition, IBM's counsel told me nobody would appear to testify that day. They said Ms. Nair was only available on October 13, the day before the current discovery cutoff.

9. I took Ms. Nair's deposition in New York City on October 13, this past Tuesday. It is now clear to me why IBM did not produce her on September 29: she was completely unprepared to testify about the matters on which IBM designated her. For example, Ms. Nair testified that all she did to prepare was speak with IBM lawyers and review a handful of documents they showed her. She did not speak with anybody else

JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

from IBM. She did not review any documents that she did not receive from the lawyers litigating this case for IBM.

10. Regarding IBM's well-publicized embrace of DEI between 2020 and 2025—an embrace that IBM itself said was triggered by the George Floyd killing and the Black Lives Matter riots in 2020—Ms. Nair testified that IBM did not have any DEI policies and that its only policy was to not discriminate against people based on their race or sex. She claimed that, to the extent IBM considered race or sex, it did so in response to a demand from the government for that. Of course, the order she referenced did not exist in 2020, when IBM launched its DEI efforts.

11. Regarding the TLT, Ms. Nair did even less to prepare for the deposition. She did not speak with anybody who served on the TLT. She did not review anything besides the few documents that IBM's lawyers gave her. She was unable to answer most of my questions about the TLT.

12. As for Loeffler's vacation pay, that topic was inadvertently omitted from the final deposition notice. Despite designating Ms. Nair to testify about that topic, IBM's counsel decided that the inadvertent omission meant we had withdrawn that topic. Nobody asked me or my colleagues if that was the case, though. I discovered that on the morning of the deposition, when lead IBM lawyer Michael DeLarco told me he expected it to be a "short" deposition.

13. During Ms. Nair's deposition, I realized what Mr. DeLarco meant by that. IBM's counsel took an extremely narrow view of the three topics on which they designated Ms. Nair to testify. That is why Ms. Nair did so little to prepare. That is why Mr. DeLarco objected to more than two-thirds of my questions.

14. That was a surprise to me. I accommodated Ms. Nair and IBM's counsel by flying to New York for the 30(b)(6) deposition. I accommodated them by moving the deposition to October 13, forcing me to make two trips to the east coast in less than two weeks. Nobody told me before the deposition that IBM was confused about the

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

scope of the topics, which only had to be stated with reasonable particularity. After all, I had been meeting and conferring with IBM's lead lawyers about this deposition since July.

15. Having completed Ms. Nair's deposition, I now believe that was the plan all along. That is why IBM moved the 30(b)(6) deposition from September 29 to October 13, to prevent us from including that in the motion to modify the scheduling order that they knew we were planning to file, as we had been meeting and conferring with IBM's counsel about that throughout September.

16. These actions make extending the discovery cutoff that much more important. We still have not received a proper 30(b)(6) deposition. And if IBM does not wish to spend the time necessary to prepare a witness on the requested topics, that is fine. But we need to conduct many more percipient witness depositions, including depositions of those executives who dictated and signed off on IBM's DEI embrace. That could include IBM CEO Arvind Krishna, Sales SVP Rob Thomas, and former Chief Revenue Officer Sebastian Krause. That could take considerable time, given the likely need for motion practice to get those depositions.

17. A copy of the rough transcript of Ms. Nair's deposition is attached as **Exhibit "A."**

Under penalty of perjury, under the laws of the United States of America, I declare that the foregoing is true and correct. Executed this 15th day of October 2026, at Pasadena, California.

Scott J. Street

# EXHIBIT A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

---oOo---

JOHN LOEFFLER, )
)Case No.
Plaintiff, )2:25-cv-05765-CBM-PD
)
vs. )
)
INTERNATIONAL BUSINESS )
MACHINES CORPORATIONS, a )
New York Corporation, ARVIND, )
an individual, )
Defendants. )
________________________________)

---oOo---

Rule 30(b)(6) Deposition of APARNA NAIR
October 13, 2026
HOGAN LOVELLS CADWALADER US LLP
390 Madison Avenue, New York, New York 10019
1:17p.m. Eastern Daylight Time
---oOo---

REPORTED BY: OTIS DAVIS, CSR NO. 15286

A P P E A R A N C E S:

For the Plaintiff:

JW HOWARD | ATTORNEYS, LTD
BY: SCOTT J. STREET, ESQ.
600 West Broadway, Suite 1400
San Diego, California 92101
(619) 234-2842
street@jwhowardattorneys.com

For the Defendants:

HOGAN LOVELLS CADWALADER US LLP
BY: MICHAEL E. DeLARCO, ESQ.
BY: ZACHARY SIEGEL, ESQ.
390 Madison Avenue, 7th Floor
New York, New York 10019
(212) 918-3000
michael.delarco@hlc.com

ALSO PRESENT:
ANDREW HEYMAN, IBM

---oOo---

INDEX TO EXAMINATION

EXAMINATION BY: PAGE
WITNESS

---oOo---

4

INDEX TO EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
| --- | --- | --- |

BE IT REMEMBERED, that under the applicable sections of the Code of Civil Procedure of the State of California and of the Federal Rules of Court, on Tuesday, October 13, 2026, commencing at the hour of 1:17 p.m. of said day, before me, OTIS DAVIS, a Certified Shorthand Reporter in and for the County of Sacramento, State of California, there personally appeared in person APARNA NAIR, called as a witness by the Plaintiff in the above-entitled action, who, by me, as the certified shorthand reporter by virtue of CCP Section 2093(b), was placed under oath to tell the truth and nothing but the truth and was examined and testified as follows:

---oOo---

****ROUGH DRAFT****

EXAMINATION BY

01:17:44PM MR. STREET:

01:17:44PM Q. Good afternoon, ma'am.

01:17:45PM A. Good afternoon.

01:17:47PM Q. What is your name?

01:17:48PM A. Aparna Nair.

01:17:49PM Q. Would you spell that for the record, please?

01:17:51PM A. A-p-a-r-n-a, N-a-i-r.

01:17:57PM Q. Ms. Nair, have you ever testified at a

01:18:02PM deposition before today?

01:18:02PM A. I have not.

01:18:03PM Q. First time?

01:18:04PM A. Yes.

01:18:05PM Q. I'll go over a few ground rules then just for

01:18:08PM the deposition just to keep us all on track.

01:18:12PM First thing is, the court reporter just gave
01:18:14PM you an oath, he had you raise your right hand.
01:18:16PM You understand that's the same oath you would
01:18:19PM take in a courtroom in front of a judge?
01:18:21PM A. Yes.
01:18:21PM Q. You understand that it obligates you to tell
01:18:23PM the truth today?
01:18:24PM A. Yes.
01:18:27PM Q. You are in the unique position of testifying on



01:18:31PM behalf -- not on behalf of yourself based on your
01:18:35PM personal knowledge but on behalf of a corporate entity.
01:18:40PM Do you understand that?
01:18:41PM A. Yes.
01:18:42PM Q. And do you understand what that requires of you
01:18:45PM today?
01:18:46PM A. Yes.
01:18:48PM Q. You understand that you are testifying on
01:18:51PM behalf of the corporation, IBM, right?
01:18:54PM A. Yes.
01:18:55PM Q. And have you been prepared to testify on behalf
01:18:58PM of IBM about certain topics?
01:19:01PM A. I met with counsel.
01:19:04PM Q. When you say you met with counsel, who did you

meet with?
A. With Mike.
Q. Anybody besides Mike DeLarco?
A. And Andrew and Zach.
Q. How many times did you meet with them?
A. Three times.
Q. Were those recent meetings?
A. Yes.
Q. How recently?
A. Yesterday and today.
Q. When was the first time that you met with



anybody to prepare for this deposition?
A. I think last week, which was our first meeting.
Q. Did you --
Actually, before I go through the specific topics, I am going to ask you to do a couple of things today. One is, please make sure to keep your voice as elevated as possible so the court reporter can get a very clear transcript of everything you say.
Another ground rule is, the court reporter is under a duty to take down, to transcribe everything that's said in this room while we are on the record. So it's very important for you to give me a chance to finish my questions, I will give you a chance to finish

01:20:23PM your answers, we give Mr. DeLarco a chance to make any objections, basically try not to speak over each other. That way we make the court reporter's job as easy as possible.

01:20:36PM Do you understand that?

01:20:37PM A. Yes.

01:20:39PM Q. If I interrupt you, it's not because I'm trying to be rude. I'm trying to make sure we have a clear transcript of what's said. Okay?

01:20:47PM A. Yep.

01:20:48PM Q. Do you have any constraints on your time here today? I don't think we'll go super long, but anything



01:20:54PM that you need, if you ever need to take a break, just let me know, and I am happy to accommodate you.

01:21:00PM A. Sounds good.

01:21:06PM Q. You have been designated, ma'am, to testify on behalf of IBM about certain topics, certain subjects.

01:21:15PM Were you aware of that before today?

01:21:17PM A. Yes.

01:21:18PM Q. Can you tell me which subjects you are prepared to testify about today?

01:21:25PM A. So it's about the IBM diversity policy and the metrics associated with it, the technical leadership

01:21:41PM team. And there is a third topic I cannot recall.

01:21:43PM MR. DeLARCO: I will just put on the record

01:21:45PM that she is being provided as a corporate representative

01:21:48PM to testify with regard to topics 1, 2 and 18 with regard

01:21:53PM to Plaintiff's Third Amended Notice of Deposition of

01:21:57PM Defendant IBM for 30(b)(6) deposition.

01:22:05PM BY MR. STREET:

01:22:06PM Q. Let's go through those topics individually.

01:22:11PM First, number 1, "IBM's implementation of

01:22:14PM diversity, equity and inclusion policies between January

01:22:18PM 1, 2020 and January 1, 2025, including any metrics that

01:22:24PM IBM used to track its progress in accomplishing DEI

01:22:30PM goals during that time."

01:22:31PM Are you prepared to testify about that topic



01:22:35PM today?

01:22:35PM A. Yes.

01:22:36PM Q. And what did you do to prepare to testify on

01:22:41PM that topic?

01:22:44PM A. I saw some documents.

01:22:47PM Q. What kind of documents?

01:22:49PM A. The documents that were produced as a part of

01:22:52PM this case.

01:22:53PM Q. Those were IBM documents?

01:22:56PM A. Yes.

01:22:57PM Q. Like corporate documents?
01:22:58PM A. Yes.
01:23:00PM Q. Did you review -- can you tell me how many
01:23:03PM documents you reviewed related to that topic?
01:23:10PM A. Maybe four or five.
01:23:15PM Q. Besides those four or five --
01:23:21PM Sitting here today, can you remember
01:23:23PM specifically any -- what any of those four or five
01:23:26PM documents were?
01:23:29PM A. One of them was about the technical leadership
01:23:34PM team. I think it was a document and then a PowerPoint
01:23:40PM presentation.
01:23:42PM Q. What about did you review any minutes of any
01:23:53PM meetings that took place?
01:23:57PM A. Minutes of any meetings? No.



01:24:00PM Q. What about any what are called like corporate
01:24:03PM shareholder documents, like annual reports?
01:24:06PM A. Yes, the proxy.
01:24:08PM Q. Proxies?
01:24:09PM A. Yes.
01:24:09PM Q. A few of those?
01:24:10PM A. Yes.
01:24:10PM Q. Did you review any press releases from the

01:24:14PM company, from IBM?
01:24:18PM A. No.
01:24:18PM Q. Any news reports?
01:24:21PM A. No.
01:24:21PM Q. Did you review any of the we call them written
01:24:29PM responses, written discovery responses those are
01:24:33PM pleadings that look like this that are responses to
01:24:36PM questions that we have posed to IBM during the discovery
01:24:39PM process.
01:24:40PM Did you review any of those?
01:24:42PM A. No.
01:24:43PM Q. Did you review any deposition testimony, like
01:24:48PM testimony of people like yourself who had the privilege
01:24:50PM of testifying in this case?
01:24:52PM A. Yes.
01:24:53PM Q. Which deposition testimony did you review?
01:24:56PM A. Mike Ryan's.



01:25:02PM Q. Was there any specific part of Mike Ryan's
01:25:05PM deposition testimony that you reviewed?
01:25:06PM A. No. It was just in relation to the technical
01:25:13PM leadership team.
01:25:14PM Q. You recall reviewing excerpts of Mr. Ryan's
01:25:18PM deposition testimony about the technical leadership
01:25:20PM team?

01:25:20PM A. Yes.

01:25:24PM Q. But no other deposition testimony?

01:25:26PM A. No.

01:25:31PM Q. And you didn't review any news articles about

01:25:35PM IBM DEI policies?

01:25:38PM A. No.

01:25:38PM Q. Did you review the Complaint that's been filed

01:25:42PM in this lawsuit?

01:25:44PM A. I have an understanding of what the Complaint

01:25:46PM is, yes.

01:25:47PM Q. What is your understanding?

01:25:49PM A. So Mr. Loeffler left IBM in 2024 as a

01:25:57PM consequence of the performance improvement plan that he

01:26:00PM was put on. His concern is that there were certain

01:26:08PM stretch projects, extracurricular activities that he was

01:26:12PM involved in that he did not receive credit for. And his

01:26:17PM allegation is that his separation was a result of his

01:26:21PM age and his white male status.



01:26:27PM Q. So you are aware that Mr. Loeffler is alleging

01:26:31PM that his race, his age, his sex were motivating factors

01:26:36PM in the decision to terminate his employment?

01:26:38PM A. Yes.

01:26:38PM Q. Have you reviewed Mr. Loeffler's -- the

01:26:41PM transcript of the deposition that Mr. Loeffler gave in
01:26:45PM this case?
01:26:46PM A. No.
01:26:46PM Q. You haven't read the Complaint that actually
01:26:49PM lists out the allegations, have you?
01:26:52PM A. No.
01:26:59PM Q. Topic number 2, the creation, goals and
01:27:06PM accomplishments of -- I think it's the technical
01:27:08PM leadership team which was described in an attachment to
01:27:13PM the Deposition Notice.
01:27:15PM You are prepared to testify about that today?
01:27:17PM A. Yes.
01:27:17PM Q. And what did you do to prepare to testify about
01:27:22PM that topic?
01:27:24PM A. I mentioned I looked at some documents, which
01:27:30PM was produced.
01:27:31PM Q. Documents related to, I'll call it, the TLT?
01:27:36PM A. Yes.
01:27:37PM Q. And you reviewed Mike Ryan's deposition
01:27:40PM testimony about the TLT, right?



01:27:41PM A. Yes.
01:27:47PM Q. Did you review anything at least with respect
01:27:50PM to the -- I am going to use the word "TLT" just as a
01:27:54PM shorthand --

01:27:54PM A. Sure.

01:27:55PM Q. -- to make it easy for everybody.

01:27:57PM Outside of documents that have been produced
01:28:03PM during this lawsuit -- and you would know those by
01:28:08PM having a little IBM sticker on the bottom that says
01:28:11PM "IBM" and then a page number -- did you review any
01:28:14PM documents to prepare you to testify about the technical
01:28:19PM leadership team?

01:28:21PM A. It was just the IBM documents.

01:28:23PM Q. A handful of documents?

01:28:25PM A. Yes.

01:28:25PM Q. That were produced during this lawsuit?

01:28:27PM A. Yes.

01:28:27PM Q. As far as you are aware?

01:28:28PM A. Yes.

01:28:28PM Q. And nothing beyond that?

01:28:29PM A. No.

01:28:30PM Q. Did you speak with anybody besides IBM lawyers
01:28:35PM about that topic, the TLT?

01:28:39PM A. No.

01:28:41PM Q. Actually, I should ask you that question about



01:28:44PM the first topic.

01:28:45PM Outside of the IBM lawyers, did you speak with

01:28:47PM anybody at IBM to prepare for your testimony on IBM's
01:28:53PM implementation of DEI policies?
01:28:55PM A. No.
01:28:55PM Q. Between 2020 and 2024?
01:28:58PM A. No.
01:29:01PM Q. Between 2020 and 2025? The answer is no?
01:29:05PM A. No.
01:29:15PM Q. 18, "Any policies IBM has adopted to restrict
01:29:19PM the use of DEI policies in employment matters since it
01:29:25PM settled a Complaint filed against it by the United
01:29:28PM States Department of Justice."
01:29:30PM Are you prepared to testify about that topic
01:29:33PM today?
01:29:33PM A. Yes.
01:29:33PM Q. And what did you do to prepare to testify about
01:29:36PM that topic?
01:29:40PM A. So I am aware of -- so I looked at -- so in my
01:29:45PM current role, I'm aware of the changes that we have
01:29:49PM made, and then like just discussion with counsel.
01:29:54PM Nothing else.
01:29:59PM Q. You mentioned your current role. What is your
01:30:02PM current role at IBM?
01:30:03PM A. I lead talent leadership and culture for IBM.



01:30:08PM Q. Talent leadership and culture?

01:30:11PM A. Yes.
01:30:15PM Q. What does that mean? What does that encompass?
01:30:21PM A. That includes talent management, which is
01:30:25PM skills, performance, entry-level hires, leadership
01:30:31PM development, and culture.
01:30:34PM Q. Is that a human resources position?
01:30:35PM A. Yes.
01:30:40PM Q. Are you familiar with the bands that IBM uses
01:30:44PM to I don't want to say rank employees, but the bands
01:30:53PM that IBM uses to differentiate between employees?
01:30:56PM A. Bands, yes.
01:30:57PM Q. Like bands 6, 7, 8 up through 10, right?
01:31:00PM A. Yes.
01:31:00PM Q. I assume you are 10?
01:31:02PM A. Executives, yes.
01:31:05PM Q. What band in the executive band do you
01:31:10PM currently hold?
01:31:10PM A. Band B.
01:31:16PM Q. Is that the second-highest band?
01:31:21PM A. It is fourth. Like the CEO, and then it's
01:31:26PM three levels below the CEO.
01:31:29PM Q. Is A then the entry-level executive band?
01:31:33PM A. No, D is. It goes D, C, B, A.
01:31:39PM Q. So D -- so A is the most senior executive band?

01:31:44PM A. Yes.
01:31:45PM Q. And then B?
01:31:46PM A. Yes.
01:31:48PM Q. And then C; is that right?
01:31:51PM A. Yes.
01:31:51PM Q. And then D?
01:31:52PM A. Yes.
01:31:52PM Q. And you are in band B?
01:31:55PM A. Yes.
01:31:55PM Q. Which is the second highest band?
01:31:58PM A. Yes. We do have the SVPs, which is the C-suite
01:32:03PM and then the CEO. Yes.
01:32:04PM Q. That's sort of a separate division within?
01:32:07PM A. Yes.
01:32:07PM Q. Is that even above A?
01:32:11PM A. Yes.
01:32:13PM Q. And who do you report to in your current role?
01:32:17PM A. The chief human resources officer, Nickle
01:32:24PM LaMoreaux.
01:32:29PM Q. And that's a C-level suite, C-level position?
01:32:34PM A. Yes.
01:32:41PM Q. Do you know someone named Rob Thomas?
01:32:43PM A. Yes.
01:32:44PM Q. Is he still at IBM?

01:32:45PM A. Yes.



01:32:46PM Q. What is his position?

01:32:49PM A. He is the senior vice president of software and he is the chief commercial officer for IBM.

01:33:02PM Q. That's in band A, right?

01:33:05PM A. He is an SVP. So yes, he is above band A, yes.

01:33:11PM Q. Above band A. Sorry.

01:33:14PM For topic 18, "The policies IBM has adopted to restrict the use of DEI policies in employment matters since it settled the Complaint filed against it by the United States Department of Justice."

01:33:31PM Is it fair to say that to prepare for your testimony on that topic, you relied on your personal knowledge of what IBM has done since settling the DOJ Complaint?

01:33:47PM MR. DeLARCO: Objection to form.

01:33:48PM You can answer.

01:33:49PM THE WITNESS: Yes. And before, because we did start to take actions even before.

01:33:57PM BY MR. STREET:

01:33:57PM Q. Even before the DOJ settlement was announced, right?

01:34:00PM A. Yes.

01:34:05PM Q. Besides relying on your own personal knowledge

01:34:09PM to prepare to testify about that topic, did you do
01:34:11PM anything else to prepare for your testimony on that



01:34:15PM topic?
01:34:17PM A. No.
01:34:18PM Q. Did you review any corporate documents to
01:34:23PM prepare to testify about that topic?
01:34:29PM A. No. Looked at the proxies and stuff, but
01:34:36PM that's --
01:34:36PM Q. Did you look at proxies?
01:34:37PM A. Yes.
01:34:38PM Q. On that issue?
01:34:40PM A. Yes. In preparation for this testimony, yes.
01:34:44PM Q. Besides the proxies, did you review anything
01:34:48PM else, any other documents to prepare to testify about
01:34:50PM that topic?
01:34:52PM A. No, not that I recall.
01:35:00PM Q. Did you review any e-mails to prepare for that
01:35:04PM topic?
01:35:07PM A. No.
01:35:09PM Q. Did you speak with anybody besides IBM lawyers
01:35:12PM to prepare --
01:35:13PM A. No.
01:35:13PM Q. -- to prepare to testify about that topic?

01:35:16PM A. No.
01:35:18PM Q. And speaking of which, did you -- outside of
01:35:22PM the documents that you were provided -- let me check
01:35:26PM that. I don't want to assume that.



01:35:28PM The documents that you reviewed to testify, to
01:35:34PM prepare for your testimony here today, did you receive
01:35:36PM all of those documents from IBM lawyers?
01:35:41PM A. Yes.
01:35:43PM Q. Did you search --
01:35:45PM Outside of those documents you got from IBM
01:35:47PM lawyers, did you search for any documents to educate
01:35:50PM yourself to testify on the topics that you have been
01:35:54PM designated to testify today?
01:35:55PM A. No.
01:35:56PM Q. And outside of the IBM lawyers who you met with
01:36:00PM to prepare, did you speak with anybody at IBM to prepare
01:36:03PM yourself to testify on the topics on which you have been
01:36:07PM designated to testify today?
01:36:10PM A. No.
01:36:16PM Q. At one point in time, we had asked for
01:36:18PM testimony about the calculation and payments of my
01:36:22PM client's vacation time upon his termination.
01:36:25PM Have you ever been prepared to testify about
01:36:27PM that topic?

01:36:27PM A. No.

01:36:32PM MR. STREET: And she is not being designated to testify on that today?

01:36:37PM MR. DeLARCO: That's correct.

01:36:37PM MR. STREET: Because it was inadvertently



01:36:40PM omitted from the third notice?

01:36:42PM MR. DeLARCO: That's because it was withdrawn, correct.

01:36:47PM MR. STREET: Is it your understanding it was withdrawn?

01:36:51PM MR. DeLARCO: Our understanding was that the Third Amended 30(b)(6) Notice contained all of the topics for which you guys wanted to proceed with.

01:37:01PM So anything that was in the first or second notices that is not in the third notice was withdrawn.

01:37:13PM MR. STREET: You didn't have a separate conversation with any of my colleagues about actually withdrawing that? That's just your interpretation of it?

01:37:20PM MR. DeLARCO: Me personally, Scott, I did not. Whether somebody on my team did, because I think you and I haven't been in most of the meet and confers, we would have to ask them.

01:37:29PM MR. STREET: I'm just making sure I get my ducks in a row.

01:37:32PM MR. DeLARCO: Understood.

01:37:33PM MR. STREET: I just go where they send me and ask the questions.

01:37:41PM BY MR. STREET:

01:37:42PM Q. Let me pivot then. We can go through these



01:37:47PM three topics on which you have been designated to testify today.

01:37:53PM Topic 1, "IBM's implementation of DEI policies between 2020 and 2025."

01:38:02PM First off, to frame that, when did you start working at IBM?

01:38:07PM A. 2003.

01:38:10PM Q. Have you worked at IBM continuously since 2003?

01:38:14PM A. Yes.

01:38:14PM Q. Would it be fair to say you in preparing for your deposition today you relied on your experience working at IBM to prepare yourself to testify on the three topics that we went through?

01:38:28PM MR. DeLARCO: Objection to the form of the question.

01:38:29PM You can answer.

01:38:33PM THE WITNESS: No.

01:38:35PM BY MR. STREET:
01:38:35PM Q. That's not accurate?
01:38:36PM A. I did not rely on my 22 years of experience.
01:38:40PM Q. At all?
01:38:41PM A. I looked at like my current role and the
01:38:45PM information that I have and the documents, yeah. That I
01:38:50PM reviewed.
01:38:50PM Q. The reason I ask you that is I'm curious if you



01:38:58PM as IBM's designee on this topic, are you familiar with
01:39:02PM IBM's history of using diversity, equity and inclusion
01:39:10PM policies to try to boost the number of diverse employees
01:39:15PM at IBM?
01:39:17PM MR. DeLARCO: Objection to form.
01:39:18PM You can answer.
01:39:24PM THE WITNESS: Can you ask me that again,
01:39:27PM please?
01:39:27PM BY MR. STREET:
01:39:27PM Q. Sure.
01:39:28PM My question was: Are you familiar with IBM's
01:39:33PM history of using diversity, equity and inclusion
01:39:37PM policies to try to boost the number of diverse employees
01:39:42PM at IBM?
01:39:42PM MR. DeLARCO: I am going to object to the

01:39:44PM question as outside the topics for which she has been
01:39:48PM designated to testify to.
01:39:50PM If she can answer it in her own personal
01:39:54PM capacity, she can go ahead and answer it.
01:40:04PM THE WITNESS: I don't know.
01:40:12PM BY MR. STREET:
01:40:13PM Q. The reason I ask that is --
01:40:15PM So you are not familiar with something called
01:40:18PM Fort Rodman?
01:40:19PM A. No.



01:40:20PM Q. The reason I ask that is because you are aware
01:40:25PM that in 2020, IBM began explicitly embracing
01:40:34PM corporate -- a corporate DEI policy, correct?
01:40:38PM A. Yes.
01:40:45PM Q. Was that policy --
01:40:47PM To your knowledge, was that policy the first
01:40:50PM time that IBM embraced a corporate DEI policy?
01:40:55PM A. So we have only one policy, which is the
01:41:00PM Corporate Policy 117, which is around
01:41:05PM non-discrimination. Everything else would be an
01:41:07PM initiative. And then the DEI was associated with like
01:41:13PM affirmative action plans. So we are a federal
01:41:18PM contractor. We are required to do affirmative action
01:41:20PM planning. And so, yes, it was associated with that.

01:41:25PM Q. Had IBM been embracing some kind of DEI
01:41:35PM policies prior to 2020?
01:41:36PM A. There is only one corporate policy.
01:41:39PM Q. Which is --
01:41:40PM A. Which is the 117.
01:41:42PM Q. Not to consider a person's race in employment
01:41:46PM matters, correct?
01:41:47PM A. Correct.
01:41:47PM Q. And not to consider a person's sex in
01:41:50PM employment matters, right?
01:41:51PM A. Yes.



01:41:51PM Q. And not to consider a person's age in
01:41:55PM employment matters, right?
01:41:56PM A. Yes.
01:42:01PM Q. That policy has been in place for many years,
01:42:05PM right?
01:42:05PM A. Yes.
01:42:05PM Q. That policy was still in place in 2020,
01:42:08PM correct?
01:42:08PM A. Yes.
01:42:09PM Q. And it's still in place today, right?
01:42:10PM A. Yes.
01:42:11PM Q. But in 2020, IBM embraced some initiatives that

conflicted with that policy, didn't it?

MR. DeLARCO: Objection to the form of the question.

You can answer.

THE WITNESS: No.

BY MR. STREET:

Q. IBM did not adopt any initiatives in 2020 to begin considering, for example, race as part of its business?

A. Your question was if we adopted any initiatives in conflict of the Corporate Policy 117 and the answer is no.

Q. Why is the answer no?



A. Because it was in alignment with the policy, what we were doing around DEI was associated with the affirmative action plans. So as a federal contractor, we were contractually legally required to do that planning. And so the initiatives were associated with that.

Q. The initiatives were associated with a requirement from the federal government?

A. Yes.

Q. Specifically what requirement?

A. So which is planning to increase representation

01:43:44PM of underrepresented minorities.

01:43:51PM Q. In 2020, is it your testimony that in 2020 the
01:43:59PM federal government issued some sort of affirmative
01:44:04PM action mandate that IBM followed?

01:44:07PM MR. DeLARCO: Objection to the form of the
01:44:08PM question.

01:44:09PM You can answer if you understand.

01:44:10PM THE WITNESS: I do not know.

01:44:15PM BY MR. STREET:

01:44:18PM Q. As IBM's designee on topic 1, do you believe it
01:44:25PM to be accurate to say that in 2020, IBM moved from a
01:44:31PM thought process of unconscious bias to a conscious
01:44:34PM appreciation of race?

01:44:41PM A. I do not know what that means. I'm sorry.



01:44:46PM Q. As IBM's designee on topic 1, did IBM, in fact,
01:44:54PM embrace a conscious -- make a conscious appreciation of
01:44:58PM race during 2020?

01:44:59PM MR. DeLARCO: I am going to object to the scope
01:45:02PM of the question being outside of topic number 1.

01:45:07PM You can answer.

01:45:09PM THE WITNESS: I do not know.

01:45:17PM BY MR. STREET:

01:45:17PM Q. So, therefore, you don't know if IBM's decision

01:45:21PM to move from a thought process of unconscious bias to a
01:45:24PM conscious appreciation of race in 2020 was a result of
01:45:29PM the Black Lives Matter protests in 2020?
01:45:33PM MR. DeLARCO: I am going to object to being
01:45:34PM outside the scope of topic number 1.
01:45:36PM You can answer.
01:45:37PM THE WITNESS: So our initiatives, like I said,
01:45:43PM it had to do with the affirmative action planning. And
01:45:47PM it was not in conflict with the corporate policy we had.
01:45:55PM BY MR. STREET:
01:45:56PM Q. Because your testimony is any consideration of
01:46:00PM race, for example, was done in response to a federal
01:46:03PM government affirmative action policy?
01:46:05PM MR. DeLARCO: Objection to form.
01:46:06PM You can answer.
01:46:08PM THE WITNESS: Yes.



01:46:08PM BY MR. STREET:
01:46:08PM Q. What about IBM's consideration of gender, the
01:46:14PM gender makeup of its employees? Was that done in
01:46:21PM response to a federal government affirmative action
01:46:24PM policy?
01:46:26PM A. Yes, which was underrepresented at IBM.
01:46:32PM Q. Same question for age; was IBM's consideration
01:46:38PM of the age of its employees in employment matters

01:46:41PM between 2020 and 2025 related to some federal government
01:46:48PM affirmative action policy?
01:46:49PM MR. DeLARCO: Objection to the form.
01:46:52PM THE WITNESS: No. Affirmative action planning
01:46:56PM had nothing to do with age.
01:46:58PM BY MR. STREET:
01:46:59PM Q. So affirmative action was only race and gender?
01:47:03PM A. It was underrepresented minorities, which at
01:47:07PM IBM was female and race.
01:47:14PM Q. And not white men, right?
01:47:16PM A. It was blacks, Hispanics and Native Americans,
01:47:21PM which was underrepresented at IBM.
01:47:24PM Q. IBM's goal between 2020 and 2025 was to
01:47:29PM increase the percentage of underrepresented minorities?
01:47:34PM MR. DeLARCO: Objection to the form of the
01:47:35PM question, and outside the scope of topic 1.
01:47:38PM You can answer.



01:47:39PM THE WITNESS: We had aspiration goals for
01:47:44PM executives, which is the latter events.
01:47:54PM BY MR. STREET:
01:47:54PM Q. So the company between 2020 and 2025 had
01:48:00PM aspirational goals for bands A through D?
01:48:03PM MR. DeLARCO: Objection to the scope of the

01:48:04PM question. Outside the topic.
01:48:06PM You can answer.
01:48:08PM THE WITNESS: Yes.
01:48:10PM BY MR. STREET:
01:48:10PM Q. To increase the percentage of underrepresented
01:48:14PM groups?
01:48:14PM A. Yes.
01:48:21PM Q. What about outside of the executive bands? Did
01:48:26PM IBM have an initiative -- did IBM have any goals of
01:48:32PM increasing percentage of underrepresented groups in,
01:48:37PM say, band 10?
01:48:39PM A. No.
01:48:39PM Q. Band 9?
01:48:40PM A. No.
01:48:41PM Q. Band 8?
01:48:42PM A. No.
01:48:42PM Q. Nothing under -- nothing below the executive
01:48:45PM bands?
01:48:46PM A. No.



01:49:03PM Q. The aspirational goals to increase the
01:49:07PM percentage of underrepresented groups, as you testified,
01:49:11PM in the executive group, where did that initiative come
01:49:18PM from?
01:49:18PM MR. DeLARCO: Objection to the scope of the

01:49:19PM question. Outside of topic 1.
01:49:23PM You can answer.
01:49:24PM THE WITNESS: I do not recall.
01:49:34PM BY MR. STREET:
01:49:35PM Q. Did it come from the CEO?
01:49:38PM A. No.
01:49:39PM Q. Someone below the CEO?
01:49:43PM A. I do not know.
01:49:44PM Q. Was this initiative a new initiative that was
01:49:48PM adopted in -- these aspirational goals that you
01:49:52PM mentioned, were those aspirational goals created in 2020
01:49:57PM or were they created at some point before that?
01:50:00PM MR. DeLARCO: Objection to the question being
01:50:01PM outside the scope of topic 1.
01:50:04PM THE WITNESS: I do not know if it was before
01:50:09PM 2020. But like I said, this was related to the
01:50:11PM affirmative action planning and the increase of
01:50:14PM representation which was for executives.
01:50:24PM BY MR. STREET:
01:50:24PM Q. Is it your understanding that that affirmative



01:50:26PM action plan came from the government?
01:50:27PM A. Yes.
01:50:28PM Q. Is it your understanding that that affirmative

01:50:32PM action plan was released in 2020?
01:50:33PM MR. DeLARCO: Objection to form.
01:50:34PM You can answer.
01:50:35PM THE WITNESS: I do not know.
01:50:44PM BY MR. STREET:
01:50:45PM Q. Your testimony is that IBM was simply responding to the government's desire to increase the percentage of underrepresented groups in its business?
01:50:55PM A. Yes.
01:50:56PM MR. DeLARCO: Objection to form.
01:50:57PM You can answer.
01:50:58PM THE WITNESS: Sorry.
01:51:00PM BY MR. STREET:
01:51:00PM Q. Your answer is yes?
01:51:01PM A. Yes.
01:51:05PM Q. Are those aspirational goals still in place?
01:51:10PM MR. DeLARCO: Objection to being outside the scope of topic 1.
01:51:14PM You can answer.
01:51:14PM THE WITNESS: They were disbanded in 2024, early 2025 when we had the Executive Order not requiring us to comply -- I mean the affirmative action plans, and



01:51:34PM therefore there was no need for us to have aspirational goals.

01:51:40PM BY MR. STREET:
01:51:40PM Q. That decision was made as a result -- as a
01:51:44PM response to the government's wishes?
01:51:47PM MR. DeLARCO: Objection to the form of the
01:51:49PM question.
01:51:51PM THE WITNESS: Yes.
01:51:53PM BY MR. STREET:
01:51:53PM Q. Just to make sure I have this clear, the
01:51:55PM aspirational goals were issued in response to the
01:52:03PM government's affirmative action demands, correct?
01:52:08PM A. Yes.
01:52:08PM Q. Is that your testimony?
01:52:09PM A. Yes.
01:52:10PM Q. And then when the government decided to lift
01:52:14PM those requirements, then IBM eliminated those
01:52:20PM aspirational goals?
01:52:21PM A. Yes.
01:52:25PM Q. To the extent that IBM was considering any of
01:52:31PM its employees' race between 2020 and 2025, that was
01:52:37PM because the government was asking it to do that?
01:52:43PM MR. DeLARCO: Objection to the form of the
01:52:45PM question.
01:52:46PM BY MR. STREET:

01:52:46PM Q. Is that your testimony?
01:52:50PM A. Is it -- you will just have to repeat it.
01:52:52PM Q. Sure.
01:52:53PM My question was: To the extent that IBM was
01:52:58PM measuring its employees' race, the percentage of
01:53:05PM employees who belonged to a certain race between 2020
01:53:10PM and 2025, is it your testimony IBM was doing that
01:53:13PM because the federal government wanted it to?
01:53:16PM MR. DeLARCO: Objection to form.
01:53:17PM You can answer.
01:53:18PM THE WITNESS: Just to be clear, we were focused
01:53:20PM on increasing the representation of underrepresented
01:53:25PM minorities. Yes.
01:53:28PM BY MR. STREET:
01:53:28PM Q. You were doing that in response to the
01:53:30PM government's demand for that? Is that your testimony?
01:53:36PM A. Yes.
01:53:38PM Q. No other motivation for IBM's consideration of
01:53:44PM race between 2020 and 2025?
01:53:47PM A. No.
01:53:48PM Q. Same questions for gender; is it your testimony
01:53:55PM that the only reason IBM set aspirational goals for the
01:54:04PM percentage of women in its business between 2020 and
01:54:07PM 2025 was because the federal government demanded that?
01:54:11PM MR. DeLARCO: Objection to the form of the

question.

THE WITNESS: Yes, it was related to the affirmative action planning.

BY MR. STREET:

Q. Anything besides the government's affirmative action demands that was responsible for those -- for IBM adopting those aspirational goals?

A. No.

Q. Not at all?

A. No.

MR. STREET: Let me mark this as Exhibit 1.

(Exhibit 1, January 14, 2021 SAP and IBM news article titled "SAP and IBM Redraw Diversity Policies, say it's Good Business," marked for identification, as of this date.)

MR. DeLARCO: Scott, was this produced in discovery?

MR. STREET: I don't think so. It's a news article.

MR. DeLARCO: So it was not.

MR. STREET: Not that I know of. There is no Bates number on it. I don't think there is a request to be responsive to.

MR. DeLARCO: I am just going to note for the

01:56:07PM record that the exhibit was not produced in discovery,



01:56:10PM and I am quite confident that it would be responsive to
01:56:13PM discovery requests. But we'll take that up at a later
01:56:17PM time.
01:56:20PM MR. STREET: For the record, Exhibit 1 is a
01:56:22PM news article from Reuters that I printed before the
01:56:26PM deposition titled "SAP and IBM Redraw Diversity
01:56:31PM Policies, Say It's Good Business." It's dated January
01:56:36PM 14, 2021.
01:56:40PM BY MR. STREET:
01:56:40PM Q. Ma'am, I want to ask you, the first paragraph
01:56:43PM of this news article says, "Tech firms SAP and IBM said
01:56:46PM on Thursday they had redrawn their human resources
01:56:50PM policies after last year's Black Lives Matter protests,
01:56:55PM improving recruitment and acting to address issues of
01:56:58PM race more openly in the workplace."
01:57:00PM Do you see that?
01:57:01PM A. Yes.
01:57:03PM Q. Is that an accurate statement that IBM redrew
01:57:10PM its human resources policies in response to the 2020
01:57:15PM Black Lives Matter protest?
01:57:17PM MR. DeLARCO: Objection to the form.
01:57:18PM You can answer.

01:57:19PM THE WITNESS: Like I said, we have only one policy, which is the 117, which is non-discrimination. And we still have it. We don't have any other policies.



01:57:32PM BY MR. STREET:

01:57:32PM Q. So is it your testimony then that this news report that IBM had redrawn its human resources policies after 2020's Black Lives Matter protests, that's not an accurate statement?

01:57:48PM MR. DeLARCO: Objection to the form.

01:57:48PM You can answer.

01:57:50PM THE WITNESS: So the policies -- I'm unsure because we only have one policy.

01:58:01PM BY MR. STREET:

01:58:02PM Q. So your testimony is this is not an accurate statement in paragraph 1; is that right?

01:58:06PM A. The policy part is not.

01:58:11PM MR. DeLARCO: I am also going to object on the record to this being outside the scope of topic number 1.

01:58:16PM You are asking her about human resources policies and topic number 1 was specific to DEI policies as set forth in the depo notice.

01:58:26PM You can answer. You can go ahead.

01:58:29PM BY MR. STREET:

01:58:30PM Q. What about this person? There is a person
01:58:32PM quoted in the middle of the first page of Exhibit 1,
01:58:37PM Obed Louissaint.
01:58:43PM Do you know who that person is?



01:58:44PM A. Yes.
01:58:45PM Q. Is that a man or a woman?
01:58:46PM A. Man.
01:58:53PM Q. Have you ever met Mr. Louissaint?
01:58:55PM A. Yes.
01:58:58PM Q. You consider Mr. Louissaint to be an honest
01:59:03PM person?
01:59:04PM MR. DeLARCO: Objection to the form, and
01:59:06PM outside the scope of topic number 1.
01:59:07PM You can answer.
01:59:11PM THE WITNESS: Yes. I have no reason to believe
01:59:13PM he is not.
01:59:15PM BY MR. STREET:
01:59:18PM Q. Mr. Louissaint is being --
01:59:21PM If you read along down this news article with
01:59:24PM me, it says, "Executives from the two companies told the
01:59:28PM Reuters Next conference the social upheaval by the
01:59:34PM killing of George Floyd by a U.S. policeman had spilled
01:59:39PM into the workplace, challenging prevailing ideas about

01:59:41PM workplace discrimination."

01:59:45PM Do you see that? The second paragraph.

01:59:46PM A. Yes.

01:59:47PM Q. And then in the fourth paragraph, Mr. Louissaint is quoted as saying, "It moved us from a thought process of unconscious bias to a conscious



01:59:56PM appreciation of race."

01:59:58PM Do you see that quote?

01:59:59PM A. Uh-huh.

02:00:02PM Q. Is that a yes?

02:00:03PM A. Yes.

02:00:06PM Q. Sitting here today, do you have any reason to think Mr. Louissaint did not tell Reuters that?

02:00:14PM MR. DeLARCO: Objection to the question as it's outside the scope of topic number 1.

02:00:18PM You can answer.

02:00:19PM THE WITNESS: I have no idea if he did or not.

02:00:21PM BY MR. STREET:

02:00:21PM Q. In fact, did IBM --

02:00:25PM As the corporate designee of IBM on topic 1, did the killing of George Floyd move the company from a thought process of unconscious bias to a conscious appreciation of race?

02:00:38PM MR. DeLARCO: Objection to the scope of the

02:00:42PM question as outside of topic number 1.
02:00:44PM You can answer.
02:00:46PM THE WITNESS: Like I said, I don't know what
02:00:49PM this means, and I don't know what Obed said.
02:00:56PM BY MR. STREET:
02:00:56PM Q. I'm sorry? Can you repeat that?
02:00:57PM A. I said, I don't know what this means, and I



02:00:59PM don't know if Obed said it.
02:01:03PM Q. My question was: In fact, did the killing of
02:01:07PM George Floyd move IBM from a thought process of
02:01:11PM unconscious bias to a conscious appreciation of race?
02:01:14PM MR. DeLARCO: Objection to the question as
02:01:17PM outside the scope of topic 1.
02:01:18PM You can answer.
02:01:35PM THE WITNESS: I don't know.
02:01:40PM BY MR. STREET:
02:01:41PM Q. As IBM's corporate designee on topic 1, would
02:01:45PM you agree with me that between 2020 and 2025 IBM had a
02:01:59PM plan, an initiative, to accelerate the journey of
02:02:02PM diversity and inclusion in its workplace?
02:02:07PM MR. DeLARCO: Objection to the scope of the
02:02:11PM question. Outside of topic 1.
02:02:13PM You can answer.

02:02:13PM THE WITNESS: Which was linked to, like I said,
02:02:16PM the affirmative action planning.
02:02:19PM BY MR. STREET:
02:02:19PM Q. But your answer to my first question, which
02:02:23PM was: Did IBM have a corporate initiative of
02:02:26PM accelerating the journey of diversity and inclusion? It
02:02:31PM did, in fact, have such an initiative between 2020 and
02:02:34PM 2025, right?
02:02:36PM MR. DeLARCO: Same objection.



02:02:36PM You can answer.
02:02:37PM THE WITNESS: For the executives, yes.
02:02:41PM BY MR. STREET:
02:02:41PM Q. The executives only?
02:02:43PM A. Yes.
02:02:46PM MR. STREET: Mark this as Exhibit 2.
02:04:09PM (Exhibit 2, April 13, 2021 document titled
02:04:13PM "Accelerating the Journey of Diversity and Inclusion,"
02:04:17PM by Carla Grant Pickens," marked for identification, as
02:03:57PM of this date.)
02:03:57PM MR. STREET: For the record, Exhibit 2 is a
02:04:00PM document that we produced in discovery labeled "Loeffler
02:04:05PM 11383." It's a letter dated April 13, 2021 titled
02:04:13PM "Accelerating the Journey of Diversity and Inclusion,"
02:04:17PM by Carla Grant Pickens.

02:04:19PM Do you see this document, ma'am?
02:04:21PM A. Yes.
02:04:21PM Q. Have you seen this document before today?
02:04:24PM A. No.
02:04:26PM Q. Do you know who Carla Grant Pickens is?
02:04:28PM A. Yes.
02:04:29PM Q. Does she still work at IBM?
02:04:31PM A. No.
02:04:32PM Q. Do you know when she left?
02:04:35PM A. I do not.



02:04:36PM Q. Do you know why she left?
02:04:39PM A. I do not.
02:04:42PM Q. Did Ms. Grant Pickens -- if you don't know then
02:04:47PM I'll ask someone else.
02:04:49PM Does Ms. Grant Pickens, her title as listed in
02:04:55PM this article as "Global Chief Diversity and Inclusion
02:04:59PM Officer."
02:05:00PM Do you see that?
02:05:01PM A. Yes.
02:05:02PM Q. Does IBM still have a global chief diversity
02:05:05PM and inclusion officer?
02:05:06PM A. No.
02:05:07PM Q. Do you know when that position was eliminated?

02:05:11PM MR. DeLARCO: Hold on.
02:05:12PM Let me just object to the scope of the topic
02:05:15PM outside of -- withdrawn.
02:05:17PM Objection to the scope of the question being
02:05:20PM outside of topic 1.
02:05:22PM You can answer.
02:05:24PM THE WITNESS: What was your question? Sorry.
02:05:31PM MR. STREET: What was my question?
02:05:07PM THE COURT REPORTER: "QUESTION: Do you know
02:05:07PM when that position was eliminated?"
02:05:35PM BY MR. STREET:
02:05:58PM Q. My follow-up question was: Do you know when



02:06:01PM that position was eliminated?
02:06:04PM MR. DeLARCO: That's the one I objected to?
02:06:08PM THE COURT REPORTER: Yes.
02:06:10PM THE WITNESS: It was at the end of 2024, early
02:06:14PM 2025 following the Executive Order.
02:06:14PM BY MR. STREET:
02:06:17PM Q. Do you know why that position was eliminated?
02:06:20PM MR. DeLARCO: Same objection.
02:06:23PM THE WITNESS: We did not have any aspirational
02:06:28PM goals, and we did not need this position.
02:06:32PM BY MR. STREET:
02:06:32PM Q. Do you know when the position, this global

02:06:34PM chief diversity and inclusion officer, when that
02:06:37PM position was created?
02:06:38PM MR. DeLARCO: Same objection.
02:06:40PM THE WITNESS: I do not.
02:06:40PM BY MR. STREET:
02:06:40PM Q. Do you know if --
02:06:42PM Do you know if it preceded 2020?
02:06:44PM MR. DeLARCO: Continuing objection.
02:06:48PM THE WITNESS: I do not recall, no.
02:06:56PM BY MR. STREET:
02:06:56PM Q. Looking at Exhibit 2, this article says, "In
02:07:04PM 2020, the convergence of racial injustice and the global
02:07:10PM pandemic amplified the stark need for swift and greater



02:07:14PM progress in the quest for equality and equity from
02:07:16PM society and businesses."
02:07:18PM Do you see that?
02:07:20PM A. Uh-huh.
02:07:21PM Q. Is that a yes?
02:07:22PM A. I see it, yes.
02:07:24PM Q. And then you see the second paragraph, the
02:07:27PM first sentence which says, "Sustained progress starts by
02:07:30PM understanding and acknowledging economic inequality and
02:07:36PM then taking action to combat those inequalities"?

02:07:39PM A. I see it, yes.
02:07:43PM Q. What about the next page, the third paragraph which starts, "Discrimination is an issue that challenges most underrepresented minority groups"?
02:07:55PM Do you see that?
02:07:56PM A. Yes.
02:08:00PM Q. And then the next paragraph, "These inequities and statistics on discrimination have brought us to accelerate our journey of diversity and inclusion at IBM."
02:08:12PM Do you see that?
02:08:13PM A. Yes.
02:08:13PM Q. And I read that correctly, right?
02:08:16PM A. Yes, as it's written, yes.
02:08:20PM Q. In fact, IBM did accelerate its journey of



02:08:25PM diversity and inclusion after 2020, correct?
02:08:30PM MR. DeLARCO: Objection to the form -- to the scope of the question being outside of topic 1.
02:08:37PM You can answer.
02:08:45PM THE WITNESS: So we had aspirational goals in place for the executive roles. I don't know what accelerate here specifically refers to.
02:09:05PM BY MR. STREET:
02:09:05PM Q. I think you understand what the word

"accelerate" means.
A. Yes.
Q. It means to increase, right?
A. Yes.
Q. To speed up?
A. Yes.
Q. Such as I'm trying to deal with my journey to JFK tomorrow, I am trying to accelerate my journey so it doesn't take me three hours to get to the airport.
A. Right.
Q. Isn't it accurate to say that IBM did, in fact, speed up its journey of diversity and inclusion after 2020?
MR. DeLARCO: Objection to the scope being outside of topic 1.
You can answer.



THE WITNESS: So again, I do not know what accelerated means. Like I said, we had aspirational goals, which were for executive roles and which were in response to the affirmative action plans.
BY MR. STREET:
Q. Were the aspirational goals, even the one for executive bands, was the purpose of those aspirational

02:10:06PM goals to speed up the journey of diversity and inclusion
02:10:16PM at IBM?
02:10:17PM A. It was to increase the representation of
02:10:20PM underrepresented minorities at IBM.
02:10:23PM Q. And to increase the percentage of those
02:10:26PM underrepresented groups more quickly than had been done
02:10:31PM in the past, right?
02:10:33PM MR. DeLARCO: Objection to form.
02:10:34PM You can answer.
02:10:38PM THE WITNESS: I do not know what it was before
02:10:41PM to have a point of view of whether it was accelerated.
02:10:46PM BY MR. STREET:
02:10:46PM Q. What about the next sentence in this paragraph,
02:10:49PM "We are channeling what 2020 taught us into
02:10:53PM outcome-oriented, rigorous actions focused on four
02:10:57PM strategic areas."
02:10:58PM Do you see that?
02:10:59PM A. Yes.



02:11:02PM Q. You see that the fourth bullet -- you see there
02:11:06PM are four bullet points?
02:11:07PM A. Yes.
02:11:08PM Q. The last of which is "Accountability," right?
02:11:12PM You see that?
02:11:13PM A. Uh-huh.

02:11:14PM Q. "Accountability that harnesses data transparency and AI to enable action and deliver outcomes for increased diversity and inclusion representation at every level of our company."

02:11:27PM You see that?

02:11:29PM A. Uh-huh.

02:11:30PM MR. DeLARCO: You have to say yes or no.

02:11:33PM BY MR. STREET:

02:11:33PM Q. Is that a yes?

02:11:34PM A. Yes.

02:11:36PM Q. In fact, IBM did channel what 2020 taught it into developing these four outcome-oriented rigorous actions, correct?

02:11:49PM MR. DeLARCO: Objection to the scope of the question being outside of topic 1.

02:11:53PM You can answer.

02:11:56PM THE WITNESS: So it says that actions were focused on this. That's what it says, yes.

02:12:06PM BY MR. STREET:



02:12:06PM Q. As a result of what IBM learned in 2020, correct?

02:12:11PM MR. DeLARCO: Same objection.

02:12:17PM THE WITNESS: I don't know what was learned in

02:12:19PM 2020.
02:12:24PM BY MR. STREET:
02:12:24PM Q. Wasn't it the convergence of racial injustice
02:12:28PM and the global pandemic, which is discussed in the first
02:12:31PM sentence of paragraph 2?
02:12:32PM MR. DeLARCO: Objection to the scope of the
02:12:33PM question being outside of topic 1.
02:12:35PM You can answer.
02:12:42PM THE WITNESS: Yes. That's what she says, yes.
02:12:44PM BY MR. STREET:
02:12:45PM Q. As a matter of fact, didn't the killing of
02:12:49PM George Floyd have an impact on IBM's decision to
02:12:56PM accelerate its aspirational goals for diversity and
02:13:03PM inclusion after 2020?
02:13:04PM A. Not to my knowledge, no.
02:13:06PM Q. The riots that swept the country after
02:13:11PM Mr. Floyd's murder, didn't that impact IBM's decision to
02:13:19PM accelerate its aspirational goals for increasing the
02:13:23PM percentage of underrepresented people among its
02:13:26PM workforce after 2020?
02:13:28PM A. No. Again, like I said, it was for the



02:13:33PM executive ranks and it was only for the affirmative
02:13:37PM action plans.
02:13:40PM Q. Let me step back then. We'll just talk

02:13:44PM about --

02:13:44PM So it's your testimony here today that IBM did

02:13:47PM not have any aspirational goals for increasing the

02:13:50PM percentage of underrepresented groups below the

02:13:54PM executive bands?

02:13:56PM A. Yes.

02:13:56PM Q. Is that right?

02:13:57PM A. Yes.

02:13:57PM Q. And, therefore, it's your testimony here today

02:14:00PM that with no aspirational goals, IBM had no reason to

02:14:07PM track the percentage of underrepresented groups below

02:14:10PM the executive bands?

02:14:13PM A. So for affirmative action planning, certain

02:14:16PM business unit could have put goals in place, which is

02:14:23PM just a way to measure whether we are making progress and

02:14:26PM those are good-faith efforts. So they weren't

02:14:30PM financially motivated to do that.

02:14:33PM And any of that was only at an aggregate level,

02:14:39PM never informing individual decisions.

02:14:43PM Q. Which business units specifically were tracking

02:14:47PM that data?

02:14:48PM A. I do not have awareness of all business units,



02:14:55PM but I did see a document for the TLT which had the TLT

focused amongst many things on diversity.
Q. And diversity in bands lower than the executive bands, right?
A. Yes. Which, like I said, were good-faith efforts, yes.
Q. Is it your testimony then that aspirational goals set, for example, by the technical leadership team were set independently of any other corporate aspirational goals?
MR. DeLARCO: Objection to form.
You can answer.
THE WITNESS: Yes.
BY MR. STREET:
Q. And, for instance, were there business units within IBM that did not set any aspirational goals for increasing the percentage of underrepresented people in their business units?
MR. DeLARCO: Objection to the scope of the question being outside of the topics.
You can answer.
THE WITNESS: For the non-executives?
BY MR. STREET:
Q. Right.
A. Like I said, I don't know who had the goals and

02:16:07PM who did not.
02:16:08PM Q. But the groups that were -- the business units that were part of the technical leadership team did have those goals?
02:16:16PM A. Yes.
02:16:16PM Q. Which is why the technical leadership was tracking the increased -- tracking the percentage of underrepresented groups during this time period?
02:16:27PM A. The technical leadership team was focused on a number of different topics. Example, career, performance and diversity was one of the three squads that they had. And in diversity, they had goals, but they had goals for performance and they had goals for careers as well.
02:16:48PM Q. I would agree with you that diversity increasing the number or percentage of underrepresented people is not the sole purpose -- was not the sole goal of the technical leadership team, correct?
02:17:01PM A. Yes.
02:17:01PM Q. It was one of several goals of that team?
02:17:06PM A. Yes. Like I said, it was an aspirational goal. It was a good-faith effort. It wasn't linked to any financial incentive to measure that.
02:17:18PM Q. Were the aspirational goals --
02:17:21PM Was there a financial incentive related to the

aspirational goals for executive band employees?
A. Yes. We have the diversity modifier in the AIP.
Q. That diversity modifier was only linked to the aspirational goals related to executive bands?
A. Correct.
Q. And that's no longer in place, correct?
A. Correct.
Q. It was only in place from 2020 through 2024?
A. Yes, which is in the public documents, so it's in the proxy, yes.
Q. Are you aware of any IBM executives who were paid more because of an increase in the percentage of underrepresented groups?
MR. DeLARCO: Objection to the form of the question.
Are you referring to outside the AIP?
MR. STREET: I am just referring to what she knows. You know better than I do.
MR. DeLARCO: Objection to the scope of the question being outside the topics.
You can answer, if you know.
THE WITNESS: Who were paid more through AIP?

02:18:44PM BY MR. STREET:

02:18:46PM Q. If I heard you correctly, you testified there



02:18:48PM was a diversity modifier for executive compensation
02:18:52PM between 2020 and 2024, right?
02:18:56PM A. Yes. Which was in the proxy, yes.
02:19:01PM Q. I understand.
02:19:02PM A. Yes.
02:19:02PM Q. We are in agreement that that diversity
02:19:05PM modifier existed, right?
02:19:06PM A. Yes.
02:19:07PM Q. And that's something that the CEO spoke about
02:19:11PM in public statements, right?
02:19:12PM MR. DeLARCO: Objection to the scope of the
02:19:14PM question, being outside the topics.
02:19:17PM She can answer.
02:19:19PM THE WITNESS: No.
02:19:23PM BY MR. STREET:
02:19:24PM Q. My follow-up question was: Do you know of any
02:19:27PM executives who were paid more through the use of the
02:19:33PM diversity modifier because of an increase in the
02:19:39PM representation of underrepresented groups?
02:19:43PM MR. DeLARCO: Objection to the form.
02:19:46PM You can answer.
02:19:47PM THE WITNESS: So I think the proxy has this

02:19:49PM information. But 2021 probably, if I remember
02:19:55PM correctly, was the only year that modifier was actually
02:20:01PM put in place. I don't think we made that metric any



02:20:04PM other year. In the 2024 proxy, it was clarified that we
02:20:10PM were no longer going to have the diversity modifier, and
02:20:13PM it's being replaced with talent and innovation.
02:20:20PM So to answer your question, no.
02:20:26PM BY MR. STREET:
02:20:26PM Q. To your knowledge, you are not aware of any
02:20:28PM executive at IBM who was paid more as a result of the
02:20:33PM diversity modifier?
02:20:36PM A. Correct. And then just to clarify, not all
02:20:40PM executives were eligible for the diversity modifier.
02:20:45PM Only those that were eligible for AIP.
02:20:48PM Q. And who was eligible for AIP?
02:20:52PM A. Executives -- I mean executives who are not on
02:20:57PM sales incentive plans, for example.
02:21:01PM Q. So would it be the highest level IBM executives
02:21:05PM who were potentially -- who could potentially benefit
02:21:11PM from the diversity modifier?
02:21:13PM A. Not necessarily. They could be on sales
02:21:15PM incentive plans, and if so the diversity modifier and
02:21:19PM the AIP does not impact them.

02:21:22PM Q. What is AIP exactly?

02:21:24PM A. AIP is an annual incentive plan. It's a bonus,
02:21:27PM essentially.

02:21:28PM Q. Given to certain employees?

02:21:29PM MR. DeLARCO: Objection to the form.



02:21:30PM THE WITNESS: Only to executives.

02:21:33PM BY MR. STREET:

02:21:33PM Q. Only to certain executives, right?

02:21:35PM A. Yes.

02:21:36PM Q. Sitting here today, do you know how many
02:21:38PM executives were eligible for AIP back between 2020 and
02:21:42PM 2025?

02:21:43PM MR. DeLARCO: Objection.

02:21:44PM THE WITNESS: I don't --

02:21:45PM MR. DeLARCO: Objection to the scope of the
02:21:46PM question being outside the topics.

02:21:48PM You can answer if you know in your individual
02:21:50PM capacity.

02:21:50PM THE WITNESS: I do not.

02:21:54PM BY MR. STREET:

02:21:54PM Q. Was Arvind Krishna on an AIP?

02:21:59PM A. I do not know.

02:22:01PM Q. What about Rob Thomas?

02:22:03PM A. I do not know.

02:22:04PM Q. What about Sebastian Krause?
02:22:06PM A. Krause. I do not know.
02:22:24PM MR. STREET: Let me mark this as Exhibit 3.
02:23:04PM (Exhibit 3, IBM 2020 Diversity and Inclusion
02:23:07PM Report, marked for identification, as of this date.)
02:22:55PM MR. STREET: For the record, Exhibit 3 is a



02:22:58PM document starting at IBM-LOEFFLER 6895. It is an IBM
02:23:05PM 2020 Diversity and Inclusion Report.
02:23:09PM BY MR. STREET:
02:23:09PM Q. There are a few pages I am going to ask you
02:23:11PM about. If you can flip through this document and just
02:23:14PM familiarize yourself with it. I am not going to ask you
02:23:16PM about every part of it, obviously.
02:25:22PM Are you ready?
02:25:23PM A. Uh-huh.
02:25:25PM Q. Is that a yes?
02:25:26PM A. Yes.
02:25:26PM Q. Do you recognize this document that I've marked
02:25:28PM as Exhibit 3?
02:25:31PM A. Yes.
02:25:31PM Q. You have seen it before today?
02:25:33PM A. Yes.
02:25:34PM Q. Did you review this document in preparation for

02:25:36PM your deposition?
02:25:38PM A. Yes.
02:25:40PM Q. I want to ask you about the -- I am going to
02:25:46PM use these little numbers. We call them Bates numbers,
02:25:50PM they are these little numbers in the bottom right-hand
02:25:53PM corner.
02:25:56PM A. Sorry, say that again.
02:25:58PM Q. I am going to ask you about a few different



02:26:01PM pages in here. The page numbers I am going to use are
02:26:04PM these little IBM-LOEFFLER page numbers.
02:26:09PM A. Yes.
02:26:09PM Q. The page I'm going to ask you about first is
02:26:12PM IBM-LOEFFLER 6897.
02:26:18PM A. 69 --
02:26:19PM Q. 6897.
02:26:21PM A. Yes.
02:26:28PM Q. Are you with me?
02:26:29PM A. Yes.
02:26:29PM Q. You see a picture of a gentleman on the bottom
02:26:34PM right-hand corner?
02:26:34PM A. Yes.
02:26:35PM Q. Who is that?
02:26:35PM A. That's the CEO, Arvind Krishna.
02:26:43PM Q. There is a split page. I am going to ask you

02:26:46PM first about something on this side of the page, the left
02:26:48PM side.
02:26:50PM A. Uh-huh.
02:26:51PM Q. Do you see the heading "Increasing
02:26:54PM Accountability"?
02:26:55PM A. Yes.
02:26:58PM Q. Is Mr. Krishna saying, "In 2020, we increased
02:27:03PM our transparency reporting of diversity and inclusion."
02:27:09PM Do you see that?



02:27:10PM A. Yes.
02:27:10PM Q. And the next sentence, "We are focused on
02:27:12PM making significant advances in diversifying our
02:27:18PM workforce and have established this as a business
02:27:24PM imperative."
02:27:24PM Do you see that?
02:27:25PM A. Uh-huh.
02:27:25PM Q. Is that a yes?
02:27:26PM A. Yes.
02:27:26PM Q. And that was a true statement as of when this
02:27:30PM was published, right, that IBM was focused on making
02:27:34PM significant advances in diversifying its workforce?
02:27:38PM MR. DeLARCO: Objection to the scope of the
02:27:39PM question as being outside the topics.

02:27:42PM She can answer.

02:27:46PM THE WITNESS: Like I said, we were focused on increasing representation for the underrepresented minorities and for executives.

02:28:00PM BY MR. STREET:

02:28:00PM Q. Mr. Krishna doesn't say we are focused on making significant advances in diversifying our executives?

02:28:08PM A. Yes.

02:28:09PM Q. Does he?

02:28:09PM A. Not here, no.



02:28:10PM Q. He says diversifying our workforce, right?

02:28:13PM A. Yes.

02:28:14PM Q. And he then says, "We are holding executives accountable for progress in diversity and inclusion," correct?

02:28:22PM A. Yes.

02:28:23PM Q. And that was a true statement? In fact, the company was holding executives accountable for making progress in diversity and inclusion?

02:28:30PM MR. DeLARCO: Objection to the scope of the question.

02:28:32PM You can answer.

02:28:34PM THE WITNESS: Yes.

02:28:36PM BY MR. STREET:
02:28:36PM Q. And their progress or lack thereof was tied to their bonuses and compensation, correct?
02:28:44PM A. And I think this is also mentioned in the proxy, that it was a modifier.
02:28:56PM So yes, if you made progress, then there was a modifier that was added.
02:29:01PM Q. In 2021, there was a modifier that was added, right?
02:29:05PM A. In 2021 was the only year that we made progress, yes.
02:29:11PM Q. And executives were paid more in 2021 as a



02:29:15PM result of that progress?
02:29:19PM MR. DeLARCO: Objection to the scope of the question being outside the topic.
02:29:22PM You can answer if you know in your individual capacity.
02:29:25PM THE WITNESS: I do not know whether they were paid more, because -- the business unit performance, individual performance, a lot of that goes into the AIP.
02:29:38PM BY MR. STREET:
02:29:38PM Q. I guess in theory, the diversity modifier could result in an upward adjustment of an executive's

02:29:45PM compensation, right?

02:29:46PM A. Yes.

02:29:46PM Q. It could also result in a downward adjustment in compensation, correct?

02:29:53PM A. If I recall correctly, it was only an upward.

02:29:57PM Q. Only an upward?

02:29:58PM A. Yes.

02:30:03PM Q. But sitting here today, you don't recall how many executives received an upward adjustment as a result of that diversity modifier?

02:30:11PM MR. DeLARCO: Objection to the scope of the question being outside the topic.

02:30:14PM You can answer if you know.

02:30:16PM THE WITNESS: I do not know.



02:30:21PM BY MR. STREET:

02:30:21PM Q. What about the top of the next side? This is the flip page, second column.

02:30:28PM A. Yes.

02:30:28PM Q. Mr. Krishna's statement, he says, "I conduct monthly reviews of diversity data with senior leaders."

02:30:35PM Do you see that?

02:30:36PM A. Yes.

02:30:36PM Q. And, in fact, back in 2021, was Mr. Krishna, the IBM CEO, actually conducting monthly reviews of

diversity data with senior leadership?

MR. DeLARCO: Objection to the scope of the question being outside of topic number 1.

You can answer if you know.

THE WITNESS: I do not know.

BY MR. STREET:

Q. Do you know if Mr. Krishna as IBM's CEO was involved in deciding whether executives were -- whether to use the diversity modifier to increase executive compensation?

MR. DeLARCO: Objection -- same objection.

You can answer.

THE WITNESS: This is in public records of whether -- the progress we made and what happened with the diversity modifier.



BY MR. STREET:

Q. This Exhibit 3 is a public document, right?

A. Yes.

Q. And you would assume that Mr. Krishna --

You would assume that what's in this public document is accurate, correct?

MR. DeLARCO: Objection to the form.

THE WITNESS: Yes.

02:31:52PM BY MR. STREET:

02:31:52PM Q. For example, in Mr. Krishna's letter that appears on page 6897, it would be fair to say the statements made in this letter are accurate, correct?

02:32:05PM MR. DeLARCO: Continuing objection as outside the scope of the topics.

02:32:10PM You can answer.

02:32:14PM THE WITNESS: Yes.

02:32:14PM BY MR. STREET:

02:32:15PM Q. There could be legal consequences if the statements in Mr. Krishna's public letter were not accurate, right?

02:32:22PM MR. DeLARCO: Objection to the scope of the question being outside the topics for which the witness is being designated.

02:32:29PM You can answer if you know in your personal capacity.



02:32:35PM THE WITNESS: I do not know.

02:32:38PM BY MR. STREET:

02:32:39PM Q. Let's look at the page IBM-LOEFFLER 6901.

02:32:46PM MR. DeLARCO: 69?

02:32:47PM MR. STREET: 6901, yes.

02:32:47PM BY MR. STREET:

02:33:02PM Q. At the bottom of 6901, there is a letter

section for "Accountability."

Do you see that?

A. Yes.

Q. The "Accountability" paragraph says, "IBM harnesses data transparency and AI to enable accountability action and outcomes for increased diversity representation and inclusion at every level of our company."

Do you see that?

A. Yes.

Q. And that's an accurate statement, correct?

MR. DeLARCO: Objection to the scope of the question. Outside the topics.

You can answer.

THE WITNESS: To the best of my knowledge, we had not used AI to inform diversity representation and inclusion.

BY MR. STREET:



Q. So this is not an accurate statement?

MR. DeLARCO: Objection to the form.

THE WITNESS: Like I said, to the best of my knowledge, we have not used AI to enable any decision making around diversity and inclusion.

02:34:11PM BY MR. STREET:

02:34:11PM Q. And you didn't do anything in preparing for your deposition today to determine whether, in fact, IBM used AI to enable accountability action and outcomes in increasing diversity?

02:34:26PM MR. DeLARCO: Objection to the scope of the question as outside the three topics for which we designated her.

02:34:32PM You can answer in your personal capacity.

02:34:35PM THE WITNESS: No.

02:34:38PM BY MR. STREET:

02:34:50PM Q. I am going to ask you about one more page here, and then we take a break.

02:34:55PM Page 6910, do you see the right side of the page titled "Employee Experience"?

02:35:15PM A. 6910, right?

02:35:18PM Q. Yes.

02:35:19PM A. Yes.

02:35:21PM Q. I print them double-sided because I brought these things on the plane with me.



02:35:26PM A. That's okay.

02:35:29PM Q. We are not trusting FedEx anymore from the last experience.

02:35:33PM Do you see, "Employee experience, leadership,

02:35:36PM action, and accountability are critical to fostering an
02:35:40PM inclusive culture at IBM"?
02:35:42PM A. Yes.
02:35:43PM Q. And then the next sentence, "Diversity is a
02:35:45PM business imperative core to the company's culture,
02:35:49PM supported by formalized goals and measuring progress."
02:35:52PM Do you see that?
02:35:54PM A. Yes.
02:35:56PM Q. Is that an accurate statement --
02:35:59PM First of all, was it accurate to say that as of
02:36:02PM 2021 diversity was a business imperative for IBM?
02:36:11PM A. It was important we had aspirational goals to
02:36:16PM increase the representation. And, again, like I said,
02:36:18PM it was associated with the affirmative action planning
02:36:22PM that we needed to do, and it was for executives.
02:36:28PM Q. So the answer to my question is yes, but with
02:36:31PM that caveat of your answer, correct?
02:36:33PM A. Yes.
02:36:33PM MR. DeLARCO: Objection to the form.
02:36:35PM BY MR. STREET:
02:36:35PM Q. Was diversity --



02:36:37PM As of the date of this statement, was diversity
02:36:42PM core to the company's culture?

02:36:48PM A. Our policy is the Corporate Policy 117, which is core to our culture, and which talks about non-discrimination. So yes.
02:37:05PM Q. Was diversity supported by formalized goals and measuring progress?
02:37:09PM A. It was supported by aspirational goals, yes.
02:37:13PM Q. Which was formalized, right?
02:37:15PM A. Which was reported, yes, because it had the diversity modifier.
02:37:21PM Q. And the progress and measuring those performance against those goals was tracked by the company, right?
02:37:27PM A. Yes. At an aggregate level. I just want to be clear.
02:37:34PM Q. "Aggregate" meaning companywide?
02:37:37PM A. Yes. Which means that it was summary level, not attributable to an individual or had any individual data that was provided.
02:37:48PM Q. It's company level looking at everyone across the board, not necessarily looking at one specific person?
02:37:54PM A. Correct.
02:37:57PM MR. STREET: Let's take a break.



02:37:57PM (Recess taken.)

02:56:09PM BY MR. STREET:
02:56:09PM Q. Ma'am, you have that Exhibit 3 still in front of you, correct?
02:56:15PM A. Yes.
02:56:15PM Q. Would you turn with me to the page number 6932?
02:56:39PM A. Yes.
02:56:42PM Q. You see at the top left-hand corner of page 6932 that paragraph we saw before: "At IBM, diversity is a business imperative"?
02:56:50PM A. Yes.
02:56:52PM Q. I want to ask you as IBM's designee for this deposition today, what does diversity mean, as far as it's being used in this document?
02:57:08PM MR. DeLARCO: Objection to the scope of the question as outside the topics.
02:57:11PM You can answer.
02:57:13PM THE WITNESS: "Diversity," again, going back to me means non-discrimination, which is access and opportunity open to all races and genders.
02:57:29PM BY MR. STREET:
02:57:29PM Q. So would diversity include men?
02:57:34PM MR. DeLARCO: Same objection to this topic.
02:57:36PM You can answer.
02:57:39PM THE WITNESS: Yes. Like I said, it's

02:57:42PM non-discrimination. So yes.
02:57:44PM BY MR. STREET:
02:57:44PM Q. So your testimony is diversity equals
02:57:48PM non-discrimination?
02:57:49PM A. Yes.
02:57:50PM Q. Which would include men, correct?
02:57:52PM A. Yes. Everyone.
02:57:53PM Q. White people, correct?
02:57:54PM A. Yes.
02:57:56PM Q. Older people?
02:57:57PM A. It has nothing to do with age.
02:58:01PM Q. Would people over the age of 50 be considered
02:58:13PM to be part of a diverse group? Would that be a
02:58:16PM diversity consideration, age?
02:58:19PM A. Age has nothing --
02:58:19PM MR. DeLARCO: Continuing objection outside the
02:58:21PM scope of the topics.
02:58:22PM You can answer.
02:58:26PM THE WITNESS: To me, age has nothing to do with
02:58:29PM diversity.
02:58:35PM BY MR. STREET:
02:58:35PM Q. It's just what, race?
02:58:38PM A. Race and gender. Everyone -- opportunities are
02:58:43PM open to all.

02:58:46PM Q. What about socioeconomic background? Does



02:58:50PM diversity include consideration of people of
02:58:53PM socioeconomic backgrounds?
02:58:55PM MR. DeLARCO: Continuing objection. Outside
02:58:58PM the scope of the topics.
02:58:59PM You can answer.
02:59:01PM THE WITNESS: Again, like I said, to me, it is
02:59:04PM open to all, opportunities that are open to all, yes.
02:59:14PM BY MR. STREET:
02:59:14PM Q. What about --
02:59:23PM But as far as improving -- let me ask you
02:59:26PM about -- just reading on this left side of this page,
02:59:30PM 6932, you see the paragraph that starts, "Our senior
02:59:35PM executives are held accountable for improvement in the
02:59:39PM career progression" --
02:59:40PM A. Yes.
02:59:40PM Q. -- "and representation of each underrepresented
02:59:43PM minority group and women."
02:59:46PM A. Yes.
02:59:47PM Q. Can you tell me what are the underrepresented
02:59:50PM minority groups that are referred to there?
02:59:53PM MR. DeLARCO: Objection to the scope of the
02:59:54PM question as outside topic 1.
02:59:56PM You can answer.

02:59:57PM THE WITNESS: At IBM, the underrepresented
03:00:02PM minorities are blacks, Hispanics and Native Americans.



03:00:14PM BY MR. STREET:
03:00:14PM Q. And women, correct?
03:00:15PM A. And women, yes.
03:00:17PM Q. Women are a separate group, though, right?
03:00:20PM A. Yes. They are underrepresented.
03:00:25PM Q. You see this statement that, "Compensation for
03:00:28PM our C-suite and all IBM executives is calculated in part
03:00:32PM based on their organization's progress in improving
03:00:37PM diversity for women and underrepresented minorities"?
03:00:40PM A. Yes. This is the AIP modifier for AIP-eligible
03:00:46PM executives.
03:00:48PM Q. And AIP could be awarded based on the
03:00:56PM organization's progress in improving increasing the
03:00:59PM number of Hispanics, correct?
03:01:03PM MR. DeLARCO: Objection to the scope of the
03:01:05PM question as outside topic 1.
03:01:07PM You can answer.
03:01:10PM THE WITNESS: Yes. It would include progress
03:01:13PM in all underrepresented minority and women.
03:01:16PM BY MR. STREET:
03:01:16PM Q. Which would be Hispanics, correct?

03:01:18PM A. Yes.
03:01:19PM Q. African-Americans?
03:01:22PM A. Yes.
03:01:22PM Q. Native Americans?



03:01:24PM A. Yes.
03:01:24PM Q. Asian Pacific Islanders?
03:01:30PM A. Yes.
03:01:38PM Q. Eastern European people?
03:01:42PM A. No. We are talking about underrepresented
03:01:44PM minorities at IBM. So that's Native Americans, blacks,
03:01:49PM Hispanics, women.
03:01:52PM Q. An IBM executive would not be paid more for
03:01:58PM increasing the number of white people, correct?
03:02:04PM MR. DeLARCO: Same objection to this line of
03:02:08PM questioning.
03:02:08PM You can answer.
03:02:10PM THE WITNESS: They are not underrepresented.
03:02:12PM BY MR. STREET:
03:02:12PM Q. And under the AIP program, an IBM executive
03:02:16PM would not be paid more for increasing the number of men
03:02:20PM in their business unit, correct?
03:02:22PM MR. DeLARCO: Same objection.
03:02:23PM THE WITNESS: Again, they are not
03:02:25PM underrepresented, and the diversity modifier was for

03:02:29PM underrepresentation for executives.
03:02:35PM BY MR. STREET:
03:02:35PM Q. So the answer to my question is no, an IBM
03:02:39PM executive would not be paid more for increasing the
03:02:42PM number of men in his or her business unit?



03:02:45PM MR. DeLARCO: Objection to the scope of the
03:02:47PM question.
03:02:49PM THE WITNESS: Correct.
03:03:10PM BY MR. STREET:
03:03:11PM Q. What about if you turn to page 6935? Do you
03:03:28PM see the bottom right-hand corner, "Diversity and
03:03:31PM Inclusion Aspirational Goals"?
03:03:34PM A. Yes.
03:03:38PM Q. In the couple sentences we've already seen
03:03:40PM before, I want to ask you about the last one: "Each
03:03:43PM senior IBM executive is then responsible for working to
03:03:48PM achieve the aspirational goals for their units."
03:03:51PM Do you see that?
03:03:53PM A. Yes.
03:03:55PM Q. Can you tell me specifically which senior IBM
03:04:00PM executives were responsible for working to achieve the
03:04:05PM diversity aspirational goals for their business units?
03:04:10PM MR. DeLARCO: Objection to the scope of the

03:04:11PM question being outside of topic 1.
03:04:15PM You can answer if you know the answer.
03:04:18PM THE WITNESS: This is the diversity modifier
03:04:20PM for all executives, for those who are AIP eligible.
03:04:25PM BY MR. STREET:
03:04:25PM Q. Was there a certain category of senior IBM
03:04:30PM executives who were responsible for working to achieve

72

03:04:34PM the diversity aspirational goals?
03:04:38PM A. So consistent with the affirmative action plans
03:04:44PM which went across like executive and non-executive
03:04:49PM bands, there were good-faith efforts.
03:04:51PM And for the executives specifically, every
03:04:55PM executive was focused on increasing the
03:04:58PM underrepresentation, but the financial incentive, which
03:05:02PM is the AIP modifier, was only applicable to those who
03:05:05PM were AIP eligible.
03:05:07PM Q. I get that. I think that's finally clear to
03:05:10PM me. I just want to make sure I understand this clearly.
03:05:14PM Is it your testimony that every executive --
03:05:20PM every person in the executive band at IBM was
03:05:25PM responsible for working to achieve the diversity
03:05:29PM aspirational goals?
03:05:31PM MR. DeLARCO: Objection to the scope of the
03:05:33PM question as being outside of topic 1.

03:05:35PM You can answer.

03:05:36PM BY MR. STREET:

03:05:36PM Q. Or was it only certain people in the executive band who were responsible for that?

03:05:43PM MR. DeLARCO: Continuing objection.

03:05:44PM You can answer.

03:05:46PM THE WITNESS: Yes, all executives.

03:05:53PM BY MR. STREET:



03:05:55PM Q. At the end of this last sentence on page 6935, it states, "And progress is reviewed monthly by IBM's chairman and CEO Arvind Krishna and senior leadership team."

03:06:09PM Do you see that?

03:06:10PM A. Yes.

03:06:10PM Q. And, in fact, back during that time, so 2021, was Arvind Krishna involved in reviewing IBM's executives' accomplishments and working to achieve the diversity aspirational goals on a monthly basis?

03:06:34PM A. I do not --

03:06:35PM MR. DeLARCO: Hold on.

03:06:36PM Objection to the scope of the question as being outside of topic 1.

03:06:41PM You can answer.

03:06:41PM THE WITNESS: I do not know.
03:06:42PM BY MR. STREET:
03:06:42PM Q. And you didn't do anything to obtain that information in preparing for your deposition today, did you?
03:06:50PM A. No.
03:06:50PM Q. Do you know who the senior leadership team, which is referred to in that last sentence on page 6935, do you know who that refers to?
03:06:59PM MR. DeLARCO: Objection to the scope of the



03:07:00PM question as being outside the topic 1.
03:07:04PM You can answer.
03:07:17PM THE WITNESS: It's Arvind and his leadership team. So it could be like Arvind minus two. So his direct reports and their direct reports.
03:07:28PM BY MR. STREET:
03:07:28PM Q. And do you know --
03:07:29PM Can you name for me any of the people who were reporting directly to Arvind Krishna back at this time?
03:07:35PM A. I do not recall.
03:07:39PM Q. Was Rob Thomas somebody who reported directly to Arvind Krishna?
03:07:46PM MR. DeLARCO: Back in 2021?
03:07:48PM MR. STREET: Yes.

03:07:49PM MR. DeLARCO: Same objection.
03:07:49PM You can answer.
03:07:50PM THE WITNESS: I do not recall.
03:07:54PM MR. STREET: I am going to mark this as Exhibit 4.
03:09:17PM (Exhibit 4, 2022 proxy statement, marked for
03:09:01PM identification, as of this date.)
03:09:01PM MR. STREET: Exhibit 4 is IBM-LOEFFLER 4823.
03:09:15PM It's a 2022 proxy statement.
03:09:21PM BY MR. STREET:
03:09:21PM Q. I know it's a long document. I am not going to
03:09:23PM ask you about all of it. Flip through this document, if



03:09:27PM you will, and please tell me if you've seen it before
03:09:30PM today.
03:09:56PM A. Yes.
03:09:57PM Q. Is this one of the documents you reviewed in
03:09:59PM preparation for your deposition today?
03:10:00PM A. Yes.
03:10:03PM Q. On the first page, this is IBM-LOEFFLER 4824,
03:10:09PM you see a picture of a gentleman on that page?
03:10:11PM A. Yes.
03:10:12PM Q. Who is that?
03:10:15PM A. That's the chairman and CEO of IBM Arvind
03:10:19PM Krishna.

Q. And do you see the paragraph directly below Mr. Krishna's picture?
A. Uh-huh.
Q. Is that a yes?
A. Yes.
Q. He says, "This past year we published our Diversity and Inclusion Report which allows us to be more transparent about the progress we continue to make," correct?
A. Yes.
Q. And then it says, "We also added a diversity modifier to our executive compensation program metrics to continue to reinforce senior management's focus on



improving the diverse representation of our workforce as you will see on pages 36 and 37."
Do you see that?
A. Yes.
Q. Let's flip then to page 36 and 37, which is IBM-LOEFFLER 4862.
A. Yes.
Q. You see this chart under "2021 Metrics and Weightings"?
A. Just give me one second.
Yes.

03:11:36PM Q. You ready?
03:11:37PM A. I am.
03:11:37PM Q. You see there is a chart in the middle of this
03:11:40PM page?
03:11:41PM A. Yes.
03:11:42PM Q. Under "2021 Metrics and Weightings"?
03:11:47PM A. Uh-huh.
03:11:49PM Q. Yes?
03:11:49PM A. Yes.
03:11:50PM Q. There is a box for AIP?
03:11:54PM A. Yes.
03:11:55PM Q. Tell me again what AIP stands for.
03:11:57PM A. Annual incentive plan, which is the annual
03:12:01PM bonus for executives.



03:12:03PM Q. You see there are three boxes next to the AIP?
03:12:08PM A. Yes.
03:12:09PM Q. One of which is diversity modifier?
03:12:13PM A. Yes.
03:12:13PM Q. And below diversity modifier is the phrase "new
03:12:17PM in 2021"?
03:12:19PM A. Yes.
03:12:19PM Q. And that reflects the fact that this diversity
03:12:23PM modifier was added as a component of compensation in

03:12:29PM 2021, correct?
03:12:30PM A. Correct.
03:12:30PM Q. It did not exist before 2021?
03:12:33PM A. Correct.
03:12:34PM Q. No longer exists?
03:12:36PM A. Correct. So if I can clarify, the modifier
03:12:41PM still exists. But in the 2024 proxy, you will see the
03:12:48PM modifier no longer has diversity. Instead, it has
03:12:53PM talent and it has innovation.
03:12:54PM So the modifier is still in place. It doesn't
03:12:56PM have diversity anymore.
03:12:58PM Q. Is it still called diversity modifier?
03:13:00PM A. No.
03:13:01PM Q. What's it called?
03:13:02PM A. It's called a modifier.
03:13:04PM Q. Just a modifier?



03:13:06PM A. Yes.
03:13:06PM Q. Was there a modifier in place of any sort prior
03:13:09PM to 2021? Do you know?
03:13:10PM A. Not that I recall. I do not know.
03:13:16PM Q. But your testimony is that this modifier was
03:13:21PM adopted in 2021 as a diversity modifier, correct?
03:13:24PM A. Yes.
03:13:25PM Q. And then at some point later was changed and is

03:13:31PM now not a diversity modifier but is a modifier based on
03:13:35PM other factors?
03:13:37PM A. Yes. Talent and innovation, yes.
03:13:40PM Q. And what does talent and innovation embrace?
03:13:48PM A. It includes engagement, which is feedback that
03:13:52PM we get from all IBMers in our engagement survey that's
03:13:57PM annual. It's our talent retention, which is how well we
03:14:02PM are retaining our talent. And under "Innovation," it
03:14:07PM has AI, it has hybrid cloud, and infrastructure.
03:14:12PM Q. Does the compensation modifier at this point
03:14:15PM include any assessment of the increase in the diverse
03:14:26PM representation of the workforce?
03:14:27PM MR. DeLARCO: Objection to the question as
03:14:30PM outside the scope of topic number 1.
03:14:32PM You can answer.
03:14:32PM THE WITNESS: It does not. And it's in public
03:14:36PM documents. So it's in the proxy. Yes, correct.



03:14:39PM BY MR. STREET:
03:14:39PM Q. For example, is the modifier --
03:14:41PM Sitting here today as it's used, does the
03:14:44PM modifier consider an executive's progress in increasing
03:14:50PM the number of women in his or her business unit?
03:14:54PM MR. DeLARCO: Objection to the scope of the

03:14:55PM question as outside topic number 1.
03:14:59PM You can answer.
03:14:59PM THE WITNESS: No.
03:15:00PM BY MR. STREET:
03:15:00PM Q. As of sitting here now, does the compensation
03:15:04PM modifier consider an executive's progress in increasing
03:15:12PM the percentage of Hispanics in his or her business unit?
03:15:17PM MR. DeLARCO: Same objection.
03:15:19PM THE WITNESS: No.
03:15:19PM BY MR. STREET:
03:15:19PM Q. Does the current modifier include an assessment
03:15:28PM of an executive's progress increasing the percentage of
03:15:36PM African-Americans?
03:15:39PM MR. DeLARCO: Same objections.
03:15:40PM THE WITNESS: No.
03:15:41PM BY MR. STREET:
03:15:42PM Q. Does the modifier as it currently exists
03:15:44PM consider an executive's progress in increasing the
03:15:48PM percentage of Native Americans in his or her business



03:15:51PM unit?
03:15:51PM MR. DeLARCO: Same objection.
03:15:52PM THE WITNESS: No.
03:15:57PM BY MR. STREET:
03:15:58PM Q. In 2021, did the diversity modifier -- well,

03:16:08PM did IBM recognize an improvement in representation for
03:16:14PM women in the workforce?
03:16:20PM A. I do not recall specifically whether it was
03:16:23PM women. I know we did make progress, and therefore, the
03:16:26PM diversity modifier was put in place, but the other years
03:16:30PM we did not make progress to meet the diversity modifier.
03:16:36PM Q. If you look at page 37, the next page in
03:16:45PM Exhibit 4, do you see, I want to say, fourth paragraph
03:16:52PM beginning in 2021?
03:16:53PM A. Yes.
03:16:53PM Q. The third -- let's read the second sentence
03:17:01PM together: "This modifier can result in a 5-point
03:17:04PM reduction, no impact, or 5-point increase to the AIP
03:17:09PM scoring."
03:17:09PM Do you see that?
03:17:11PM A. Yes.
03:17:13PM Q. What does that mean, a reduction like AIP
03:17:16PM scoring? Do you know what that is?
03:17:18PM MR. DeLARCO: Objection as outside the scope of
03:17:21PM topic 1.



03:17:21PM You can answer.
03:17:23PM THE WITNESS: I do not know.
03:17:29PM BY MR. STREET:

03:17:30PM Q. The next sentence, "In 2021, the modifier was based on the improvement in representation for executive women globally and black and Hispanic executives in the United States."
03:17:42PM Do you see that?
03:17:42PM A. Yes.
03:17:43PM Q. Fair to say then there was --
03:17:48PM Were there people who were, in fact, paid more money in 2021 because of an improvement in representation for executive women?
03:17:57PM MR. DeLARCO: Objection to the scope of the question as outside of topic number 1.
03:18:01PM You can answer.
03:18:02PM THE WITNESS: Again, I do not know if they were paid more. Like you can see, there are like other components that make up the AIP. So I do not know if they make more.
03:18:16PM BY MR. STREET:
03:18:16PM Q. That's a fair point. So let me ask it a different way.
03:18:19PM Do you know if in 2021 there were any executives whose AIP score was increased because of the improvement in representation for executive women?



03:18:30PM MR. DeLARCO: Objection to the scope of the

03:18:31PM question as being outside of topic 1.
03:18:33PM You can answer.
03:18:34PM THE WITNESS: I do not know.
03:18:38PM BY MR. STREET:
03:18:39PM Q. And that's not something you reviewed to
03:18:41PM prepare for your deposition today, right?
03:18:42PM A. No.
03:18:44PM Q. Do you know if the diversity modifier was used
03:18:47PM to increase the AIP score of any IBM executives because
03:18:53PM of the improvement in representation for black
03:18:57PM executives in 2021?
03:18:59PM MR. DeLARCO: Objection to the scope of the
03:19:02PM question as being outside of topic number 1.
03:19:04PM You can answer.
03:19:10PM THE WITNESS: I think the proxy somewhere
03:19:14PM states the progress that was made and whether the
03:19:18PM diversity modifier was included. But I just don't know
03:19:24PM where that is or was it like a subsequent proxy.
03:19:29PM BY MR. STREET:
03:19:29PM Q. And my question was -- and I appreciate that.
03:19:32PM My question was a little more subtle.
03:19:34PM Are you aware of any IBM executives whose AIP
03:19:39PM score was increased because of the improvement in the

03:19:41PM representation of black executives in that person's business unit?

03:19:47PM MR. DeLARCO: Objection to the scope of the question as being outside of topic 1.

03:19:53PM You can answer.

03:19:54PM THE WITNESS: I do not know.

03:19:56PM BY MR. STREET:

03:19:57PM Q. That's not something that you reviewed to prepare for your deposition today?

03:20:01PM A. No.

03:20:02PM Q. Same question for Hispanic executives: Are you aware of any IBM executives whose AIP score was increased because of an improvement in the representation of Hispanic executives?

03:20:17PM MR. DeLARCO: Objection to the scope of the question as being outside of topic 1.

03:20:20PM You can answer.

03:20:21PM THE WITNESS: I don't know. And the diversity modifier is for making progress on all three. It doesn't pay out if you just make progress in Hispanic alone, for example, or black alone.

03:20:33PM BY MR. STREET:

03:20:33PM Q. So it's looking at those underrepresented groups collectively?

03:20:37PM A. Correct.

03:20:43PM Q. When was --
03:20:44PM The diversity modifier changed, that modifier,
03:20:49PM when was it changed to remove diversity from the
03:20:54PM modifier's consideration?
03:20:56PM MR. DeLARCO: Objection to the scope of the
03:20:58PM question as being outside of topic number 1.
03:21:01PM You can answer.
03:21:01PM THE WITNESS: So in the 2024 proxy is when it
03:21:04PM states that we will have different elements that will be
03:21:10PM considered as part of the modifier, which is the talent
03:21:12PM and the innovation for the year 2025.
03:21:16PM BY MR. STREET:
03:21:16PM Q. And that's when the word "diversity" dropped
03:21:19PM out, correct?
03:21:20PM A. Yes. Which was in the proxy, like I said, the
03:21:25PM 2024 proxy.
03:21:29PM Q. From 2020 through let's say 2022, did the
03:21:38PM percentage of women working at IBM increase?
03:21:45PM MR. DeLARCO: Objection to the scope of the
03:21:48PM question as being outside of topic number 1.
03:21:51PM You can answer.
03:21:52PM THE WITNESS: I do not know.
03:21:56PM BY MR. STREET:
03:21:56PM Q. Did you do anything --

Did you review any document in preparation for



your deposition today that would have provided you with that information?

A. I don't believe so, no.

Q. Did the percentage of African-American employees increase at IBM between 2020 and 2022?

MR. DeLARCO: Objection to the scope of the question as being outside of topic number 1.

You can answer.

THE WITNESS: I do not know.

BY MR. STREET:

Q. That's not something you reviewed to prepare for your deposition today?

A. No.

Q. Did the percentage of Hispanics who worked for IBM in the United States increase between 2020 and 2022?

MR. DeLARCO: Objection to the scope of the question as being outside of topic number 1.

You can answer.

THE WITNESS: I do not know.

BY MR. STREET:

Q. That's not something that you prepared to testify about here today?

A. No.

Q. Did the percentage of Native Americans who worked for IBM in the U.S. increase between 2020 and



2022?

A. I do not know.

MR. DeLARCO: Objection to the scope of question as being outside of topic number 1.

You can answer.

THE WITNESS: I do not know.

BY MR. STREET:

Q. And that's not something that you are prepared to testify about today?

A. No.

Q. Did the percentage of pan-Asians who worked for IBM in the U.S.A. increase between 2020 and 2022?

MR. DeLARCO: Objection to the scope of the question as being outside of topic number 1.

You can answer.

THE WITNESS: I do not know.

BY MR. STREET:

Q. By the way, do you know what the word "pan-Asian," what that word refers to, what that encompasses?

A. Asians.

03:23:57PM Q. All Asians?
03:23:59PM A. Yes.
03:24:02PM Q. So Chinese?
03:24:03PM A. Yes.



03:24:03PM Q. Japanese?
03:24:05PM A. Yes.
03:24:05PM Q. Korean?
03:24:06PM A. Yes.
03:24:06PM Q. Vietnamese?
03:24:13PM A. Yes.
03:24:13PM Q. Cambodian?
03:24:17PM A. I'm not sure. And then the other big one is
03:24:21PM India. Yes.
03:24:21PM Q. Indian?
03:24:22PM A. Yes.
03:24:25PM Q. Filipino?
03:24:29PM A. I'm not sure.
03:24:31PM Q. Thai?
03:24:35PM A. I'm not sure.
03:24:36PM Q. Cambodian?
03:24:37PM A. Not sure.
03:24:43PM Q. But India is included, right?
03:24:45PM A. Yes.

03:24:46PM Q. Sri Lankan?
03:24:48PM A. Yes.
03:24:50PM Q. Pakistani?
03:24:53PM A. Not sure.
03:24:55PM Q. Can you tell me where the pan-Asian cuts off?
03:24:58PM Is there a specific like a line geographically where



03:25:03PM that region cuts off?
03:25:05PM A. I do not know.
03:25:12PM Q. What about people just to be fair who are not
03:25:15PM just one race but multi-race? Did the percentage of
03:25:20PM multi-race people working at IBM in the United States
03:25:24PM increase between 2020 and 2022?
03:25:27PM MR. DeLARCO: Objection to the scope of the
03:25:29PM question as being outside of topic number 1.
03:25:31PM You can answer.
03:25:32PM THE WITNESS: I do not know.
03:25:37PM BY MR. STREET:
03:25:38PM Q. And that's not something that you prepared to
03:25:39PM testify about today?
03:25:40PM A. No.
03:26:05PM MR. STREET: Let's mark this as Exhibit 5.
03:26:05PM (Exhibit 5, IBM 2022 ESG Report, marked for
03:26:37PM identification, as of this date.)
03:26:37PM MR. DeLARCO: Counselor, was this produced in

03:26:41PM discovery? I don't see any Bates numbers.

03:26:44PM MR. STREET: It's one of your documents.

03:26:47PM MR. DeLARCO: You mean it's an IBM document?

03:26:49PM MR. STREET: Correct.

03:27:11PM BY MR. STREET:

03:27:11PM Q. Take a moment, ma'am, flip through Exhibit 5.

03:27:30PM MR. DeLARCO: Just for the record, it doesn't



03:27:32PM look like this was produced by either side in discovery.

03:27:35PM BY MR. STREET:

03:29:44PM Q. Let me know when you're ready. I just have a
03:29:47PM couple of questions about this.

03:29:48PM A. Yes.

03:29:49PM Q. Do you recognize this Exhibit 5 that I have
03:29:51PM marked?

03:29:53PM A. I have not seen this before.

03:29:55PM Q. Do you know it -- it appears to be a 2022 ESG
03:29:59PM report.

03:30:00PM Do you know what that stands for?

03:30:04PM A. I do not.

03:30:14PM Q. If you look at the fifth page, which is a
03:30:16PM letter from our chairman and our CEO.

03:30:19PM A. Yes.

03:30:19PM Q. Do you see that?

03:30:20PM A. Yes.
03:30:20PM Q. And you recognize the picture of the gentleman
03:30:24PM on that page?
03:30:26PM A. Yes.
03:30:26PM Q. And who is that?
03:30:27PM A. That's our chairman and CEO of IBM, Arvind
03:30:34PM Krishna.
03:30:35PM Q. This appears to be some sort of corporate
03:30:37PM report, correct, similar to the proxy statements that we



03:30:42PM saw before?
03:30:43PM MR. DeLARCO: I am going to object to this line
03:30:45PM of questioning as being outside the scope of topic
03:30:48PM number 1 or 2 or 18.
03:30:51PM You can testify in your personal capacity.
03:30:58PM THE WITNESS: Yes.
03:31:00PM BY MR. STREET:
03:31:05PM Q. I want to ask you about something, the charts
03:31:07PM that are on page 29.
03:31:25PM Are you with me?
03:31:25PM A. Yes.
03:31:26PM Q. You see these charts under "Representation of
03:31:31PM Hiring Trends"?
03:31:33PM A. Yes.
03:31:34PM Q. And you see on the left-hand side there is a

03:31:37PM chart that says, "Overall. Includes all members of the
03:31:43PM specific community."
03:31:45PM Do you see that?
03:31:45PM A. Yes.
03:31:46PM Q. And you see the chart under "Representation"?
03:31:51PM A. Yes.
03:31:51PM Q. And you see on the left-hand side of that chart
03:31:55PM "Women"?
03:31:55PM A. Yes.
03:31:56PM Q. "Global"?



03:31:58PM Do you see there in the year '20, under '20
03:32:04PM there, says 33.5 percent.
03:32:06PM Do you see that?
03:32:07PM A. Yes.
03:32:07PM Q. And then '21, 36.8 percent?
03:32:10PM A. Yes.
03:32:10PM Q. And '22, 37.3 percent?
03:32:14PM A. Yes.
03:32:14PM Q. It seems to show an increase in the percentage
03:32:16PM of women globally working for IBM?
03:32:20PM MR. DeLARCO: Objection to the scope of the
03:32:22PM question outside of topic number 1.
03:32:24PM You can answer.

03:32:25PM THE WITNESS: Yes.
03:32:27PM BY MR. STREET:
03:32:27PM Q. Same questions for the next box to the right, it says "Black U.S."
03:32:33PM You see 2020, 6.6 percent?
03:32:40PM A. Yes.
03:32:40PM Q. '21, 7.4 percent?
03:32:43PM A. Yes.
03:32:44PM Q. '22, 7.7 percent?
03:32:46PM A. Yes.
03:32:48PM Q. An increase of 1.1 percent between 2020 and 2022?



03:32:54PM MR. DeLARCO: Objection to the form of the question.
03:32:57PM You can answer.
03:32:57PM THE WITNESS: Yes.
03:32:58PM BY MR. STREET:
03:32:59PM Q. And then for Hispanic U.S. '20, 6.2 percent, right?
03:33:03PM A. Yes.
03:33:04PM Q. '21, 6.6 percent?
03:33:06PM A. Yes.
03:33:06PM Q. '22, 7.0 percent?
03:33:10PM A. Yes.

03:33:12PM Q. Another increase of 0.8 percent, right?
03:33:15PM A. Yes.
03:33:19PM Q. Native American '20, 0.3 percent, right?
03:33:23PM A. Yes.
03:33:23PM Q. '21, 0.4 percent, right?
03:33:25PM A. Yes.
03:33:26PM Q. '22, 0.5 percent?
03:33:28PM A. Yes.
03:33:30PM Q. Another increase, right?
03:33:32PM A. Yes.
03:33:33PM Q. And then pan-Asian '20, 18.2 percent, right?
03:33:39PM A. Yes.
03:33:39PM Q. '21, 19.2 percent?



03:33:42PM A. Yes.
03:33:42PM Q. And then '22, 19.7 percent?
03:33:45PM A. Yes.
03:33:45PM Q. An increase of 1.5 percent?
03:33:51PM A. Yes.
03:33:52PM Q. And then finally multi-race, '20 was 0.8
03:33:58PM percent, right?
03:33:59PM A. Yes.
03:33:59PM Q. '21, 0.9 percent?
03:34:02PM A. Yes.

03:34:02PM Q. And then '22, 0.9 percent also, right?
03:34:06PM A. Yes.
03:34:06PM Q. A net increase of 0.1 percent?
03:34:13PM A. Yes.
03:34:18PM Q. This report seems to indicate some progress that IBM was making at increasing the percentage of underrepresented minorities between 2020 and 2022, correct?
03:34:32PM MR. DeLARCO: Objection to the form of the question.
03:34:39PM THE WITNESS: It says specific communities. Like I said, underrepresented minorities was for the executives, and it's related to women, black, Hispanic and Native Americans.
03:34:52PM BY MR. STREET:



03:34:52PM Q. So is it your testimony that the numbers -- the representation reflected here in the chart under "Overall" only refers to executives?
03:35:04PM A. No.
03:35:05PM MR. DeLARCO: Hold on.
03:35:05PM Objection to the scope of the question as being outside of topic number 1.
03:35:10PM You can answer.
03:35:11PM THE WITNESS: No. This is just reflecting

03:35:13PM overall and management, where it says "Management" is executives and people managers.

03:35:19PM BY MR. STREET:

03:35:19PM Q. That's the next chart below, right?

03:35:22PM A. Yes. The one that says "Management" which is below the "Overall."

03:35:27PM My point being that the financial incentive for the AIP modifier was only related to executives and underrepresented minorities for those executives, which was women, black, Hispanic.

03:35:47PM It wasn't the specific communities which are here and this "overall" and "management." So those are two different sets of populations.

03:35:56PM Q. With respect to the diversity modifier?

03:35:58PM A. Correct.

03:35:59PM Q. But with respect to tracking the company was



03:36:02PM still tracking the percentage, the increase or decrease in the percentage of underrepresented minorities across the company, right?

03:36:12PM MR. DeLARCO: Objection to the scope of the question as being outside of topic number 1.

03:36:18PM You can answer.

03:36:19PM THE WITNESS: So the underrepresented

03:36:21PM minorities was in the United States which was related to
03:36:25PM the affirmative action plans and then globally it was
03:36:30PM women.
03:36:34PM BY MR. STREET:
03:36:34PM Q. So is it your testimony then that IBM was not
03:36:37PM tracking the percentage of underrepresented minorities
03:36:43PM working outside of the U.S.?
03:36:46PM MR. DeLARCO: Objection to the scope of the
03:36:48PM question as being outside of topic number 1.
03:36:52PM You can testify if you know.
03:36:54PM THE WITNESS: Correct, and it says here U.S. if
03:36:58PM you see.
03:36:58PM BY MR. STREET:
03:36:58PM Q. With the exception of women, the company was
03:37:02PM tracking the percentage of women globally, right?
03:37:05PM A. Yes, women.
03:37:06PM MR. DeLARCO: Same objection, go ahead.
03:37:08PM THE WITNESS: Yes.



03:37:08PM BY MR. STREET:
03:37:09PM Q. But in the United States it was focused on --
03:37:14PM take that back.
03:37:15PM The tracking of underrepresented minorities was
03:37:19PM limited to the United States?
03:37:21PM A. Yes.

03:37:22PM MR. DeLARCO: Objection. You can answer.
03:37:24PM THE WITNESS: For the purposes of the
03:37:30PM affirmative action planning, yes.
03:37:40PM BY MR. STREET:
03:37:40PM Q. Did IBM's tracking of that issue, so the
03:37:43PM percentage of underrepresented minorities working in the
03:37:51PM U.S., continue into 2023?
03:37:58PM A. So the tracking was measuring the progress that
03:38:02PM we were making and what grassroots efforts do we need to
03:38:09PM put in place.
03:38:09PM Q. And the chart we saw on Exhibit 5, it indicates
03:38:14PM some progress being made? Certainly it's the percentage
03:38:18PM of underrepresented minorities was increasing between
03:38:24PM 2020 and 2022, right?
03:38:27PM A. Yes. That's what it says, yes.
03:38:30PM Q. At least overall, right?
03:38:32PM A. Yes.
03:38:32PM Q. So given that progress was being made from 2020
03:38:35PM to 2022 at increasing the percentage of underrepresented



03:38:38PM minorities, did IBM continue to track the percentage of
03:38:47PM underrepresented minorities after 2022, or did it stop
03:38:53PM after it saw progress in increasing those numbers?
03:38:58PM A. We were still required to do it for the

03:39:00PM affirmative action planning. So yes.

03:39:07PM Q. You were required to do it by the government?

03:39:09PM A. Yes.

03:39:10PM Q. Across the entire company?

03:39:13PM A. This is --

03:39:13PM MR. DeLARCO: Objection to the form of the question.

03:39:15PM You can answer.

03:39:17PM THE WITNESS: It is United States.

03:39:25PM BY MR. STREET:

03:39:25PM Q. And that was the only reason the company was tracking the percentage of underrepresented minorities?

03:39:30PM MR. DeLARCO: Objection to the scope of the question as being outside of topic number 1.

03:39:35PM You can answer.

03:39:35PM THE WITNESS: Yes.

03:39:36PM BY MR. STREET:

03:39:36PM Q. And that started in 2020, right?

03:39:39PM MR. DeLARCO: Objection. Same objection.

03:39:41PM You can answer.

03:39:42PM THE WITNESS: I do not know when it started.



03:39:44PM BY MR. STREET:

03:39:44PM Q. Do you know who --

03:39:49PM But is it your understanding that that

directive came from the federal government?

MR. DeLARCO: Objection to the scope of the question. Outside of topic number 1.

You can answer.

THE WITNESS: Yes.

BY MR. STREET:

Q. And do you know who was serving as president in 2020?

MR. DeLARCO: History lesson question, I mean.

THE WITNESS: I don't remember.

BY MR. STREET:

Q. Do you believe that a government led by Donald Trump would require that IBM track the percentage of its underrepresented minorities?

MR. DeLARCO: Objection to the scope of the question as outside of topic number 1.

You can testify in your own personal capacity, if you know.

THE WITNESS: I have no opinion on that. We will comply with the law. We were asked for affirmative action reasons to do planning which required us to have aspirational goals and then when the Executive Order



came in 2025, we were no longer required to do it and we

03:40:58PM stopped the tracking or the aspirational goals.

03:41:02PM BY MR. STREET:

03:41:02PM Q. When the company stopped -- well, did it eliminate the aspirational goals? Let's break that up.

03:41:14PM You have aspirational goals, right?

03:41:17PM A. Yes.

03:41:17PM Q. The aspirational goals being to increase the percentage of women globally, right?

03:41:25PM A. Yes.

03:41:26PM Q. And another of the aspirational goals to increase the percentage of underrepresented minorities working for IBM in the U.S., right?

03:41:37PM A. Yes.

03:41:39PM Q. Is it your testimony that IBM -- let's take the first aspirational goal.

03:41:46PM Increasing the percentage of women globally.

03:41:53PM Is it your testimony that IBM adopted that aspirational goal because the government wanted it to do that?

03:42:02PM MR. DeLARCO: Objection to the scope of the question as being outside of topic number 1.

03:42:06PM You can answer in your own personal capacity.

03:42:10PM THE WITNESS: This was linked to the executives, right, which was in the proxy that we had

the AIP modifier and we had aspirational goals.

For across the population in the United States, the underrepresented minorities we needed to do for -- for the affirmative action planning.

And globally, women was like I said -- like I said, the executive was linked to the AIP diversity modifier that we had in place at the time, which had the global women and it had the U.S. underrepresented minorities.

And these were like aspirational goals, which were like good-faith efforts of how do we continue to have access and opportunities.

BY MR. STREET:

Q. They are not quotas, right?

A. Correct.

Q. Quotas are illegal under the law, right?

MR. DeLARCO: Objection to the scope of the question as being outside of topic number 1.

You can testify if you know in your own personal capacity.

THE WITNESS: I do not know.

BY MR. STREET:

Q. Going back to what I was trying to do, which was break up the aspirational goals into the first aspirational goal, which was being to increase the

03:43:27PM percentage of women globally who worked for IBM, did IBM adopt that aspirational goal because the government told it to?

03:43:44PM MR. DeLARCO: Objection to the scope of the question as being outside of topic 1.

03:43:48PM THE WITNESS: The aspirational goal was only linked to executive women globally which has been clearly articulated in the proxy.

03:43:57PM This is only showing the progress. That's not showing any aspirational goals that IBM has. And I'm not aware that global women had any aspirational goals either.

03:44:10PM BY MR. STREET:

03:44:10PM Q. So the aspirational goal to increase the percentage of women globally is just related to executives?

03:44:19PM A. Yes.

03:44:19PM Q. Not anybody else?

03:44:20PM MR. DeLARCO: Objection to the scope of the question as being outside of topic number 1.

03:44:24PM You can testify in your individual capacity.

03:44:27PM THE WITNESS: Yes.

03:44:28PM BY MR. STREET:

03:44:28PM Q. So there is a corporate goal of increasing the
03:44:31PM number of female executives, but not the number of



03:44:34PM female non-executives?
03:44:37PM MR. DeLARCO: Same objection.
03:44:39PM THE WITNESS: Correct.
03:44:39PM BY MR. STREET:
03:44:39PM Q. Why was the company tracking its progress in
03:44:43PM increasing the number of women overall?
03:44:48PM MR. DeLARCO: Same objection.
03:44:49PM THE WITNESS: I do not know.
03:44:51PM BY MR. STREET:
03:44:51PM Q. That's not something that you are prepared to
03:44:56PM testify about today?
03:44:57PM A. No.
03:44:59PM Q. Is it your testimony then that the aspirational
03:45:04PM goal of increasing the percentage of women female
03:45:09PM executives came in response to a demand from the federal
03:45:18PM government for that --
03:45:20PM MR. DeLARCO: Continuing objection as outside
03:45:22PM the scope of topic number 1.
03:45:25PM You can answer in your personal capacity.
03:45:32PM BY MR. STREET:
03:45:32PM Q. -- or was there some other reason that IBM
03:45:35PM decided to set that aspirational goal?

03:45:37PM MR. DeLARCO: Same objection.
03:45:38PM THE WITNESS: So in the U.S., again, it was the
03:45:41PM underrepresented minorities, and those minorities are



03:45:46PM not recognized globally. And we didn't need to do it
03:45:51PM for the affirmative action planning purposes. But
03:45:55PM across the company, we had underrepresentation in women
03:45:58PM globally, which is why it was the global executives for
03:46:02PM women.
03:46:04PM BY MR. STREET:
03:46:04PM Q. What I'm trying to figure out is, I'm not
03:46:07PM talking about the aspirational goals for
03:46:09PM underrepresented minorities. What I'm asking about is
03:46:13PM the aspirational goal to increase -- you said it was to
03:46:15PM increase the number of -- increase the percentage of
03:46:18PM female executives, right?
03:46:20PM A. Yes.
03:46:21PM Q. What I'm trying to figure out is where that
03:46:24PM aspirational goal came from.
03:46:27PM Did IBM develop that goal in response to the
03:46:31PM government's demand for it or in response to something
03:46:34PM else?
03:46:34PM MR. DeLARCO: Objection to the scope of the
03:46:37PM question as being outside of topic number 1.

03:46:39PM You can answer in your personal capacity.

03:46:44PM THE WITNESS: In the United States, we had
03:46:48PM underrepresentation for women, Hispanic and -- for women
03:46:57PM particularly globally, we had underrepresentation,
03:47:01PM because of which we adopted like the goal.



03:47:03PM So it wasn't in response to a government
03:47:05PM request which was only related to U.S. and the
03:47:09PM underrepresented minorities. But women was applicable
03:47:12PM for IBM across the globe.

03:47:14PM BY MR. STREET:

03:47:14PM Q. That gets to my point here, which is that: IBM
03:47:20PM did not suddenly become concerned about the
03:47:25PM underrepresentation of female executives in 2020, did
03:47:32PM it?

03:47:32PM MR. DeLARCO: Objection to the scope of the
03:47:33PM question as being outside topic number 1.

03:47:36PM You can answer in your individual capacity.

03:47:39PM THE WITNESS: I do not know.

03:47:40PM BY MR. STREET:

03:47:40PM Q. And IBM didn't suddenly become concerned about
03:47:46PM the underrepresentation of female executives in response
03:47:50PM to a Complaint from the government about that, did it?

03:47:53PM MR. DeLARCO: Objection to the scope of the
03:47:55PM question as outside topic number 1.

03:47:57PM You can answer in your individual capacity.
03:47:59PM THE WITNESS: I do not know.
03:48:04PM BY MR. STREET:
03:48:04PM Q. By the same token, IBM did not suddenly become
03:48:11PM concerned about the underrepresentation of certain
03:48:16PM minority groups in 2020, did it?



03:48:20PM MR. DeLARCO: Same objection. You can testify
03:48:22PM in your personal capacity.
03:48:24PM THE WITNESS: I do not know.
03:48:26PM BY MR. STREET:
03:48:26PM Q. And IBM didn't suddenly become concerned about
03:48:31PM the underrepresentation of certain minority groups in
03:48:36PM response to complaints from a new presidential
03:48:42PM administration in 2021, did it?
03:48:46PM MR. DeLARCO: Objection to being outside the
03:48:48PM scope of topic number 1.
03:48:50PM You can testify in your individual capacity.
03:48:56PM THE WITNESS: I do not know.
03:50:43PM (Exhibit 6, 2023 Diversity Aspirational Goals,
03:50:31PM marked for identification, as of this date.)
03:50:31PM MR. STREET: For the record, Exhibit 6 is
03:50:34PM IBM-LOEFFLER 6942, a document entitled "2023 Diversity
03:50:45PM Aspirational Goals."

BY MR. STREET:

Q. Why don't you flip through this, ma'am. Let me know: Have you seen this document before today?

A. Yes.

Q. And did you review this in preparation for your deposition today?

A. I have looked at this, yes.

Q. On the first page of Exhibit 6, you see that



it's dated March 6, 2023?

A. Yes.

Q. And then there is a parenthetical that says updated on August 22, 2023?

A. Yes.

Q. You see that?

A. Yes.

Q. Do you know if this document has been updated since August 22, 2023?

A. I do not know.

Q. Do you know if there is a similar document, a document like this, that was prepared for 2024?

A. I do not know.

Q. Have you ever seen a document titled "2024 Diversity Aspirational Goals"?

A. No. I had not seen this document, so...

03:51:56PM therefore --
03:51:56PM Q. You had not seen it before preparing for your
03:51:58PM deposition?
03:51:59PM A. Correct.
03:51:59PM Q. Do you know who prepared this document?
03:52:04PM A. It says here, LC&I, which is the leadership
03:52:09PM culture and inclusion team, which sits within HR.
03:52:14PM Q. Leadership culture and inclusion, that's part
03:52:23PM of HR?



03:52:25PM A. Yes.
03:52:26PM Q. Does that unit still exist?
03:52:34PM A. Well, the leadership and culture does. Not in
03:52:38PM its current form because priorities have changed since.
03:52:42PM Q. There is no inclusion component anymore?
03:52:46PM A. There is an inclusion component. But, again,
03:52:49PM we are driven by our Corporate Policy 117, which governs
03:52:56PM everything that we do from a cultural standpoint,
03:52:59PM inclusion still continues to be very critical.
03:53:03PM But the organization's mission has changed.
03:53:06PM For example, they were looking at the diversity
03:53:08PM aspirational goals at the time which at the ending of
03:53:13PM 2024, 2025 stopped. So since then, yes, it doesn't
03:53:16PM exists in its current state anymore.

03:53:18PM Q. It doesn't include any kind of diversity aspirational goals anymore?

03:53:23PM A. Correct. And the tracking and all of that. Because we also following the Executive Order, we are no longer required to do that.

03:53:31PM Q. Incidentally, to your knowledge, did IBM track the percentage of -- did it track the race of its employees across the company prior to 2021?

03:53:49PM MR. DeLARCO: Objection to the scope of the question as being outside of topic number 1.

03:53:54PM You can answer.



03:53:55PM THE WITNESS: For the purposes of the affirmative action planning, yes.

03:54:02PM BY MR. STREET:

03:54:02PM Q. Let me just clarify: Is it your testimony there are documents that show IBM tracking the ethnicity of its employees prior to 2020?

03:54:20PM MR. DeLARCO: Objection to the scope of the question as being outside of topic number 1.

03:54:23PM You can answer in your personal capacity.

03:54:26PM THE WITNESS: I do not know.

03:54:28PM BY MR. STREET:

03:54:29PM Q. Or did that tracking start in 2020, 2021?

03:54:33PM MR. DeLARCO: Same objection.

03:54:34PM THE WITNESS: I do not know.
03:54:37PM BY MR. STREET:
03:54:37PM Q. So the charts that we saw in Exhibit 5, for
03:54:41PM example, showing the percentage of women executives
03:54:47PM globally, do you know if that statistic was being
03:54:52PM tracked prior to 2020?
03:54:54PM MR. DeLARCO: Objection to the scope of the
03:54:56PM question. Outside of topic number 1.
03:54:59PM You can testify in your personal capacity if
03:55:01PM you know.
03:55:01PM THE WITNESS: I do not know.
03:55:06PM BY MR. STREET:



03:55:09PM Q. Is IBM still tracking the percentage of women
03:55:12PM executives globally?
03:55:13PM MR. DeLARCO: Outside the scope of topic number
03:55:16PM 1.
03:55:16PM You can answer in your personal capacity.
03:55:18PM THE WITNESS: No.
03:55:20PM BY MR. STREET:
03:55:20PM Q. And, to your knowledge, is IBM still tracking
03:55:24PM the percentage of African-Americans who work for IBM in
03:55:28PM the U.S.?
03:55:29PM MR. DeLARCO: Objection to the scope of the

03:55:31PM question as outside topic number 1.
03:55:34PM You can answer in your individual capacity.
03:55:36PM THE WITNESS: No.
03:55:36PM BY MR. STREET:
03:55:36PM Q. What about Hispanics?
03:55:37PM A. No.
03:55:38PM MR. DeLARCO: Same objection.
03:55:39PM BY MR. STREET:
03:55:39PM Q. Native Americans?
03:55:41PM MR. DeLARCO: Same objection.
03:55:42PM THE WITNESS: No.
03:55:42PM BY MR. STREET:
03:55:42PM Q. Pan-Asians?
03:55:42PM MR. DeLARCO: Same objection.



03:55:44PM THE WITNESS: No.
03:55:45PM BY MR. STREET:
03:55:45PM Q. And multi-race people?
03:55:42PM MR. DeLARCO: Same objection.
03:55:47PM THE WITNESS: No.
03:55:48PM BY MR. STREET:
03:55:48PM Q. So that tracking all stopped after 2024?
03:55:52PM A. Yes.
03:56:03PM Q. Looking at Exhibit 6, using these little
03:56:19PM numbers in the bottom right-hand corner, 6944, do you

03:56:22PM see that page?
03:56:25PM A. Yes.
03:56:26PM Q. This looks like -- it looks to me like a
03:56:33PM PowerPoint slide, so I am just going to call it that, a
03:56:37PM slide titled "2023 Aspirational Goal Setting Purpose."
03:56:42PM Do you see that?
03:56:43PM A. Yes.
03:56:44PM Q. And do you see that this is -- this slide seems
03:56:47PM to be reinforcing what you testified to several times
03:56:50PM today, which is that there is a corporate policy
03:56:53PM prohibiting IBM from making employment decisions based
03:56:57PM on race, sex or any other protected characteristic,
03:57:02PM right?
03:57:03PM MR. DeLARCO: Objection to the form of the
03:57:04PM question.



03:57:04PM You can answer.
03:57:05PM THE WITNESS: Yes.
03:57:07PM BY MR. STREET:
03:57:14PM Q. Protected characteristic, that would include
03:57:17PM being a white person, right?
03:57:21PM A. Yes.
03:57:22PM Q. A protected characteristic would include being
03:57:26PM a man, right?

A. Yes, that is sex, yes.
Q. Male or female, right?
A. Yes.
Q. And that would protect -- a protected characteristic would include age, right?
A. I do not know. It should, yes.
Q. But then the next sentence in this aspirational goal setting purpose is that, "Notwithstanding policy 117, IBM sets aspirational goals to affirm management's commitment to making good-faith efforts toward building a diverse workforce."
Do you see that?
A. Yes.
Q. I know it's not -- I tried to make this as clear as possible.
A. Yes.
MR. DeLARCO: Objection to the form of the question, to the extent that was a question.



BY MR. STREET:
Q. A diverse workforce means a workforce that's not dominated by white men, right?
MR. DeLARCO: Objection to the scope of the question. It's outside of topic number 1.
You can answer in your personal capacity.

03:58:51PM THE WITNESS: It says here it reflects the labor pool demographics of the community within which it operates. It doesn't say -- it's not dominated by any particular race, sex or protected characteristic.
03:58:53PM
03:58:58PM
03:59:01PM
03:59:07PM BY MR. STREET:
03:59:07PM Q. As IBM's designee here today, what does a diverse workforce to IBM mean as reflected in this aspirational goal?
03:59:12PM
03:59:18PM
03:59:21PM MR. DeLARCO: Objection to the scope of the question. Outside of any of the topics for which she has been designated for today.
03:59:22PM
03:59:25PM
03:59:27PM You can testify in your personal capacity.
03:59:29PM THE WITNESS: I think I've mentioned before "diverse" to me means that there is no discrimination and access and opportunities are open to all.
03:59:33PM
03:59:37PM
03:59:43PM BY MR. STREET:
03:59:44PM Q. So diverse workforce means no discrimination?
03:59:50PM A. Yes. That opportunities are open to all, yes,



03:59:52PM to everyone.
03:59:56PM Q. And that's --
03:59:58PM Is that your personal opinion about what diverse workforce means or is that your testimony on behalf of IBM?
03:59:59PM
04:00:02PM

04:00:03PM MR. DeLARCO: As I said before, she has not
04:00:05PM been designated for this topic so she is testifying in
04:00:09PM her personal capacity, as there is no topic for this
04:00:14PM line of questioning.
04:00:15PM You can answer.
04:00:15PM THE WITNESS: Yes, personal.
04:00:19PM BY MR. STREET:
04:00:20PM Q. Did you do anything in preparing for your
04:00:23PM deposition today to testify on behalf of IBM as to what
04:00:30PM IBM considers to be a diverse workforce for purposes of
04:00:35PM these aspirational goals?
04:00:38PM MR. DeLARCO: Objection to the question as
04:00:40PM outside the scope.
04:00:41PM You can answer.
04:00:44PM THE WITNESS: No.
04:00:46PM BY MR. STREET:
04:00:46PM Q. So if I asked you how IBM as a corporate entity
04:00:52PM and the defendant in this case, how IBM defined "a
04:00:57PM diverse workforce" back in 2023, you can't answer that
04:01:01PM question, can you?



04:01:03PM MR. DeLARCO: Objection to the scope of the
04:01:05PM question. It's not in any of the topics that you have
04:01:09PM put forward in your 30(b)(6) Notice, and therefore, she
04:01:15PM has not been designated to testify to that question.

04:01:17PM She can testify in her personal capacity.
04:01:21PM THE WITNESS: No.
04:01:29PM BY MR. STREET:
04:01:29PM Q. The next aspect of this sentence which says, "A
04:01:35PM diverse workforce that reflects the labor pool
04:01:39PM demographics of the communities in which it operates."
04:01:45PM Can you tell me what that means? Again, not
04:01:51PM your personal understanding or opinion. But can you
04:01:54PM tell me on behalf of the company what that means, to
04:02:00PM reflect the labor pool demographics of the communities
04:02:06PM in which IBM operates?
04:02:07PM MR. DeLARCO: Objection to the form of the
04:02:10PM question as it's outside any of the topics for which she
04:02:14PM has been designated.
04:02:15PM You can testify in your personal capacity.
04:02:16PM If you want to show me in topic 1, 2 or 18
04:02:20PM where this falls within that category, Scott, I am
04:02:23PM willing to have a conversation about it. Otherwise, I
04:02:25PM am going to continue to object and have her testify in
04:02:29PM her personal capacity.
04:02:30PM MR. STREET: We'll keep going through the



04:02:32PM questions.
04:02:32PM MR. DeLARCO: That's fine.

THE WITNESS: Sorry, what was your question?
BY MR. STREET:
Q. The question was: Can you tell me what IBM meant in this aspirational goal setting message for the workforce to reflect the labor pool demographics of the communities in which it operates?
MR. DeLARCO: Continuing objection.
You can testify in your personal capacity.
THE WITNESS: IBM's workforce is representative of the communities in which it operates.
BY MR. STREET:
Q. Which means what?
MR. DeLARCO: Same objection.
You can answer in your personal capacity.
THE WITNESS: Which means it's reflective of the race or sex in like the community where it's operating.
BY MR. STREET:
Q. IBM -- it's an international company, right?
A. Yes.
Q. Did this aspirational goal -- and this aspirational goal was limited to the U.S., right?
A. Yes.



MR. DeLARCO: Same objection.

04:03:45PM You can answer.

04:03:46PM THE WITNESS: Yes. In response to the affirmative action planning, yes.

04:03:50PM BY MR. STREET:

04:03:50PM Q. Reflecting a labor pool --

04:03:55PM Having a workforce reflect the labor pool demographics of the communities in which it operates, the community in which IBM operates is the entire United States, right?

04:04:09PM MR. DeLARCO: Objection to the scope.

04:04:10PM You can testify in your personal capacity.

04:04:18PM THE WITNESS: Yes.

04:04:18PM BY MR. STREET:

04:04:18PM Q. So was it IBM's goal then in setting this aspirational goal for its workforce to reflect, if possible, the racial makeup of the United States?

04:04:35PM MR. DeLARCO: You can testify in your personal capacity.

04:04:40PM THE WITNESS: The focus of the aspirational goals was making progress in alignment with the affirmative action planning that we needed to do.

04:04:50PM BY MR. STREET:

04:04:50PM Q. In light of the communities in which it served, right?

04:04:57PM MR. DeLARCO: Same objection.

04:05:00PM THE WITNESS: Yes.

04:05:01PM BY MR. STREET:

04:05:01PM Q. For example, you don't want -- the United
04:05:04PM States is not filled with only white men, right?

04:05:14PM A. I do not have an opinion on that.

04:05:16PM Q. There are more than white men in the United
04:05:21PM States, right?

04:05:22PM A. Yes.

04:05:24PM Q. So is it fair to say when IBM's goals was to
04:05:29PM not just have a bunch of white men working for it?

04:05:33PM MR. DeLARCO: Objection to the scope of the
04:05:35PM question outside the topics which you have been
04:05:38PM designated.

04:05:39PM You can testify in your personal capacity, or
04:05:41PM continue in your personal capacity.

04:05:44PM THE WITNESS: IBM's policies is
04:05:50PM non-discrimination, race, sex and protected
04:05:55PM characteristics. That's all this means. And then the
04:06:03PM aspirational goals are related to affirmative action
04:06:07PM planning.

04:06:14PM BY MR. STREET:

04:06:14PM Q. Which did measure progress in increasing the
04:06:16PM percentage of non-white men, right?

04:06:20PM MR. DeLARCO: Same objection. Sorry to



04:06:23PM interrupt you.

04:06:24PM Same objection.

04:06:25PM You can testify in your personal capacity.

04:06:28PM THE WITNESS: Because for the affirmative
04:06:30PM action planning, we were required to focus on increasing
04:06:33PM representation for the underrepresented minorities which
04:06:37PM were women, Hispanic, blacks, Native American.

04:06:42PM MR. STREET: Do you want to take a break?

04:06:46PM MR. DeLARCO: Sure.

04:32:34PM (Recess taken.)

04:32:34PM BY MR. STREET:

04:32:35PM Q. Ma'am, you were designated to testify here
04:32:43PM today on any metrics that IBM used to track its progress
04:32:50PM in accomplishing DEI goals between January 1, 2020 and
04:32:57PM January 1, 2025, correct?

04:32:59PM A. Yes.

04:33:03PM Q. And you reviewed documents in order to prepare
04:33:07PM to testify about that topic today?

04:33:13PM A. Same documents that were presented as part of
04:33:16PM the discovery.

04:33:17PM Q. That was part of your preparation?

04:33:20PM A. Yes.

04:33:21PM Q. And you work in HR, right?

04:33:26PM A. Yes.
04:33:27PM Q. Between 2020 and 2025, were you working in HR?



04:33:31PM A. Yes.
04:34:09PM MR. STREET: Let's mark this as 7.
04:35:11PM (Exhibit 7, IBM Enterprise HR Metrics, marked
04:35:05PM for identification, as of this date.)
04:35:05PM BY MR. STREET:
04:35:05PM Q. Let me know when you are ready.
04:35:07PM A. Yes.
04:35:08PM MR. STREET: For the record, Exhibit 7 is a
04:35:10PM document entitled "IBM Enterprise HR Metrics." I
04:35:16PM believe this is the native version of a document that is
04:35:20PM produced during this litigation.
04:35:24PM Have you seen this document before today,
04:35:26PM ma'am?
04:35:31PM A. I don't think so. No.
04:35:32PM Q. This is not something that you reviewed to
04:35:34PM prepare for your deposition today?
04:35:36PM A. No.
04:35:41PM Q. Do you know what IBM Enterprise HR Metrics are?
04:35:53PM A. I do not know.
04:35:57PM Q. The bullet points on the first page of this
04:35:59PM Exhibit 7, the first bullet point says, "The following

04:36:04PM screenshots illustrate the dashboard interface and
04:36:09PM metrics viewed on a regular basis by HR leaders."
04:36:12PM Do you see that?
04:36:13PM A. Yes.



04:36:13PM Q. Do you know what that dashboard interface
04:36:16PM refers to?
04:36:22PM A. It's what is I think screenshotted here.
04:36:26PM Q. Is that some sort of computer program?
04:36:32PM A. It is just a tool that provides information.
04:36:37PM Q. An electronic tool?
04:36:40PM A. Yes.
04:36:42PM Q. Is that something that can be accessed by IBM
04:36:50PM HR employees?
04:36:51PM A. HR leaders.
04:36:55PM Q. Do you know who -- which of HR leaders would be
04:36:58PM able to access that interface?
04:37:03PM A. I do not, no.
04:37:06PM Q. What about the second bullet point --
04:37:09PM A. But these are all access controlled. So it's
04:37:13PM based on the role and the need to have access to this
04:37:16PM information which would determine whether you have
04:37:20PM access or not.
04:37:21PM Q. Only certain people have access to?
04:37:23PM A. Yes.

04:37:23PM Q. To this information, right?
04:37:27PM MR. DeLARCO: You have to answer verbally.
04:37:28PM THE WITNESS: Yes.
04:37:31PM BY MR. STREET:
04:37:31PM Q. In your position, your current position, do you



04:37:35PM have access to this dashboard?
04:37:37PM A. Yes.
04:37:44PM Q. What about the third bullet point on the third
04:37:47PM page, the people's scorecard, PSC? Do you see that?
04:37:51PM A. Uh-huh.
04:37:52PM Q. Is that a yes?
04:37:52PM A. Yes.
04:38:01PM Q. You see bullet point 3 says, "These metrics are
04:38:06PM used for tracking progress against corporate goals" --
04:38:10PM you see that?
04:38:10PM A. Yes.
04:38:13PM Q. -- "enabling deeper dives and filtering."
04:38:16PM Do you see that?
04:38:17PM A. Yes.
04:38:19PM Q. "And additional context metrics."
04:38:22PM You see that?
04:38:23PM A. Yes.
04:38:23PM Q. The last sentence says, "This is used primarily

04:38:25PM by the talent and HR partner organizations in consultation with the business to take action."

04:38:32PM A. Yes.

04:38:32PM Q. Do you see that?

04:38:32PM A. Yes.

04:38:33PM Q. "Talent and HR partner organizations," do you know what those are?



04:38:43PM A. So talent would be my team that works with this specific business units and HR partners are those that support the business units.

04:38:53PM Q. That support those specific --

04:38:54PM A. Yes, HR matters for the respective units.

04:39:11PM Q. Why don't you flip with me -- these pages aren't numbered, unfortunately. But there is a page I am going to say it's towards the back --

04:39:30PM A. Does this have a year on it?

04:39:33PM Q. What's that?

04:39:35PM A. The timing of when --

04:39:44PM MR. DeLARCO: I think it shows on the second page.

04:39:48PM MR. STREET: It also shows on the last page.

04:39:50PM THE WITNESS: 2023, yes.

04:39:53PM BY MR. STREET:

04:39:53PM Q. I am looking at the page that says "Exec

04:40:01PM Diversity."
04:40:02PM Do you see that page?
04:40:03PM A. What page number is that?
04:40:05PM Q. I don't know that there is a page number on these things. I am going to say it's the fourth to the last page.
04:40:22PM MR. DeLARCO: "Exec diversity"?
04:40:24PM MR. STREET: Correct.



04:40:24PM THE WITNESS: Yes.
04:40:28PM BY MR. STREET:
04:40:28PM Q. Do you see that?
04:40:28PM A. Yes.
04:40:29PM Q. And there are some columns there.
04:40:31PM A. Yes.
04:40:33PM Q. Can you tell me what those columns represent?
04:40:42PM A. The business units. Essentially, the level at which the data is aggregated.
04:40:50PM Q. And so there are seven separate business units, right? The first being consulting?
04:41:02PM A. Yes.
04:41:03PM Q. The second being finance and operations?
04:41:05PM A. Yes.
04:41:06PM Q. Third being IBM software?

04:41:08PM A. Yes.
04:41:08PM Q. Fourth being infrastructure?
04:41:10PM A. Yes.
04:41:11PM Q. Fifth being research?
04:41:12PM A. Yes.
04:41:13PM Q. Sixth being sales?
04:41:14PM A. Yep.
04:41:15PM Q. And seventh being weather?
04:41:18PM A. Yes.
04:41:23PM Q. And you see some names, the names of people who



04:41:28PM are listed under those business units?
04:41:30PM A. Yes.
04:41:30PM Q. Do you recognize those names?
04:41:34PM A. Yes.
04:41:34PM Q. Do you know who John Grainger is?
04:41:38PM A. Yes.
04:41:38PM Q. Who is that?
04:41:39PM A. He was the SVP of consulting.
04:41:47PM Q. What about the second column, James Cavanaugh?
04:41:51PM A. The same thing. It says there finance and
04:41:56PM operations.
04:41:56PM Q. So Rob Thomas was the SVP of IBM software?
04:42:01PM A. Yes.
04:42:01PM Q. And also sales, right?

A. Yes.
Q. These are people who have responsibility for these particular business units?
A. Yes.
Q. And then these people report up to the CEO?
A. Yes.
Q. Do you see this chart underneath "Exec Diversity"? It starts with "executive head count," right?
A. Yes.
Q. And then reading down, there is a number of



categories related to executives, right?
A. Yes.
Q. Identified as exec, e-x-e-c, right?
A. Yes.
Q. And then on the next page, do you see this full-page chart with rows designated band 10?
A. Yes.
Q. And also band 10 tech.
Do you see that?
A. Yes.
Q. Those all appear under the heading "Exec Diversity," right?

A. I can't tell, because you see how like on this page which has the "executive diversity," that has a yellow line on "exec," and then there are others, which are tech exec, band 10, band 8, 9 tech, and overall diversity.

So I can't tell whether this is under executive diversity or is it under tech exec or band 10. I don't know.

Q. If you flip the page to the next page after band 10, you see there is a separate section called --

A. Which goes to band 8 to 9, yes. It doesn't have the tech exec in band 10. So I wonder if that's what the previous page is. I don't know.



Q. Do you see the blue letters band 8 to 9 tech diversity?

A. Yes.

Q. And would you agree with me there is no separate heading that says "Bands 10 Diversity"?

A. I don't know what that means.

Q. I'm just asking you, would you agree with me that this document does not show a blue heading that reads "band 10 diversity"?

MR. DeLARCO: It does on the prior page, Scott. It says, "Exec, tech exec, band 8, band 8 and 9 tech,

04:44:52PM overall diversity dynamics" with "diversity" above it.

04:44:57PM THE WITNESS: Correct.

04:45:00PM MR. DeLARCO: There is actual -- you can press on each of those. One for band 10, one for execs, one for band 8, 9 tech --

04:45:12PM THE WITNESS: Correct.

04:45:17PM MR. STREET: Where does that appear in this document?

04:45:19PM MR. DeLARCO: If you look on the first page you asked her about, which is "Exec Diversity," you can see that there are click-ons for each of the separate categories, which is "Exec, tech exec, band 10, band 8 and 9 tech, overall diversity dynamics."

04:45:44PM MR. STREET: I see in the first page "exec



04:45:46PM diversity."

04:45:48PM MR. DeLARCO: Look above it. It's a different columns for exec, which is the yellow, which means it was clicked on that tech exec, band 10, band 8 and 9 tech.

04:46:06PM BY MR. STREET:

04:46:07PM Q. So the chart on page -- we don't have page numbers. We're just trying to go by feel here.

04:46:21PM Is it your testimony then that the band 10

04:46:25PM chart should not go under exec diversity?

04:46:28PM A. Yes.

04:46:28PM Q. It's a separate category, right?

04:46:30PM A. Yes. As is indicated here, that it has the
04:46:35PM exec, tech exec, band 10.

04:46:40PM Q. I don't see anything for tech executive. I
04:46:47PM don't see any chart --

04:46:48PM A. It's on your next -- so you see executive
04:46:52PM diversity, which is all executive?

04:46:56PM Q. Yes.

04:46:56PM A. The next page has band 10s, and it has the
04:47:00PM tech.

04:47:03PM Q. Band 10 --

04:47:04PM A. But I can't tell whether that is like band 10
04:47:07PM or whether that is tech exec.

04:47:11PM Q. I can't tell whether that's tech exec either.



04:47:15PM I guess my question was: Is it your testimony
04:47:19PM that this chart which shows band 10 on the page after
04:47:26PM exec diversity would be a reproduction of whatever
04:47:30PM information appears when you click on band 10?

04:47:32PM A. Correct.

04:47:33PM Q. I got it.

04:47:34PM Same with exec diversity, this would be a
04:47:39PM reflection of whatever appears when a person clicks the

04:47:42PM E X E C button?
04:47:44PM A. Correct.
04:47:45PM Q. In this interface, right?
04:47:46PM A. Correct.
04:47:48PM Q. And the band 8 to 9 tech chart that appears on
04:47:53PM the next page would be a reflection of what information
04:47:56PM appears when a person clicks on the button in the
04:47:59PM interface labeled band 8 to 9 tech, correct?
04:48:03PM A. Yes.
04:48:08PM Q. After band 8 to 9 tech, there are charts for
04:48:25PM women talent dynamics.
04:48:26PM Do you see that?
04:48:27PM A. Yes.
04:48:27PM Q. And black talent dynamics.
04:48:30PM A. Yes.
04:48:30PM Q. And Hispanic talent dynamics.
04:48:34PM A. Yes.



04:48:35PM Q. And Native American talent dynamics.
04:48:39PM A. Yes.
04:48:40PM Q. Is it your testimony then those charts reflect
04:48:42PM the information that would appear when a person clicks
04:48:45PM on the button for overall diversity dynamics?
04:48:51PM A. Yes.

04:48:58PM Q. Are those the only four categories that would
04:49:00PM appear under overall diversity dynamics?
04:49:04PM A. Yes. Which is aligned with the affirmative
04:49:07PM action planning that we focused on, yes.
04:49:11PM Q. Can you tell me why there is no statistics
04:49:16PM related to pan-Asians?
04:49:22PM A. Because they are not underrepresented at IBM.
04:49:29PM So the affirmative action planning is focused on women,
04:49:33PM Hispanic, blacks and Native Americans which are
04:49:36PM underrepresented.
04:49:37PM Q. I thought you testified earlier before the
04:49:39PM break that pan-Asians would be considered part of the
04:49:44PM diversity consideration? Is that not right?
04:49:47PM A. No.
04:49:47PM MR. DeLARCO: Objection to the form.
04:49:57PM BY MR. STREET:
04:49:57PM Q. And obviously, there is nothing in these
04:50:00PM diversity buttons that reflects the percentage of white
04:50:05PM people, right?



04:50:12PM A. Correct, which is -- the focus is really the
04:50:16PM underrepresentation of minorities and women, which is
04:50:19PM associated with the affirmative action plan.
04:50:27PM Q. Do you know if this interface is still being
04:50:37PM used by IBM?

04:50:41PM A. We do --
04:50:42PM MR. DeLARCO: Objection to the scope of question as being outside of topic 1.
04:50:47PM You can answer.
04:50:48PM THE WITNESS: We do have a version of this, but the metrics are very different and we do not track any diversity metrics.
04:50:56PM BY MR. STREET:
04:50:56PM Q. Anymore?
04:50:57PM A. Anymore, yes.
04:50:58PM Q. So would there be any ability to go back --
04:51:04PM Is there any program that could be used to go back in time and determine what these numbers showed, what these charts showed in this interface two years ago?
04:51:18PM MR. DeLARCO: Objection to the scope of the question as being outside of topic number 1.
04:51:21PM You can answer in your personal capacity.
04:51:23PM THE WITNESS: The interface is refreshed on a periodic basis and that's the only data that's



04:51:32PM available.
04:51:32PM BY MR. STREET:
04:51:32PM Q. Refreshed like on a real-time basis, right?

04:51:37PM A. It depends. It could be like weekly, monthly. And so, that would be the only information that is available.

04:51:42PM Q. Whatever is current --

04:51:45PM A. The most recent, yes.

04:51:46PM Q. Whatever is current when the person who is using it goes to search it?

04:51:53PM A. Yes. Again, this is all at an aggregate level, it was and it still is. And there is no attribution to any individual level information or data.

04:52:09PM Q. What is the technical leadership team?

04:52:16PM A. So the technical leadership team is essentially a thought leadership forum which is a set of leaders who came together to focus on increasing technical talent at IBM.

04:52:41PM Q. What are technical employees? What does that encompass?

04:52:56PM A. So this is within the technical sales organization. So those who are sellers who have deep technical expertise.

04:53:09PM Q. This was a sales initiative?

04:53:11PM A. Yes.



04:53:19PM Q. Do you know when the sales technical leadership -- can I just call it the TLT?

04:53:26PM A. Yes.
04:53:26PM Q. Do you know when the sales TLT was formed?
04:53:29PM A. I do not.
04:53:38PM Q. Did you do anything in preparation for your
04:53:40PM deposition today to educate yourself about when the
04:53:44PM global sales TLT was formed?
04:53:49PM A. I looked at the documents which were part of
04:53:53PM what IBM provided, yes.
04:53:56PM Q. Anything beyond looking at those documents?
04:53:59PM A. No.
04:54:01PM Q. Do you know why the global sales TLT was
04:54:05PM created?
04:54:07PM MR. DeLARCO: Objection to form.
04:54:08PM You can answer.
04:54:09PM THE WITNESS: Yes. To increase the technical
04:54:15PM talent in sales. And as I understand, they had like a
04:54:19PM few different focus areas, like performance, careers,
04:54:24PM diversity, which were mechanisms through which they were
04:54:29PM focused on increasing the technical talent.
04:54:32PM BY MR. STREET:
04:54:32PM Q. So increasing technical talent, does that mean
04:54:35PM increasing the number of technical talent, the number of
04:54:38PM employees, or something else?

04:54:40PM A. Yes. The capacity and the capability, which is increasing the depth. So it had a focus on development opportunities, how to grow careers, how performance expectations should be set.

04:55:01PM Q. Can you tell me whose idea at IBM it was to create this team?

04:55:06PM MR. DeLARCO: Objection to the scope of the question as outside of topic number 2.

04:55:12PM You can answer.

04:55:12PM THE WITNESS: I do not know.

04:55:13PM BY MR. STREET:

04:55:13PM Q. Did it come from the CEO?

04:55:16PM MR. DeLARCO: Same objection.

04:55:19PM THE WITNESS: I do not believe so, but I don't know.

04:55:22PM BY MR. STREET:

04:55:22PM Q. Did it come from the SVP of sales Rob Thomas?

04:55:29PM MR. DeLARCO: Same objection.

04:55:30PM THE WITNESS: I do not know.

04:55:34PM BY MR. STREET:

04:55:34PM Q. And you didn't do anything in preparation for your deposition today to obtain that information, right?

04:55:40PM A. No.

04:55:59PM Q. Did the TLT participate in any -- did they have any meetings?

04:56:08PM A. Yes, I believe so.
04:56:10PM Q. Do you know what frequency, what interval those meetings took place?
04:56:16PM A. I do not recall.
04:56:18PM Q. Did the meetings take place in person or remotely?
04:56:23PM A. I believe they were virtual.
04:56:29PM Q. Do you know who participated in those meetings?
04:56:33PM A. A few of the leaders from what I have seen from the documents.
04:56:40PM Q. You didn't participate in any of these meetings, did you?
04:56:43PM A. No.
04:56:44PM Q. When you tell me that the people -- there were some leaders who participated in the meetings, are you referring to people who were identified in a document that you saw?
04:56:58PM A. Yes.
04:56:59PM Q. So when I asked you who attended the meetings, your testimony is based on a document that you saw in preparation for this deposition?
04:57:14PM MR. DeLARCO: Hold on.
04:57:15PM Objection to the scope of the question as being outside of topic number 2.

04:57:19PM You can answer.



04:57:20PM THE WITNESS: Yes.
04:57:25PM BY MR. STREET:
04:57:25PM Q. So basically when I ask you a question about who attended these meetings, you are telling me information that's on a document that I already have, right?
04:57:36PM MR. DeLARCO: Same objection.
04:57:38PM You can answer.
04:57:39PM THE WITNESS: Correct, because I was never personally involved with the TLT or attended these meetings.
04:57:53PM MR. STREET: Let me mark this as 8.
04:57:53PM (Exhibit 8, April 19, 2023 IBM Global Sales TLT, marked for identification, as of this date.)
04:59:07PM MR. STREET: For the record, Exhibit 8 is a document produced in this litigation marked IBM-LOEFFLER 1387.
04:59:22PM BY MR. STREET:
04:59:23PM Q. Have you seen this document before today?
04:59:25PM A. Yes.
04:59:27PM Q. Is this one of the documents you reviewed to prepare for your deposition today?

04:59:37PM A. Yes.

04:59:46PM Q. I am going to ask you about the third page,
04:59:52PM 1389.



04:59:53PM A. Yes.

05:00:07PM Q. Do you see the slide that says "2Q+
05:00:11PM Priorities"?

05:00:12PM A. Yes.

05:00:17PM Q. And you see there are some bullet points under
05:00:21PM "Outcome Driven"?

05:00:22PM A. Yes.

05:00:22PM Q. The fourth bullet point, "Geo & Market GMs and
05:00:34PM WW leaders."

05:00:35PM Do you see that?

05:00:36PM A. Yes.

05:00:36PM Q. "Will be advised of TLT outcomes at standing
05:00:40PM meetings on a quarterly basis."

05:00:42PM Do you see that?

05:00:43PM A. Yes.

05:00:43PM Q. There is a sub-bullet point that says, "Jason
05:00:46PM will present to Sebastian, Geo GMs and WW leaders."

05:00:51PM Do you see that?

05:00:52PM A. Yes.

05:00:52PM Q. Do you know who the "Jason" is in that bullet
05:00:58PM point?

05:00:59PM A. I believe it's Jason Gartner, whose name is
05:01:04PM here on page 1387.
05:01:11PM Q. The person's name is on the very first page,
05:01:14PM right?



05:01:15PM A. Yes.
05:01:16PM Q. He appears to be the author of whatever this
05:01:20PM presentation is?
05:01:20PM A. Yes.
05:01:21PM Q. Did you speak with Jason Gartner to prepare for
05:01:25PM your testimony today?
05:01:25PM A. No.
05:01:26PM Q. Is he still at IBM?
05:01:28PM A. Yes.
05:01:28PM Q. Do you know who the person named Sebastian in
05:01:38PM that bullet point is?
05:01:44PM A. I do not.
05:01:45PM Q. You don't know who that is?
05:01:47PM A. No.
05:01:47PM Q. What about Geo GMs; do you know who that refers
05:01:54PM to?
05:01:56PM A. That is the geography general managers.
05:02:00PM Q. What does that mean?
05:02:02PM A. That means the sales leader in the geographies.

05:02:07PM Q. In certain regions?

05:02:09PM A. Yes. So, for example, EMEA, Asia-Pacific,
05:02:18PM those are geographies.

05:02:21PM Q. What about WW leaders?

05:02:24PM A. Worldwide leaders.

05:02:26PM Q. Who would that encompass?



05:02:28PM A. Leaders who focus on IBM-wide initiatives in
05:02:37PM relation to sales.

05:02:43PM Q. How high up does that go? Does that encompass
05:02:46PM the CEO?

05:02:49PM A. No. This is only sales.

05:02:53PM Q. Isn't the CEO ultimately responsible for sales?

05:02:57PM MR. DeLARCO: Objection to the form of the
05:02:58PM question.

05:02:58PM You can answer, if you know.

05:03:01PM THE WITNESS: The CEO is responsible for IBM.
05:03:04PM So yes.

05:03:05PM BY MR. STREET:

05:03:06PM Q. Who would the most -- who would the worldwide
05:03:10PM leader of sales be?

05:03:12PM MR. DeLARCO: What period of time, Scott?

05:03:14PM MR. STREET: At the time of this document,
05:03:17PM 2023.

05:03:23PM THE WITNESS: I don't know.

05:03:26PM BY MR. STREET:
05:03:27PM Q. Was it Rob Thomas?
05:03:31PM A. I can't be sure of the date, but we looked at a document, so it could be Rob Thomas.
05:03:39PM Q. If Rob Thomas were the senior -- the SVP of sales as of April 13, 2023 -- April 19, 2023, would he be considered to be a worldwide leader with respect to



05:03:58PM sales?
05:04:00PM A. And this is just my guess, because I don't know who was mentioned. But if this was Rob Thomas, I think it would have said "SVP sales." If it's saying worldwide leaders and it's saying Geo GMs, it's just like the GOs in sales have responsibility for the particular GOs. So Americas will have brought Americans. And these are just their peers who have responsibility for worldwide operations.
05:04:30PM So I do not believe this refers to Rob Thomas, but I cannot be sure.
05:04:36PM Q. And you didn't do --
05:04:38PM In preparing for your deposition today, you didn't do anything to determine who those worldwide leaders actually were, the ones referenced in Exhibit 8?
05:04:46PM A. No.

05:04:49PM Q. If you turn to page IBM-LOEFFLER 1391.
05:05:01PM A. Yes.
05:05:09PM Q. This is 2Q, so second-quarter squads, right?
05:05:13PM A. Yes.
05:05:13PM Q. There are three buckets basically, you see
05:05:17PM those three?
05:05:17PM A. Yes.
05:05:18PM Q. The second of which is "Building Diversity"?
05:05:22PM A. Yes.

140

05:05:22PM Q. And underneath "Building Diversity" is "Achieve
05:05:28PM 2023+ Goals," right?
05:05:31PM A. Yes.
05:05:31PM Q. That was one of the three goals of the TLT for
05:05:35PM 2023, right?
05:05:44PM A. I think they had other goals, and these were
05:05:50PM three squads who were focused on these areas. But yes,
05:05:55PM okay.
05:05:56PM Q. With respect to the squad of building
05:06:00PM diversity, the goal for 2023 was to achieve the 2023
05:06:05PM plus goals in building diversity, right?
05:06:09PM A. Yes. The aspirational goals, yes.
05:06:14PM Q. That was something that the TLT worked to
05:06:18PM achieve in 2023, right?
05:06:24PM A. Yes. Those were amongst their focused areas,

05:06:29PM yes.

05:06:30PM Q. In fact, the TLT measured its progress in building diversity in 2023, correct?

05:06:59PM A. They are reporting on what they have done, yes. I guess they were measuring progress, yes.

05:07:06PM Q. And, in fact, the TLT was measuring their progress in building diversity virtually every month in the middle of 2023, correct?

05:07:22PM MR. DeLARCO: Objection to form.

05:07:25PM You can answer.



05:07:28PM THE WITNESS: I think it says quarterly, didn't it, somewhere in this document?

05:07:41PM BY MR. STREET:

05:07:41PM Q. Do you see the page IBM-LOEFFLER 1396?

05:07:48PM A. Yes.

05:07:56PM Q. This is a slide called "Project Plan," right?

05:08:01PM A. Yes.

05:08:01PM Q. And the middle part of this chart is titled "Building Diversity," right?

05:08:09PM A. Yes.

05:08:11PM Q. And it starts with -- and there are seven columns, right, six or seven columns?

05:08:23PM A. Uh-huh.

05:08:24PM Q. Right?
05:08:24PM A. Yes.
05:08:25PM Q. The first of which is April, right?
05:08:27PM A. Correct.
05:08:29PM Q. And then May?
05:08:30PM A. Yes.
05:08:32PM Q. And under building diversity the task for May
05:08:36PM is present at May 17th TLT.
05:08:39PM A. Yes, that's what it says here, yes.
05:08:42PM Q. And then there is also a note for the people in
05:08:45PM charge of building diversity to present at the June 28th
05:08:49PM TLT?



05:08:51PM A. Yes.
05:08:52PM Q. And then to present at the July 25th TLT?
05:08:56PM A. Yes.
05:08:57PM Q. And then to present at the August 23rd TLT?
05:09:00PM A. Yes.
05:09:00PM Q. And then to present at the September 27th TLT?
05:09:05PM A. Yes.
05:09:05PM Q. Are those references to the May 17th TLT, are
05:09:12PM those references to meetings that the TLT held on those
05:09:17PM dates?
05:09:18PM A. Probably.
05:09:19PM Q. You don't know for certain?

05:09:21PM A. No.
05:09:24PM Q. Do you know if there were any minutes taken of
05:09:29PM the TLT meetings?
05:09:31PM A. I do not know.
05:09:32PM Q. Do you know if any of the TLT meetings were
05:09:35PM recorded?
05:09:36PM A. I do not know.
05:09:38PM Q. Do you know if there was any kind of document
05:09:44PM that summarized whatever it was that was discussed at
05:09:52PM the TLT meetings?
05:09:53PM A. I do not know.
05:09:53PM Q. Do you know if there was a written agenda
05:09:56PM prepared for the TLT meetings?



05:10:01PM A. I do not know.
05:10:13PM Q. And you didn't -- in preparing for your
05:10:18PM deposition today, you didn't do anything to educate
05:10:20PM yourself about what specifically was discussed at the
05:10:25PM individual TLT meetings?
05:10:28PM MR. DeLARCO: Objection.
05:10:28PM BY MR. STREET:
05:10:28PM Q. Did you?
05:10:29PM MR. DeLARCO: Objection to the scope of the
05:10:33PM question as it's outside of topic number 2.

05:10:36PM You can answer.
05:10:37PM THE WITNESS: No.
05:11:01PM The other thing is, this just seems like a plan. It is a project plan. I don't think we know whether these happened as per plan.
05:11:15PM BY MR. STREET:
05:11:15PM Q. Say that again.
05:11:16PM A. I said this is a project plan.
05:11:18PM Q. Right.
05:11:19PM A. All I'm saying is I don't know if things even happened as per that plan.
05:11:26PM Q. And you didn't do anything to educate yourself about whether those -- whether that plan as set forth in that exhibit actually was carried out?
05:11:37PM A. No.



05:11:37PM MR. DeLARCO: Objection to the scope of the question as outside topic number 2.
05:11:43PM THE WITNESS: No.
05:11:51PM BY MR. STREET:
05:11:52PM Q. Was the TLT successful in increasing diversity among technical sellers?
05:12:08PM A. I do not know.
05:12:09PM Q. Did you do anything to educate yourself to testify about whether the TLT was successful in

05:12:18PM increasing the diversity of technical sellers at IBM?
05:12:24PM A. I do not know. Again, these were like
05:12:29PM aspirational goals that they had and these were just
05:12:34PM good-faith efforts that they were going to increase. I
05:12:38PM do not know whether they ended up increasing
05:12:40PM representation or not.
05:12:41PM Q. Are you aware that the TLT was measuring its
05:12:45PM progress in, say, increasing the number of female
05:12:55PM technical sellers?
05:13:01PM A. I think I mentioned at the beginning that all
05:13:06PM affirmative action plans, there were some business units
05:13:10PM who had aspirational goals that expanded beyond the
05:13:15PM executives. This is one of those examples which I saw
05:13:18PM in preparation for this deposition. And so these again
05:13:24PM are good-faith efforts that the TLT was focused on.
05:13:28PM Q. So the TLT was one of the groups that expanded



05:13:36PM those -- that applied those aspirational goals to
05:13:40PM non-executive positions, right?
05:13:41PM A. Correct. For affirmative action planning, we
05:13:48PM needed to focus on all which reflected in the good-faith
05:13:56PM efforts. But there was no financial incentive
05:13:58PM associated with any of these. These were all aggregate
05:14:02PM information. There was nothing that showed like any

05:14:05PM individual level data. Plus the focus of the TLT,
05:14:10PM again, was career performance and increasing
05:14:16PM representation.

05:14:25PM Q. Nobody from TLT was supposed to be -- none of
05:14:28PM the executives were supposed to be compensated based on
05:14:31PM increasing the number of, say, Hispanic technical
05:14:35PM sellers, right?

05:14:39PM MR. DeLARCO: Objection to the scope of the
05:14:40PM question as outside the scope of topic number 2.

05:14:45PM You can answer if you know the answer.

05:14:47PM THE WITNESS: We had aspirational goals tied to
05:14:51PM the diversity modifier only pertaining to executives.

05:14:57PM BY MR. STREET:

05:14:57PM Q. Did any of the people, the names that, the
05:15:01PM faces, the people who were involved with the TLT, were
05:15:09PM any of those people paid more money because of the TLT's
05:15:15PM progress in increasing diversity?

05:15:18PM MR. DeLARCO: Objection to the scope of the



05:15:19PM question as it's outside topic number 2.

05:15:23PM You can testify in your personal capacity.

05:15:30PM THE WITNESS: I think because they are global
05:15:32PM sales, these executives could be on sales incentive
05:15:39PM plans. I don't know how many of these are executives,
05:15:42PM but many executives in the sales organization are on

05:15:45PM sales incentives and therefore ineligible for AIP and
05:15:51PM ineligible for the diversity modifier.
05:15:54PM But I don't know if they were on sales
05:15:57PM incentive. The likelihood of them being on is more just
05:16:00PM because of the org.
05:16:03PM BY MR. STREET:
05:16:03PM Q. My question was a little bit more simple than
05:16:06PM that.
05:16:06PM My question was: Were any of those people who
05:16:08PM are part of the TLT paid more money in 2023 because of
05:16:14PM the TLT's progress in increasing diversity among its
05:16:20PM employees?
05:16:21PM MR. DeLARCO: Objection to the scope of the
05:16:24PM question as outside the topic number 2.
05:16:27PM You can answer in your personal capacity.
05:16:29PM THE WITNESS: I don't know.
05:16:29PM BY MR. STREET:
05:16:29PM Q. And you didn't do anything in preparing for
05:16:32PM your deposition today to determine whether any of the



05:16:35PM people, the executives who served on the TLT, were paid
05:16:39PM more money because of the TLT's progress in increasing
05:16:44PM diversity, right?
05:16:45PM A. No.

05:16:45PM MR. DeLARCO: Objection to the scope of
05:16:46PM question as outside of topic number 2.
05:16:50PM You can answer.
05:16:54PM THE WITNESS: No.
05:16:55PM BY MR. STREET:
05:16:55PM Q. Although you testified that the diversity goals
05:16:58PM of the TLT was just aspirational goals related to the
05:17:11PM federal government's affirmative action policy, you
05:17:16PM don't really know that, because you don't know why the
05:17:19PM TLT was formed, do you?
05:17:27PM MR. DeLARCO: Objection to the form of the
05:17:28PM question.
05:17:28PM You can answer.
05:17:32PM THE WITNESS: I mean --
05:17:33PM MR. DeLARCO: She testified twice as to why it
05:17:35PM was formed. You can answer again.
05:17:38PM THE WITNESS: Like I said, this was a thought
05:17:41PM leadership forum which was focused on increasing
05:17:45PM technical talent within the sales organization.
05:17:48PM BY MR. STREET:
05:17:48PM Q. And you weren't part of the global sales TLT,



05:17:51PM right?
05:17:51PM A. No.
05:17:54PM Q. Who told you -- how did you learn that the

05:17:59PM diversity goals that were set as part of the TLT were
05:18:05PM set in response to the government's affirmative action
05:18:09PM plan?

05:18:10PM MR. DeLARCO: Objection to the scope of the
05:18:11PM question as outside of topic number 2. She is not
05:18:15PM required to tell you how she educated herself to testify
05:18:18PM to these topics. And if you are going to testify based
05:18:24PM on anything counsel told you, please don't disclose
05:18:28PM that. If it's based on other sources, you can go ahead
05:18:31PM and answer.

05:18:38PM You can answer.

05:18:43PM MR. STREET: Let me back up a second.

05:18:46PM BY MR. STREET:

05:18:46PM Q. I want to get at the scope of your preparation
05:18:50PM to testify about the TLT.

05:18:53PM You reviewed some documents like the one I just
05:18:56PM put in front of you, right?

05:18:57PM A. Yes.

05:19:01PM Q. You spoke to people who were -- who served on
05:19:06PM the TLT, right?

05:19:08PM A. I did not speak to people who served on the
05:19:10PM TLT.



05:19:11PM Q. You didn't speak to anybody who served on the

05:19:13PM TLT?

05:19:14PM A. No.

05:19:14PM Q. And you reviewed an excerpt from Mike Ryan's

05:19:22PM deposition, right?

05:19:22PM A. Yes.

05:19:22PM Q. He served on the TLT?

05:19:24PM A. Yes.

05:19:24PM Q. But you didn't speak with him separately?

05:19:26PM A. No.

05:19:35PM Q. Am I missing anything? So the documents? You

05:19:38PM reviewed documents, a handful of documents?

05:19:41PM A. Yes.

05:19:43PM Q. You reviewed Mike Ryan's deposition transcript,

05:19:46PM right?

05:19:46PM A. Yes.

05:19:47PM Q. Whole deposition transcript? Was it a big

05:19:56PM document with lots of pages?

05:19:57PM A. Yes.

05:20:05PM Q. That's it, right?

05:20:06PM A. Yes.

05:20:07PM Q. And then you spoke with counsel?

05:20:08PM A. Yes.

05:20:12PM Q. Can you tell me where in the documents you

05:20:15PM reviewed did you learn that the diversity goals that the

05:20:26PM TLT set were set because of a government affirmative
05:20:31PM action policy?
05:20:38PM A. Because that would be the only reason why we
05:20:40PM have aspirational goals.
05:20:42PM Q. But you are speculating about that, right? You
05:20:45PM don't actually know?
05:20:46PM MR. DeLARCO: Objection to the form of the
05:20:48PM question.
05:20:48PM You can answer.
05:20:52PM THE WITNESS: Yes. I haven't spoken to anybody
05:20:55PM who set these goals, but the only reason why we have
05:21:00PM these aspirational goals is because of the affirmative
05:21:04PM action planning. And so, these are good-faith efforts
05:21:08PM that each of these teams are doing to increase
05:21:11PM representation.
05:21:12PM BY MR. STREET:
05:21:12PM Q. You think they are good-faith efforts?
05:21:15PM MR. DeLARCO: Objection to the form of the
05:21:17PM question. Don't badger the witness.
05:21:20PM You can answer.
05:21:24PM BY MR. STREET:
05:21:24PM Q. You believe that they are good-faith efforts to
05:21:29PM increase --
05:21:30PM A. Yes.
05:21:30PM MR. DeLARCO: Hold on.

05:21:31PM Objection to the scope of the question. It's
05:21:32PM outside of topic number 2.
05:21:34PM You can testify in your personal capacity.
05:21:36PM THE WITNESS: Yes.
05:21:37PM BY MR. STREET:
05:21:37PM Q. But you don't know that because you've never
05:21:39PM spoken -- you did not speak to anybody from the TLT in
05:21:44PM preparing for your deposition today, right?
05:21:46PM MR. DeLARCO: Objection to the scope of the
05:21:49PM question. Outside of topic number 2.
05:21:51PM You can testify in your personal capacity.
05:21:55PM THE WITNESS: Correct.
05:22:03PM BY MR. STREET:
05:22:04PM Q. And sitting here today, you can't tell me
05:22:05PM whether the TLT was successful in increasing, say, the
05:22:09PM number of -- the percentage of women technical sellers,
05:22:16PM can you?
05:22:18PM A. I cannot.
05:22:19PM Q. And sitting here today, you can't tell me
05:22:22PM whether the TLT was successful in increasing the
05:22:27PM percentage of African-American technical sellers, can
05:22:31PM you?
05:22:31PM MR. DeLARCO: I am going to object to the scope

05:22:33PM of the question as outside of topic number 2 for the
05:22:37PM last two questions and the continuing questions.



05:22:40PM You can go ahead and answer.
05:22:44PM THE WITNESS: You will have to repeat the
05:22:45PM question.
05:22:47PM BY MR. STREET:
05:22:47PM Q. Sitting here today, you can't tell me whether
05:22:49PM the TLT was successful in increasing the percentage of
05:22:53PM African-American technical sellers, can you?
05:22:56PM MR. DeLARCO: Objection. Continuing objection.
05:22:57PM You can answer.
05:22:58PM THE WITNESS: No.
05:23:00PM BY MR. STREET:
05:23:00PM Q. Sitting here today, you can't tell me whether
05:23:02PM the TLT was successful in increasing the percentage of
05:23:06PM Hispanic technical sellers, can you?
05:23:09PM MR. DeLARCO: Continuing objection.
05:23:10PM You can answer.
05:23:11PM THE WITNESS: No.
05:23:12PM BY MR. STREET:
05:23:12PM Q. And sitting here today, you can't tell me
05:23:14PM whether the TLT was successful in increasing the
05:23:20PM percentage of Native American technical sellers, can
05:23:23PM you?

05:23:23PM A. No.

05:23:23PM MR. DeLARCO: Same objection.

05:23:24PM You can answer.



05:23:25PM THE WITNESS: No. But I do know that they were sunset at the end of 2024 because they did not make enough progress. So not to say that I know whether it was specifically to this, but the TLT was sunset because they didn't make enough progress.

05:23:51PM BY MR. STREET:

05:23:51PM Q. Was the TLT sunsetted because they didn't make enough progress or because of a change in governmental policy?

05:23:59PM A. Because they didn't make enough progress.

05:24:02PM Q. And do you know why they didn't make enough progress?

05:24:04PM A. I do not.

05:24:06PM Q. Did you do anything to educate yourself for this deposition today about why the TLT did not make enough progress?

05:24:17PM A. No.

05:24:24PM MR. STREET: Why don't we take a quick break?

05:37:03PM (Recess taken.)

05:37:03PM MR. STREET: I have nothing else.

05:37:06PM MR. DeLARCO: We're done.

05:37:27PM I'll just take a rough.

05:37:29PM MR. STREET: I will take a rough.

05:37:41PM MR. DeLARCO: Rough and regular.

05:37:43PM MR. STREET: Rough and regular is fine for us,



05:37:47PM too.

(Time noted: 5:37 p.m.)

IMPORTANT INFORMATION! IMPORTANT INFORMATION!

It is understood by all attorneys and/or their staff using, saving onto a hard computer disk, or receiving an e-mailed ROUGH DRAFT transcript that:

1. The following is an UNEDITED ROUGH DRAFT transcript. Various corrections and/or changes may be made before the final version is complete. The use of this ROUGH DRAFT transcript is limited by C.C.P. 2025.540(b). I, Otis Davis, as well as any affiliated court reporting agency, will not be responsible for any variance of this DRAFT from the final transcript.

2. Because of the nature of stenographic outlines, differences WILL exist between ROUGH DRAFT COPY and the certified transcript prepared by me. Those differences will include the following, among others:

A. Words may change;

B. Page and line numbers may change;

C. Punctuation may change; and/or

D. Quotes may change.

Dated at New York, New York, this 13th day of October, 2026.

______________________________________
Otis Davis, CSR, No. 15286

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

**CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On October 16, 2026, I electronically filed the **SUPPLEMENTAL DECLARATION OF SCOTT J. STREET IN SUPPORT OF PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER TO COMPLETE FACT DISCOVERY** and served the documents using the Court's Electronic CM/ECF Service, which will send electronic notification of such filing to all registered counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 16, 2026, in San Diego, California.

*/s/ Dayna Dang*_________________
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com